CO0386online
10/03

**FILED**

JUL 20 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Great Old Broads for Wilderness and )
Center for Biological Diversity )
                                    )   CASE NUMBER   1:05CV01433
                                    )
         vs        Plaintiff        )   Civil   JUDGE: Ellen Segal Huvelle
                                    )
Gale Norton, in her official capacity as )   DECK TYPE: Administrative Agency Review
Secretary of the Interior; National Park Service; )
Bureau of Land Management,          )   DATE STAMP: 07/20/2005
                                    )
                   Defendant        )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **Plaintiffs** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Great Old Broads for Wilderness and Center for Biological Diversity which have any outstanding securities in the hands of the public:

**None**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

**CO0028**
BAR IDENTIFICATION NO.

Matt Kenna
Print Name

679 E. 2nd Ave., Suite 11B
Address

Durango, CO 81301
City       State       Zip Code

970-385-6941
Phone Number

2