**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) | Civ. Action No. 05-1433 (ESH) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GALE NORTON, in her official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; BUREAU OF LAND MANAGEMENT; | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**PLAINTIFFS' MOTION TO ADMIT ROBIN COOLEY *PRO HAC VICE***

Plaintiffs Center for Biological Diversity, by and through their attorney Matt Kenna, a

member of the United States District Court for the District of Columbia, respectfully move for

the admission of Robin Cooley *pro hac vice* in this matter.  This motion is based on the attached

declaration of Robin Cooley.

Dated:  7/27/05                                          Respectfully submitted,


                                                        /s/ Matt Kenna_____
                                                        Matt Kenna (CO0028)
                                                        Western Environmental Law Center
                                                        679 E. 2nd Ave., Suite 11B
                                                        Durango, CO  81301
                                                        Telephone: (970) 385-6941
                                                        Fax:    (970) 385-6804