UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>GALE NORTON, in her official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; BUREAU OF LAND MANAGEMENT;<br><br>Defendants. | Civ. Action No. 05-1433 (ESH) |

**DECLARATION OF ROBIN COOLEY IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE***

I, Robin Leah Cooley, declare the following:

1. My contact information is:

   Robin Cooley
   Environmental Law Clinical Partnership
   University of Denver College of Law
   2255 E. Evans Ave., Rm. 365G
   Denver, CO 80208
   Phone: (303) 871-6039
   Fax: (303) 871-6991
   e-mail: rcooley@law.du.edu

2. I am a member in good standing of the state bars of Colorado (No. 31168) and New Mexico (No. 14626). I am also a member in standing and eligible to practice before the United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the District of Columbia Circuit, United States District Court for the District of New Mexico, United States District Court for the District of Colorado, Supreme Court of Colorado, and Supreme Court of New Mexico.

3. I have never been disciplined by any bar.

4. I have been admitted *pro hac vice* in this Court once in the past two years in Center for Biological Diversity v. Williams, Civ. No. 04-1651 (HHK).

5. I am familiar with the facts and issues presented in the above captioned case and I have read and understand the local rules of this court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/27/05

Respectfully submitted,

*Robin Cooley*
Robin Cooley
Environmental Law Clinical Partnership
University of Denver College of Law
2255 E. Evans Ave., Rm. 365G
Denver, CO 80208
Phone: (303) 871-6039
Fax: (303) 871-6991

2