UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>GALE NORTON, in her official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; BUREAU OF LAND MANAGEMENT;<br><br>Defendants. | Civ. Action No. 05-1433 (ESH) |

**[PROPOSED] ORDER**

Plaintiffs' Motion to Admit Robin Cooley *Pro Hac Vice* in this matter is GRANTED.


Dated: _____    _____
U.S. District Judge Ellen Segal Huvelle