UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> GALE NORTON, in her official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; and, BUREAU OF LAND MANAGEMENT, <br><br> Defendants. | Civil Action No. 05-1433 (ESH) |

## PLAINTIFF'S MOTION TO ADMIT JORO WALKER *PRO HAC VICE*

Plaintiff Great Old Broads for Wilderness, by and through its attorney Matt Kenna, a member of the United States District Court for the District of Columbia, respectfully moves for the admission of Joro Walker *pro hac vice* in this matter. A Declaration supporting this Motion is attached.

Dated this 4th day of August, 2005.

Respectfully submitted,

　　/s/ Matt Kenna
**MATT KENNA** (CO0028)
Western Environmental Law Center
679 East 2nd Ave., Suite 11B
Durango, CO 81301
Telephone: (970) 385-6941
Fax:　　(970) 385-6804