UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>GALE NORTON, in her official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; and, BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | Civil Action No. 05-1433 (ESH) |

## DECLARATION OF JORO WALKER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Joro Walker, declare and state as follows:

1. My contact information is:

Joro Walker
Western Resource Advocates
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 487-9911
Fax:        (801) 487-9911
email:      jwalker@westernresources.org

2. I am a member in good standing of the Utah State Bar (USB # 6676). I am also a member in good standing and eligible to practice before United States District Court for the District of Utah and the United States Court of Appeals for the Tenth Circuit.

3. I have not been disciplined by any bar;

4. I have been admitted *pro hac vice* in this Court once within the last two years in Southern Utah Wilderness Alliance v. U.S. Bureau of Land Management, Civ. No. 04-1446 (HHK); and,

5. I do not engage in the practice of law from any office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 27th day of July 2005.

JORO WALKER
Western Resource Advocates
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 487-9911
Fax:        (801) 487-9911