UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiffs,<br><br>v.<br><br>GALE NORTON, in her official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; and, BUREAU OF LAND MANAGEMENT,<br><br>        Defendants. | Civil Action No. 05-1433 (ESH) |

**[PROPOSED] ORDER**

Plaintiffs' Motion to Admit Joro Walker *Pro Hac Vice* in this matter is GRANTED.

Dated this ____ day of _____ 2005.

_____
U.S. District Judge Ellen Segal Huvelle