AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Great Old Broads for Wilderness and Center
for Biological Diversity

**SUMMONS IN A CIVIL CASE**

V.

Gale Norton, in her official capacity as
Secretary of the Interior; National Park
Service; Bureau of Land Management

CASE NUMBER  1:05CV01433

JUDGE: Ellen Segal Huvelle

DECK TYPE: Administrative Agency Review

DATE STAMP: 07/20/2005

TO: (Name and address of Defendant)

Bureau of Land Management
1849 C Street, N.W.
Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matt Kenna
Western Environmental Law Center
679 E. 2nd Ave., Suite 11B
Durango, CO 81301

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**      JUL 20 2005

CLERK                                                                     DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 7/28/05 |

| NAME OF SERVER (PRINT) Robin Cooley | TITLE Attorney for Plaintiffs |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via first class mail, certified, return-receipt requested.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/1/05        Robin Cooley
             Date            Signature of Server

Environmental Law Clinical Partnership
University of Denver Sturm College of Law
2255 E. Evans Ave, Rm 305G
Denver, CO 80208
           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.