IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS<br>and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br><br>GALE NORTON, in her official capacity as<br>Secretary of the Department of the Interior;<br>NATIONAL PARK SERVICE; and BUREAU<br>OF LAND MANAGEMENT,<br><br>　　　　　Defendants. | Civ. No.: 05-1433 (ESH) |

**NOTICE OF APPEARANCE**

To the Clerk:

　　Please enter the appearance of Ann D. Navaro as attorney for Defendants in the above-referenced action.  Deliveries by U.S. Mail should be addressed as follows:

　　Ann D. Navaro
　　General Litigation Section
　　Environment and Natural Resources Division
　　U.S. Department of Justice
　　Ben Franklin Station
　　P.O. Box 663
　　Washington, D.C.  20044-0663
　　(Telephone: 202.305.0462)

Express deliveries (Federal Express, courier etc.) should be addressed to:

　　Ann D. Navaro
　　General Litigation Section
　　Environment and Natural Resources Division
　　U.S. Department of Justice
　　601 D Street, N.W., Room 3142
　　Washington, D.C. 20004

Facsimiles may be transmitted to Ann Navaro at 202.305.0267.  Emails may be sent to

ann.navaro@usdoj.gov.

1

Respectfully submitted this 22nd day of September, 2005

        KELLY A. JOHNSON
        Acting Assistant Attorney General
        Environment and Natural Resources Division

        /s/    Ann D. Navaro
        ANN D. NAVARO, Senior Attorney
        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        (202) 305-0462/(fax)(202) 305-0267
        ann.navaro@usdoj.gov