IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS ) <br> and CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> GALE NORTON, in her official capacity as ) <br> Secretary of the Department of the Interior; ) <br> NATIONAL PARK SERVICE; and BUREAU ) <br> OF LAND MANAGEMENT, ) <br> ) <br> Defendants. ) <br> ) | Civ. No. 05-1433 (ESH) |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

Pursuant to F.R.Civ.P. 6(a), the National Park Service, Bureau of Land Management, and Gale Norton, in her official capacity as Secretary for the Department of the Interior (Collectively "Federal Defendants"), hereby request a 30-day enlargement of time, to and including November 2, 2005, in which to respond to Plaintiff's Complaint. Plaintiffs' Complaint was served on the United States Attorney on August 3, 2005, and, under F.R.Civ.P. 12(a)(3), Federal Defendants' response is due October 3, 2005.

The undersigned counsel was assigned to this matter on September 21, 2005. Defendants make this motion in order to allow the agency sufficient time for investigation of the complex allegations of Plaintiffs' Complaint. No previous extensions of time have been requested in this matter. The undersigned counsel has consulted with counsel for the Plaintiffs who does not oppose this motion.

WHEREFORE, Federal Defendants respectfully request a 30-day enlargement of time in which to file a response to the Complaint, to and including November 2, 2005. A Proposed Order is submitted herewith.

Respectfully submitted this 26th day of September, 2005

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/     Ann D. Navaro
Ann D. Navaro, Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0462/(fax)(202) 305-0267
ann.navaro@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY, </br></br>  Plaintiffs, </br></br> v. </br></br> GALE NORTON, in her official capacity as Secretary of the Department of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT, </br></br> Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>)  Civ. No. 05-1433 (ESH)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## [PROPOSED] ORDER

THIS MATTER having come before the Court on the unopposed motion of the Defendants, and the Court finding good cause therefore,

IT IS HEREBY ORDERED Federal Defendants are granted a 30-day enlargement of time in which to file a response to the Complaint, to and including November 2, 2005.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE