UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS, *et. al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 05-1433 (ESH) ) |
| GALE NORTON, *et. al.*, | ) ) |
| Defendants. | ) ) |

## SCHEDULING ORDER

Based on the representations of counsel during a conference call on November 3, 2005, it is hereby **ORDERED** that

1. Defendants shall file their certified administrative record by January 9, 2006.

2. Plaintiffs shall file their motion for summary judgment by January 25, 2006.

3. Defendants shall file their cross-motion for summary judgment by February 22, 2006.

4. Plaintiffs shall file their reply by March 8, 2006.

5. Defendants shall file their reply by March 22, 2006.

**SO ORDERED.**

                                                                                s/
                                         ELLEN SEGAL HUVELLE
                                         United States District Judge

DATE: November 3, 2005