IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>GALE NORTON, in her official capacity as Secretary of the Department of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | Civ. No.: 05-1433 (ESH) |

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter the appearance of Gregory C. Blackwell as an attorney for Defendants in the above-referenced action. Deliveries by U.S. Mail should be addressed as follows:

    Gregory C. Blackwell
    Natural Resources Section
    Environment and Natural Resources Division
    U.S. Department of Justice
    P.O. Box 663
    Washington, D.C. 20044-0663
    (Telephone: 202.305.0474)

Express deliveries (Federal Express, courier etc.) should be addressed to:

    Gregory C. Blackwell
    Natural Resources Section
    Environment and Natural Resources Division
    U.S. Department of Justice
    Patrick Henry Building – Third Floor
    601 D Street, N.W., Room 3142
    Washington, D.C. 20004

Facsimiles may be transmitted to Greg Blackwell at 202.305.0274. Emails may be sent to gregory.blackwell@usdoj.gov.

Respectfully submitted this 3rd day of November, 2005

        KELLY A. JOHNSON
        Acting Assistant Attorney General
        Environment and Natural Resources Division

        s/ Gregory C. Blackwell
        GREGORY C. BLACKWELL
        Attorney
        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        (202) 305-00474/(fax)(202) 305-0274
        gregory.blackwell@usdoj.gov