## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

————————————————————————

|  |  |  |
|---|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No. 1:05cv01433 (ESH) |
| GALE NORTON, in her official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

————————————————————————

### Notice of Filing of Defendants' Administrative Record

Defendants hereby give notice of the filing of the certified Administrative Record of the National Park Service and the Bureau of Land Management for this matter. The Administrative Record consists of eleven volumes — four for the National Park Service and seven for the Bureau of Land Management. Attached hereto as Exhibits 1 is Steve Bekedam's certification of the Record for the National Park Service. Attached hereto as Exhibit 2 is Sandra Dowdy's certification of the Record for the Bureau of Land Management. Each agency's Record is indexed and Bates-stamped separately.

Pursuant to Local Civil Rule 5.4(e)(1)(A), the Defendants' Administrative Record will not be filed using the Court's Electronic Case Filing system because it exceeds 500 pages. A copy of the Administrative Record has been provided to Matthew G. Kenna, counsel for Plaintiffs, at the address noted on the docket sheet via overnight mail.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

GREAT OLD BROADS FOR WILDERNESS  )
and CENTER FOR BIOLOGICAL DIVERSITY, )

Plaintiffs,

v.                                                              Case No. 1:05cv01433 (ESH)

GALE NORTON, in her official capacity as
Secretary of the Interior; NATIONAL PARK
SERVICE; and BUREAU OF LAND
MANAGEMENT

Defendants.

_____

### <u>Notice of Filing of Defendants' Administrative Record</u>

Defendants hereby give notice of the filing of the certified Administrative Record of the National Park Service and the Bureau of Land Management for this matter. The Administrative Record consists of eleven volumes — four for the National Park Service and seven for the Bureau of Land Management. Attached hereto as Exhibits 1 is Steve Bekedam's certification of the Record for the National Park Service. Attached hereto as Exhibit 2 is Sandra Dowdy's certification of the Record for the Bureau of Land Management. Each agency's Record is indexed and Bates-stamped separately.

Pursuant to Local Civil Rule 5.4(e)(1)(A), the Defendants' Administrative Record will not be filed using the Court's Electronic Case Filing system because it exceeds 500 pages. A copy of the Administrative Record has been provided to Matthew G. Kenna, counsel for Plaintiffs, at the address noted on the docket sheet via overnight mail.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 1:05cv01433 (ESH) |
| GALE NORTON, in her official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT | ) ) ) ) ) | |
| Defendants. | ) ) | |

## Notice of Filing of Defendants' Administrative Record

Defendants hereby give notice of the filing of the certified Administrative Record of the National Park Service and the Bureau of Land Management for this matter. The Administrative Record consists of eleven volumes — four for the National Park Service and seven for the Bureau of Land Management. Attached hereto as Exhibits 1 is Steve Bekedam's certification of the Record for the National Park Service. Attached hereto as Exhibit 2 is Sandra Dowdy's certification of the Record for the Bureau of Land Management. Each agency's Record is indexed and Bates-stamped separately.

Pursuant to Local Civil Rule 5.4(e)(1)(A), the Defendants' Administrative Record will not be filed using the Court's Electronic Case Filing system because it exceeds 500 pages. A copy of the Administrative Record has been provided to Matthew G. Kenna, counsel for Plaintiffs, at the address noted on the docket sheet via overnight mail.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS ) | |
| and CENTER FOR BIOLOGICAL DIVERSITY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:05cv01433 (ESH) |
| ) | |
| GALE NORTON, in her official capacity as ) | |
| Secretary of the Interior; NATIONAL PARK ) | |
| SERVICE; and BUREAU OF LAND ) | |
| MANAGEMENT ) | |
| ) | |
| Defendants. ) | |

<u>Notice of Filing of Defendants' Administrative Record</u>

Defendants hereby give notice of the filing of the certified Administrative Record of the National Park Service and the Bureau of Land Management for this matter. The Administrative Record consists of eleven volumes — four for the National Park Service and seven for the Bureau of Land Management. Attached hereto as Exhibits 1 is Steve Bekedam's certification of the Record for the National Park Service. Attached hereto as Exhibit 2 is Sandra Dowdy's certification of the Record for the Bureau of Land Management. Each agency's Record is indexed and Bates-stamped separately.

Pursuant to Local Civil Rule 5.4(e)(1)(A), the Defendants' Administrative Record will not be filed using the Court's Electronic Case Filing system because it exceeds 500 pages. A copy of the Administrative Record has been provided to Matthew G. Kenna, counsel for Plaintiffs, at the address noted on the docket sheet via overnight mail.

January 9, 2005                      Respectfully submitted,

                                     Sue Ellen Wooldridge
                                     Assistant Attorney General
                                     United States Department of Justice
                                     Environment and Natural Resources Division


                                     s/_____
Of Counsel:                          ANN D. NAVARO
G. Kevin Jones                       Senior Attorney
Attorney-Advisor                     GREGORY C. BLACKWELL
Office of the Solicitor              Trial Attorney
U.S. Department of                   Natural Resources Section
  the Interior                       United States Department of Justice
                                     Environment and Natural Resources Division
                                     P.O. Box 663
                                     Washington, D.C. 20044-0663
                                     (202) 305-0474 / (202) 305-0462
                                     (202) 305-0267 (fax)

January 9, 2005                           Respectfully submitted,

                                          Sue Ellen Wooldridge
                                          Assistant Attorney General
                                          United States Department of Justice
                                          Environment and Natural Resources Division


                                          s/_____
Of Counsel:                               ANN D. NAVARO
G. Kevin Jones                            Senior Attorney
Attorney-Advisor                          GREGORY C. BLACKWELL
Office of the Solicitor                   Trial Attorney
U.S. Department of                        Natural Resources Section
   the Interior                           United States Department of Justice
                                          Environment and Natural Resources Division
                                          P.O. Box 663
                                          Washington, D.C. 20044-0663
                                          (202) 305-0474 / (202) 305-0462
                                          (202) 305-0267 (fax)

January 9, 2005                     Respectfully submitted,

                                    Sue Ellen Wooldridge
                                    Assistant Attorney General
                                    United States Department of Justice
                                    Environment and Natural Resources Division


                                    s/_____
Of Counsel:                         ANN D. NAVARO
G. Kevin Jones                      Senior Attorney
Attorney-Advisor                    GREGORY C. BLACKWELL
Office of the Solicitor             Trial Attorney
U.S. Department of                  Natural Resources Section
   the Interior                     United States Department of Justice
                                    Environment and Natural Resources Division
                                    P.O. Box 663
                                    Washington, D.C. 20044-0663
                                    (202) 305-0474 / (202) 305-0462
                                    (202) 305-0267 (fax)

January 9, 2005                    Respectfully submitted,

                                   Sue Ellen Wooldridge
                                   Assistant Attorney General
                                   United States Department of Justice
                                   Environment and Natural Resources Division


                                   s/_____
Of Counsel:                        ANN D. NAVARO
G. Kevin Jones                     Senior Attorney
Attorney-Advisor                   GREGORY C. BLACKWELL
Office of the Solicitor            Trial Attorney
U.S. Department of                 Natural Resources Section
   the Interior                    United States Department of Justice
                                   Environment and Natural Resources Division
                                   P.O. Box 663
                                   Washington, D.C. 20044-0663
                                   (202) 305-0474 / (202) 305-0462
                                   (202) 305-0267 (fax)