UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREAT OLD BROADS FOR WILDERNESS et al., | ) ) ) | No. 01:05CV01433 (ESH) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| GALE NORTON et al., | ) ) | |
| Defendants. | ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6, Plaintiffs move the Court for an extension of time to file their Motion for Summary Judgment on March 6, 2006. The Motion is currently due on January 25, 2006. Due to the voluminous nature of the administrative record the Defendants filed with the Court, Plaintiffs' counsel needs additional time to adequately review and evaluate all of the material. Plaintiffs are also requesting an extension due to scheduling conflicts at the end of February. Plaintiffs have conferred with Defendants' counsel and Defendants do not oppose this extension as long as the time frame set forth in the original schedule still governs all further briefing (28 days for Defendants' Cross Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment; 14 days for Plaintiffs' Response to Defendants' Cross Motion for Summary Judgment and Reply to Motion for Summary Judgment; 14 days for Defendants' Reply to Cross Motion for Summary Judgment). Therefore, Plaintiffs respectfully request an extension for their Motion for Summary Judgment until March 6, 2006.

Dated: 1/11/06                              Respectfully Submitted,

<span style="margin-left:200px">/s/ Matt Kenna</span>
Matt Kenna (CO0028)
Western Environmental Law Center
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
Telephone: 970-385-6941
Fax: 970-385-6804

Robin Cooley
Environmental Law Clinical Partnership
2255 E. Evans Avenue, Room 365G
Denver, CO 80208
Phone: 303-871-6039
Fax: 303-871-6991
Attorney for Center for Biological Diversity

Joro Walker
Western Resource Advocates
1473 South 1100 East, Suite F
Salt Lake City, UT 84109
Telephone: 801-487-9911
Fax: 801-486-4233
Attorney for Great Old Broads