## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREAT OLD BROADS FOR WILDERNESS et al., | ) ) ) | No. 01:05CV01433 (ESH) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| GALE NORTON et al., | ) ) | |
| Defendants. | ) ) | |

### [PROPOSED] ORDER

Having reviewed Plaintiffs' Unopposed Motion for an Extension of Time and for good cause shown, it is hereby ORDERED:

Plaintiffs' Motion for Summary Judgment shall be filed by March 6, 2006. Defendants will have 28 days to file a Cross Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment. Plaintiffs will have 14 days to file a Response to Defendants' Cross Motion for Summary Judgment and Reply to Motion for Summary Judgment. Defendants will have 14 days to file a Reply to Cross Motion for Summary Judgment.

Dated:

_____
Judge Ellen Segal Huvelle
U.S. District Court Judge