UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREAT OLD BROADS<br>FOR WILDERNESS et al., | )<br>)<br>) | No. 01:05CV01433 (ESH) |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| GALE NORTON et al., | )<br>) | |
| Defendants. | )<br>) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6, Plaintiffs move the Court for an extension of time to file their Motion for Summary Judgment until 30 days after Defendants file a supplement to the administrative record and/or notice of errata. Plaintiffs' Motion for Summary Judgment is currently due on March 6, 2006. Plaintiffs have reviewed the record and believe there are certain documents missing from the record. On February 2, 2006, Plaintiffs provided Defendants with a list of the disputed documents. Defendants have reviewed the list and indicated they will supplement the record with some of the missing documents. Defendants anticipate that it will take approximately two weeks to compile these records and file a supplement and/or errata with the court. Plaintiffs request the extension in order to give time for the Defendants to provide the missing documents, and for Plaintiffs to review these documents. Plaintiffs have conferred with Defendants' counsel and Defendants do not oppose this extension as long as the time frame set forth in the original schedule still governs all further briefing (28 days for Defendants' Cross Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment; 14 days for Plaintiffs' Response to Defendants' Cross Motion for Summary Judgment and Reply to

Motion for Summary Judgment; 14 days for Defendants' Reply to Cross Motion for Summary Judgment). Therefore, Plaintiffs respectfully request an extension for their Motion for Summary Judgment until 30 days after Defendants file a supplement to the administrative record and/or notice of errata.

Dated: 3/01/06                     Respectfully Submitted,


/s/ Matt Kenna
Matt Kenna  (CO0028)
Western Environmental Law Center
679 E. 2nd Ave., Suite 11B
Durango, CO  81301
Telephone: 970-385-6941
Fax: 970-385-6804

Robin Cooley
Environmental Law Clinical Partnership
2255 E. Evans Avenue, Room 365G
Denver, CO 80208
Phone: 303-871-6039
Fax: 303-871-6991
Attorney for Center for Biological Diversity

Joro Walker
Western Resource Advocates
1473 South 1100 East, Suite F
Salt Lake City, UT 84109
Telephone: 801-487-9911
Fax: 801-486-4233
Attorney for Great Old Broads