## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS et al., | ) )    No. 01:05CV01433 (ESH) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| GALE NORTON et al., | ) ) ) |
| Defendants. | ) ) |

## [PROPOSED] ORDER

Having reviewed Plaintiffs' Unopposed Motion for an Extension of Time and for good cause shown, it is hereby ORDERED:

Plaintiffs' Motion for Summary Judgment shall be filed within 30 days after Defendants supplement the record to include missing documents and/or file a notice of errata regarding the administrative record. Defendants will have 28 days to file a Cross Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment. Plaintiffs will have 14 days to file a Response to Defendants' Cross Motion for Summary Judgment and Reply to Motion for Summary Judgment. Defendants will have 14 days to file a Reply to Cross Motion for Summary Judgment.

Dated:

_____
Judge Ellen Segal Huvelle
U.S. District Court Judge