IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>GALE NORTON, in her official capacity as Secretary of the Department of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | Civ. No.: 05-1433 (ESH) |

## NOTICE OF APPEARANCE

Please enter the appearance of Guillermo A. Montero as counsel for Federal Defendants in the above-captioned case. Service of all papers on Mr. Montero by regular (first-class) United States mail should be made to the following mailing address:

> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C. 20044-0663

All hand or overnight deliveries to Mr. Montero should be made to the following street address:

> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> 601 D Street, N.W., Room 3529
> Washington, D.C. 20004

Facsimiles should be transmitted to Mr. Montero at 202.305.0274 and Emails should be sent to guillermo.montero@usdoj.gov.

Respectfully submitted this 2nd day of March, 2006.

                                        SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

  s/ Guillermo A. Montero
GUILLERMO A. MONTERO
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0443;  Fax: (202) 305-0274
Email: guillermo.montero@usdoj.gov

Attorneys for the United States