IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>GALE NORTON, in her official capacity as Secretary of the Department of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | Civ. No.: 05-1433 (ESH) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

Please withdraw the appearance of Gregory C. Blackwell on behalf of all Defendants in the above-captioned case. Defendants continue to be represented by Guillermo Montero, who has entered his appearance in this case.

    Sue Ellen Wooldridge
    Assistant Attorney General
    United States Department of Justice
    Environment and Natural Resources Division


    s/ Gregory C. Blackwell
    Gregory C. Blackwell
    Attorney
    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663
    (202) 305-0474/(fax)(202) 305-0274
    gregory.blackwell@usdoj.gov