IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>GALE NORTON, in her official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT<br><br>Defendants. | Case No. 1:05cv01433 (ESH) |

**Federal Defendants' Notice of Errata**

Federal Defendants hereby give notice that a number of pages are missing from documents 26, 78, 107, and 137 of the Administrative Record lodged by the U.S. National Park Service on January 9, 2006 (Docket 15).  A file containing a corrected version of document 26 is lodged herewith as Exhibit 1.  A file containing a corrected version of document 78 is lodged herewith as Exhibit 2.  A file containing a corrected version of document 107 is lodged herewith as Exhibit 3.  A file containing a corrected version of document 137 is lodged herewith as Exhibit 4.

March 28, 2006                    Respectfully submitted,

                                      Sue Ellen Wooldridge
                                      Assistant Attorney General
                                      United States Department of Justice
                                      Environment and Natural Resources Division

                                      /s/ Guillermo A. Montero
Of Counsel:                       GUILLERMO A. MONTERO
G. Kevin Jones                    Trial Attorney
Attorney-Advisor                  United States Department of Justice
Office of the Solicitor           Environment and Natural Resources Division
U.S. Department of                Natural Resources Section
  the Interior                    P.O. Box 663
                                      Washington, D.C. 20044-0663
                                      (202) 305-0443 (ph)
                                      (202) 305-0274 (fax)