

*Resources*

 

# United States Department of the Interior
NATIONAL PARK SERVICE
Glen Canyon National Recreation Area
Box 1507
Page, Arizona 86040

IN REPLY
REFER TO:
L3019
A6419

JAN 11 1989
JAN 11 1989

Memorandum

To: Regional Director, Rocky Mountain Region

From: Superintendent, Glen Canyon National Recreation Area

Subject: Revision of Task Directive - Grazing Management Component, General Management Plan

As a result of personnel changes and discussions with Bureau of Land Management staff regarding contents and time needed to adequately prepare the Plan in a cooperative manner, we request approval of this revised Task Directive. Major changes reflect these personnel changes, decision to include the Plan and Environmental Assessment in the same document, and extension of the implementation date to June of 1990.

(SGD) JOHN O. LANCASTER

John O. Lancaster

Enclosure

JPRitenour:cab:1-10-89

0246

REVISED
TASK DIRECTIVE
for the
Grazing Management Component
of the
General Management Plan
for
Glen Canyon National Recreation Area
Arizona-Utah

January 3, 1989

Prepared by:   Vic Vieira, Natural Resources Branch Chief, Division
of Resources Management, Glen Canyon National Recreation
Area, P.O. Box 1507, Page, Arizona  86040.
FTS 761-3150, Commercial 602-645-2471


Recommended by: _____
                Chief Resources Management                Date
                Glen Canyon National Recreation Area

Recommended by: (SGD) JOHN O. LANCASTER
                _____
                Superintendent                            Date
                Glen Canyon National Recreation Area


Approved by:    _____
                Regional Director                         Date
                Rocky Mountain Region

0246a

## SYNOPSIS

Glen Canyon National Recreation Area began developing the Grazing Management Component of the General Management Plan in April 1987. Completion of the plan is scheduled for June 1990.

This plan will provide a framework for making the required Values and Purposes Determinations in accordance with the Interagency Agreement between the Bureau of Land Management and the National Park Service for Grazing Management in Glen Canyon National Recreation Area and with the Servicewide Umbrella Memorandum of Understanding between the Bureau of Land Management and the National Park Service for Grazing Management. In addition, specific grazing issues and range condition monitoring will be addressed. The Bureau of Land Management will participate in the process by having agency representatives on the planning team. Representatives for the grazing permittees, National Park Service, Rocky Mountain Region, National Park Service, Washington Office, and the environmental community will also be asked to participate on the planning team.

I. The Task

Glen Canyon National Recreation Area (GLCA) will develop a Grazing Management Component as called for in the General Management Plan. This component will provide the framework for making the required Values and Purposes Determination in accordance with the Interagency Agreement between the Bureau of Land Management (BLM) and the National Park Service (NPS) for Grazing Management in GLCA and with the Servicewide Umbrella Memorandum of Understanding between BLM and NPS for Grazing Management. In addition, specific grazing issues and range condition monitoring will be addressed.

The BLM will participate in the process by having agency representatives on the planning team. Representatives for the grazing permittees, NPS Rocky Mountain Region, NPS Washington Office, and the environmental community will also be asked to participate on the planning team.

II. The Issues

Grazing management is an ongoing activity at GLCA which requires a variety of management decisions annually. Only very general guidance is presently available to help management make these decisions. The Grazing Management Component of the General Management Plan will provide more specific guidance when it is completed. Issues to be addressed in the component will include the following:

1. Where, in the National Recreation Area (NRA), are the sensitive natural and cultural resources; areas of visitor concentrations; areas actively being grazed; and areas inaccessible to grazing?

2. What roads in the NRA are needed by the livestock permittees and BLM to manage the grazing allotments, what is their purpose and frequency of use?

3. What are the thresholds of acceptable change for natural and cultural resources that are utilized or impacted by grazing activities?

4. What are the desired management objectives and measurable criteria for natural plant and animal communities in the NRA?

5. What monitoring is being carried out by both the BLM and the NPS? What needs to be done, by who and on what schedule?

6. What and where, if any, are there existing or potential conflicts between grazing and recreation or other resource values? How can identified conflicts be resolved or mitigated?

7. For areas only accessible by boat, what is the management policy for boating of livestock?

8. What criteria should be used to evaluate proposed range

developments (fencing, spring developments, catchments, reservoirs, etc)?

9. Where are feral livestock on the NRA and how should they be addressed?

10. How can identified specific sensitive natural and cultural resources be protected in accordance with the GLCA enabling legislation and the NPS Organic Act?

III.  BACKGROUND

Grazing is a legislatively mandated activity in GLCA. There are 38 grazing allotments utilized by about 70 permittees, representing 55 individuals, families or companies. On the total acreage of the 38 allotments there are 94,812 licensed animal unit months (AUMs) of active preference authorized where 66,455 AUMs were actually used during the 1987-1988 grazing year. Allotments cover 77 percent of the NRA, or about 957,119 acres, with an authorized use on the NRA of 21,662 AUMs. The NRA acreage on the allotments represents 27 percent of the total acreage. On the average, about 15,000 AUMs were utilized each year during the period of 1984 through 1988. Cattle are the predominate livestock species grazing on GLCA. Ten allotments authorize small numbers of horses. Two allotments have sheep use authorized but none currently graze on the NRA. Most allotments are used seasonally, predominately in the fall, winter and spring; however there are 6 allotments with yearlong grazing. Most of GLCA grazing allotments extend outside the park boundary. There are, however, 5 allotments totally within the NRA.

Five allotments are presently unallotted, with 3 of these closed to grazing by BLM due to conflicts with Bighorn Sheep and fragile watershed. Of the other 2, one is available for approved emergency use and also has 100 AUMs allocated in an isolated portion; the other receives 70 AUMs of use in one canyon which is used as a bull pasture for an adjoining allotment.

Grazing leases are administered by the BLM in accordance with the GLCA enabling legislation (P.L. 92-593). This situation is unique in that GLCA is the only NPS unit in which the BLM is Congressionally mandated to administer grazing leases. They do so only in such a way that it does not conflict with management of the area by the NPS.

The 1984 Umbrella Memorandum of Understanding (MOU) between the NPS and the BLM established a framework for the working relationship necessary to coordinate the respective agency duties and responsibilities. This was further refined in the Interagency Agreement (IA) for Grazing on GLCA signed by the NPS Rocky Mountain Regional Director and the BLM State Directors of Utah and Arizona in August 1986. NPS and BLM have agreed to consult and cooperate to ensure that grazing management activities do not conflict with the GLCA enabling legislation, the General Management Plan and NPS policy. The BLM has agreed to coordinate its decision making with the NPS. Before BLM acts on an

application, it must receive a written decision from the NPS on the potential effect of the proposed grazing action on the values and purposes of GLCA. Other than the policy as stated in the MOU and the Interagency Agreement, the BLM uses the same policies and regulations to administer grazing leases on GLCA as it does on BLM lands.

IV.   DATA NEEDS

1. Map overlays will be developed of all the natural and cultural resources in the NRA including, but not limited to: soil and vegetation types, relict plant communities, riparian communities, springs and seeps, wildlife habitat, archeological and paleontological sites, and threatened and endangered species. Initially, existing data will be utilized for these overlays. The currently incomplete resource data base will necessitate building flexibility into the overlay system of maps to incorporate data obtained in future years and conversion to GIS applications.

2. Map overlays will also be developed for grazing utilization to the extent it is known; areas inaccessible to livestock, range conditions, existing range developments, unsuitable range, the park road network, roadways necessary for grazing management, areas of visitor concentration, recreational opportunities, General Management Plan zoning, visual resources and viewsheds, and other themes.

3. Soil and vegetation inventory will be developed.

4. Grazing permittees will be consulted to determine which roadways are needed for grazing management activities on the NRA.

5. Existing resource monitoring efforts will be compiled.

6. Feral livestock locations and associated impacts will be recorded.

7. Information necessary to produce quantified descriptions of NPS management objectives for natural and cultural resources and recreation opportunities to include limits of acceptable change and monitoring requirements, and comply with the GLCA General Management Plan and other NPS management documents.

8. For components in each of the management objectives, key indicators with an associated quantified standard will be developed.

V.   PRODUCTS

The plan and the environmental assessment will be combined in a single document. The plan will have map overlays in the appendix which may be a separate document. Products 1 - 4 below will be included in the plan.

1. Sensitive resource and recreation zones will be identified based upon the combination of the map overlay themes.

0248a

2. Measurable objectives for natural and cultural resources and recreational opportunities will be developed to provide a framework for making Values and Purposes Determinations. Objectives will include limits of acceptable change as appropriate.

3. A resource monitoring program will be developed based upon natural plant and animal communities, cultural resources and recreation opportunities, and will include a monitoring schedule which will provide for complementary NPS and BLM monitoring efforts.

4. Roads determined necessary for grazing management activities will be delineated.

VI.  THE PLANNING TEAM

The planning team will have two components; the core team and the review committee. The core team will be a small working group which will do the day-to-day work on the document. The review committee will provide consultation, directions, and detailed review for the core team.

1. The Core Team

   a. Vic Vieira     - Planning Team Leader, GLCA
   b. Jens Jensen    - BLM, Utah State Office
   c. John Ritenour  - GLCA
   d. Jim Holland    - GLCA
   e. Chris Kincaid  - GLCA
   f. Chuck Wood     - GLCA

2. The Review Committee

   a. Steve Carothers  - Ecologist
   b. Jim Olson - Rocky Mountain Region, Resources Management
   c. Mike Snyder- Rocky Mountain Region, Division of Planning
   d. Larry Belli - Washington Office, Ranger Activities Division
   e. John Dennis - Washington Office, Division of Vegt. & Wildlife
   f. ( to be named) - Arizona grazing permittee
   g. ( to be named) - Utah grazing permittee
   h. ( to be named) - Academic professor of Range Science
   i. Terri Martin - National Parks and Conservation Association
   j. Representatives to be named from the following BLM District offices: Arizona Strip, Cedar City, Moab and Richfield.

3. Consultants

   a. NPS and BLM staff specialists as needed.

VII   PUBLIC INFORMATION

1. Develop mailing list of potential interested or affected people or organizations.

   a. Regional news media - newspapers, magazines, TV stations
   b. Grazing permittees and grazing organizations
   c. Recreationists and environmental groups
   d. Governments - state, county and local
   e. Congressional staffs
   f. NPS and BLM staff members - regions, districts, other parks

2. Develop a newsletter for the mailing list to keep people informed of what the plan is, how it is developing, and asking for input. Main public involvement tool for the plan.

3. Personal Contacts

   a. Brief key people who come to the park, formally and informally. Learn their concerns and interest in the plan, and incorporate them in the planning process if appropriate.
   b. Keep interested individuals and organizations informed of the status of the plan, any changes or additions to the initial outline and objective of the plan.

4. Public Meeting and Workshops

   a. No public meetings or workshops are planned at this time.
   b. If the need arises as the planning effort progresses meeting or workshops can be held.


VIII   FUNDING

The project has been funded under the Natural Resources Preservation Funding Program in the following amounts:

   FY 87 - $ 60,000
   FY 88 - $ 50,000
   FY 89 - $ 25,000

IX    SCHEDULE

| Task | Targe Date |
|---|---|
| 1.  Complete Task Directive | Accomplished 5/30/87 |
| 2.  Develop and send out Scoping brochure | Accomplished 4/30/87 |
| 3.  Complete scoping | Accomplished 7/15/87 |
| 4.  Restructure team due to personnel changes | Accomplished 3/15/88 |
| 5.  Identify other data needs, initiate contract studies | Accomplished 5/15/88 |
| 6.  Plan Outline approved | Accomplished 8/04/88 |
| 7.  Revise Task Directive | 1/31/89 |
| 8.  Write Existing Conditions | 1/31/89 |
| 9.  Complete Data Collection | 4/15/89 |
| 10. Final Map Overlays | 6/15/89 |
| 11. Draft Plan circulated for NPS and BLM initial review | 9/15/89 |
| 12. Draft Plan and EA released for public review | 12/15/89 |
| 13. Release final plan and EA | 3/15/90 |
| 14. Implement plan | 6/01/90 |

0250