L3019 GLCA-R
Grazing

September 16, 1999

Memorandum

To:      Gregg Christensen, Escalante Field Office
         Grand Staircase/Escalante National Monument
         Bureau of Land Management

From:    Range Ecologist, Glen Canyon National Recreation Area

Subject: Fortymile Ridge Allotment EA

I have three items of information that will assist you with the development of the Fortymile Ridge Allotment EA. First, I have enclosed a copy of the summary statistics for the archeological sites of the allotment. There are seven eligible sites with grazing impacts that will need to be addressed in the EA. Second, I have enclosed a map of the proposed fences and water sites. Alan Bate sent this map a few months ago when he was the lead on the EA. Please review the map and send it back with any amendments so we (NPS) can initiate our project clearance procedures. Finally, I have also enclosed a copy of my memo to files regarding our trip into Fortymile Canyon. This document captures our management interpretations and recommendations for this canyon.

If you have any questions please give me a call at 520-608-6274.


Ben Bobowski

Enclosures – 3

Cc:
Fortymile Allotment file

B.Bobowski:jmh:q:\res mgmt\bobowski\letters\Gregg Christensen

# ARCHEOLOGICAL STATS FOR FORTY MILE RIDGE ALLOTMENT

## *FORTY MILE RIDGE*

- 50 documented sites
- 0 acres formally surveyed out of a total of 18,338 acres

- 47 are prehistoric
- 1 is historic
- 2 are unknown

- 21 sites are open
- 25 sites are located in rockshelters or alcoves
- 2 sites are both sheltered and open
- 2 are unknown

- 4 open sites have documented grazing impacts
- 6 rockshelter and alcove sites have documented grazing impacts
- 5 rockart sites have documented grazing impacts
- 0 historic sites have documented grazing impacts

Table 1: National Register Eligibility of sites by Allotment

| Allotment | Total | # Eligible | # of Eligible w/grazing impacts | # Not Eligible | # Not Evaluated |
|---|---|---|---|---|---|
| Forty Mile Ridge | 50 | 19 | 7 | 4 | 27 |

0601a



MAP OF PROPOSED FENCES
NORTH TOWNSHIP 39 SOUTH
RANGE 7 EAST

COYOTE GULCH FENCE
CHIMNEY ROCK FENCE

0601b



### Trip Report for Escalante Field Trip — Ben Bobowski, Rangeland Ecologist

*Notes:*

On 24 August I participated with a field trip down 40-mile gulch, off the hole-in-the-rock road, Utah. The trip was coordinated by Greg Christensen (BLM-Escalante) in preparation of an EA to be completed over the next few months. The Permittee (Curtis Koyle), BLM biologist (Harry) and BLM botanist (Tom) also attended. We traveled by horseback from the spring to the waterfall.

The gulch had been overgrazed in the past (the permittee agreed). Evidence to support this hypothesis was the lack of vegetational cover, abundant cow manure, relative abundance of annuals and prickly pear compared to native perennials. However, it was obvious that this had occurred before Curtis had begun to run Sorensen's cattle operation. The area had not been used since 1997 and we found that this year's use (April and May 1999 – about 100 aum's) although heavy in places, did not add substantially to the current condition. Both warm and cool season perennial grasses were present including some older plants with basal diameters exceeding twelve inches. The larger diameter plants were relatively more abundant at the head of the gulch where there appears to be less cattle sign.

The riparian area was downcutting and in general, functioning at risk. However, it is important to note that this gulch is very narrow with abundant, sandstone slickrock walls/slopes along its edges. I would expect high sedimentation and water runoff in this canyon. Thus, I would expect downcutting to occur. There were willow, cottonwood, baccarus, sedges and rushes present as well as evidence of beaver activity (within the last 5 years or so).

There were two alcove sites in the gulch. The site closest to the waterfall was devastated by cattle (older evidence prior to 1997) and people use. The other site was not used by cattle. A panel with many petroglyphs was found. BLM employees recorded pictures of this panel for the file.

There was one set of people tracks; according to the permittee and the BLM there are no visitor/cow conflicts.

*Recommendations:*

This area can be used as a pasture. There is a natural sandstone barrier that can be blocked with less than 10 yds of fence. Indeed, Curtis is currently using this as a pasture area.

Season of use should be restricted to winter only (nov – march) to facilitate vegetational recovery of the area. In addition, this should minimize future impacts to the alcove site.

Evaluate the uplands for the contribution of water and sediment to the gulch due to low vegetational cover and/or poor infiltration.

The alcove site should be cleaned of all cow deposits (a few hours work) and monitored for future use.

The spring at the beginning of the gulch is defunct. Fix it or remove all materials.