

David_Wolf@blm.gov
12/14/2004 09:04 AM MST

To: steven_bekedam@nps.gov
cc:
Subject: Thursday meeting and EIS update

I sent the attached files to Kitty and Barbara just now. Proposed agenda and discussion topics for Thursday. Are you coming?

You'll notice that we have included a discussion of what "administered" means in the context of the GCNRA legislation and BLM managing grazing. We may be repeating history that others have already been through but we don't find any discussion in our files as to the exact definition of administer and we think it is a topic that needs clarification. While it has obviously been the norm in the past that BLM administration meant BLM decides, we're not sure that is the correct legal interpretation. We don't know what the legislative record might indicate the intent was when the legislation was passed. We're wondering why it doesn't mean the more semantically simple that BLM administers where NPS allows. Frankly we here would be much more comfortable with <u>NPS determining through your GMP process where grazing can occur</u> and we would simply administer it. No idea how the other BLM offices would react.

Some of our discussion has included - 1) Even with "administrative" authority, how can a BLM land use plan decision designate, or eliminate, uses on NPS administered lands?; 2) Would not a NPS GMP decision/amendment be required?; 3) How did GCNRA incorporate the 1999 closures when the decision was a BLM EA signed by the BLM State Director?; and 4) Subsequent to the 1999 EA, did GCNRA amend or update its GMP to reflect the closures?

(See attached file: Agenda12-16-04.doc)

(See attached file: Questions12-16-04.doc)

As for the bigger picture, we have received verbal notification from our WO that they intend to issue guidance prohibiting the use of utilization (or stubble height) standards for land use plan objectives or for a grazing permit Term and Condition. This really cuts the core out of at least three of our alternatives (and affects portions of the GCNRA Grazing Management Plan in terms of BLM policies). We're not back to square one but this sets us back considerably. We're going to have to rework alternatives in January. No decisions as to how yet but the idea has been advanced of grouping allotments by condition - meeting Standards, meeting with problems, not meeting - upland, not meeting - riparian, not meeting - both upland and riparian - or some such scheme. With a new combined data table (included below) these groupings have become clearer as we can also see trend and utilization history data. Our due date for the draft has been moved to June 1.

We'll probably meet during the week of Jan. 10-14. how does that work for you?

  

(See attached file: The_Table.xls)  Agenda12-16-04.doc  Questions12-16-04.doc  The_Table.xls

Grand Staircase Escalante National Monument / Grand Canyon National Recreation Area

Meeting Agenda – December 16, 2004

Welcome – Introductions, Kate Kitchell

Framing the Issues, Dave Hunsaker

Grazing Administration on GCNRA Lands (Dave Wolf, Facilitator)

    a. Setting the Stage, Dave Wolf
        a. Current Status of Planning Effort
        b. Proposal of NPS to BLM

    b. Interpretation of Enabling Legislation (Dave Wolf Facilitator)

        a. Intent with regard to Livestock Grazing
        b. Interagency Agreement
        c. MOU, BLM/NPS
        d. "Administration" of Livestock Grazing (See attached questions)
            i. GCNRA Responsibilities
            ii. BLM Responsibilities.
            iii. Decision or Implementation
        e. Effects of Closures on BLM Permittees

Cultural Resources (Marietta Eaton, Facilitator)

    a. Set the Stage (Marietta Eaton)
    b. GSENM proposed Protocol for Grazing EIS
    c. Rationale / Justification for Difference on GCNRA vs. GSENM

Voluntary Relinquishment and Reallocation of Available Forage (Dave Wolf, Facilitator)

    a. Review of draft language. (Dave Wolf)
    b. National Perspective. (Kate Kitchell)

EIS Schedule (Dave Wolf)

1233a

BLM Questions
For
GSENM/GCNRA Meeting
(12-16-04)

What is the intent of the enabling legislation with regards to the continuance of livestock grazing on the GCNRA?

What is the intent of the enabling legislation with regards to the "administration" of livestock grazing on the GCNRA?

> What exactly does "The administration of mineral and grazing leases... shall be by the (BLM) mean? In this sense what is the scope of "administration". Does "administration" include determining if and where grazing will occur within the GCNRA or just implementing the decisions on where grazing will be allowed made by GCNRA in an NPS land use plan (GMP)? (See section 4 of enabling legislation)

What is the proper mechanism to determine if areas on the GCNRA are open or closed for grazing when unacceptable resource conditions are identified?

> Is it the responsibility of the GCNRA to go through a study/analysis and GMP amendment then tell the BLM where grazing can occur or;

> is it appropriate for the BLM, based on input from NPS, to determine in the (BLM's) Rangeland Health Plan Amendment currently being developed where grazing can occur?

In the 1993 Interagency Agreement, Section 7 states; " NPS, in cooperation with BLM, will develop a grazing component to the Glen Canyon Plan (GMP) ... It will also include a jointly developed livestock use map indicating those areas where livestock use will and will not be allowed".

> The 1999 GCNRA Grazing Management Plan only restricts livestock grazing on 12,000 acres of relic areas. How does this track with the current requests?

> How do the current requests for grazing exclusion fit into the 1999 Grazing Management Plan criteria?

> Have "unacceptable resource conditions" (GCNRA Plan page 10) been fully documented by NPS?

"NPS will request that BLM initiate grazing administration action(s) to mitigate unacceptable impacts.... (GCNRA Plan page 10)."

1233b

> What does "request" mean? Is a request a requirement for BLM to adopt or just something for BLM to consider?
>
> Is a Values and Purposes Determination from NPS required in order for BLM (assuming BLM has decision authority) to exclude areas from grazing use?
>
> Should the NPS exclusion requests be Management Common to all or vary within the alternatives?

The GSENM has developed a protocol for managing livestock with regards to cultural sites with GCNRA review. This protocol has been tentatively agreed to but no written confirmation has been received. Differences of opinion between the agencies continue with regards to the impacts of livestock grazing on cultural sites.

> Can differences in the management of cultural sites and the analysis of the impacts from livestock on cultural sites be justified on a rationale basis solely because one site is on the GCNRA and one is on the GSENM?
>
> What type of data is required to show that impacts are causing impairment and that livestock use needs to be curtailed as a result of this impact?

Draft Allotment Table -12/02/04

| Allotment Name | AUMs Permitted | AUMs Suspended | Begin Date | End Date | Livestock Kind | Livestock Number | 1980 Trend | Current Trend | Utilization | Allotment Status | Standards Not Meeting | Not Meeting: Due to Livestock? | Not Meeting: Management change needed? | Not Meeting: Points(s) Due to Livestock? | Not Meeting - Management Change Needed? | Meeting:Point(s) | 50/40: Allotment Doc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALVEY WASH | 1255 | 767 | 5/15 | 9/30 | C | 275 | Static | Static | Above | Meeting | | | | | | Yes | Yes |
| BIG BOWNS BENCH | 750 | 0 | 11/1 | 3/31 | C | 151 | Static | Static | Below | Meeting | | | | | | No | No |
| BIG HORN | 3515 | 0 | 11/1 | 6/15 | C | 471 | | Static | Below | Meeting | | | | | | Yes | Yes |
| BLACK RIDGE | 903 | 0 | 11/1 | 5/31 | C | 130 | | Downward | Below | Not Meeting | 3 | No | | | | | No |
| BLACK ROCK | 408 | 357 | 6/16 | 10/15 | C | 102 | Static | Upward | Above | Meeting | | | | | | No | No |
| BLACK ROCK (STATE) | 70 | 0 | 6/16 | 10/15 | C | 18 | | No Data | | Meeting | | | | | | No | No |
| BOOT | 45 | 155 | 8/1 | 10/31 | C | 15 | Static | Upward | Below | Meeting | | | | | | No | No |
| BOULDER CREEK | 80 | 0 | 9/1 | 12/30 | C | 20 | Poor | Static | Below | Meeting | | | | | | No | No |
| BULL RUN (STATE) | 5 | 0 | 5/1 | 9/30 | C | 1 | | No Data | | Meeting | | | | | | No | No |
| CALF PASTURE | 176 | 0 | 6/10 | 8/15 | C | 80 | Static | Upward | Below | Meeting | | | | | | No | No |
| CIRCLE CLIFFS | 1050 | 1274 | 11/1 | 3/31 | C | 210 | Static | Downward | Below | Not Meeting | 1,2,3 | Yes | | | | Yes | Yes |
| CLARK BENCH | 1238 | 612 | 11/1 | 4/30 | C | 208 | Static | Upward | Below | Meeting | | | | | | No | No |
| COCKSSCOMB | 36 | 4 | 3/1 | 5/31 | C | 12 | Static | No Data | Below | Meeting | | | | | | No | No |
| COLLET | 97 | 289 | 6/15 | 9/15 | C | 32 | Declining | No Data | Above | Not Meeting | 2,3 | Yes | | | | No | No |
| COTTONWOOD | 3117 | 1160 | 11/1 | 5/31 | C | 451 | Static | Upward | Below | Not Meeting | 2,4 | Yes | | | | Yes | Yes |
| COYOTE | 2044 | 968 | 11/1 | 5/31 | C | 292 | Static | Downward | Below | Not Meeting | 1,3,4 | Yes | | | | No | No |
| DEATH HOLLOW | 1057 | 0 | | | C | | Static | No Data | Below | Not Meeting | 2 | Yes | | | | No | No |
| | | | 4/1 | 5/15 | C | 23 | | | | | | | | | | | |
| | | | 11/1 | 3/31 | C | 205 | | | | | | | | | | | |
| DEER CREEK | 358 | 0 | 11/1 | 2/28 | C | 91 | Static | Static | Below | Meeting | | | | | | No | No |
| DEER RANGE | 231 | 267 | 8/1 | 10/15 | C | 92 | Declining | No Data | Above | Meeting | | | | | | Yes | Yes |
| DEER SPRING POINT | 503 | 694 | 6/10 | 10/17 | C | 124 | Static | Static | Below | Meeting | | | | | | | |
| DEER SPRINGS (STATE) | 82 | 0 | 6/10 | 10/11 | C | 20 | | No Data | | | 4 | No | | | | No | No |
| DRY VALLEY | 677 | 444 | | | C | | Static | No Data | Below | Meeting | | | | | | No | No |
| | | | 7/1 | 10/31 | C | 156 | | | | | | | | | | | |
| | | | 3/1 | 1/31 | C | 4 | | | | | | | | | | | |
| DRY VALLEY (STATE) | 22 | 0 | 7/1 | 10/31 | C | 6 | | No Data | | Meeting | | | | | | No | No |
| FIRST POINT | 410 | 384 | 6/1 | 12/31 | C | 58 | Static | Static | Below | Not Meeting | 2 | Yes | | | | Yes | Yes |
| FIVE MILE MOUNTAIN | 385 | 917 | 11/1 | 4/30 | C | 64 | Static | No Data | Below | Meeting | | | | | | No | No |
| FORD WELL | 300 | 213 | 6/10 | 10/9 | C | 75 | Static | Upward | Above | Meeting | | | | | | | |
| FORTYMILE RIDGE (w/SODA) | 6333 | 3282 | | | C | | Static | Upward | Below | Not Meeting | 2,4 | Yes | | | | Yes | Yes |
| | | | 10/15 | 5/31 | C | 570 | | | | | | | | | | | |
| soda allotment data | | | 10/1 | 5/31 | C | 349 | | | | | | | | | | | |
| HALL RANCH | 12 | 0 | 3/1 | 2/28 | C | 1 | Static | Downward | Below | Meeting | 1,2 | Yes | | | | Yes | Yes |
| HAYMAKER BENCH | 100 | 0 | 11/1 | 2/28 | C | 25 | Static | No Data | Below | Meeting | | | | | | ???? | ???? |
| HEADWATERS | 3823 | 745 | | | | | Up | Upward | Below | Not Meeting | 2,4 | No | | | | No | No |
| | | | 11/1 | 3/31 | C | 71 | | | | | | | | | | | |
| | | | 11/1 | 3/15 | C | 580 | | | | | | | | | | | |
| | | | 10/15 | 3/15 | C | 170 | | | | | | | | | | | |
| HELLS BELLOWS | 44 | 77 | 5/1 | 10/15 | C | 8 | Declining | No Data | Above | Not Meeting | 2 | Yes | | | | No | No |
| JOHNSON CANYON | 283 | 169 | 6/1 | 11/15 | C | 53 | Static | Downward | Above | Meeting | | | | | | No | No |
| JOHNSON LAKES | 433 | 309 | 6/1 | 11/30 | C | 72 | Static | Static | Below | Meeting | | | | | | Yes | Yes |
| JOHNSON POINT | 135 | 0 | 11/1 | 3/31 | C | 27 | Declining | Static | Above | Meeting | | | | | | No | No |
| JOHNSON, MOYLE C | 53 | 0 | 6/1 | 9/24 | C | 14 | | No Data | Above | Meeting | | | | | | ???? | ???? |
| KING BENCH | 1516 | 0 | 11/1 | 3/31 | C | 305 | Static | Static | Below | Meeting | | | | | | No | No |
| LAKE | 2256 | 823 | 6/1 | 9/30 | H | 377 | Static | Upward | Below | Not Meeting | 2,3 | Yes | | | | Yes | Yes |
| LAKE POWELL | 1 | 20 | | | H | 4 | | No Data | No Data | Meeting | | | | | | No | No |
| LAST CHANCE | 4299 | 1448 | 3/1 | 3/15 | C | 358 | Static | Upward | Below | Not Meeting | 2,4 | Yes | | | | Yes | Yes |
| LITTLE DESERT | 107 | 0 | 10/1 | 3/31 | C | 18 | | Upward | Below | Meeting | | | | | | No | No |
| LONG CANYON (New allotment combine | 289 | 442 | 9/1 | 4/30 | C | 33 | | | | | | | | | | | |
| LOCKE RIDGE (STATE) | 27 | 0 | 12/1 | 4/15 | C | 6 | | Static | Above | Meeting | | | | | | | |
| LOWER CATTLE | 7483 | 0 | 10/1 | 4/15 | C | 1169 | Static | Upward | Above | Not Meeting | 2,3 | Yes | | | | Yes | Yes |
| LOWER HACKBERRY | 435 | 0 | 10/15 | 3/15 | C | 87 | *** | Static | Below | Meeting | | | | | | No | No |
| LOWER WARM CREEK | 225 | 0 | 11/1 | 3/31 | H/C | 45 | Static | Static | Above | Meeting | | | | | | No | No |

1233d

Draft Allotment Table -12/02/04

| Allotment Name | AUMs Permitted | AUMs Suspended | Begin Date | End Date | Livestock Kind | Livestock Number | 1980 Trend | Current Trend | Utilization | Allotment Status | Standards Not Meeting | Not Meeting: Due to Livestock? | Not Meeting: Management change needed? | Not Meeting: Point(s) Due to Livestock? | Not Meeting - Management Change Needed? | 50/40: Allotment Doc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAIN CANYON (STATE) | 14 | 0 | 6/1 | 9/30 | C | 3 | | No Data | No Data | | | | | | | |
| MOLLIES NIPPLE | 3880 | 3882 | 3/1 | 2/28 | C | 323 | Static | Downward | Above | Not Meeting | 1,2,3 | Yes | | | No | |
| MOODY | 909 | 0 | 11/1 | 3/31 | C | 183 | Static | Static | Below | Meeting | | | | | No | |
| MUD SPRINGS | 195 | 251 | 7/15 | 10/15 | C | 64 | Static | Downward | Below | Meeting | | | | | No | |
| NEAF | 9 | 0 | 3/1 | 11/30 | C | 1 | Static | No Data | Above | Meeting | | | | | No | |
| NIPPLE BENCH | 885 | 765 | 12/1 | 4/30 | C | 178 | Static | Static | Below | Not Meeting | 2,4 | No | No | | No | |
| PET HOLLOW (STATE) | 63 | 0 | 9/1 | 10/31 | C | 31 | | No Data | | Meeting | | | | | No | |
| PHIPPS | | | | | | | | | | Meeting | | | Yes | | Yes | |
| PINE CREEK | 144 | 0 | 9/16 | 10/31 | C | 95 | Static | No Data | Below | Meeting | | | Yes | | Yes | |
| PINE CREEK (STATE) | 27 | 0 | 11/1 | 1/31 | C | 9 | | | | Meeting | | | | | No | |
| PINE POINT | 365 | 0 | 6/16 | 10/15 | C | 91 | | Upward | Below | Meeting | | | No | | No | |
| ROCK CREEK (STATE) | 73 | 0 | 10/15 | 5/31 | C | 8 | | No Data | | | | | | | | |
| ROCK CREEK-MUDHOLES | 2100 | 2900 | 3/1 | 2/28 | C | 175 | Static | Downward | Above | Not Meeting | 2,4 | Yes | No | | No | |
| ROUND VALLEY | 522 | 251 | 11/1 | 3/31 | C | 105 | Static | Static | Below | Meeting | | | No | | No | |
| ROY WILLIS | 9 | 0 | 11/1 | 3/15 | C | 2 | | No Data | | Meeting | | | No | | No | |
| RUSH BEDS | 252 | 383 | 11/1 | 4/30 | C | 42 | Static | Upward | Below | Meeting | | | Yes | | Yes | |
| SCHOOL SECTION | 102 | 0 | 5/1 | 6/30 | C | 51 | Declining | No Data | Below | Not Meeting | 3 | ???? | ???? | | No | |
| SECOND POINT | 69 | 21 | 8/1 | 9/30 | | | | Static | Above | Meeting | | | | | Yes | |
| | | | 6/1 | 7/31 | C | 10 | | | | | | | | | | |
| | | | | | C | 24 | | | | | | | | | | |
| SECOND POINT (STATE) | 29 | 0 | 8/1 | 9/30 | C | 15 | | No Data | Below | Meeting | | | No | | No | |
| SINK HOLES | 154 | 591 | 4/1 | 4/30 | C | 18 | Static | Static | Below | Meeting | | | Yes | | Yes | |
| SLICK ROCK (STATE) | 24 | 0 | 6/1 | 6/30 | C | 24 | | No Data | Below | | | | No | | No | |
| SOUTH FORK | 12 | 0 | 3/1 | 2/28 | C | 1 | | No Data | | | | | | | | |
| SWALLOW PARK | 1066 | 971 | 5/10 | 10/20 | C | 54 | Static | Static | Above | Not Meeting | 2 | Yes | | No | | |
| | | | 5/1 | 10/15 | C | 83 | | | | | | | | | | |
| | | | 6/1 | 10/31 | C | 63 | | | | | | | | | | |
| TIMBER MOUNTAIN | 426 | 0 | 6/16 | 10/15 | C | 106 | Static | Static | Above | Meeting | | | | | No | |
| UPPER CATTLE | 7834 | 324 | 10/1 | 6/15 | C | 1093 | Static | Static | Below | Meeting | | | Yes | | Yes | |
| UPPER HACKBERRY | 654 | 782 | 11/1 | 6/15 | C | 94 | Static | Upward | Below | Meeting | | | No | | No | |
| UPPER PARIA | 2592 | 1386 | 11/1 | 2/28 | C | . | | Static | Below | Not Meeting | 1,2,4 | Yes | Yes | | No | |
| | | | 4/16 | 6/15 | C | . | | | | | | | | | | |
| | | | 3/1 | 3/31 | C | 609 | | | | | | | | | | |
| | | | 5/1 | 6/10 | C | 351 | | | | | | | | | | |
| | | | 5/1 | 9/30 | C | 30 | | | | | | | | | | |
| UPPER WARM CREEK | 1638 | 70 | 6/11 | 9/30 | C | 235 | Static | Static | Below | Meeting | | Yes | | | No | |
| VERMILION | 2822 | 443 | 11/1 | 5/31 | C | 283 | Static | Downward | Above | Not Meeting | 1,2,3,4 | Yes | Yes | | No | |
| | | | 2/16 | 2/28 | C | . | | | | | | | | | | |
| | | | 10/1 | 1/15 | C | . | | | | | | | | | | |
| | | | 6/1 | 9/15 | C | . | | | | | | | | | | |
| | | | 3/1 | 5/15 | C | 2 | | | | | | | | | | |
| VERMILLION (STATE) | 29 | 0 | 3/1 | 2/28 | C | 128 | | No Data | | Meeting | | | | | | |
| WAGON BOX MESA | 637 | 0 | 11/1 | 3/31 | C | 99 | Static | Upward | Above | Meeting | | | No | | No | |
| WAHWEAP | 422 | 0 | 12/1 | 4/30 | C | 30 | Static | Static | Below | Meeting | 4 | | Yes | | No | |
| WHITE ROCK | 60 | 40 | 12/1 | 1/31 | C | | Static | Downward | Below | Meeting | | | No | | No | |
| WHITE SAGE | 118 | 0 | 5/6 | 6/5 | C | 47 | Declining | No Data | | Meeting | | | Yes | | Yes | |
| | | | 11/1 | 1/15 | C | 28 | | | | | | | | | | |
| WIDE HOLLOW | 353 | | 10/1 | 12/31 | C | 117 | Static | Upward | Below | Meeting | | | ???? | | ???? | |
| WILLOW GULCH | 474 | 531 | 11/1 | 3/31 | C | 89 | Static | Static | Below | Meeting | | | No | | No | |

1233e

Draft Allotment Table - 12/02/04

| Allotment Name | AUMs Permitted | AUMs Suspended | Begin Date | End Date | Livestock Kind | Livestock Number | 1980 Trend | Current Trend | Utilization | Allotment Status | Meeting Standards Not: Due to Livestock? | Not Meeting: Management change needed? | Meeting:Point(s) Not Meeting - Due to Livestock? | Meeting:Point(s) Not Meeting - Management Change Needed? | 50/40: Allotment Doc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WIREGRASS | 99 | 0 | 12/1 | 1/31 | C | 17 | | No Data | | Meeting | 4 | No | | No | |
| | 75729 | 29411 | 11/1 | 3/31 | C | 20 | 12769 | 1 | | 50 | | | | | |
| | | | | | | | | 17 | 19 | 38 | | | | | |
| | | | | | | | 47 | 25 | 44 | 22 | | | | | |
| | | | | | | | 6 | 10 | 2 | | | | | | |
| | | | | | | | 1 | 28 | | | | | | | |
| | | | | | | | Up, Static, Declining ,Poor | Upward, Static, Downward , No Data | Above, Below, No Data | | | | | | |

NOTES:
ANTONE FLAT (UNALLOTED)
BIG BOWNS BENCH
Pasture: Horse Canyon & River - CLOSED
BUNTING TRUST (OR JOHNSON CANYON STATE)   Combined with Johnson Canyon

DEER CREEK
Pasture: Wolverine - GRASSBANK
Pasture: Cottonwood & River - CLOSED
DRY HOLLOW (CLOSED)                              Static
ESCALANTE RIVER (CLOSED)
FLAG POINT (CLOSED)
FLOOD CANYON                                      combined with Johnson Lakes       Meeting; Not Meeting
FOUR MILE (STATE)                                 Combined with Headwaters
FRANKS RESERVOIR                                  Given to the AZ Strip             Above    Meeting       No                  No            No
GRANARY RANCH                                     Combined with John Static
HARVEYS FEAR (CLOSED)
HEADWATERS (STATE)                                Combined with Headwaters                   Meeting       No                  No            No
JOHNSON, CALVIN C                                 Combined with Headwaters                   Meeting       No                  No            No
KING BENCH (STATE)                                Combined with King Bench                   Meeting       No                  No            No
LITTLE BOWNS BENCH (GRASSBANK)                                                               Meeting       No                  No            No
LOCKE RIDGE                                       combined into Long Static                  Meeting       No                  No            No
LONG CANYON STOCK DRIVEWAY (UNALLOTED)                                                       Meeting       No                  No            No
LONG NECK (CLOSED)                                                                           Meeting       No                  No            No
MCGATH POINT (CLOSED)                                                                        Meeting       No                  No            No

1233f

**Draft Allotment Table - 12/02/04**

| Allotment Name | Permitted AUMs | Suspended AUMs | Begin Date | End Date | Livestock Kind | Livestock Number | 1980 Trend | Current Trend | Utilization | Allotment Status | Standards Not Meeting | Not Meeting: Due to Livestock? | Not Meeting: Management change needed? | Meeting: Point(s) Not Meeting - Due to Livestock? | Meeting:Point(s) Not Meeting - Management Change Needed? | 50/40: Allotment Doc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MEADOW CANYON | | | | | | combined into Long Static | | | | | | | | | | |
| MOLLIES NIPPLE (ST) | | | | | | | | | | Meeting | | No | | No | No | |
| NAVAJO BENCH (CLOSED) | | | | | | Combined with Mollies Nipple | | | | | | | | | | |
| PHIPPS | | | | | | | | | | Meeting | | No | | No | No | |
| Pasture: Phipps - GRASSBANK | | | | | | | | | | | | | | | | |
| Pasture: Upper River & Lower River - CLOSED | | | | | | | | | | | | | | | | |
| RATTLESNAKE BENCH (CLOSED) | | | | | | | | | | Meeting | | | | No | No | |
| ROCK CREEK-MUDHOLES | | | | | | | | | | Meeting | | | | No | No | |
| Pasture: Dry Rock Creek & Middle Rock Creek - UNALLOTED | | | | | | | | | | | | | | | | |
| RUSH BEDS (STATE) | | | | | | Combined with Rushbeds | | | | Meeting | | | | No | No | |
| SALTWATER CREEK (CLOSED) | | | | | | | | | | Meeting | | | | No | No | |
| SPENCER BENCH (CLOSED) | | | | | | | | | | Meeting | | | | No | No | |
| STEEP CREEK (CLOSED) | | | | | | | | | | | | | | | | |
| SINK HOLES (STATE) | | | | | | deleted- admin to AZ Strip | | | | | | | | | | |
| UNALLOTED (NPS) ????? | | | | | | | | | | ???????? | | ????? | ????? | ????? | ????? | |
| UPPER PARIA | | | | | | | | | | Not Meeting | 2 | No | No | | | |
| Pasture: North & South - UNALLOTED | | | | | | | | | | | | | | | | |
| VARNEY GRIFFIN (UNALLOTED) | | | | | | | | | | | | | | | | |
| WAHWEAP (STATE) | | | | | | Combined with Wahweap | | | | | | | | | | |
| WILLOW GULCH | | | | | | | | | | | | | | | | |
| Pasture: Lower Calf Creek Falls - CLOSED | | | | | | | | | | | | | | | | |