**David Wolf@BLM**
05/27/2005 02:12 PM
MDT

To: Steven Bekedam/GLCA/NPS@NPS@NPSX@DOI
cc: Hank Snyder/GLCA/NPS@NPS, John Spence/GLCA/NPS@NPS, Raymond Lee/CCDO/UT/BLM/DOI@BLM
Subject: Re: to press forward with the NRA Values and Purposes document

My aren't we busy today. Cannonville meeting went very well. Had time to discuss items in more specific terms. Notes on your number questions below. Range staff has been tasked by June 7 to do a FINAL AND COMPLETE (I wish) file review to certify that the numbers we are using are the actual preference figures. We continue to struggle with if and how State lease AUMs have, or have not, been added in to the Federal acreage figures.

Matt and Rick to review allotment boundaries for canyons off the Escalante for accuracy.

In your memo and in the note on permitted use discrepancies you mentioned several times about needing justification for past changes and then completing the required Values and Purposes Determination. I feel I need to clarify our position on this. I hope the discussions below clarify for you the allotment permitted use in question but, what is, is. The Values and Purposes Determination you are working on now covers all grazing use that is currently occurring and for that I agree you (we all) need to have correct and up to date figures. However, we are not going to go back to 2002, or 1999, or whatever and provide documentation or expect a separate V&P Determination. The past is just that and it stays there.

Also, it is our opinion that grazing administration actions such as combining allotments, shifting a pasture assignment from one allotment to another, etc., where NO CHANGE IN GRAZING USE is occurring, does not require approval from the NRA or the preparation of a V&P Determination. Communication and documentation of these administrative changes would need to occur between the BLM and NRA range staff.

We can discuss this further if you and Hank feel it is necessary.

Permitted Use Discrepancies (2/9/05 memo)

Note - We don't even use figures from the 1999 MMP as they were info only and the MMP didn't make grazing decisions. Accuracy uncertain.

Fortymile Ridge    Increase from 4155 to 6333 is due to combination of Fortymile and 3 pastures from Soda as you guessed. Same permittee.

Soda    Not listed on 12/04 table as it is now split between Fortymile and Lake

Lake    2256 represents addition of Bench pasture from Soda allotment. Maybe some State also.

Last Chance    4299 (4289 may be actual), we think represents Federal plus State AUMs thus the increase from 3708. Will know following current review.

Standards questions - parts of Last Chance didn't meet Standard 1, but the allotment in total did. Didn't meet 2 & 4.

Lower Cattle    We also have questions on the correct permitted use #. Rick is researching file.

Upper Cattle    The two pastures added in 2002 came from the Cedar Wash Allotment (I believe) which was divided between the Upper
    Cattle and Big Horn allotments. These pastures are on the west side of Upper Cattle and have no involvement with NRA
    lands.

1446

Upper Warm Creek    We're thinking that the increase from 1477 to 1638 represents former State lands now added in. In review also.

Future meetings - range staff only for file review follow-up June 7, Cannonville. Full team - June 14/15 or 15/16 location ????


Allotment Breakout.doc

Dave

Steven Bekedam/GLCA/NPS@NPS

| | | |
|---|---|---|
| **Steven Bekedam/GLCA/NPS@NPS**<br>05/27/2005 10:49 AM | To | David Wolf/CCDO/UT/BLM/DOI@BLM |
| | cc | Raymond Lee/CCDO/UT/BLM/DOI@BLM, Hank Snyder/GLCA/NPS@NPS, John Spence/GLCA/NPS@NPS |
| | Subject | to press forward with the NRA Values and Purposes document |

Had a few thoughts I would pass on.....

First, I wanted to know how the Cannonville meeting faired. Getting down to the chase, I wanted to know how the numbers are working out. As I mentioned the other day in Kanab, if AUMs were added or subtracted, for whatever reason, the NRA needs to have the written justification/documentation for why those changes occurred.

That said, here are two items the NRA needs to continue to work towards completing our document:

1) correct allotment permitted use numbers (allows us to approve any changes as mentioned)
2) narratives on how Upper and Lower Cattle are to be run in the future (both allotments have added pastures and changed rotation systems). I have asked this from Rick but I am unaware of any updates to these two allotment appendices.

As an aside, I also need a clarification on Last Chance......The big allotment table has the allotment failing Standards 2 and 4 but I recently looked over my version of the allotment appendix and it also failed Standard 1. Can you check on this discrepancy?

Also, could you send me the table you produced that shows how the allotments fall into each alternative category?

Thanks guys for your time,

Steven Bekedam
Range Ecologist
Glen Canyon NRA
P.O. Box 1507, Page, AZ 86040
(928) 608-6264
(928) 608-6283 fax
steven_bekedam@nps.gov

1447

# Allotment Breakout

| 1<br>Meeting<br>(Trend: Up/Static) | 2<br>Meeting<br>(Trend: Downward) | 3<br>Not Meeting<br>(RIP - Std: 2) | 4<br>Not Meeting<br>(Upland - Std: 1,3) | 5<br>Not Meeting<br>(Multiple - Std: 1-3) |
|---|---|---|---|---|
| Antone Flat | Alvey Wash | Cottonwood | Black Ridge (N) | Circle Cliffs |
| Black Rock | Big Bowns Bench | Death Hollow | Coyote | Collet |
| Boot | Big Horn | First Point | Lower Cattle | Lake |
| Boulder Creek | Clark Bench | Ford Well | School Section | Mollies Nipple |
| Bull Run (State) | Deer Range | Headwaters (N) | Upper Paria | Fortymile Ridge/Soda |
| Calf Pasture | Deer Spring Point (N) | Hells Bellows | | Vermillion |
| Cockscomb | Five Mile Mountain | Last Chance | | |
| Deer Creek | Johnson Canyon | Nipple Bench (N) | | |
| Dry Hollow | Johnson Lakes | Rock Creek-Mudholes | | |
| Dry Valley | Little Desert | Swallow Park | | |
| Escalante River (Closed) | Mud Springs | Varney Griffin | | |
| Hall Ranch | Pine Creek State | | | |
| Harveys Fear | Rush Beds | | | |
| Haymaker Bench | Second Point | | | |
| Johnson Point | Upper Cattle | | | |
| King Bench | Upper Warm Creek | | | |
| Lake Powell | White Sage | | | |
| Little Bowns Bench | | | | |
| Long Canyon (Kanab) | | | | |
| Long Canyon Stock Driveway | | | | |
| Lower Calf Creek Falls (Closed) | | | | |
| Lower Hackberry | | | | |
| Lower Warm Creek | | | | |
| MacGath Point (Closed) | | | | |
| Main Canyon State | | | | |
| Moody | | | | |
| Moyle C. Johnson | | | | |
| Muley Twist | | | | |
| Neaf | | | | |

1447a

| | | | |
|---|---|---|---|
| Pet Hollow | | | |
| Phipps (Closed/Grassbank) | | | |
| Pine Creek | | | |
| Pine Point | | | |
| Rattlesnake Bench (Closed) | | | |
| Round Valley | | | |
| Roy Willis | | | |
| Salt Water Creek (Closed) | | | |
| Sink Holes | | | |
| South Fork | | | |
| Spencer Bench (Closed) | | | |
| Steep Creek (Closed) | | | |
| Timber Mountain | | | |
| Upper Hackberry | | | |
| Wagon Box Mesa | | | |
| Wahweap (N) | | | |
| White Rock | | | |
| Wide Hollow | | | |
| Willow Gulch | | | |
| Wiregrass (N) | | | |

1447b