# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

)
GREAT OLD BROADS FOR WILDERNESS )
and CENTER FOR BIOLOGICAL DIVERSITY, )
)
      Plaintiffs, )
)
    v. )      Case No. 1:05cv01433 (ESH)
)
GALE NORTON, in her official capacity as )
Secretary of the Interior; NATIONAL PARK )
SERVICE; and BUREAU OF LAND )
MANAGEMENT )
)
      Defendants. )
_____)

## Notice of Lodging of Supplemental Administrative Documents by the National Park Service

      PLEASE TAKE NOTICE that Counsel for Defendants, the U.S. National Park Service ("NPS"), hereby lodges with the Clerk the following:

-    A revised Index to the administrative record of the NPS (Exhibit 1).

-    Six electronic files containing supplemental Administrative Record Documents Nos. 164, 165, 166, 167, 168, and 169. (Exhibits 2 though 7).

-    An amended certification of the revised Index and supplemental record documents (Exhibit 8).

      Federal Defendants further give notice that on the 29th day of March, 2006, Counsel for the NPS will lodge supplemental Administrative Record Document No. 170 with the Clerk in physical form. This document will not be lodged via the Court's Electronic Case Filing system pursuant to Local Civil Rule 5.4(e)(1)(B) because it is an oversized document.

On March 29, 2006, Defendants will also serve counsel for the Plaintiffs with a copy of

supplemental Administrative Record Document No. 170, sent via Federal Express to the

following address:

> Robin Cooley
> Environmental Law Clinical Partnership
> University of Denver College of Law
> 2255 East Evans Avenue
> Room 365G
> Denver, CO 80208
> (303) 871-6039

March 28, 2006                    Respectfully submitted,

                                  Sue Ellen Wooldridge
                                  Assistant Attorney General
                                  United States Department of Justice
                                  Environment and Natural Resources Division


                                  /s/ Guillermo A. Montero
Of Counsel:                       GUILLERMO A. MONTERO
G. Kevin Jones                    Trial Attorney
Attorney-Advisor                  United States Department of Justice
Office of the Solicitor           Environment and Natural Resources Division
U.S. Department of                Natural Resources Section
   the Interior                   P.O. Box 663
                                  Washington, D.C. 20044-0663
                                  (202) 305-0443 (ph)
                                  (202) 305-0274 (fax)