# NPS's Index Of Exhibits

| Exhibit No. | Document Description |
|---|---|
| | **Documents relating to General Management Plan, 1999 Grazing Plan, EA, and FONSI** |
| 1 | Interagency Agreement between Bureau of Land Management and National Park Service for Grazing Management on Glen Canyon National Recreation Area, marked IA 1440-3-0001 |
| 2 | Letter dated March 18, 1994 Letter from John O. Lancaster to Owen Severance |
| 3 | Letter from Owen Severance to Superintendent, Glen Canyon National Recreation Area |
| 4 | Memorandum dated February 21, 1995, "Subject: Grazing Plan - Due Date for report draft is April 30, 1995" |
| 5 | Memorandum initialed January 19, 1995, "Subject: Preliminary draft Glen Canyon National Recreation Area Grazing Management Plan" with draft Grazing Management Plan attached |
| 6 | Memorandum initialed January 9, 1996, "Subject: Latest Draft of the Grazing Management Plan" |
| 7 | Memorandum dated July 24, 1996, "Subject: Review of Draft (7/96) Glen Canyon National Recreation Area Grazing Management Plan" |
| 8 | Memorandum initialed August 19, 1996, "Subject: Current status of Glen Canyon National Recreation Area" |
| 9 | Letter dated January 9, 1998, from Joseph F. Alston to "Permittee" |
| 10 | Memorandum stamped January 9, 1998, "Subject: Environmental review process for the Glen Canyon NRA Grazing Plan" |
| 11 | Memorandum stamped January 9, 1998, and initialed January 6, 1997 and January 7, 1998, "Subject: Environmental review process for the Glen Canyon NRA Grazing Plan" |
| 12 | Form letter stamped January 12, 1998, and initialed January 8, 1998 from Joseph F. Alson |
| 13 | Document titled "Purposes of Glen Canyon National Recreation Area" |
| 14 | Letter dated February 12, 1998, "RE: H42 GLCA-C X - L3019 "Glen Canyon National Recreation Area Grazing Management Plan"" |
| 15 | Document titled "Reaffirmation Memorandum Agreement Number IA 1440-3-0001" and signed February 13, 1998, February 24, 1998 and March 2, 1998 |
| 16 | Page 9526 of Federal Register, Vol. 64, No. 38, February 26, 1999 |

| | |
|---|---|
| 17 | Letter stamped April 1, 1999, from Joseph F. Alston to "interested party" |
| 18 | Letter stamped April 1, 1999, from Joseph F. Alston to Bill Redd |
| 19 | Letter marked L7617 from Joseph F. Alston to "Interested Parties" with document titled "Grazing Component (Plan) and Environmental Assessment (February 8, 1999)" attached |
| 20 | Public Law 92-593 |
| 21 | Proposed General Management Plan, July 1979 |
| 22 | "Umbrella" Memorandum of Understanding Between the BLM and NPS, 1984 |
| 23 | Memorandum dated July 23, 1987, "Subject: Grazing Management Plan" |
| 24 | Memorandum marked L3019, "Subject: Request for grazing information for existing condition section of Glen Canyon Grazing Management Plan" |
| 25 | Memorandum dated December 12, 1988, "Subject: Follow-up to Bureau of Land Management/National Park Service (BLM/NPS) Grazing Management Coordination Meeting of November 16-17, 1988" |
| 26 | Memorandum dated January 11, 1989, "Subject: Revision of Task Directive – Grazing Management Component, General Management Plan" |
| 27 | Memorandum dated March 22, 1989, "Subject: Grazing Plan Meeting Results" |
| 28 | Memorandum dated June 8, 1989, "Subject: Meeting Results from June 7" |
| 29 | Grazing Management Plan, August 1999 |
| 30 | Document titled "Table 1: Summary of Environmental Impacts" |
| 31 | Letter stamped August 24, 1999, from Josef F. Alston to "Participant" with document titled "Finding of No Significant Impact and Decision Notice for Grazing Component of the General Management Plan (June 15, 1999)" attached |
| 32 | Document titled "GLCA Grazing Component Synopsis of Public Comments" |
| 33 | Letter dated April 30, 1999 from Liz Thomas and Joro Walker to Superintendent, Glen Canyon National Recreation Area |
| 34 | Letter dated September 30, 1999, from Liz Thomas and Joro Walker to Superintendent, Glen Canyon National Recreation Area |
| 35 | Letter dated April 1, 1999 from Louise Liston, to Superintendent, Glen Canyon National Recreation Area |
| 36 | Letter dated March 23, 1999, from John S. Williams to Superintendent, Glen Canyon National Recreation Area |
| 37 | Email dated May 1, 1999 from DavidOrr@aol.com to Ken McMullen |

| | |
|---|---|
| 38 | Email dated September 16, 1996 from Larry Belli to John Ritenour |
| 39 | Letter dated October 2, 1996 from Robert D. Ohmart to Joseph F. Alston |
| 40 | Letter dated October 14, 1996 from John C. Malechek to Joe F. Alston |
| 41 | Letter dated September 27, 1996 from E. T. Bartlett to Joseph F. Alston |
| 42 | Letter dated April 30, 1999 from Curtis Koyle to Superintendent, Attn. Ken McMullen |
| 43 | Email dated May 6, 1999 from GLCA Superintendent to John Ritenour, "Subject: Fwd: GLCA Grazing Plan" |
| 44 | Letter dated April 29, 1999 from Daniel Patterson to Superintendent, Glen Canyon National Recreation Area |
| 45 | Memorandum dated April 22, 1999, "Subject: Glen Canyon National Recreation Area-Grazing Review" |
| 46 | Letter dated March 30, 1999 from Bob Broscheid to Joseph F. Alston |
| 47 | Letter stamped May 3, 1996, Kate Kitchell to Joseph F. Alston |
| 48 | Document titled "Evaluation of Glen Canyon NRA Grazing Component Plan and Environmental Assessment based upon Questions of NEPA compliance" by Peter Williams |
| 49 | Document with handwritten title, "Alan Bate, Escalante 3/30/99" |
| 50 | Document titled "Comments for EA on GCNRA Grazing Plan" and signed by Mary Cassidy |
| 51 | Document titled "Comment Form" by Leroy Smalley, BLM |
| 52 | Document titled "Comments on the Glen Canyon Grazing Management Plan submitted by Quinn Griffin in Escalante, March 30, 1999" |
| 53 | Document titled "Comment Form" by J.A. Wright, March 29, 1999 |
| 54 | Letter dated March 31, 1999 from John C. Horning to Joseph F. Alston |
| 55 | Letter dated March 23, 1999 from Jeff Burgess to Joseph Alston |
| 56 | Letter dated March 31, 1999 from Victoria Woodward to Superintendent, Glen Canyon National Recreation Area |
| 57 | Letter dated March 10, 1999 from Don Peay to Superintendent, Glen Canyon National Recreation Area |
| 58 | Letter dated March 29, 1999 from Patrick Diehl to Superintendent, Glen Canyon National Recreation Area |

| | |
|---|---|
| 59 | Letter dated April 13, 1999 from Faith Walker to Superintendent |
| 60 | Letter dated April 18, 1999 from Robert Witzeman to Superintendent, Glen Canyon NRA-Grazing Review |
| 61 | Letter dated April 18, 1999 from Tom Herschelman to Superintendent, Glen Canyon NRA-Grazing Review |
| 62 | Letter dated April 27, 1999 from James Kay to Superintendent, Glen Canyon NRA-Grazing Review |
| 63 | Letter dated March 29, 1999 from Mark N. Salvo to Superintendent, Glen Canyon National Recreation Area |
| 64 | Letter dated April 6, 1999 from Clenn Okerlund, Stan Allen, and Scott Durfey to Joseph F. Alston |
| 65 | Letter stamped August 16, 1999 from Joseph F. Alston to Louise Liston |
| 66 | Letter stamped August 24, 1999 from Joseph F. Alston to David L. Harlow |
| 67 | Letter stamped August 24, 1999 from Joseph F. Alston to Joro Walker |
| 68 | Letter stamped August 24, 1999 from Joseph F. Alston to Daniel Patterson |
| 69 | Letter stamped August 16, 1999 from Joseph F. Alston to John S. Williams |
| 70 | Letter stamped August 24, 1999 from Joseph F. Alston to "Participant" |
| 71 | Document marked titled "Meeting/Telephone Conversation Record" and dated July 20, 1999 |
| | **Glen Canyon National Recreation Area Grazing Allotment EAs** |
| 72 | Letter dated July 25, 1997 from Gregg Christensen to Joe Alston with Finding of No Significant and Impact and 1997 Forty Mile Ridge Allotment Evaluation attached |
| 73 | Letter dated August 16, 1997 from Gregg Christensen to Joe Alston |
| 74 | Letter stamped November 4, 1997 from Joseph Alston to Gregg Christensen |
| 75 | Handwritten letter, undated, from Ben to John |
| 76 | Letter dated January 6, 1998 from Gregg Christensen to Joe Alston with Notice of Proposed decision and Finding of No Significant Impacts and Environmental Assessment to modify the grazing permit on the Forty Mile Ridge Allotment attached |
| 77 | Letter dated January 27, 1998 from Edward B. Zukoski to Gregg Christensen and Allan Bate |
| 78 | Memorandum dated September 16, 1999, "Subject Fortymile Ridge Allotment EA" |

| | |
|---|---|
| 79 | Memorandum dated November 8, 1999, "Subject Fortymile Ridge Allotment EA" |
| 80 | Environmental Assessment J-050-099-012, Draft # 2 – Renewal of Grazing Permits for Rockies and Sewing Machine Allotments |
| 81 | Memorandum dated May 15, 2000, "Subject: Comments on the Environmental Assessment (EA) for the Rockies and Sewing Machine allotments" |
| 82 | Memorandum dated October 30, 2002, "Subject: Comments on "Grazing Permit Renewal Site Assessment: Sewing Machine and Rockies Allotments"" |
| 83 | Document titled, "Grazing Permit Renewal Site Assessment: Sewing Machine and Rockies Allotments |
| 84 | Finding of No Significant Impact, White Canyon Allotment Term Grazing Permit Renewals |
| 85 | Environmental Assessment, Term Grazing Permit Renewal White Canyon Allotment, dated August 21, 200 |
| 86 | Email dated September 18, 2001, from Ben Bobowski@NPS to Paul Curtis@BLM, "Subject Re:ttest" |
| 87 | Letter stamped October 3, 2003 from Sherwin N. Sandberg and/or Kent E. Walter to Mr. Johnson |
| 88 | Letter from Sandy L. Johnson and Gail L. Johnson to Nick Sandberg re: EA #UT-090-01-47 White Canyon Allotment #06837 |
| 89 | Memorandum stamped November 5, 2001, "Subject Environmental Assessment (EA) for the White Canyon Allotment" |
| | **Communication between the Glen Canyon National Recreation Area and the Land and Water Fund for the Rockies, SUWA, and the Center for Biological Diversity Re: Enforcement of the 1999 Grazing Management Plan** |
| 90 | Letter dated May 24, 2002, from Joro Walker to Kitty L. Roberts |
| 91 | Appendix, Volume One - BLM documents cited in letter to Glen Canyon National Recreation Area regarding legal violations concerning ongoing grazing activity from Southern Utah Wilderness Alliance and Great Old Broads for Wilderness, May 24, 2002 |
| 92 | Appendix, Volume Two - BLM documents cited in letter to Glen Canyon National Recreation Area regarding legal violations concerning ongoing grazing activity from Southern Utah Wilderness Alliance and Great Old Broads for Wilderness, May 24, 2002 |
| 93 | Letter stamped July 18, 2002, from Kitty L. Roberts to Joro Walker |
| 94 | Letter stamped April 17, 2003, from Kitty L. Roberts to Joro Walker |
| 95 | Letter dated March 23, 2004, from Joro Walker to Charlotte Obergh, "Re: Freedom of Information Act request for various records regarding the management of park values and protection of wildlife by the Glen Canyon National Recreation Area in southern |

| | |
|---|---|
| | Utah and northern Arizona." |
| 96 | Letter dated March 23, 2004, from Joro Walker to Charlotte Obergh, "Re: Another Freedom of Information Act request for various records regarding the management of cultural resources the Glen Canyon National Recreation Area." |
| 97 | Letter dated May 25, 2004, from Charlotte A. Obergh to Joro Walker |
| 98 | Letter dated May 28, 2004, from Robin Cooley to Kitty L. Roberts |
| 99 | Letter dated June 24, 2004, from Kitty L. Roberts to Robin Colley |
| 100 | Document titled "Reaffirmation Memorandum Agreement Number IA 1440-3-0001" and signed May 5, 2003, May 13, 2003 and May 15, 2003 |
| | **Grand Staircase - Escalante National Monument's Rangeland Health EIS, including Glen Canyon NRA's Values and Purposes Determination** |
| 101 | Letter dated July 14, 2000, from Kate Cannon to Joe Alston |
| 102 | Letter dated September 1, 2000, with heading "Announcing the Scoping Period for the Grazing Permit Renewal EIS" |
| 103 | Memorandum dated November 26, 2001, "Subject: General Agreement between BLM and the National Par Service (NPS) for the development of the Grand Staircase/Escalante National Monument Grazing Environmental Impact Statement (EIS)" |
| 104 | Letter dated March 22, 2003, to Kitty Roberts, which begins: "You have expressed an interest in becoming a cooperating agency with BLM ...." |
| 105 | Document titled "Critical Grazing Related Issues to be Addressed in the Alternatives in Grand Staircase/Escalante NM Rangeland Heath EIS, June 17 2004" |
| 106 | Letter dated October 4, 2004, to Dave Hunsaker, which begins: "In the spring of 2004, Glen Canyon National Recreation Area (NRA) staff developed resource protection statements that the park felt needed particular emphasis ...." |
| 107 | Email dated December 14, 2004, "Subject: Thursday meeting and EIS updated" |
| 108 | Email dated December 15, 2004, "Subject: Thursday's setting of the stage" |
| 109 | Document titled "BLM Questions For GSENM/GCNRA Meeting (12-16-04)" |
| 110 | Document faxed on December 15, 2004 at 4:55 p.m., with handwritten note: "Bolded Statements provided by John Ritenour prior to meeting in SLC." |
| 111 | Roster of attendees at GSENM/GCNRA meeting, December 16, 2004 |
| 112 | Document titled "BLM/NPS Rangeland Health EIS meeting — SLC 12/04 / (morning session personal notes from Dave Wolf)" |
| 113 | Document titled "When in EIS process V&P Determination would be done" |

| | |
|---|---|
| 114 | Handwritten notes |
| 115 | Document titled “Briefing information regarding Navajo Point and Grand Bench” |
| 116 | Email dated December 22, 2004, “Subject: mitigation” |
| 117 | Document titled “DRAFT”, with handwritten date of December 2004, and handwritten comment “Never sent. Taken to Salt Lake City as reference. Morphed into Values Statement” |
| 118 | Email dated December 30, 2004, “Subject: Re: Values and Purposes Determination” |
| 119 | Email dated January 1, 2005, “Subject: Re: SLC EIS meeting” |
| 120 | Email dated January 4, 2004, “Subject: Re: SLC EIS meeting” |
| 121 | Email dated January 4, 2005, “Subject: Re: previous email” |
| 122 | Email dated January 26, 2005, “Subject: meeting schedule and heads up” |
| 123 | Document titled, “Values and Purposes Determination, Draft 1/2000” |
| 124 | Document titled, “Values and Purposes (V&P) Determination” |
| 125 | Document titled Comments on 4/65 draft of Values and Purposes |
| 126 | Document titled, “DRAFT – 5/13/05 Values and Purposes Determination, Glen Canyon National Recreation Area” |
| 127 | Document titled, “DRAFT - 6/22/2005 Supplementary Resource Information for the Glen Canyon NRA Values and Purposes Determination As part of the Grand Staircase-Escalante National Monument Rangeland Health EIS” |
| 128 | Email dated March 29, 2005, “Subject: Re: Fw: Rangeland health EIS documents” |
| 129 | Document titled, “Rangeland Health EIS, Grand Staircase-Escalante National Monument Cultural Resources, Chapter 2 12/15/04” |
| 130 | Draft of Standard Operating Procedures, with notation at top: “FILE EDIT RECORD – fill in EVERY time you edit this file” |
| 131 | “GSENM/NRA Grazing Management Fact Sheet” for the Rock Creek-Mudholes Allotment |
| 132 | “GSENM/NRA Grazing Management Fact Sheet” for the Lake Allotment |
| 133 | “GSENM/NRA Grazing Management Fact Sheet” for the Soda Allotment |
| 134 | “Briefing Statement” Draft, dated May 2005 |
| 135 | Email dated May 24, 2005, “Subject: Re: Fw: Communication Plan” |
| 136 | “Communications Plan”, marked “Completed 6/17/05” |

| | |
|---|---|
| 137 | Email dated May 27, 2005, "Subject: Re: to press forward with the NRA Values and Purposes document" |
| 138 | Email dated June 3, 2005, "Subject: Fw: State Director briefing" |
| 139 | Email dated June 27, 2005, "Subject: Re: draft alternatives, etc." |
| 140 | Email dated June 27, 2005, 10:16 a.m., "Subject: Re: quick clarification |
| 141 | Email dated June 27, 2005, "Subject: Copy of Process to IMR" |
| 142 | Email dated June 28, 2005, "Subject: Re: Fwd: final piece of the NPS Values and Purposes Determination" |
| 143 | Email dated June 29, 2005, "Subject: Re: Fwd: final piece of the NPS Values and Purposes Determination" |
| 144 | Email dated June 27, 2005, 5:14 p.m., "Subject: Re: quick clarification" |
| 145 | Email dated July 5, 2005, "Subject: Re: Values and Purposes Determination (VPD)" |
| 146 | Memorandum, "Subject Draft Values and Purposes Determination" with Draft (7/5/05) attached |
| 147 | Email dated July 9, 2005, "Subject: Re: Shared allotment Permitted Use figures in question" |
| 148 | Email dated July 25, 2005, "Subject: Grand Staircase Rangeland Health EIS" |
| 149 | Briefing Statement Draft, dated July 2005, "Issue: Glen Canyon NRA Resource Concerns and the Grand Staircase-Escalante National Monument Rangeland Health Environmental Impact Statement" |
| 150 | Briefing Statement Draft, dated July 2005, "Issue: Lawsuit filed against Glen Canyon NRA and its Livestock Grazing Program" |
| 151 | Letter stamped August 5, 2005, to Kitty L. Roberts, Superintendent, Glen Canyon National Recreation Area, with draft version of Chapter 2 of Rangeland Health EIS attached |
| 152 | Email dated August 15, 2005, "Subject: permittee meeting notes" with document attached |
| 153 | Rangeland Health EIS 8/31/05 Draft |
| 154 | Letter dated August 31, 2005 from Kitty L. Roberts to Dave Hunsaker |
| 155 | 2001 Management Policies |
| 156 | Draft 2006 NPS Management Policies |
| 157 | Document titled, "Strategic Plan For Glen Canyon NRA and Rainbow Bridge", dated November 15, 2000 |

| | |
|---|---|
| 158 | Management Policies, U.S. Department of Interior, National Park Service, 1988 |
| 159 | Document Titled "Strategic Plan for Glen Canyon NRA and Rainbow Bridge NM" |
| | **Other Documents** |
| 160 | Selected pages of Director's Order #12 and Handbook |
| 161 | Interim Technical Guidance on Assessing Impacts and Impairment to Natural Resources, July 2003 |
| 162 | Document titled "The Impairment Issue: Questions and Answers", dated April 29, 2002 |
| 163 | Document titled, "Impairment - Spotlight on an Old Word" |
| | **SUPPLEMENTAL ADMINISTRATIVE RECORD DOCUMENTS** |
| 164 | Lake Allotment, Assessment of Grazing Activities on Cultural Resources, 12/18/01 |
| 165 | Rock Creek-Mudholes Allotment, Assessment of Grazing Activities on Cultural Resources, 12/18/2001 |
| 166 | Soda Allotment, Assessment of Grazing Activities on Cultural Resources, 12/18/01 |
| 167 | Sewing Machine Allotment, Assessment of Grazing Activities on Cultural Resources, 12/18/2001 |
| 168 | Allotment Data Packets, Undated |
| 169 | Information Concerning Cultural Resources Within Glen Canyon NRA Boundaries for Lake, Rock Creek – Mudholes, Forty Mile Ridge, Big Bowns Bench, Lower Cattle, Last Chance, Upper Cattle, Soda, Upper Warm Creek, and Moody Allotments, April 19, 2005 |
| 170 | Glen Canyon Proposed General Management Plan, Wilderness Recommendation, Road Study Alternatives, Final Environmental Impact Statement, Undated |