# LAKE ALLOTMENT
Assessment of Grazing Activities on
Cultural Resources
12/18/01

The following assessment has been developed from a review of the cultural resource information collected from 139 sites within the Glen Canyon National Recreation Area portions of the **Lake** allotment. Documentation of the sites in this allotment span the last 7 years beginning with a survey in 1994 and continuing up until September 7, 2001 when the last site was documented and assessed in this allotment. All site data are complete including condition assessments that are less than 10 years old. In addition, nearly all sites have been evaluated for eligibility to the National Register of Historic Places. It is important to note, however, that of the 5,283 acres located in the Glen Canyon NRA portion of the Lake allotment, only about 1300 acres have been surveyed for cultural resources. Therefore, the following discussion of known sites represents only a very small fraction of the potential site total that is probably located within this allotment.

Significant cultural resources occur within the Glen Canyon NRA portion of the Lake allotment. Cultural assignments (Table 1) suggest that they span nearly the entire sequence of Southwestern prehistory from the Archaic period (8,000 years ago) through the end of the Fremont and Anasazi occupations (800 years ago). Euroamerican historic resources are also present and include those associated with grazing activities (130-50 years ago).

Cultural assignments are based on the kinds of artifacts found at the site. Archaic and Basketmaker cultures are generally assigned based on the presence of diagnostic stone tools and a lack of ceramic material (sherds). Sites assigned to the Formative and Anasazi/Ancestral Puebloan cultures are identified by the presence and types of sherds as well as diagnostic projectile points. Euroamerican activity is identified by the presence of tin cans, glass and other manufactured materials. The sites listed in the unknown category do not contain enough information to determine a cultural assignment. Because several sites contain the remains of more than one cultural period, the number of sites listed in the table totals more than 139.

| Table 1.0 Cultural Assignments | | |
|---|---|---|
| **Cultural Assignment** | **Years Ago** | **Number Of Sites** |
| Unknown | | 75 |
| Archaic | 8000 | 5 |
| Basketmaker | 2000-1500 | 1 |
| Formative | 2000-800 | 34 |
| Anasazi/Ancestral Puebloan | 2000-800 | 21 |
| Euroamerican | 130-50 | 5 |

2437

Table 2 lists the National Register eligibility of the 139 known sites within the Glen Canyon NRA portion of the Lake allotment and is a good illustration of the scientific importance of these resources. A total of 98 sites have been determined eligible to the National Register, and 41 sites are either not eligible or have not been evaluated as to their significance. Of those sites determined eligible, 69 sites, or nearly 50%, have documented cattle impacts.

| Table 2.0 National Register Eligibility ||
|---|---|
| **Category** | **Number Of Sites** |
| Number Of Identified Sites In Allotment | 139 |
| Eligible Sites | 98 |
| Not Eligible Sites | 31 |
| Not Evaluated | 10 |
| Eligible With Grazing Impacts | 69 |

The Glen Canyon NRA Grazing Management Plan (August 1999) identifies five general site categories including open sites, rockshelter/alcove sites, historic sites, rockart sites, and Traditional Cultural Properties (TCP). Table 3 lists the site category of each of the 69 eligible sites impacted by cattle. Sixty-seven of the 69 total sites are located in the open. Two of the open sites are also historic sites.

| Table 3.0 Site Categories ||||||
|---|---|---|---|---|---|
| Total | Open | Rockshelter / Alcove | Historic | Rock Art | TCP |
| 69 | 67 | 2 | 2 | 0 | 0 |

The level of impacts caused by grazing activities to eligible sites is listed in Table 4.

A low impact is defined as one that **will not** result in irreparable damage to the integrity of the resource or the loss of information that can contribute to the understanding of history or prehistory. Ten of the 69 sites have been identified as having a low level of impact.

A moderate impact is one that **will** result in irreparable damage to the integrity of the resource and the loss of information if action to correct the impact is not taken within 5 years. Forty of the 69 sites have been identified as having a moderate level of impacts.

Sites identified as having severe impacts receive that rating because the resource has been so badly damaged by grazing activities that the resource will be significantly damaged or irretrievably lost if action is not taken within 2 years. Nineteen sites were identified as having severe impacts.

| Table 4.0 National Register Eligible Sites Level Of Impacts ||
| Category | Number Of Sites |
|---|---|
| Low Impacts | 10 |
| Moderate Impacts | 40 |
| Severe Impacts | 19 |

## Summary

In light of the high level of cattle damage documented during 7 years of archeological surveys on the Kaiparowits Plateau (50% of identified sites), current grazing practices within the Glen Canyon NRA portion of the Lake Allotment need to be re-evaluated. The integrity of sites determined eligible to the National Register of Historic Places are being compromised, and obvious adverse effects are being allowed to continue without any mitigative measures taken. This is in direct violation to Section 106 regulations, which require federal agencies to identify alternatives to minimize or eliminate impacts to cultural resources under their jurisdiction. A simple solution would be to remove all cattle from the Glen Canyon NRA portion of the allotment. Short of that, a preservation plan should be developed and implemented by the BLM that includes recommendations and methods to mitigate the damage to archeological sites resulting from grazing activities.