**Allotment Data Packets**

EIS Shared Allotments:
Big Bown Bench
Forty Mile
Lake Allotment
Last Chance
Lower Cattle
Lower Warm Creek
Moody
Rock Creek-Mudholes
Soda
Upper Cattle
Upper Warm Creek

## Big Bown Bench Allotment
Allotment % Summary

Big Bown Bench allotment currently contains 16 recorded sites, one with two distinct affiliations. Accordingly, data from these sites was documented individually with 17 designated informational records in a database. Percentages were determined using this database.

**Affiliation**
Formative - 12%
Fremont - 35%
Kayenta - 12%
Anglo - 29%
Unknown - 18%

**Site Type**
Artifact Scatter - 6%
Camps - 53%
Habitations - 6%
Rock Art - 6%
Historic - 29%

**Feature/Structures**
Hearth/Midden - 18%
Structures - 6%
Cist/Granary - 18%
Rock Art - 29%
Projectile Point - 29%

**Setting**
Sheltered - 71%
Low Lying - 29%

**Eligibility**
Eligible - 88%
Not Eligible - 6%
Unevaluated - 6%

**Midden**
Yes - 41%
No - 29%
Possible - 24%
Probably Not - 6%

**Features/Structures**
Total sites with F/S - 88%
Hearths - 12%
Hearths and Midden - 6%
Alignment - 12%
Structures - 6%
Cist/Granary - 18%
Rock Art - 29%
Historic Inscriptions - 24%
Historic Other - 12%

**Impacts**
Total sites with impacts - 100%
Livestock - 29%
Erosion - 94%
Graffiti - 6%
Pot hunting - 6%
Vandalism - 18%

**Condition**
Excellent - 6%
Good - 53%
Fair - 29%
Poor - 7%

# Big Bown Bench
## 17 Components
### 16 Sites w/2 components
Couponent Break-Down

## SITE TYPE

Artifact Scatters (Lithics 1, Sherd and Lithics): **1**
Camps: **9**
Habitations:
Rockart: **1**
Isolates/Other (no or few arts):
Structures:
Granary/Cist:
Hand and Toe:
Hearth:
Historic Inscriptions: **3**
Historic other: **2**
Unknown:
No Data

## SITE SETTING

Elevated
    Hilltop
    Knoll
    Mesa
    Ridge
    Ridge slope
Sheltered
    Alcove - **6**
    Rockshelter - **2**
    Overhang
    Outcrop
    Base of Cliff - **4**
Low Lying
    Terrace - **3**
    Flat
    Dune - **2**
    Bench
    Ledge
Upland
    Flat
    Terrace
    Dune

## AFFILIATION

Anasazi PII-PIII: **1**
Anasazi PII-PIII/Fremont/Formative:
Anasazi PII/Archaic :
Anasazi/Fremont/Poss Archaic:
Achaic:
Archaic or BMII:
Early Archaic:
Middle Archaic:
Late Archaic:
Basketmaker II:
Formative: **1**
Late Formative: **1**
Fremont: **4**
Fremont/Archaic:
Fremont/Anglo: **1**
Fremont/Formative:
Kayenta Anasazi: **1**
Kayenta Anasazi PII-PIII/Fremont: **1**
Kayenta/Mesa Verde PII-PIII:
Terminal Archaic/Early Formative:
Virgin Anasazi:
Virgin Anasazi/Formative:
Virgin Anasazi PII:
Virgin/Kayenta Anasazi:
Virgin/Kayenta Anasazi/Fremont:
Anglo: **4**
Unknown: **3**
No data:
Other:

**Total sites in allotment: 15**
**Total components: 17**
**Acres surveyed:**
**Site density:**

## Condition

Excellent: **1**
Good: **9**
Fair: **5**
Poor: **2**
Unknown:

## Impacts

Livestock: **5**
Erosion: **16**
Graffiti: **1**
Pot hunting: **1**
Vandalism: **3**
Unknown:

## Eligibility

Eligible: **15**
Not Eligible: **1**
Unevaluated: **1**
Unknown:

## Midden

Yes: **7**
No: **5**
Possible: **4**
Probable:
Probably Not: **1**

## Features/Structures

Total with features/structures: **15**
Total Special Interest with features/structures:
Hearths: **2**
Heaths and Midden: **1**
Alignments: **2**
Structures: **1**
Cist/grainary: **3**

Rockart: **5**
Historic Inscriptions: **4**
Historic Other: **2**

## Ceramics

Yes: **7**
No: **9**
Unknown: **1**

## Groundstone

Yes: **9**
No: **8**
Unknown:

## Organics

Yes: **7**
No: **10**
Unknown: **6**

## Points

Yes: **3**
No: **14**
Total: **5**
Rep by type: Rosespring = **1**

## Diagnostics

Yes: **14**
No: **3**
Unknown:

## Allotment Percentages

Hearth/Midden:     **3 = 18%**
Structure:         **1 = 6%**
Cist:              **3 = 18%**
Rock art:          **5 = 29%**

2452



**Big Bown Bench**
**Features/Structures**
17 Components

2453



Big Bown Bench
Archaeological Site Data
17 Components

## Forty Mile Allotment

Forty Mile Allotment currently contains 41 recorded sites. Eight records could not be located, which left 33 searchable data records. Percentages were determined using this database.

**Affiliation**
Archaic - 6%
Formative - 36%
Fremont - 9%
Kayenta - 12%
Paiute - 3%
Shoshonian - 3%
Unknown- 30%

**Site Type**
Artifact Scatter - 21%
Camps - 45%
Habitations - 21%
Rock Art - 6%
Cist/Granary - 3%
Historic - 29%
Hearth/Roasting Pit - 3

**Feature/Structures**
Hearth/Midden - 18%
Structures - 15%
Cist/Granary - 18%
Rock Art - 12%
Projectile Point - 24%

**Setting**
Sheltered - 58%
Low Lying - 9%
Upland - 33%

**Eligibility**
Eligible - 67%
Not Eligible - 3%
Unevaluated - 18%
Probably Not - 12%

**Midden**
Yes - 36%
No - 21%
Possible - 15%
Probable - 6%
Unknown - 21%

**Features/Structures**
Total sites with F/S - 70%
Hearths - 12%
Hearths and Midden - 6%
Alignment - 6%
Structures - 15%
Cist/Granary - 18%
Rock Art - 12%

**Impacts**
Total sites with impacts - 64%
Total w/"unknown" impact - 36%
Livestock - 21%
Erosion - 58%
Pack Rats - 6%
Pot hunting - 6%
Vandalism - 27%
Deposition - 6%
Spalling - 6%
Mud Staining - 3%

**Condition**
Excellent - 9%
Good - 21%
Fair - 30%
Poor - 27%
Unknown - 12%

# Forty Mile Ridge
## 33 Components
### 41 Sites less 8 no data

## SITE TYPE

Artifact Scatters (Lithic **6**, Sherd and Lithic **1**): **7**
Camps: **15**
Habitations: **7**
Rock Art:

Isolates/Other (no or few arts):
Structures:
Granary/Cist: **1**
Rock Art: **2**
Hearth/Roasting pit: **1**
Historic Inscriptions:
Historic other:
Unknown:

## SITE SETTING

Elevated
    Hilltop
    Knoll
    Mesa
    Ridge
    Ridge slope
Sheltered
    Alcove - **11**
    Rockshelter - **4**
    Overhang - **1**
    Outcrop
    Base of Cliff - **3**
Low Lying
    Terrace - **3**
    Flat
    Dune - **2**
    Bench
    Ledge
Upland
    Flat - **3**
    Terrace
    Dune - **3**
    Base of Cliff - **2**
    Bedrock - **1**
    Bench - **1**
    Ridge - **1**

## AFFILIATION

Anasazi /Mesa Verdi:
Anasazi:
Anasazi PII/Archaic :
Anasazi/Fremont/Poss Archaic:
Achaic: **6**
Archaic or BMII:
Early Archaic:
Middle Archaic:
Late Archaic:
Basketmaker II: **2**
Formative: **12**
Early Formative:
Fremont: **3**
Fremont/Archaic:
Fremont/Anglo:
Fremont/Formative:
Kayenta Anasazi: **4**
Kayenta Anasazi PII-PIII/Fremont:
Kayenta/Mesa Verde PII-PIII:
PII/PIII: **4**
Virgin Anasazi:
Virgin Anasazi/Formative:
Virgin Anasazi PII:
Virgin/Kayenta Anasazi:
Virgin/Kayenta Anasazi/Fremont:
Anglo:
Unknown: **10**
Other:   Pauite: **1**    Shoshonian/Kayenta: **1**

**Total sites in allotment: 41**
**Total components: 33**
**Acres surveyed:**
**Site density:**

**Condition**

Excellent: **3**
Good: **7**
Fair: **10**
Poor: **9**
Unknown: **4**

**Impacts**

Livestock: **7**
Erosion: **19**
Graffiti:
Pot hunting: **2**
Vandalism: **9**
Unknown: **12**

Deposition: **2**
Spalling: **2**
Mud Staining: **1**
Pack Rats: **2**

**Eligibility**

Eligible: **22**
Not Eligible: **1**
Unevaluated: **6**
Unknown:
Probably Not: **4**

**Midden**
Yes: **12**
No: **7**
Possible: **5**
Probable: **2**
Probably Not:
Unknown: **7**

**Features/Structures**
Total with features/structures: **23**
Hearths: **4**
Heaths and Midden: **2**
Alignments: **2**
Structures: **5**
 Cist/Granary: **6**

Rock Art: **4**
Historic Inscriptions:
Historic Other:

**Ceramics**

Yes: **20**
No: **13**
Unknown:

**Groundstone**

Yes: **17**
No: **16**
Unknown:

**Organics**

Yes: **14**
No: **19**
Unknown:

**Points**

Yes: **6**
No: **27**
Total: **8**
Rep by type:

Bull Creek = **2**
Corner Notch = **1**
"Archaic" = **1** (curated)
Rose Spring = **1**
No ID = **3**

**Diagnostics**

Yes: **17**
No: **10**
Unknown:
Possible: **6**



**Forty Mile**
**Features/Structures**
33 Components



**Forty Mile
Archaeological Site Data**
33 Components

## Lake Allotment

Lake Allotment currently contains 154 recorded sites, two with two distinct affiliations. Accordingly, data from these sites was documented individually with 156 designated informational records in a database.  Percentages were determined using this database.

**Affiliation**
Archaic - 8%
Formative - 22%
Fremont - 3%
Kayenta - 19%
Virgin - 3%
Anasazi - 1%
Anglo - 3%
Unknown - 43%

**Site Type**
Artifact Scatter - 41%
Camps - 41%
Habitations - 19%
Structures - 4%
Cist/Granary - 5%
Historic other - 3%

**Feature/Structures**
Hearth/Midden - 14%
Structures - 23%
Cist/Granary - 6%
Rock Art - 1%
Projectile Point - 48%

**Setting**
Elevated - 28%
Sheltered - 23%
Low Lying - 49%

**Eligibility**
Eligible - 79%
Not Eligible - 22%

**Midden**
Yes - 85%
No - 9%
Unknown - 6%

**Features/Structures**
Total sites with F/S - 85%
Hearths - 96%
Hearths and Midden - 2%
Alignment - 10%
Structures - 22%
Cist/Granary - 6%
Rock Art - 2%
Concentrations - 37%
Kiva - 1%
Groundstone Scatter - 1%
Fire Cracked Rock - 2%
Stain - 2%
Cleared Areas – 2%
Moquie Steps - 1%
Anthill - 8%
Midden - 2%
Rubble Mound - 2%
Trail - 1%
Historic - 6%
Probable - 1%

**Impacts**
Total sites with impacts - 97%
Total w/"unknown" impact - 3%
Livestock - 64%
Erosion – 97%
Pot hunting - 2%
Vandalism - 6%
Deposition - 2%
Vegetation - 1%
Historic Activities - 1%
Rodents – 3%
Developed Trough - 1%

**Condition**
Good - 24%
Fair - 44%
Poor - 30%
Unknown - 2

# Lake
## 156 Components
### 154 sites 2 w/2 components

## SITE TYPE

Artifact Scatters (Lithic **48**, Sherd and Lithic **16**): **64**
Camps: **41**
Habitations: **30**
Rock Art: **1**

Isolates/Other (no or few arts):
Structures: **6**
Granary/Cist: **8**
Rock Art: **2**
Hearth:
Historic Inscriptions:
Historic other: **3**
Wall Alignment: **1**
Unknown:

## SITE SETTING

Elevated
    Hilltop
    Knoll - **14**
    Mesa - **1**
    Ridge - **27**
    Ridge slope - **2**
Sheltered
    Alcove - **4**
    Rockshelter - **4**
    Overhang - **4**
    Outcrop - **3**
    Cliff Face - **21**
Low Lying
    Terrace
    Flat - **35**
    Dune - **10**
    Bench - **29**
    Ledge - **2**
Upland
    Flat
    Terrace
    Dune
    Base of Cliff
    Bedrock
    Bench
    Ridge
    No Data

## AFFILIATION

Anasazi: **1**
Anasazi/Mesa Verdi:
Anasazi PII/Archaic :
Anasazi/Fremont/Poss Archaic:
Achaic: **3**
Archaic or BMII:
Early Archaic:
Middle Archaic:
Late Archaic: **3**
Basketmaker II:
Formative: **28**
Late Formative: **6**
Fremont: **1**
Fremont/Anasazi: **2**
Fremont/Archaic:
Fremont/Formative: **1**
Kayenta Anasazi: **22**
Kayenta Anasazi PII-PIII: **7**
Kayenta/Mesa Verde PII-PIII: **1**
Terminal Archaic/Early Formative: **6**
Virgin Anasazi:
Virgin Anasazi/Formative:
Virgin Anasazi PII: **1**
Virgin/Kayenta Anasazi: **2**
Virgin/Kayenta Anasazi/Fremont:
Anglo: **5**
Unknown: **67**
No data:
Other:

**Total sites in allotment: 154**
**Total components: 156**

| **Condition** | **Impacts** | | **Eligibility** |
|---|---|---|---|

**Condition**

Excellent:
Good: **38**
Fair: **69**
Poor: **46**
Unknown: **3**
No Data:

**Impacts**

Livestock: **99**     Deposition: **3**
Erosion: **151**      Vegetation: **2**
Graffiti:            Historic Activities: **1**
Pot hunting: **2**   Rodents: **4**
Vandalism: **9**     Devel. Trough: **1**
Unknown: **4**
No Data:

**Eligibility**

Eligible: **121**
Not Eligible: **35**
Unevaluated:
Unknown:
No Data:

**Midden**

Yes: **133**
No: **14**
Possible:
Probable:
Probably Not:
Unknown: **9**
No Data:

**Features/Structures**

Total with features/structures: **132**
Total Special Interest with features/structures:
Hearths: **15**
Heaths and Midden: **2**     Rockart: **2**
Alignments: **16**           Groundstone Scatter: **1**
Structures: **35**           Historic: **9**
Cist/granary: **10**         FCR: **3**          Probable: **1**
Trail: **1**                 Stain: **3**        Anthill: **13**
Concentrations: **57**       Cleared Areas: **2**  Midden: **2**
Kiva: **1**                  Moquie Steps: **1**   Rubble Mound: **2**

**Ceramics**

Yes: **73**
No: **74**
Unknown: **8**
Probable: **1**

**Groundstone**

Yes: **54**
No: **94**
Unknown: **8**

**Organics**

Yes: **41**
No: **111**
Unknown:
Possible: **1**
Probable: **3**

**Points**

Yes: **49**
No: **98**
Total: **75**
Rep by type:
Unknown: **9**

Cottonwood/Bull Creek = **1**     Corner Notch = **1**     Pinto = **2**
Desert Side-notch = **1**         Cottonwood = **1**       Elko = **8**
Desert Tri-notch = **1**          Uinta (Numic?) = **1**   No ID = **37**
Rosespring = **14**               Gypsum = **4**           "Many Tools" = **1**
"Archaic style" = **1**           Bull Creek = **2**

**Diagnostics**

Yes: **90**
No: **53**
Unknown: **5**
Probable: **4**
Possible: **4**

**Allotment Percentages**

Hearth/Midden:     **22 = 14%**
Structure:         **36 = 23%**
Cist:              **10 = 6%**
Rock art:          **2 = 1%**



## Lake
### Features/Structures
156 Components



**Lake**
**Archaeological Site Data**
156 Components

## Last Chance Allotnement

Last Chance Allotment currently contains 12 recorded sites. Data from these sites was documented in a database specifically created for this allotment. Percentages were determined using this database.

**Affiliation**
Archaic - 18%
Anasazi - 18%
Unknown - 73%

**Site Type**
Artifact Scatter - 36%
Camps - 64%

**Feature/Structures**
Hearth/Midden - 17%
Cist/Granary - 17%
Rock Art - 8%
Projectile Point - 83%

**Setting**
Elevated - 9%
Sheltered - 45%
Low Lying - 45%

**Eligibility**
Eligible - 75%
Unevaluated - 18%
Unknown - 8%
Possible - 8%

**Midden**
Yes - 75%
No - 8%
Unknown - 21%

**Features/Structures**
Total sites with F/S - 75%
Hearths - 8%
Hearths and Midden - 8%
Cist/Granary - 16%
Rock Art - 8%
Grooves - 8%
Concentrations - 33%
Unknown - 8%

**Impacts**
Total sites with impacts - 84%
Total w/"unknown" impact - 16%
Livestock - 25%
Erosion - 75%
Pack Rat - 8%
Spalling - 8%
Vehicles - 8%

**Condition**
Good - 8%
Fair - 50%
Poor - 16%
Unknown - 16%

**Last Chance**
12 Sites/Components

## SITE TYPE

Artifact Scatters (Lithics **4**, Sherd and Lithics): **4**
Camps: **7**
Habitations:
Rockart:
Isolates/Other (no or few arts):
Structures:
Granary/Cist:
Hand and Toe:
Hearth:
Historic Inscriptions:
Historic other:
Unknown:
No Data: **1**

## SITE SETTING

Elevated
    Hilltop
    Knoll
    Mesa
    Ridge - 1
    Ridge slope
Sheltered
    Alcove
    Rockshelter - 3
    Overhang
    Outcrop - 1
    Base of Cliff - 1
Low Lying
    Terrace
    Flat
    Dune - 1
    Bench - 4
    Ledge
Upland
    Flat
    Terrace
    Dune

No Data: **1**

## AFFILIATION

Anasazi PII-PIII:
Anasazi PII-PIII/Fremont/Formative:
Anasazi PII/Archaic :
Anasazi/Fremont/Poss Archaic:
Achaic: **1**
Archaic or BMII:
Early Archaic: **1**
Middle Archaic:
Late Archaic:
Basketmaker II:
Formative:
Late Formative:
Fremont:
Fremont/Archaic:
Fremont/Anglo:
Fremont/Formative:
Kayenta Anasazi:
Kayenta Anasazi PII-PIII/Fremont:
Kayenta/Mesa Verde PII-PIII:
PII/PIII: **1**
Virgin Anasazi:
Virgin Anasazi/Formative:
Virgin Anasazi PII:
Virgin/Kayenta Anasazi:
Virgin/Kayenta Anasazi/Fremont:
Anglo:
Unknown: **8**
No data: **1**
Other:

**Total sites in allotment: 12**
**Total components: 12**
**Acres surveyed:**
**Site density:**

### Condition

Excellent:
Good: **1**
Fair: **6**
Poor: **2**
Unknown: **2**
No Data: **1**

### Impacts

| Livestock: **3** | Pack Rat: 1 |
| Erosion: **9** | Spalling: 1 |
| Graffiti: | Vehicles: 1 |
| Pot hunting: | |
| Vandalism: | |
| Unknown: **2** | |
| No Data: **1** | |

### Eligibility

Eligible: **9**
Not Eligible:
Unevaluated: **1**
Unknown: **1**
Possible: **1**
No Data: **1**

### Midden

Yes: **9**
No: **1**
Possible:
Probable:
Probably Not:
No Data: **1**
Unknown: **1**

### Features/Structures

Total with features/structures: **9**
Total Special Interest with features/structures: **0**
Hearths: **1**

| Heaths and Midden:**1** | Rockart: **1** |
| Alignments: | Grooves: **1** |
| Structures: | Concentrations: **4** |
| Cist/grainary: **2** | Unknown: **1** |
| No: **3** | No Data: **1** |

### Ceramics

Yes: **3**
No: **7**
Unknown: **1**
No Data: **1**

### Groundstone

Yes: **6**
No: **4**
Unknown: **1**
No Data: **1**

### Organics

Yes: **5**
No: **6**
Unknown:
No Data: **1**

### Points

Yes: **7**
No: **3**
Total: **10**
Rep by type: ⟶ ⎰Cottonwood = **2**
⎱Gypsum = **1**
Elko = **1**
No ID = **6**
Unknown: **1**
No Data: **1**

### Diagnostics

Yes: **4**
No: **6**
Unknown: **1**
No Data: **1**

### Allotment Percentages

| Hearth/Midden: | **2 = 17%** |
| Structure: | **0 = %** |
| Cist: | **2 = 17%** |
| Rock art: | **1 = 8%** |





Last Chance
Archaeological Site Data
11 Components

## Lower Cattle Allotment

Lower Cattle Allotment currently contains 22 recorded sites, one with two distinct affiliations. Accordingly, data from these sites was documented individually with 23 designated informational records in a Database.  Percentages were determined using this database.

**Affiliation**
Archaic - 10%
Formative - 33%
Fremont - 24%
Numic - 5%
Anglo - 5%
Unknown- 30%

**Site Type**
Camps - 57%
Habitations - 14%
Rock Art - 10%
Cist/Granary - 10%
Hand & Toe - 4%
Historic Inscriptions - 5%

**Feature/Structures**
Hearth/Midden - 65%
Structures - 22%
Cist/Granary - 48%
Rock Art - 26%
Projectile Point - 74%

**Setting**
Sheltered - 80%
Low Lying - 14%
Upland - 5%

**Eligibility**
Eligible - 83%
Not Eligible - 17%

**Midden**
Yes - 74%
No - 7%
Possible - 17%

**Features/Structures**
Total sites with F/S - 91%
Hearths - 44%
Hearths and Midden - 22%
Alignment - 7%
Structures - 22%
Cist/Granary - 48%
Rock Art - 26%
Concentrations - 4%
Hand & Toe - 4%
Cache - 4%
Fire Cracked Rock - 13%
Adit - 4%
Dump - 4
Historic other - 7

**Impacts**
Total sites with impacts - 100%
Livestock - 39%
Erosion - 100%
Graffiti - 4%
Pot hunting - 17%
Vandalism - 22%
Road - 4%
Weathering - 4%

**Condition**
Excellent - 7%
Good - 44%
Fair - 39%
Poor - 7%

## Lower Cattle
### 23 Components
22 Sites 1 w/2 components

⊃s, Sherd and Lithics):

**ew arts):**

**1**

## AFFILIATION

Anasazi /Mesa Verdi:
Anasazi PII-PIII: **1**
Anasazi PII/Archaic :
Anasazi PII-PIII/Fremont:
Achaic: **1**
Archaic or BMII:
Early Archaic:
Middle Archaic:
Late Archaic: **1**
Basketmaker II:
Formative: **5**
Late Formative: **1**
Fremont: **4**
Fremont/Archaic: **1**
Fremont/Anglo:
Fremont/Formative:
Kayenta Anasazi:
Kayenta Anasazi PII-PIII/Fremont:
Kayenta/Mesa Verde PII-PIII:
PII/PIII:
Virgin Anasazi:
Virgin Anasazi/Formative:
Virgin Anasazi PII:
Virgin/Kayenta Anasazi:
Virgin/Kayenta Anasazi/Fremont:
Anglo: **1**
Unknown: **7**
Other: Numic: **1**

# Lower Cattle
## 23 Components
### 22 Sites 1 w/2 components

## SITE TYPE

Artifact Scatters (Lithics, Sherd and Lithics):
Camps: **12**
Habitations: **3**
Rockart:

Isolates/Other (no or few arts):
Structures:
Granary/Cist: **2**
Rockart: **2**
Hand and Toe Holds: **1**
Historic Inscriptions: **1**
Historic other:
Unknown:

## SITE SETTING

Elevated
    Hilltop
    Knoll
    Mesa
    Ridge
    Ridge slope
Sheltered
    Alcove - **14**
    Rockshelter
    Overhang
    Outcrop
    Base of Cliff - **4**
Low Lying
    Terrace - **1**
    Flat
    Dune - **1**
    Bench - **2**
    Ledge
Upland
    Flat
    Terrace
    Dune
    Bench - **1**

## AFFILIATION

Anasazi /Mesa Verdi:
Anasazi PII-PIII: **1**
Anasazi PII/Archaic :
Anasazi PII-PIII/Fremont:
Achaic: **1**
Archaic or BMII:
Early Archaic:
Middle Archaic:
Late Archaic: **1**
Basketmaker II:
Formative: **5**
Late Formative: **1**
Fremont: **4**
Fremont/Archaic: **1**
Fremont/Anglo:
Fremont/Formative:
Kayenta Anasazi:
Kayenta Anasazi PII-PIII/Fremont:
Kayenta/Mesa Verde PII-PIII:
PII/PIII:
Virgin Anasazi:
Virgin Anasazi/Formative:
Virgin Anasazi PII:
Virgin/Kayenta Anasazi:
Virgin/Kayenta Anasazi/Fremont:
Anglo: **1**
Unknown: **7**
Other:  Numic: **1**

**Total sites in allotment: 22**
**Total components: 23**
**Acres surveyed:**
**Site density:**

**Condition**

Excellent: **2**
Good: **10**
Fair: **9**
Poor: **2**
Unknown:

**Impacts**

Livestock: **9**
Erosion: **23**
Graffiti: **1**
Pot hunting: **4**
Vandalism: **5**
Unknown:

Road: **1**
Weathering: **1**

**Eligibility**

Eligible: **19**
Not Eligible: **4**
Unevaluated:
Unknown:

**Midden**
Yes: **17**
No: **2**
Possible: **4**
Probable:
Probably Not:
Unknown:

**Features/Structures**
Total with features/structures: **21**
Total Special Interest with features/structures: **5**
Hearths: **10**
Heaths and Midden:**5**       Rockart: **6**              Dump: **1**
Alignments: **2**             Hand and Toe Holds: **1**   FCR: **3**
Structures: **5**             Historic Other: **2**       No: **2**
Cist/grainary: **11**         Cache: **1**
Concentration: **1**          Adit: **1**

**Ceramics**

Yes: **15**
No: **8**
Unknown:

**Groundstone**

Yes: **15**
No: **8**
Unknown:

**Organics**

Yes: **16**
No: **7**
Unknown:

**Points**

Yes: **6**
No: **17**
Total: **17**
Rep by type:

Cottonwood = **1**      Side-notch = **1**
Rosespring = **4**      Parawan = **5**
No ID = **5**           Dart = **1**

**Diagnostics**

Yes: **11**
No: **11**
Unknown:
Possible: **1**

**Allotment Percentages**

Hearth/Midden:     **15 = 65%**
Structure:         **5 = 22%**
Cist:              **11 = 48%**
Rock art:          **6 = 26%**

2474



**Lower Cattle**
**Features/Structures**
21 Components



**Lower Cattle**
**Archaeological Site Data**
21 Components

## Lower Warm Creek Allotment

Lower Warm Creek Allotment currently contains 13 recorded sites. Data from these sites was documented in a database specifically created for this allotment. Percentages were determined using this database.

**Affiliation**
Archaic - 8%
Kayenta - 8%
Virgin - 8%
Unknown - 77%

**Site Type**
Artifact Scatter - 31%
Camps - 46%
Habitations - 15%
Cache - 8%

**Feature/Structures**
Hearth/Midden - 23%
Structures - 8%
Projectile Point - 23%

**Setting**
Sheltered - 62%
Low Lying - 38%

**Eligibility**
Eligible - 54%
Not Eligible - 8%
Unknown - 31%
Possible - 8%

**Midden**
Yes - 46%
Possible - 8%
Unknown - 46%

**Features/Structures**
Total sites with F/S - 62%
Total w/"unknown" - 31%
Hearths - 15%
Hearths and Midden - 8%
Alignment - 8%
Structures - 8%
Fire Cracked Rock - 23%
Unknown - 31%

**Impacts**
Total sites with impacts - 61%
Total w/"unknown" impact - 39%
Livestock - 8%
Erosion - 46%
Vandalism - 31%
Inundated - 15%
Unknown - 39%

**Condition**
Excellent - 8%
Good - 8%
Fair - 31%
Poor - 15%
Destroyed/Inundated - 8%
Unknown - 31%

# Lower Warm Creek
## 13 Site/Components

⊃s **4**, Sherd and Lithics): **4**

⬛w arts):

### AFFILIATION

Anasazi PII-PIII:
Anasazi PII-PIII/Fremont/Formative:
Anasazi PII/Archaic :
Anasazi/Fremont/Poss Archaic:
Achaic:
Archaic or BMII:
Early Archaic:
Middle Archaic:
Late Archaic:
Basketmaker II: **1**
Formative:
Late Formative:
Fremont:
Fremont/Archaic:
Fremont/Anglo:
Fremont/Formative:
Kayenta Anasazi: **1**
Kayenta Anasazi PII-PIII/Fremont:
Kayenta/Mesa Verde PII-PIII:
Terminal Archaic/Early Formative:
Virgin Anasazi:
Virgin Anasazi/Formative:
Virgin Anasazi PII: **1**
Virgin/Kayenta Anasazi:
Virgin/Kayenta Anasazi/Fremont:
Anglo:
Unknown: **10**
No data:
Other:

# Lower Warm Creek
## 13 Site/Components

## SITE TYPE

Artifact Scatters (Lithics **4**, Sherd and Lithics): **4**
Camps: **6**
Habitations: **2**
Rockart:
Isolates/Other (no or few arts):
Structures:
Granary/Cist:
Cache: **1**
Hearth:
Historic Inscriptions:
Historic other:
Unknown:
No Data

## SITE SETTING

Elevated
    Hilltop
    Knoll
    Mesa
    Ridge
    Ridge slope
Sheltered
    Alcove - **3**
    Rockshelter - **2**
    Overhang
    Outcrop
    Base of Cliff - **3**
Low Lying
    Terrace - **4**
    Flat
    Dune - **1**
    Bench
    Ledge
Upland
    Flat
    Terrace
    Dune

## AFFILIATION

Anasazi PII-PIII:
Anasazi PII-PIII/Fremont/Formative:
Anasazi PII/Archaic :
Anasazi/Fremont/Poss Archaic:
Achaic:
Archaic or BMII:
Early Archaic:
Middle Archaic:
Late Archaic:
Basketmaker II: **1**
Formative:
Late Formative:
Fremont:
Fremont/Archaic:
Fremont/Anglo:
Fremont/Formative:
Kayenta Anasazi: **1**
Kayenta Anasazi PII-PIII/Fremont:
Kayenta/Mesa Verde PII-PIII:
Terminal Archaic/Early Formative:
Virgin Anasazi:
Virgin Anasazi/Formative:
Virgin Anasazi PII: **1**
Virgin/Kayenta Anasazi:
Virgin/Kayenta Anasazi/Fremont:
Anglo:
Unknown: **10**
No data:
Other:

**Total sites in allotment:  13**
**Total components:  13**
**Acres surveyed:**
**Site density:**

## Condition

Excellent: **1**
Good: **1**
Fair: **4**
Poor: **2**
Unknown: **4**
Destroyed/Inundated: **1**

## Impacts

Livestock: **1**
Erosion: **6**
Graffiti:
Pot hunting:  `
Vandalism: **4**
Unknown: **5**
Inundated: **2**

## Eligibility

Eligible: **7**
Not Eligible: **1**
Unevaluated:
Unknown: **4**
Possible: **1**

## Midden

Yes: **6**
No:
Possible: **1**
Probable:
Unknown: **6**

## Features/Structures

Total with features/structures:
Total Special Interest with features/structures:
Hearths: **2**
Heaths and Midden:**1**
Alignments: **1**          FCR: **3**
Structures: **1**          Unknown: **4**
Cist/grainary:             No: **4**

## Ceramics

Yes: **4**
No: **4**
Unknown: **5**

## Groundstone

Yes: **10**
No: **2**
Unknown: **1**
Grooves: **1**
Slicks: **1**

## Organics

Yes: **5**
No: **2**
Unknown: **6**

## Points

Yes: **2**
No: **7**
Total:  **3**
Rep by type:  No ID's = **3**
Unknown: **4**

## Diagnostics

Yes: **3**
No: **3**
Unknown: **2**
Possible: **5**

## Allotment Percentages

| | | |
|---|---|---|
| Hearth/Midden: | **3 = 23%** |
| Structure: | **1 = 8%** |
| Cist: | **0 = %** |
| Rock art: | **0 = %** |



**Lower Warm Creek**
**Features/Structures**
13 Components

Percent



**Lower Warm Creek
Archaeological Site Data**
13 Components

## Moody Allotment

Moody Allotment currently contains 39 recorded sites. Data from these sites was documented in a database specifically created for this allotment. Percentages were determined using this database.

### Affiliation
Archaic - 13%
Formative - 3%
Paiute - 8%
Anglo - 3%
Unknown - 43%

### Site Type
Artifact Scatter - 36%
Camps - 56%
Structures - 3%
Hearth - 3%
Historic other - 3%

### Feature/Structures
Hearth/Midden - 41%
Structures - 3%
Cist/Granary - 5%
Projectile Point - 64%

### Setting
Elevated - 33%
Sheltered - 8%
Low Lying - 59%

### Eligibility
Eligible - 74%
Not Eligible - 26%

### Midden
Yes - 56%
No - 31%
Possible - 13%

### Features/Structures
Total sites with F/S - 62%
Hearths - 33%
Hearths and Midden - 8%
Structures - 3%
Cist/Granary - 5%
Fire Cracked Rock - 3%
Historic Inscriptions - 3%
Concentrations - 3%

### Impacts
Total sites with impacts - 100%
Livestock - 13%
Erosion - 100%
Pot hunting - 3%
Vandalism - 8%
Road - 3%
Rodents - 3%
ATV - 3%

### Condition
Excellent - 26%
Good - 51%
Fair - 21%
Poor - 3%

2483

# Moody
## 39 Sites/Components

## SITE TYPE

Artifact Scatters (Lithics **14**, Sherd and Lithics): **14**
Camps: **22**
Habitations: **7**
Rockart:

Isolates/Other (no or few arts):
Structures: **1**
Granary/Cist:
Rockart:
Hearth/Roasting pit: **1**
Historic Inscriptions: **1**
Historic other:
Unknown:
No Data:

## SITE SETTING

Elevated
    Hilltop
    Knoll
    Mesa
    Ridge
    Ridge slope
Sheltered
    Alcove
    Rockshelter - **2**
    Overhang
    Outcrop - **1**
    Base of Cliff
Low Lying
    Terrace - **1**
    Flat - **5**
    Dune - **1**
    Bench - **16**
    Ledge
Upland
    Flat
    Terrace
    Dune
    Base of Cliff
    Bedrock
    Bench
    Ridge
    No Data

## AFFILIATION

Anasazi /Mesa Verdi:
Anasazi:
Anasazi PII/Archaic :
Anasazi/Fremont/Poss Archaic:
Achaic: **1**
Archaic or BMII:
Early Archaic: **1**
Middle Archaic:
Late Archaic: **2**
Basketmaker II:
Formative:
Late Formative: **1**
Fremont:
Fremont/Archaic:
Fremont/Anglo:
Fremont/Formative:
Kayenta Anasazi:
Kayenta Anasazi PII-PIII/Fremont:
Kayenta/Mesa Verde PII-PIII:
Terminal Archaic/ Early Formative:
Virgin Anasazi:
Virgin Anasazi/Formative:
Virgin Anasazi PII:
Virgin/Kayenta Anasazi:
Virgin/Kayenta Anasazi/Fremont:
Anglo: **1**
Unknown: **30**
No data:
Other:   Pauite: **3**

**Total sites in allotment: 39**
**Total components: 39**
**Acres surveyed:**
**Site density:**

## Condition

Excellent: **10**
Good: **20**
Fair: **8**
Poor: **1**
Unknown:

## Impacts

Livestock: **5**        Road: **1**
Erosion: **39**         Rodents: **1**
Graffiti:              ATV: **1**
Pot hunting: **1**
Vandalism: **3**
Unknown:

## Eligibility

Eligible: **29**
Not Eligible: **10**
Unevaluated:
Unknown:

## Midden
Yes: **22**
No: **12**
Possible: **5**
Probable:
Probably Not:
Unknown:

## Features/Structures
Total with features/structures:
Total Special Interest with features/structures:
Hearths: **13**
Heaths and Midden: **3**        FCR: **1**
Alignments:                     Historic Inscriptions: **1**
Structures: **1**               Concentrations: **1**
Cist/grainary: **2**            No: **15**

## Ceramics

Yes:
No: **39**
Unknown:

## Groundstone

Yes: **13**
No: **25**
Unknown:
Possible: **1**

## Organics

Yes: **21**
No: **18**
Unknown:

## Points

Yes: **12**
No: **27**
Total: **24**
Rep by type:

San Rafael Side-notch = **1**        Corner-notch = **3**
Desert Side-notch = **2**            Elko (possible) = **3**
Rosespring = **1**                   No ID = **13**
Bull Creek = **1**

## Diagnostics

Yes: **8**
No: **29**
Unknown:
Possible: **2**

## Allotment Percentages

Hearth/Midden:    **16 = 41%**
Structure:        **1 = 3%**
Cist:             **2 = 5%**
Rock art:         **0 = %**



**Moody**
**Features/Structures**
39 Components

2486



**Moody**
**Archaeological Site Data**
39 Components

2487

## Rock Creek Mudholes Allotment

Rock Creek-Mudholes Allotment currently contains 56 recorded sites, one with two distinct affiliations.  Accordingly, data from these sites was documented individually with 57 designated informational records in a database.  Four records could not be located, which left 53 searchable data records.  Percentages were determined using this database.

**Affiliation**
Archaic - 17%
Fremont - 8%
Anasazi - 4%
Kayenta - 2%
Virgin - 8%
Anglo - 2%
Unknown - 60%

**Site Type**
Artifact Scatter - 34%
Camps - 58%
Habitations - 2%
Hearth - 4%
Burial Cave - 2%

**Feature/Structures**
Hearth/Midden - 42%
Cist/Granary - 2%
Projectile Point - 74%

**Setting**
Elevated - 53%
Sheltered - 25%
Low Lying - 21%

**Eligibility**
Eligible - 81%
Not Eligible - 11%
Unknown - 2%
Unevaluated - 6%

**Midden**
Yes - 66%
No - 21%
Probable - 13%

**Features/Structures**
Total sites with F/S - 47%
Hearths - 28%
Hearths and Midden - 13%
Alignment - 2%
Cist/Granary - 18%
Concentrations - 37%

**Impacts**
Total sites with impacts - 86%
Total w/"unknown" impact - 13%
Livestock - 40%
Erosion - 77%
Pot hunting - 4%
Camping - 2%
Rock Fall - 2%
Pack Rat - 2%
Spring Development - 2%
Jeep Trail - 2%

**Condition**
Excellent - 2%
Good - 34%
Fair - 42%
Poor - 8%
Inundated - 2%
Unknown - 13%

# Rock Creek-Mudholes
## 53 Components
### 56 Sites (1 w/2 components) for 57 records less 4 No Data

## SITE TYPE

Artifact Scatters (Lithic, Sherd and Lithics): **18**
Camps: **31**
Habitations: **1**
Rockart:
Isolates/Other (no or few arts):
Structures:
Granary/Cist:
Cache:
Hearth: **2**
Historic Inscriptions:
Historic other:
Unknown:
No Data: **4**

## SITE SETTING

Elevated
    Hilltop - **1**
    Knoll - **1**
    Mesa - **1**
    Ridge - **4**
    Ridge slope - **21**
Sheltered
    Alcove - **6**
    Rockshelter - **4**
    Overhang - **1**
    Outcrop - **1**
    Base of Cliff
Low Lying
    Terrace - **2**
    Flat - **1**
    Dune - **8**
    Bench
    Ledge
Upland
    Flat
    Terrace
    Dune
Unknown: **1**
No Data: **4**

## AFFILIATION

Anasazi PII-PIII: **2**
Anasazi PII-PIII/Fremont/Formative:
Anasazi PII/Archaic :
Anasazi/Fremont/Poss Archaic:
Achaic: **6**
Archaic or BMII:
Early Archaic: **1**
Middle Archaic:
Late Archaic: **1**
Basketmaker II: **1**
Formative:
Late Formative:
Fremont: **1**
Fremont/Archaic: **1**
Fremont/Anglo:
Fremont/Formative:
Kayenta Anasazi: **1**
Kayenta Anasazi PII-PIII/Fremont:
Kayenta/Mesa Verde PII-PIII:
Terminal Archaic/Early Formative:
Virgin Anasazi: **2**
Virgin Anasazi/Formative:
Virgin Anasazi PII: **1**
Virgin/Kayenta Anasazi:
Virgin/Kayenta Anasazi/Fremont: **1**
Anglo: **1**
Unknown: **32**
No data: **4**
Other:

**Total sites in allotment: 56**
**Total components: 53**
**Acres surveyed:**
**Site density:**

## Condition

Excellent: **1**
Good: **18**
Fair: **22**
Poor: **4**
Unknown: **7**
Inundated: **1**
No Data: **4**

## Impacts

Livestock: **21**        Camping: **1**
Erosion: **41**          Rock Fall: **1**
Graffiti:                Pack Rat: **1**
Pot hunting: **2**       Spring Dev: **1**
Vandalism:               Jeep Trail: **1**
Unknown: **7**
Untouched (record listing): **1**
No Data: **4**

## Eligibility

Eligible: **43**
Not Eligible: **6**
Unevaluated: **3**
Unknown: **1**
Possible:
No Data: **4**

## Midden

Yes: **35**
No: **11**
Possible:
Probable: **7**
Unknown:
No Data: **4**

## Features/Structures

Total with features/structures: **25**
 Hearths: **15**
 Heaths and Midden: **7**
 Alignments: **1**          Concentrations: **2**
 Structures:               Yes:  **1**
 Cist/grainary: **1**       No: **28**
 No Data: **4**

## Ceramics

Yes: **17**
No: **36**
Unknown:
No Data: **4**

## Groundstone

Yes:
No:
Unknown:
Grooves:
Slicks:
No Data:

## Organics

Yes:
No:
Unknown:
No Data:

## Points

Yes: **24**
No: **29**
Total: **39**
Rep by type:

Southern Side-notch: **1**      Gypsum: **4**
Northern Side-notch: **1**      Elko: **11**
McKean Side-notch: **1**        Dart: **5**
Rocker Side-notch: **1**        No ID: **14**
Parowan: **1**

No Data: **4**

## Diagnostics

Yes: **31**
No: **22**
Unknown:
No Data: **4**

## Allotment Percentages

Hearth/Midden:    **22 = 42%**
Structure:        **0 = %**
Cist:             **1 = 2%**
Rock art:         **0 = %**



Rock Creek-Mudholes
Features/Structures
53 Components

Projectile Points

Hearth Midden

Obj/Granary

Percent
100
90
80
70
60
50
40
30
20
10
0



**Rock Creek-Mudholes
Archaeological Site Data**
53 Components

## Soda Allotment

Soda Allotment currently contains 92 recorded sites, one with two distinct affiliations. Accordingly, data from these sites was documented individually with 94 designated informational records in a database.  Thirteen records could not be located, which left 81 searchable data records.  Percentages were determined using this database.

**Affiliation**
Archaic - 19%
Formative - 25%
Fremont - 6%
Kayenta - 6%
Virgin - 2%
Anasazi - 1%
Anglo - 6%
Prehistoric – 1%
Late Prehistoric – 4%
Unknown - 38%

**Site Type**
Artifact Scatter - 12%
Camps - 28%
Habitations - 15%
Structures - 10%
Cist/Granary - 7%
Historic - 5%
Rock Art - 16%
Hand & Toe - 1%
Unknown - 5%

**Feature/Structures**
Hearth/Midden - 25%
Structures - 25%
Cist/Granary - 28%
Rock Art - 22%
Projectile Point - 25%

**Setting**
Elevated - 4%
Sheltered - 77%
Low Lying - 12%
Upland - 7%

**Eligibility**
Eligible - 69%
Not Eligible - 7%
Possible - 3%
Probable - 6%
Unknown - 15%

**Midden**
Yes - 30%
No - 37%
Possible - 7%
Probable - 11%
Unknown - 15%

**Features/Structures**
Total sites with F/S - 61%
Hearths - 6%
Hearths and Midden - 6%
Alignment - 7%
Structures - 25%
Cist/Granary - 28%
Rock Art - 22%
Cleared Areas - 2%
Fire Cracked Rock - 4%
Hand & Toe Hold - 3%
Rubble - 2%
Historic - 5%

**Impacts**
Total sites with impacts - 69%
Total w/"unknown" impact - 31%
Livestock - 21%
Erosion - 67%
Rodents - 30%
Pot hunting - 6%
Vandalism - 25%
Washoff - 2%
Destroyed by fire - 2%
Spalling - 2%
Insects - 2%
Bulldozer - 2%
Vegetation - 2%
Weathering - 2%
Unknown - 35%

**Condition**
Excellent - 9%
Good - 12%
Fair - 35%
Poor - 14%
Unknown - 30%
Obliterated - 2%

**Soda**
81 Components
92 sites (2 w/2 components) less 13 no data

## SITE TYPE

Artifact Scatters (Lithics, Sherd and Lithics): **10**
Camps: **23**
Habitations: **12**
Rockart:

Isolates/Other (no or few arts):
Structures: **8**
Granary/Cist: **6**
Rockart: **13**
Hand and Toe: **1**
Historic Inscriptions: **1**
Historic other: **3**
Unknown: **4**

## SITE SETTING

Elevated
    Hilltop
    Knoll - **1**
    Mesa
    Ridge - **2**
    Ridge slope
Sheltered
    Alcove - **42**
    Rockshelter - **2**
    Overhang - **2**
    Outcrop
    Base of Cliff - **16**
Low Lying
    Terrace - **4**
    Flat - **1**
    Dune - **1**
    Bench - **4**
    Ledge
Upland
    Flat - **2**
    Terrace
    Dune - **1**
    Outcrop - **3**

## AFFILIATION

Anasazi: **1**
Anasazi/Mesa Verde:
Anasazi PII/Archaic :
Anasazi/Fremont/Poss Archaic:
Achaic: **2**
Archaic or BMII:
Early Archaic:
Middle Archaic: **2**
Basketmaker II: **2**
Formative: **14**
Early Formative: **6**
Late Formative: **5**
Fremont: **2**
Fremont/Archaic: **2**
Fremont/Formative: **1**
Fremont/Formative/Anasazi PII:
Kayenta Anasazi: **3**
Kayenta Anasazi PII-PIII:
Kayenta/Paiute: **1**
Terminal Archaic/Early Formative:
Virgin Anasazi: **2**
Virgin Anasazi/Formative:
Virgin Anasazi PII:
Virgin/Kayenta Anasazi:
Virgin/Kayenta Anasazi/Fremont:
Anglo: **4**
Unknown: **31**
Other:   Prehistoric: **1**   Late Prehistoric/Paiute: **3**

2494

**Total sites in allotment: 92**
**Total components: 81**
**Acres surveyed:**
**Site density:**

## Condition

Excellent: **7**
Good: **10**
Fair: **28**
Poor: **11**
Obliterated: **1**
Unknown: **24**

## Impacts

Livestock: **17**     Rodents: **24**
Erosion: **54**     Destroyed by fire: **1**
Graffiti:     Spalling: **1**
Pot hunting: **5**     Insects: **1**
Vandalism: **20**     Bulldozer: **1**
Washoff: **1**     Vegetation: **1**
Unknown: **28**     Weathering: **1**

## Eligibility

Eligible: **56**
Not Eligible: **6**
Unevaluated:
Possible: **2**
Probable: **5**
Unknown: **12**

## Midden

Yes: **24**
No: **30**
Possible: **6**
Probable: **9**
Probably Not:
Unknown: **12**

## Features/Structures

Total with features/structures: **49**
Hearths: **5**     Hand and Toe Hold: **2**
Heaths and Midden: **5**     Rubble: **1**
Alignments: **6**     FCR: **3**
Structures: **20**     Historic: **4**
Cist/grainary: **23**     Rock Art: **18**
Cleared: **1**     No: **24**
Unknown: **8**

## Ceramics

Yes: **31**
No: **40**
Unknown: **10**

## Groundstone

Yes: **20**
No: **52**
Unknown: **9**

## Organics

Yes: **30**
No: **42**
Unknown: **9**

## Points

Yes: **11**
No: **61**
Total: **20**
Rep by type:  Gypsum =   **1**      No ID = **19**
Unknown: **8**

## Diagnostics

Yes: **44**
No: **30**
Unknown: **7**

## Allotment Percentages

Hearth/Midden:     **20 = 25%**
Structure:     **20 = 25%**
Cist:     **23 = 28%**
Rock Art:     **18 = 22%**



Soda
Features/Structures
94 Components

**Soda**
**Archaeological Site Data**
94 Components



## Upper Cattle Allotment

Upper Cattle Allotment currently contains 68 recorded sites, two with two distinct affiliations. Accordingly, data from these sites was documented individually with 70 designated informational records in a database. Thirteen records could not be located, which left 57 searchable data records. Percentages were determined using this database.

**Affiliation**
Formative - 25%
Fremont - 31%
Anglo - 5%
Unknown - 39%

**Site Type**
Artifact Scatter - 18%
Camps - 32%
Habitations - 9%
Rock Art - 4%
Cist/Granary - 28%
Hand & Toe Hold - 4%
Alignment - 2%
Historic Other - 4%

**Feature/Structures**
Hearth/Midden - 20%
Structures - 5%
Cist/Granary - 49%
Rock Art - 22%
Projectile Point - 10%

**Setting**
Sheltered - 75%
Low Lying - 11%
Upland - 14%

**Eligibility**
Eligible - 72%
Not Eligible - 14%
Unevaluated - 2%
Probable - 2%

**Midden**
Yes - 46%
No - 26%
Possible - 21%
Probable - 2%
Unknown - 5%

**Features/Structures**
Total sites with F/S - 82%
Hearths - 14%
Alignment - 9%
Structures - 5%
Cist/Granary - 51%
Depression - 2%
Rock Art - 23%
Hand & Toe Hold - 5%
Scatter - 1%
Rubble Mound - 2%
Fire Cracked Rock - 14%
Pole Holes - 2%
Cupules - 2%
Historic - 4%
Paleo locality - 4%

**Impacts**
Total sites with impacts - 93%
Total w/"unknown" impact - 5%
Livestock - 28%
Erosion - 72%
Graffiti - 2%
Pot hunting - 12%
Vandalism - 16%
Deflation - 2%
Spalling - 2%
Rodents - 9%
Fire Pits - 2%

**Condition**
Excellent - 5%
Good - 18%
Fair - 49%
Poor - 19%
Destroyed - 4%
Unknown - 42%
(1 site w/2 loci counted)

# Upper Cattle
## 57 Components
### 68 sites (2 w/2 components) less 13 no data

## SITE TYPE

Artifact Scatters (Lithics **10**, Sherd and Lithics): **10**
Camps: **19**
Habitations: **5**
Rockart: **1**
Rock Alignments: **1**

Isolates/Other (no or few arts):
Structures:
Granary/Cist: **16**
Rockart: **1**
Hand and Toe: **2**
Historic other: **2**
Unknown:

## SITE SETTING

Elevated
    Hilltop
    Knoll
    Mesa
    Ridge
    Ridge slope
Sheltered
    Alcove - **27**
    Rockshelter -**4**
    Overhang - **1**
    Outcrop
    Base of Cliff - **11**
Low Lying
    Terrace - **4**
    Flat
    Dune - **1**
    Bench - **1**
    Ledge
Upland
    Flat - **2**
    Ridge - **2**
    Dune - **3**
    Base of Cliff - **1**

## AFFILIATION

Anasazi:
Anasazi/Mesa Verdi:
Anasazi PII/Archaic :
Anasazi/Fremont/Poss Archaic:
Achaic:
Archaic or BMII:
Early Archaic:
Middle Archaic:
Basketmaker II:
Formative: **15**
Early Formative:
Late Formative: **1**
Fremont: **18**
Fremont/Archaic:
Fremont/Formative:
Fremont/Formative/Anasazi PII:
Kayenta Anasazi:
Kayenta Anasazi PII-PIII:
Kayenta/Paiute:
Terminal Archaic/Early Formative: **1**
Virgin Anasazi:
Virgin Anasazi/Formative:
Virgin Anasazi PII:
Virgin/Kayenta Anasazi:
Virgin/Kayenta Anasazi/Fremont:
Anglo: **3**
Unknown: **23**
Other:

**Total sites in allotment: 68**
**Total components: 57**
**Acres surveyed:**
**Site density:**

## Condition

Excellent: **3**
Good: **10**
Fair: **28**
Poor: **11**
Destroyed: **2**
Unknown: **24**
(1 site w/2 loci cond)

## Impacts

Livestock: **16**       Rodents: **5**
Erosion: **41**         Deflation: **1**
Graffiti: **1**          Spalling: **1**
Pot hunting: **7**       Fire pits: **1**
Vandalism: **9**        "Unpotted": **1**
Unknown: **3**        (recorded impact)

## Eligibility

Eligible: **41**
Not Eligible: **8**
Unevaluated: **1**
Possible:
Probable: **1**
Unknown:

## Midden

Yes: **26**
No: **15**
Possible: **12**
Probable: **1**
Probably Not:
Unknown: **3**

## Features/Structures

Total with features/structures:
Hearths: **8**              Hand and Toe Hold: **3**       Pole holes: **1**
Heaths and Midden:        Scatter: **2**                Midden: **4**
Alignments: **5**           Rubble Mound: **1**            Cupules: **1**
Structures: **3**           Historic: **2**               No: **9**
Cist/grainary: **29**       Rock Art: **13**
Depression: **1**          FCR: **8**
Unknown: **2**            Paleo locality: **2**

## Ceramics

Yes: **21**
No: **26**
Unknown:

## Groundstone

Yes: **17**
No: **40**
Unknown:

## Organics

Yes: **28**
No: **29**
Unknown:

## Points

Yes: **6**
No: **51**
Total: **20**
Rep by type:
Unknown:

⎧ Cottonwood = **1**
⎪ Corner notch = **1**
⎨ Side notch = **1**
⎪ Elko = **1**
⎩ No ID = **2**

## Diagnostics

Yes: **25**
No: **30**
Unknown: **1**
Possible: **1**

## Allotment Percentages

Hearth/Midden:    **12 = 20%**
Structure:        **3 = 5%**
Cist:            **29 = 49%**
Rock Art:        **13 = 22%**

2500



**Upper Cattle
Features/Structures**
57 Components



**Upper Cattle Archaeological Site Data**

57 Components

## Upper Warm Creek Allotment

Upper Warm Creek Allotment currently contains 20 recorded sites. Data from these sites was documented in a database specifically created for this allotment. Percentages were determined using this database.

**Affiliation**
Archaic - 35%
Formative - 10%
Virgin - 5%
Prehistoric - 10%
Anglo - 15%
Unknown - 30%

**Site Type**
Artifact Scatter - 55%
Camps - 25%
Habitations - 5%
Historic other - 10%

**Feature/Structures**
Hearth/Midden - 15%
Structures - 5%
Projectile Point - 60%

**Setting**
Elevated - 10%
Sheltered - 35%
Low Lying - 45%
Upland - 10%

**Eligibility**
Eligible - 75%
Not Eligible - 5%
Unevaluated - 5%

**Midden**
Yes - 35%
No - 25%
Possible - 20%
Probably Not - 5%

**Features/Structures**
Total sites with F/S - 75%
Hearths - 10%
Hearths and Midden - 5%
Alignment - 10%
Structures - 5%
Cist/Granary - 15%
Rock Art - 25%
Historic Inscriptions - 20%
Historic other - 10%

**Impacts**
Total sites with impacts - 100%
Livestock - 40%
Erosion - 100%
Vandalism - 10%
Road - 5%

**Condition**
Excellent - 5%
Good - 25%
Fair - 60%
Poor - 10%

# Upper Warm Creek
## 20 Sites/Components

## SITE TYPE

Artifact Scatters (Lithics **11**, Sherd and Lithics): **11**
Camps: **5**
Habitations: **1**
Rockart:
Artifact Cache: **1**

Isolates/Other (no or few arts):
Structures:
Granary/Cist:
Hand and Toe:
Hearth:
Historic Inscriptions:
Historic other: **2**
Unknown:
No Data

## SITE SETTING

Elevated
    Hilltop
    Knoll
    Mesa
    Ridge - 2
    Ridge slope
Sheltered
    Alcove - 1
    Rockshelter - 2
    Overhang
    Outcrop - 4
    Base of Cliff
Low Lying
    Terrace
    Flat - 5
    Dune - 1
    Bench - 3
    Ledge
Upland
    Flat
    Terrace
    Dune
    Ridge - 2

## AFFILIATION

Anasazi PII-PIII: **1**
Anasazi PII-PIII/Fremont/Formative:
Anasazi PII/Archaic :
Anasazi/Fremont/Poss Archaic:
Achaic: **6**
Archaic or BMII:
Early Archaic:
Middle Archaic:
Late Archaic:
Basketmaker II: **1**
Formative: **1**
Late Formative:
Fremont:
Fremont/Archaic:
Fremont/Anglo:
Fremont/Formative:
Kayenta Anasazi:
Kayenta Anasazi PII-PIII/Fremont:
Kayenta/Mesa Verde PII-PIII:
Terminal Archaic/Early Formative:
Virgin Anasazi:
Virgin Anasazi/Formative:
Virgin Anasazi PII: **1**
Virgin/Kayenta Anasazi:
Virgin/Kayenta Anasazi/Fremont:
Anglo: **2**
Unknown: **6**
Other: Prehistoric: **1** Prehistoric/Anglo: **1**

2504

**Total sites in allotment: 20**
**Total components: 20**
**Acres surveyed:**
**Site density:**

## Condition

Excellent: **1**
Good: **5**
Fair: **12**
Poor: **2**
Unknown:

## Impacts

Livestock: **8**    Road:**1**
Erosion: **20**
Graffiti:
Structural Decay: **1**
Vandalism: **2**
Unknown:

## Eligibility

Eligible: **15**
Not Eligible: **1**
Unevaluated: **1**
Unknown:

## Midden

Yes: **7**
No: **5**
Possible: **4**
Probable:
Probably Not: **1**

## Features/Structures

Total with features/structures: **15**
Total Special Interest with features/structures:
Hearths: **2**
Heaths and Midden:**1**
Alignments: **2**          Rockart: **5**
Structures: **1**          Historic Inscriptions: **4**
Cist/grainary: **3**       Historic Other: **2**

## Ceramics

Yes: **7**
No: **9**
Unknown: **1**

## Groundstone

Yes: **9**
No: **8**
Unknown:

## Organics

Yes: **7**
No: **10**
Unknown: **6**

## Points

Yes: **3**
No: **14**
Total: **5**
Rep by type:  Rosespring = **1**

## Diagnostics

Yes: **14**
No: **3**
Unknown:

## Allotment Percentages

Hearth/Midden:     **3 = 18%**
Structure:         **1 = 6%**
Cist:              **3 = 18%**
Rock art:          **5 = 29%**





2507