Information Concerning Cultural Resources Within Glen Canyon NRA Boundaries for Lake, Rock Creek - Mudholes, Forty Mile Ridge, Big Bowns Bench, Lower Cattle, Last Chance, Upper Cattle, Soda, Upper Warm Creek, and Moody Allotments

April 19, 2005

The goal of the cultural resource analysis was to present allotment-specific discussions on the nature of recorded properties, on the condition of these properties, and on the types of impacts occurring from grazing activities under current management practices. The primary management objective for sites in the NRA is protection and preservation. A comprehensive summary of our current understanding of Glen Canyon prehistory and current research issues (Geib 1994) is also available as background information.

A description of cultural resources was prepared for each allotment by summarizing existing data for all of the recorded sites. Paper copies of site forms were examined individually and information pertaining to the nature of features, artifacts present, condition, cultural affiliation, etc. was manually tallied, then summarized using simple percentage calculations. For brevity, generally only the highest percentage values of data were shown in the narrative. No attempt was made to re-record sites in the field, or to re-analyze collected materials.

Each allotment discussion begins with a breakdown of recorded sites by site type. For this analysis, the following types were recognized: artifact scatters (containing sherds and/or lithics), camps (artifact scatters containing milling stones and/or hearths), and habitations (loosely defined as sites with non-storage structures and associated artifacts). In addition, sites could be classified as isolated types (with few or no artifacts), including isolated rock art, structures, granaries/cists, hearths, hand-and-toe holds, and historic inscriptions.

While this "type" classification worked fairly well, it also masked some important attributes. Therefore the frequency of traits such as the presence of diagnostics (e.g., ceramics and projectile points), cultural affiliation, setting, condition, and the presence of hearths or subsurface deposits containing datable materials and organics was also tabulated for the site population as a whole, regardless of site type.

The sensitivity of areas within allotments was evaluated using information about known site densities, projected site densities based on environmental factors and information from comparable areas, and types of sites projected to occur within specific areas.

Information is presented concerning the source and date of the site documentation. Clearly many of the sites were recorded during the Glen Canyon Project of the 1950's and

1960's, and this presented a problem in many cases due to a lack of data or lack of precision in the data. In some cases this was overcome by the fact that a large percentage of these sites has been recently re-recorded by NRA staff.

Documentation of impacts has been variously interpreted by field archeologists. Early recorders frequently overlooked the information entirely; in the 1980's and 1990's it was often filled in but without a set of consistent definitions. Erosion is by far the most prevalent impact noted; less often seen are grazing impacts and vandalism. The link between erosion and grazing impacts (including trailing, loss of vegetation, and churning of soil), although documented by other disciplines is not generally recorded. For the current purpose, information on the site form was taken at face value.

In selecting sites within each allotment for analysis it was sometimes difficult to determine where allotment boundaries were located on the maps that were provided by BLM. This was especially a problem where boundaries that presumably were intended to follow the rim of incised canyons were shown weaving in and out of the canyon as opposed to staying on the rim. Clearly more detailed on-the-ground examination of the boundary is needed, especially when considering options for developing protection measures.

Lake Allotment:

Fiftymile Mountain has long been recognized as an area heavily utilized by the prehistoric inhabitants of the Glen Canyon region (Gunnerson 1959, Fowler and Aikens 1961). In the mid 1990's, the NRA began a series of small scale intensive surveys designed to discover basic information about site distribution on the southern tip of Fiftymile Mountain, which lies within park boundaries.

Nearly 1100 acres were recently surveyed in the Lake Allotment by NRA archeologists (Goetze 1995, 1996, 1997, 1998, 1999, 2001). The surveys were intensive and designed to identify all cultural resource sites present. Approximately 120 sites were recorded; site densities within the surveyed areas are therefore estimated to be around 70 sites per square mile.

For use in this Values and Purposes Determination, information from these surveys was combined with data from sites previously recorded in the 1970's and 1980's. A total of 156 site components located in the NRA within the allotment boundary were utilized to study site characteristics, cultural affiliation, and condition.

***Site Types and Features:***
A total of 41% of the components were artifact scatters (containing sherds and/or lithics), 26% were camps (artifact scatters with milling stones and/or hearths), and 19% were loosely referred to as habitations (defined as sites with structures and associated artifact scatters). Five percent were isolated granaries/cists, 4% were walls or structures with no artifacts, 3% were historic sites and 1% (1 site) was an isolated rock art site.

A total of 85% of the sites were recorded as having subsurface cultural remains. For most sites this was documented by an estimate of site depth to at least 20cm. Ten percent had identifiable hearths, 14% had hearths and midden, and 4% contained discolored or stained soil visible on the surface.

Structures or wall alignments were present 32% of the time; and artifact concentrations loosely interpreted as activity areas were identified at 37% of the sites. Ceramics were present 47% of the time, projectile points 31% of the time, milling stones 35% of the time and organics 26% of the time.

### Cultural Affiliation:
Approximately 60% of the sites were considered to have cultural or chronological diagnostic artifacts present on the surface; more intensive investigation such as subsurface testing, dating of organic remains, and artifact collection and detailed analysis would undoubtedly increase that number and increase the precision with which cultural/temporal affiliation can be assigned.

The affiliation of identified components can be summarized as follows: Archaic - 8%; Formative - 45% (includes Virgin and Kayenta Anasazi); Fremont - 3%; Anglo - 3%; Unknown - 42%. These categories were derived from a combination of ceramic and projectile point information contained on the site forms. Where it was not possible to develop typological information in the field, the category "unknown" was used in this analysis.

### Environment:
Analysis of site setting was based on environmental information contained in the site forms. Approximately 28% of the sites were located in elevated settings, either on knolls or ridges (2 were on ridge slopes). Twenty three percent were in sheltered settings including granaries and habitation sites many of which were previously recorded. The remainder was either in alcoves, rock shelters, overhangs, or rock outcrops. Roughly half of all sites (51%) were located on relatively low-lying open slopes, flats, benches or ledges.

When site locations on the plateau top are compared to the locations of the two recorded soil types occurring there, a clear correlation can be seen between site occurrence and the deep sandy soils of the Palma Family-Lanver family complex. Virtually no sites are found in the incised canyons and cobbly clay loam soils which characterize the Quazo-Lanver Family complex.

The occurrence of natural springs is concentrated within the lower fourth of the allotment, where at least 6 springs have been documented.

### Condition, Significance:
No sites on the NRA portion of the allotment were recorded as being in excellent condition. A total of 24% were recorded in good condition, 44% in fair condition, and 30% in poor condition.

A total of 97% of sites had documented impacts, with erosion being present in every case. Sixty four percent of sites had livestock impacts, and 8% showed evidence of pothunting or vandalism.

The information potential of sites was relatively high, with 79% being considered eligible for the National Register of Historic Places.

***Discussion:***
Sites are distributed across the allotment in the NRA in two distinct concentrations to the north and south; the intervening void undoubtedly reflects the occurrence of the unproductive Quazo-Lanver Family soil type and the lack of springs and seeps. A cursory examination of site type distribution reveals that by far the majority of habitation sites are located in the northern section, while the majority of the sites in the southern section are camps and artifact scatters.

McFadden (2003) conducted an inventory of the Tank Hollow burn area immediately to the north of the NRA Lake Allotment acreage; results of this study are useful in interpreting NRA data. McFadden suggests an early Fremont phase (the Wide Hollow Phase from A.D. 500 to 1000/1050) (McFadden 2003:12, 45) of occupation loosely clustered around seeps and the heads of drainages but suggesting a highly varied and mobile pattern of small scale agriculture, seasonal collecting, and hunting   Sites are generally either shallow pithouses, isolated granaries, or camps.

 A marked increase in population of the area is suggested by numerous Formative period sites including field houses, residential pueblos, remote granaries, camps and residential sites which suggest an increased dependence on dry farming. This "Fiftymile Mountain Phase" (McFadden 2003:14, 46) appears to last from A.D. 700 to roughly A.D. 1200.

Overall, however, he cites a confusing and highly varied archeological record, containing a mix of sites with Fremont, Virgin Anasazi and Kayenta Anasazi  traits that can perhaps best be interpreted as an "...*adaptive continuum* that was rooted in historic Fremont behaviors, structured by the demands of a high elevation environment, and given an Anasazi façade via process of immigration by late Pueblo II culture bearers..." (McFadden 2003:47).

This model may help explain why the northern part of the allotment, with deep sandy soils suitable for agriculture, contains numerous structural sites typical of Formative period Virgin or Kayenta Anasazi. Sites in the southern area, with numerous springs and fewer structural sites, possibly reflect a Fremont occupation which may or may not have been contemporaneous.

Additional research is needed to more clearly identify the range of Fremont adaptations, the dates of their occupation, and the nature of their interaction with presumably intrusive Anasazi populations. The origin and age of Anasazi occupation, as well as the role of seasonal utilization of supplemental resources on Grand Bench and the Escalante Desert,

are also poorly understood. Clearly prehistoric sites on the NRA portion of the Lake Allotment have high potential to contribute to our understanding of numerous questions related to prehistoric change and adaptation in this unique area.

## Rock Creek Mudholes Allotment

The NRA area known as the Lower Glen Canyon Benches is composed of a series of four broad stair-stepped mesas extending from the upper Kaiparowits Plateau southeast to the Colorado River gorge. In 1988, the NRA contracted with Northern Arizona University to conduct a 5.5% random sample survey of a 46,720 acre sample frame within the Benches. The goal of this survey was to develop a predictive model for site location to assist in the evaluation of impacts from pending energy development.

On the Rock Creek Mudholes allotment a total of three 160-acre sample units were surveyed, amounting to roughly 6% of the acreage of Grand Bench within the NRA (Geib 1989). The surveys were intensive and designed to identify all cultural resource sites present. Forty-three sites were recorded during this effort; site densities within the surveyed areas are therefore estimated to be around 55-60 sites per square mile.

Information from a total of 53 site components located within the allotment boundary (including ten previously identified sites) was compiled for a cursory analysis pertaining to site characteristics, cultural affiliation, and condition

### Site Types and Features:
A total of 34% of the components were artifact scatters (containing sherds and/or lithics), 58% were camps (artifact scatters with milling stones and/or hearths), 2% were habitations (loosely defined as sites with structures and associated artifact scatters) and 4% consisted of isolated hearths. One site consisted of a deep alcove containing human remains which were identified and removed prior to the filling of Lake Powell.

A total of 79% of the sites were recorded as having or probably having subsurface cultural remains. For most sites this was documented by an estimate of site depth to at least 20cm.

Forty-seven percent of sites had features or structures. Forty-two percent had identifiable hearths, 13% had hearths and a definite midden, 2% had cists or granaries, and 4% had artifact concentrations indicating activity areas. Structures or wall alignments occurred on only one site. Ceramics were present 32% of the time, and projectile points 45% of the time.

### Cultural Affiliation:
Approximately 58% of the sites were considered to have cultural or chronological diagnostic artifacts present on the surface; more intensive investigation such as subsurface testing, dating of organic remains, and artifact collection and detailed analysis

would undoubtedly increase that number and increase the precision with which cultural/temporal affiliation can be assigned.

The affiliation of identified components can be summarized as follows: Archaic - 17%; Fremont - 8%; Formative 14%; Anglo - 2%; Unknown - 60%. These categories were derived from a combination of ceramic and projectile point information contained on the site forms. Where it was not possible to develop typological information in the field, the category "unknown" was used in this analysis.

*Environment:*
Site setting for all sites was analyzed based on environmental information contained in the site forms. Approximately 53% of the sites were located in open or elevated settings, primarily on ridge slopes. Twenty-five percent were in sheltered settings, primarily alcoves and rock shelters. Twenty-one percent were located on relatively low-lying dunes, flats and terraces.

There are three predominant soil types represented on Grand Bench: the Rizno Warm Rock outcrop in the northern area, the Monue family-Moenkopi rock outcrop complex in the main body of Grand Bench, and the Moenkopie-Bluechief rock outcrop complex in the southern area. All three types are generally comprised of fine sandy loams, shallow to moderately deep, eolian and alluvial in origin. The Rizno unit is characterized by rather extensive bedrock outcrops (up to 55%). These soil types are highly productive for native grasses (including Indian rice grass and dropseed) important to prehistoric communities (Geib 1989:13).

Two improved and three unimproved springs are documented in the NRA data base for Grand Bench, although as Geib (1989:12) points out numerous sources of surface water (including seeps, water pockets and plunge pools) were documented during the sample survey and it is likely that surface water was plentiful during prehistoric times.

Another important aspect of the environment of Grand Bench is the existence of a relatively flat ridge of high mesa land leading directly northeast and connecting the allotment with the Kaiparowits Plateau and Fiftymile Mountain. These areas were important prehistoric population centers, and contained natural resources complementary to those found on Grand Bench (Geib 1989:60, McFadden 2003:47).

*Condition, Significance:*
One site on the NRA portion of Grand Bench was recorded as being in excellent condition. A total of 34% were recorded in good condition, 42% were in fair condition, and 8% in poor condition. Condition was unknown on 15% of the sites.

A total of 86% of sites had documented impacts, with erosion being present 77% of the time. Forty percent had livestock impacts, and 8% showed evidence of pothunting, vandalism or other human impacts.

2513

The information potential of sites was relatively high, with 81% being considered eligible for the National Register of Historic Places.

***Discussion:***

In the analysis of the Lower Glen Canyon Benches sample survey, markedly different site densities were observed across the overall Benches study area (Geib 1989:59). Comparison of site densities among different soil types present in the allotment showed that for two of the three soil types (present exclusively on Grand Bench) site densities ranged from 47 to 69 sites per square mile.

Geib proposes a settlement model for the Benches suggesting two primary influences on site location (Geib 1989:58-60) which could account for the unusually high site densities he observed on Grand Bench. First is the presence of certain deep sandy loam soil types, which are accurate predictors of dense stands of Indian rice grass and dropseed, both important economic resources. Second is the occurrence of a high ridge linking Grand Bench to the Kaiparowits Plateau which facilitated seasonal utilization of Grand Bench by the large upland populations on the Plateau and Fiftymile Mountain. Together, Geib feels these two factors explain not only the high density of sites on Grand Bench, but the fact that these densities do not seem to occur on any other location within the allotment.

The model for site location on the Lower Glen Canyon Benches presents a reliable basis for predicting the occurrence of high site densities across the extent of Grand Bench. The high percentage of sites with subsurface remains, hearths and diagnostics suggest that additional study including subsurface testing and laboratory analyses has the potential to aid our understanding of Fremont-Anasazi settlement and interaction, and that sites in the allotment have an extremely high research potential.

## Fortymile Ridge

The Fortymile Ridge Allotment as it exists within the NRA encompasses the sloping hilly uplands between the incised Escalante River canyon on the NRA boundary on the west. It is bounded on the north and south by the steep tributary drainages of Coyote Gulch and Fortymile Gulch; secondary tributaries include Hurricane Wash branching south from Coyote Gulch, and three major unnamed drainages extending north from Fortymile Gulch ranging from one to three miles in length. Although available allotment maps are imprecise, generally the boundary includes the interior of Fortymile Gulch but not the interior of Coyote Gulch. The majority of the acreage is sloping sandy eolian and alluvial deposits interspersed with Navajo sandstone and Carmel Formation bedrock outcrops.

A total of 41 sites have been recorded in the NRA for this allotment; data was missing for 8 of these sites, consequently 33 sites were analyzed for this Values and Purposes Determination. Five of these sites were initially recorded by the University of Utah during the Glen Canyon Project (Fowler 1959). The majority of these have been re-recorded by NRA archeologists during monitoring and reconnaissance work. Fifteen sites

were recorded in 1977 during a sample survey of 160-acre parcels performed as part of the Southern Coal Project (no report). One unit in the uplands contained three artifact scatters, a unit in Fortymile Canyon interior contained 8 sites with a projected density of 32 sites per square mile.

The remaining sites were recorded during NRA projects since the early 1990's. No systematic survey has been completed (except as noted above), and the allotment should be considered unsurveyed. All but six of the recorded sites are directly associated with canyon drainage systems (predominantly Fortymile); these six are located in the sandy upland areas.

### Site Types and Features:
Site types were distributed among several categories. A total of 21 % of recorded sites were artifact scatters (containing sherds and/or lithics), 45% were camps (artifact scatters with milling stones and/or hearths), 21 % were habitations (loosely defined as structures with artifact scatters), 6% were isolated rock art panels, 3% were isolated granaries or cists, and 3% were isolated hearths.

Many of the sites had structural remains and substantial depth. Seventy percent had features or structures. Twenty-one percent had structures or alignments, 18% had visible hearths, 18% had cists or granaries, and 12% had rock art. Forty-two percent were recorded as having subsurface remains present or probable. For most sites this was documented by an estimate of site depth to at least 20 cm.

A variety of artifacts was present on the surface: 61 % had ceramics, 42% had organic remains, 52% had milling stones, and 18% had projectile points.

### Cultural Affiliation:
A total of 52% of the sites were considered to have cultural or chronological diagnostic artifacts present on the surface; more intensive investigation such as subsurface testing, dating of organic remains, and artifact collection and detailed analysis would undoubtedly increase that number and increase the precision with which cultural and temporal affiliation can be assigned.

Around 6% of sites indicated Archaic affiliation. Only 9% were recorded as Fremont, while 48% were Formative (including Virgin, Kayenta or unspecified "Anasazi"). Six percent were protohistoric, and another 30% were unknown. These categories were derived from a combination of ceramic and projectile point information contained on the site forms. Where it was not possible to develop typological information in the field, the category "unknown" was used in this analysis.

### Environment:
Eleven sites (33%) were recorded as lying within the actual upland environment, on flat, outcrop or dune settings. Of the remaining 22 (67%) found in the canyons, a total of 19 (58%) were in sheltered settings (alcoves, rockshelter, overhangs, or at the base of a cliff). Three sites (9%) were on open but low lying terraces.

Canyon settings are characterized by permanent water in the form of springs and streams, riparian vegetation, and sandy soils suitable for agriculture, although field size was restricted by canyon walls. Upland soils were of the Sheppard, Sheppard-Nakai rock outcrop and Deleco-Trachute complex, both of which are considered highly productive for native grasses such as Indian rice grass and dropseed (Geib 1989:13) which were important to prehistoric communities.

### Condition, Significance:

A total of 67% of sites were considered eligible for the National Register, and 18% were unevaluated. Nine percent were considered in excellent condition, 21 % were in good condition, 30% were in fair condition, while 21% were in poor condition.

Impacts were indicated at 64% of the sites; erosion was the most prevalent at 58%. Cattle impacts were recorded 21 % of the time, and vandalism and pothunting 33% of the time.

### Discussion:

In the Fortymile Allotment, it is clear that canyon settings were heavily utilized by prehistoric populations, although because no systematic survey has been completed it is impossible to actually calculate site densities. All recorded habitation and storage sites were directly associated with an incised canyon.

Upland areas contain grassland resources seasonally utilized by prehistoric populations, and given the proximity to areas of high population on the south end of Fiftymile Mountain, one would expect to find high densities of limited activity collection and processing sites, and logistical camps in these locations. Additional survey would be needed to see if this is the case; at the present time there is very little information about prehistoric site occurrence in the uplands. The handful of sites which were documented for upland areas were roughly divided between camps and artifact scatters.

The occurrence of virtually all of the sites with structures and storage facilities within the canyons suggests the use of the canyons for agriculture by Formative period Kayenta and possibly Virgin Anasazi populations, as well as, to a lesser extent, Fremont groups. However very little systematic research has taken place in any of the Escalante tributaries to address issues pertaining to the Archaic-Formative transition, the nature and duration of Fremont utilization, the relationship between Fremont and Anasazi groups, and relationship between groups utilizing canyon system resources and presumably contemporaneous utilization of Fiftymile Mountain to the west. This unique archeological record also presents an excellent opportunity for the study of the development of agriculture (Geib 1994). Although only 160 acres within Fortymile Gulch has been intensively surveyed, the relatively high site densities here, as well as the location of recorded sites in adjacent canyon systems, suggests that the number of sites actually present within Fortymile Gulch and Coyote Gulch is relatively high.

This analysis of site data indicates a high research value for recorded sites in the canyon areas of the Fortymile Allotment within the NRA, and a lack of information regarding upland site densities and attributes.

**Big Bowns Bench**

The Big Bowns Bench Allotment as it exists within the NRA is an irregular triangle of land bounded on the southwest by the incised canyon of the Escalante River, on the southeast by the deeply cut Silver Falls Creek canyon, and on the north by the NRA boundary. The majority of the acreage is gently sloping upland dominated by fourwing saltbush communities growing in eolian and alluvial sandy soils interspersed with Navajo sandstone bedrock. The allotment boundary line along Silver Falls Creek appears to follow the northeast cliff face and for the most part exclude the incised canyon; along the Escalante however the boundary apparently includes the canyon floor and both sides of the drainage.

A total of 16 sites have been recorded in the allotment; one had two components so the total components analyzed for this allotment is 17. While a handful of sites were initially recorded by BLM in the 1970's, all but one were either re-recorded or recorded for the first time in the 1990's by NRA archeologists as part of a park-wide survey and monitoring program.

No systematic survey has taken place in the allotment; however it is possible to estimate the density of known sites (including some on the northwest-facing exposure included in analysis for Upper Cattle Allotment) for this stretch of the river which is approximately 2 ½ miles long by ½ mile wide. Area of this parcel (including river bottom) is approximately 1.25 square miles; 23 sites have been identified on both sides of the river, giving a density of approximately 18 sites per square mile. With the exception of two sites (containing historic inscriptions and rock art), all sites are directly associated with the alluvial terraces and cliff face localities of the Escalante River Canyon.

*Site Types and Features:*
Site types were distributed among several categories. Over half (53%) are camps (artifact scatters with milling stones and/or hearths), 29% are historic (including 3 inscriptions, a road alignment and ruins of a cabin), and 6% each are habitations (loosely defined as structures with artifact scatters and/or other features), rock art panels, and artifact scatters (sherds and/or lithics).

Many of these sites had structural remains and substantial depth. Eighty-eight percent of sites had features or structures. Twenty-nine percent had rock art, 24% had historic inscriptions, 18% had cists or granaries, and 12% each had hearths or alignments. Forty-one percent had subsurface depth; it was considered possible at another 24%. For most sites this was documented by an estimate of site depth to at least 20cm.

A variety of artifacts was present on the surface: 41% had ceramics, 41% organic remains, 53% had milling stones, and 18% had projectile points.

*Cultural Affiliation:*
A total of 82% of the sites were considered to have cultural or chronological diagnostic artifacts present on the surface; more intensive investigation such as subsurface testing, dating of organic remains, and artifact collection and detailed analysis would undoubtedly increase that number and increase the precision with which cultural and temporal affiliation can be assigned.

Consistent with our findings in the Upper Cattle Allotment, a substantial Fremont component was present in the site population, with 35% of sites in this category. Twenty four percent were Formative (including Virgin, Kayenta or unspecified "Anasazi"), 29% were Anglo sites, and another 18% were unknown. These categories were derived from a combination of ceramic and projectile point information contained on the site forms. Where it was not possible to develop typological information in the field, the category "unknown" was used in this analysis.

*Environment:*
Nearly three-fourths (71%) of the sites were found in sheltered locations within the canyon: 35% in alcoves, 24% at cliff bases, and 12% in rock shelters. Eighteen percent were on river terraces and only one site (2 components or 12%) was in upland dunes.

The Escalante River is a permanent source of water, which is supplemented by springs and seeps. Lush riparian vegetation and sandy soils suitable for agriculture are common along the river banks. Upland soils are sandy loams, which are considered highly productive for native grasses such as Indian rice grass and dropseed (Geib 1989:13) which were important to prehistoric communities.

*Condition, Significance:*
A total of 88% of sites were considered eligible for the National Register. Six percent were considered in excellent condition, 53% were in good condition, 29% were in fair condition, while 7% were in poor condition.

Impacts were indicated at all of the sites; erosion was the most prevalent at 94%. Cattle impacts were recorded 29% of the time, and pothunting and vandalism 30% of the time.

*Discussion:*
In the Big Bowns Bench Allotment, it is clear that at least the Escalante Canyon was heavily utilized by prehistoric populations. The exceptional preservation of organic materials and subsistence remains in numerous dry shelters contributes to the extremely high research potential of the recorded sites (Geib 1994:4-13), and emphasizes the importance of completing additional survey coverage of the canyon terraces.

Upland areas contain grassland resources seasonally utilized by prehistoric populations, and given the proximity to areas of high population on the south end of Fiftymile Mountain, one would expect to find high densities of limited activity collection and

processing sites, and logistical camps. Additional survey would be needed to see if this is the case; at the present time there is virtually no information about prehistoric site occurrence in the uplands.

The high percentage of Fremont sites with structures and storage facilities indicates that sites in this allotment provide a unique opportunity to study the nature of Fremont utilization of the canyons, the duration of their occupation, and relationship to Anasazi groups to the south. In addition they can be used to address the relationship between groups utilizing canyon system resources and presumably contemporaneous utilization of Fiftymile Mountain to the west. The development of agriculture (Geib 1994) is can also be effectively studied with sites such as these where organic remains are so well preserved.

## Lower Cattle Allotment

The Lower Cattle Allotment as it exists within the NRA encompasses the sloping hilly uplands between the incised Escalante River canyon on the east and the NRA boundary on the west. It is bounded on the north by Twentyfive Mile Wash and on the south by Dry Fork Coyote and Coyote Gulch. The southern part of the eastern boundary leaves the Escalante Canyon, crosses Ezra MC Bench, skirts the head of Fools Canyon, crosses King Mesa, and runs south to Coyote Gulch.

The steep portion of Coyote Gulch is for the most part excluded from the allotment, although two sites are located in Dry Fork. The boundary also excludes the interior canyons of Twentyfive Mile and the Escalante, however ten sites were included which lay in extended canyon systems to the south of Twentyfive Mile. The only incised canyon is Scorpion Gulch, which bisects the allotment and contains 7 of the recorded sites. One site lies on the allotment boundary along the Escalante River.

A total of 20 sites have been recorded in the NRA for this allotment; one site had 2 components, consequently 21 site components were analyzed for this Values and Purposes Determination. The ten sites south of Twentyfive Mile Wash were recorded by Northern Arizona University in 1987 survey (Geib 1994:I-1). The sites in Scorpion Gulch were recorded during the 1990's by NRA staff. No systematic survey has been completed within the study area proper, as the 1987 survey was focused on the interior of the canyon .

### Site Types and Features:
Recorded sites in this allotment were primarily camps (57%) and habitations (14%). Ten percent were isolated cists or granaries, 10% were isolated rock art panels, 5% were hand-and-toe holds, and 5% were historic inscriptions.

The recorded sites were varied and complex. Ninety percent had features or structures. Nineteen percent had structures, 10% had alignments, 38% had visible hearths, another 19% hearths with middens, 48% had granaries, 29% had rock art, and 14% had fire cracked rock. Ninety percent were recorded as having subsurface remains present or

probable. For most sites this was documented by an estimate of site depth to at least 20 cm.

A variety of artifacts were present on the surface: 67% had ceramics, 71 % had organic remains, 67% had milling stones and 24% had projectile points.

### Cultural Affiliation:

A total of 48% of the sites were considered to have cultural or chronological diagnostic artifacts present on the surface; more intensive investigation such as subsurface testing, dating of organic remains, and artifact collection and detailed analysis would undoubtedly increase that number and increase the precision with which cultural and temporal affiliation can be assigned.

Around 10% of the sites indicated Archaic affiliation. Twenty four percent were recorded as Fremont, while 33% were Formative (including Virgin, Kayenta or unspecified "Anasazi"). Five percent were protohistoric, five percent were Anglo, and another 30% were unknown. These categories were derived from a combination of ceramic and projectile point information contained on the site forms. Where it was not possible to develop typological information in the field, the category "unknown" was used in this analysis.

### Environment:

Only one sites (5%) was recorded as lying within the actual upland environment, within a low bench feature. The remaining 20 components (95%) were in canyon settings; a total of 17 (81%) were in sheltered alcoves or at the base of cliff faces. Three sites (14%) were on open but low lying terraces, dunes or alluvial benches.

Canyon settings are characterized by permanent water in the form of springs and streams, riparian vegetation, and sandy soils suitable for agriculture, although field size was restricted by canyon walls. Upland soils are of the Sheppard-Nakai rock outcrop, Deleco-Trachute complex, and Mespun types, that are considered highly productive for native grasses such as Indian rice grass and dropseed (Geib 1989:13) which were important to prehistoric communities. These soils currently support sand sagebrush, blackbrush, and fourwing saltbush communities.

### Condition, Significance:

A total of 81 % of sites were considered eligible for the National Register. Ten percent were considered in excellent condition, 43% were in good condition, 38% were in fair condition, while 10% were in poor condition.

Impacts caused by erosion were present at 100% of the sites. Cattle impacts were recorded 38% of the time, and vandalism and pothunting 43% of the time.

### Discussion:

In the Lower Cattle Allotment, it is clear that canyon settings were heavily utilized by prehistoric populations, although because no systematic survey has been completed it is

impossible to actually calculate site densities. With one exception, all recorded sites were directly associated with an incised canyon system.

Upland areas contain grassland resources seasonally utilized by prehistoric populations, and given the proximity to a documented area of high Formative population on the Collet Top portion of Fiftymile Mountain (McFadden 1989:4), one would expect to find high densities of limited activity collection and processing sites, and logistical camps in these locations. Additional survey would be needed to see if this is the case; at the present time there is very little information about prehistoric site occurrence in the uplands.

Recorded sites within the canyons indicate substantial agricultural adaptation by Formative period Kayenta and possibly Virgin Anasazi populations, as well as, to a lesser extent, Fremont groups. However very little systematic research has taken place in any of the Escalante tributaries to address issues pertaining to the Archaic-Formative transition, the nature and duration of Fremont utilization, the relationship between Fremont and Anasazi groups, and relationship between groups utilizing canyon system resources and presumably contemporaneous utilization of Fiftymile Mountain to the west. This unique archeological record also presents an excellent opportunity for the study of the development of agriculture (Geib 1994).

This analysis of site data indicates a high research value for recorded sites in the canyon areas of the Lower Cattle Allotment within the NRA, and a lack of information regarding upland site densities and attributes.

**Last Chance Allotment**

The NRA area known as the Lower Glen Canyon Benches is composed of a series of four broad stair-stepped mesas extending from the upper Kaiparowits Plateau southeast to the Colorado River gorge. The Last Chance Allotment in the NRA lies within this Benches formation and includes the majority of Lone Rock Bench and Alstrom Point, both broad platforms consisting of Salt Wash sandstone exposed by the eroding northern exposure of Tropic Shale. Together they surround the upper watershed of Warm Creek, which is slowly eroding their underlying Entrada and Summerville formations. To the south they are bounded by Warm Creek Bay and Wahweap Bay; on the east the boundary follows Gunsight Canyon and on the west it is on Lone Rock Canyon. The north boundary is the park border.

In 1988, the NRA contracted with Northern Arizona University to conduct a 5.5% random sample survey of a 46,720 acre sample frame within the Benches (Geib 1989). The goal of this survey was to develop a predictive model for site location to assist in the evaluation of impacts from pending energy development. Sample units were selected from a grid of quarter-sections; although initially the sample was unstratified, subsequent

analysis and post-stratification based on soil types yielded a strong settlement model for site location (Geib 1989:51).

A total of four sample units fell within the Last Chance Allotment resulting in the intensive survey of 640 acres. Seven sites were identified during this effort; the unstratified density of this acreage is therefore seven sites per square mile. Three sites were recorded within the allotment prior to this survey, however no data was available for one of these sites. Since 1995 two additional sites have been identified, resulting in a total site population for this allotment of 12 sites, with only 11 sites used in the analysis.

### Site Types and Features:
Variability in the site population is relatively low; 36 % of the components were lithic scatters, and 64% were camps (artifact scatters with milling stones and/or hearths). A total of 75% of the sites were recorded as having or probably having subsurface cultural remains. For most sites this was documented by an estimate of site depth to at least 20 cm.

Eighty-one percent of sites had features or structures. Eight percent had hearths, and another 8% had hearths with middens. Eighteen percent had cists or granaries, 36% had artifact concentrations, 9% had sharpening grooves, and 9% had rock art. No sites had structures or rock alignments. Ceramics were present on 27% of sites, milling stones on 55%, projectile points on 64%, and organics on 45%.

### Cultural Affiliation:
Approximately 36% of sites were considered to have cultural or chronological diagnostic artifacts present on the surface; more intensive investigation such as subsurface testing, dating of organic remains, and artifact collection and detailed analysis would undoubtedly increase that number and increase the precision with which cultural/temporal affiliation can be assigned.

The affiliation of identified components can be summarized as follows: Archaic – 18%, Formative – 18%, unknown – 73%. These categories were derived from a combination of ceramic and projectile point information contained on the site forms. Where it was not possible to develop typological information in the field, the category "unknown" was used in this analysis.

### Environment:
Site setting for all sites was analyzed based on environmental information contained in the site forms. Approximately 54% of sites were located in exposed locations on ridges, benches or dunes. The remaining 45% were located in somewhat sheltered locations: 27% were in rock shelters, 9% in rock shelters, and 9% next to cliffs.

The soils in the allotment are a complex mix of clay loams, sandy clay loams, and rock outcrops, supporting a patchwork of fourwing saltbush, shadscale, mat saltbush and blackbrush vegetation communities. Some soils present on the allotment (including the

Myton family complex) are considered to be highly productive for native grasslands (Geib 1989:13).

*Condition, Significance:*
One site (9%) on the NRA portion of the Last Chance Allotment is considered to be in good condition. Fifty-five percent of sites are in fair condition; 18% are in poor condition, and 18% are unknown.

Eighty-two percent of the recorded sites had erosion impacts. In addition, 27% were impacted by cattle, and 9% were impacted by off-road vehicles.

*Discussion:*
In the analysis of the Lower Glen Canyon Benches sample survey, a wide range of site densities was observed among different soil types (Geib 1989:59). Visual inspection of a map portraying projected average site densities based on soil types for the Lower Glen Canyon Benches shows that the majority the area within the Last Chance Allotment is either low (3 to 7 sites per section) or very low (less than one site per section) densities.

A small portion of the allotment (perhaps 20%) is shown with medium (12-15 sites per section) densities; this area is located on Sit Down Bench on the western edge of Last Chance Bay and roughly corresponds with the occurrence of Moenkopie-rock outcrop soils, which are not considered to be especially productive for native grasses. A small portion of the allotment, not more than a few sections, is projected to contain high site densities (over 40 sites per section); this area corresponds to an isolated outcrop of Monue family-Moenkopie-rock outcrop complex soils considered to be highly favorable for native grasses.

Geib proposes a settlement model for the Benches suggesting two primary influences on site location (Geib 1989:58-60). First is the presence of certain deep sandy loam soil types capable of supporting dense stands of native grasses, second is the occurrence of a high ridge linking Grand Bench (a large mesa several miles east of Warm Creek) to the uplands of the Kaiparowits Plateau and Fiftymile Mountain where high densities of Formative period and Fremont sites are found. This model is more or less consistent with observed site densities in surveyed parcels.

## Upper Cattle Allotment

The Upper Cattle Allotment as it exists within the NRA encompasses sloping sandy uplands including the northern exposures of two dramatic deeply carved sandstone formations known as Egypt and Allen Dump. It is defined on the east by the Escalante River canyon and on the west by the NRA boundary. The north boundary lies at the point where the NRA boundary turns east and crosses the Escalante River. On the south the line extends east from the NRA boundary to the south scarp of Allen Dump east along an unnamed tributary to the Escalante. Running through the allotment is Harris Wash, an incised perennial stream.

The boundaries of this allotment as seen on maps provided by the BLM run alternately along the ridge line and into the interior of the Escalante and Harris Wash canyons. This was interpreted to mean that cattle are allowed into the canyons, and sites selected for this analysis included canyon-bottom sites recorded for both locations.

Harris Wash received a fairly thorough survey during the Glen Canyon Project (Aikens 1963, Suhm 1959) which resulted in the location of 32 sites, many of which were subsequently re-recorded by NRA archeologists. Several of these sites were later excavated (Fowler 1963). The remaining 35 sites were recorded in various small projects since the early 1990's.

With the exception of eight sites located on the high mesas of Allen dump, all of the sites lie within or directly adjacent to the incised Harris and Escalante Canyons. A total of 68 sites were recorded; two sites had 2 components, consequently 70 site components were analyzed for this Values and Purposes Determination.

***Site Types and Features:***
Recorded components in this allotment were primarily camps (33%), isolated cists and granaries (28%), artifact scatters (only lithic scatters were found) (18%), and habitations (9%). Four percent were isolated rock art panels, 4% were isolated hand-and-toe holds, 5% were historic, and 2% were isolated rock alignments.

The recorded sites were varied and complex. Eighty-two percent of the sites had features or structures. Only 5% had structures, and 9% had alignments, 14% had visible hearths, none were observed with hearths with middens. Fifty-one percent had cists or granaries, 23% had rock art, 14% had fire cracked rock. Hand-and-toe holds, rubble mounds, pole holes and cupules were also recorded. Forty-eight percent were recorded as having subsurface remains present or probable. For most sites this was documented by an estimate of site depth to at least 20 cm.

A variety of artifacts were present on the surface: 37% had ceramics, 49% had organic remains, 30% had milling stones, and 11% had projectile points.

***Cultural Affiliation:*** A total of 44% of the sites were considered to have cultural or chronological diagnostic artifacts present on the surface; more intensive investigation such as subsurface testing, dating of organic remains, and artifact collection and detailed analysis would undoubtedly increase that number and increase the precision with which cultural and temporal affiliation can be assigned.

No sites were recorded as having Archaic affiliation. Thirty-one percent were recorded as Fremont, 25% were Formative (including Virgin, Kayenta or unspecified "Anasazi"). Five percent were Anglo, and another 39% were unknown. These categories were derived from a combination of ceramic and projectile point information contained on the site forms. Where it was not possible to develop typological information in the field, the category "unknown" was used in this analysis.

*Environment:*

Eight sites (14%) were recorded as lying within the actual upland environment; 2 were on ridges, 2 on flat land, 3 in dune areas and one at the base of a cliff. The remaining 49 components were primarily found in sheltered canyon settings (75%) or on open but low lying terraces, dunes or alluvial benches (11%).

Canyon settings are characterized by permanent water in the form of springs and streams, riparian vegetation, and sandy soils suitable for agriculture, although field size was restricted by canyon walls. Upland soils are a mix of sandy eolian deposits, and generally support fourwing saltbush and blackbrush communities which are considered highly productive for native grasses such as Indian ricegrass and dropseed (Geib 1989:13).

*Condition, Significance:*

A total of 82% of sites were considered eligible or probably eligible for the National Register. Seven percent were considered in excellent condition, 33% were in good condition, 30% were in fair condition, while 23% were in poor condition. Four percent were destroyed, and 4% were unknown. Impacts caused by erosion were present at 72% of the sites. Cattle impacts were recorded 28% of the time, and vandalism and pothunting 28% of the time.

*Discussion:*

Upper Cattle Allotment is interesting in that an unusually high proportion of canyon sites are granaries and storage cists, but an unusually low percentage are structures and rock alignments. This appears consistent with the higher percentage of Fremont vs. Formative sites observed in the Harris Wash and Escalante drainages. It is clear that canyon settings were heavily utilized by prehistoric populations, although because no systematic intensive survey has been completed it is impossible to actually calculate site densities.

Upland areas contain grassland resources seasonally utilized by prehistoric populations, and given the proximity of the allotment to a documented area of high Formative population on the Collet Top portion of Fiftymile Mountain (McFadden 1989:4), one would expect to find high densities of limited activity collection and processing sites, and logistical camps in these locations. The recorded sites at Allen Dump reflect fairly substantial processing and storage activities. Additional survey would be needed to see if this pattern is consistent throughout the upland environment; at the present time there is very little information about prehistoric site occurrence in the uplands.

Recorded sites within the canyons indicate substantial agricultural adaptation by Fremont and Formative period groups. However very little systematic research has taken place in any of the Escalante tributaries to address issues pertaining to the Archaic-Formative transition, the nature and duration of Fremont utilization, the relationship between Fremont and Anasazi groups, and relationship between groups utilizing canyon system resources and presumably contemporaneous utilization of

Fiftymile Mountain to the west. This unique archeological record also presents an excellent opportunity for the study of the development of agriculture (Geib 1994).

This analysis of site data indicates a high research value for recorded sites in the canyon areas of the Upper Cattle Allotment within the NRA, and a lack of information regarding upland site densities and attributes.


## Soda Allotment

The Soda Allotment encompasses the sloping hilly uplands between the incised canyons of the Escalante and Colorado Rivers and their tributaries to the south and east, and the NRA boundary to the west. It includes the incised, well-watered drainages of Fortymile, Willow, Fiftymile, Davis, Llewellyn, and Reflection Canyons, but the majority of the acreage is relatively flat and sandy, with extensive bedrock sandstone outcrops.

A total of 94 sites are in the NRA data base for this allotment; data was missing for 13 of these sites, consequently only 81 sites were analyzed for this Values and Purposes Determination. About a third of the sites were initially recorded by the University of Utah during the Glen Canyon Project (Fowler et al.1959). The majority of these have been re-recorded by NRA archeologists during monitoring and reconnaissance work. Twenty-two sites were recorded in 1974 by BLM archeologist Mike Bunker (Bunker 1974); many of these sites were also recently re-recorded. The remaining sites were recorded by various projects primarily since 1990.

All but ten of the recorded sites are directly associated with canyon drainage systems, with the rest located in the sandy upland areas. None of the area has been subjected to what would be called an intensive inventory by today's standards. There has been very little survey completedon the uplands, and only reconnaissance level coverage of the some of the canyons.

### Site Types and Features:
Site types were distributed among several categories. A total of 12 percent of recorded sites were artifact scatters (containing sherds and/or lithics), 28% were camps (artifact scatters with milling stones and/or hearths), 15% were habitations (loosely defined as structures with artifact scatters), 16% were isolated rock art panels, 10% were isolated walls or structures, 7% were isolated granaries or cists, 1 % were isolated hand-and-toe-holds, 5% were historic, and 4% were unknown.

Many of the sites had structural remains and substantial depth. Sixty-one percent of sites had features or structures. Thirty-two percent had structures or alignments, 28% had cists or granaries, and 22% had rock art. Forty-one percent were recorded as having subsurface remains present or probable. For most sites this was documented by an estimate of site depth to at least 20 cm. A variety of artifacts was present on the surface: 38% had ceramics, 37% organic remains, 25% had milling stones, and 14% had projectile points.

*Cultural Affiliation:*
A total of 54% of the sites were considered to have cultural or chronological diagnostic artifacts; more intensive investigation such as subsurface testing, dating of organic remains, and artifact collection and detailed analysis would undoubtedly increase that number and increase the precision with which cultural and temporal affiliation can be assigned.

A substantial early occupation was reflected by the nearly 20% of sites with Archaic affiliation. Only 6% were recorded as Fremont, while 33% were Formative (including Virgin, Kayenta or unspecified "Anasazi"). Six percent were Anglo sites, and another 41% were unknown. These categories were derived from a combination of ceramic and projectile point information contained on the site forms. Where it was not possible to develop typological information in the field, the category "unknown" was used in this analysis.

*Environment:*
Only six sites (7%) were recorded as lying within the actual upland environment, on flat, outcrop or dune settings. Of the remaining 75 (93%) found in the canyons, a total of 62 (77%) were in sheltered settings (alcoves, rock shelters, overhangs, or at the base of a cliff). Twelve percent were on open but low lying terraces, flats, dunes, or benches, with only three (4%) on elevated knolls or ridges.

Canyon settings are characterized by permanent water in the form of springs and streams, riparian vegetation, and sandy soils suitable for agriculture, although field size was restricted by canyon walls. Upland soils were of the Nakai-Sheppard rock outcrop and Deleco-Trachute complex, both of which are considered highly productive for native grasses such as Indian rice grass and dropseed (Geib 1989:13) which were important to prehistoric communities.

*Condition, Significance:*
A total of 75% of sites was considered eligible, or probably eligible, for the National Register. Nine percent were considered in excellent condition, 12% were in good condition, 35% were in fair condition, while 14% were in poor condition.

Impacts were indicated at 69% of the sites; erosion was the most prevalent at 67%. Cattle impacts were recorded 21% of the time, rodents 30% of the time, and vandalism 25% of the time.

*Discussion:*
In the Soda Allotment, it is clear that canyon settings were heavily utilized by prehistoric populations, although because no systematic survey has been completed it is impossible to actually calculate site densities. Roughly estimated there are 20 to 22 linear miles of named canyons or canyon systems in the allotment; this suggests a site occurrence of a minimum of 3.5 to 4 sites per linear mile. This figure would no doubt increase if the canyons were surveyed intensively.

Upland areas contain grassland resources seasonally utilized by prehistoric populations, and given the proximity to areas of high population on the south end of Fiftymile Mountain, one would expect to find high densities of limited activity collection and processing sites, and logistical camps. Additional survey would be needed to see if this is the case; at the present time there is little information about prehistoric site occurrence in the uplands.

Within the population of canyon-system sites, the relatively high percentage of Archaic period sites, while it must be considered problematic until supplemented by more detailed site analyses and absolute dating, suggests that this area has a high potential for providing evidence to fill in the long Archaic sequence that is currently only partially understood for the Glen Canyon area. The exceptional preservation of organic materials and subsistence remains in numerous dry shelters contributes to the extremely high research potential of these sites (Geib 1994:4-13).

The large number of sites with structures and storage facilities reflects the use of the canyons for agriculture by Formative period Virgin and Kayenta populations, as well as, to a lesser extent, Fremont groups. Little recent research has taken place in any of the Escalante tributaries to address issues pertaining to the Archaic-Formative transition, the nature and duration of Fremont utilization, the relationship between Fremont and Anasazi groups, and relationship between groups utilizing canyon system resources and presumably contemporaneous utilization of Fiftymile Mountain to the west. This unique archeological record also presents an excellent opportunity for the study of the development of agriculture (Geib 1994).

### Upper Warm Creek Allotment

The NRA area known as the Lower Glen Canyon Benches is composed of a series of four broad stair-stepped mesas extending from the upper Kaiparowits Plateau southeast to the Colorado River gorge. The Upper Warm Creek Allotment in the NRA lies within this Benches formation and includes the majority of Lone Rock Bench and Alstrom Point, both broad platforms consisting of Salt Wash sandstone exposed by the eroding northern exposure of Tropic Shale. Together they surround the upper watershed of Warm Creek, which is slowly eroding their underlying Entrada and Summerville formations. To the south they are bounded by Warm Creek Bay and Wahweap Bay; on the east the boundary follows Gunsight Canyon and on the west it is on Lone Rock Canyon. The north boundary is the park border.

In 1988, the NRA contracted with Northern Arizona University to conduct a 5.5% random sample survey of a 46,720 acre sample frame within the Benches (Geib 1989). The goal of this survey was to develop a predictive model for site location to assist in the evaluation of impacts from pending energy development. Sample units were selected from a grid of quarter-sections; although initially the sample was unstratified, subsequent analysis and post-stratification base on soil types yielded a strong settlement model for site location (Geib 1989:51).

A total of nine sample units fell within the Upper Warm Creek Allotment resulting in the intensive survey of 1,440 acres. Thirteen sites were identified during this effort; the unstratified density of this acreage is less than one site per square mile. Since 1995 seven additional sites have been identified, resulting in a total site population for this allotment of 20 sites.

***Site Types and Features:***
Variability in the site population is relatively low; 55% of the components were lithic scatters, 25% were camps (artifact scatters with milling stones and/or hearths), 10% were historic, and 5% each (one site) were artifact caches and habitation sites.

A total of 55% of the sites were recorded as having or probably having subsurface cultural remains. For most sites this was documented by an estimate of site depth to at least 20 cm.

Thirty-five percent of sites had features or structures. Ten percent had hearths, and another 5% had hearths with middens. Ten percent had historic features (road, mine adit, dump), and 5% had structures. Ceramics were present on 10% of sites, milling stones on 25%, projectile points on 55%.

Cultural Affiliation:
Approximately 55% of sites were considered to have cultural or chronological diagnostic artifacts present on the surface; more intensive investigation such as subsurface testing, dating of organic remains, and artifact collection and detailed analysis would undoubtedly increase that number and increase the precision with which cultural/temporal affiliation can be assigned.

The affiliation of identified components can be summarized as follows: Archaic – 35%, Formative – 15%, Anglo – 10%, unknown – 40%. These categories were derived from a combination of ceramic and projectile point information contained on the site forms. Where it was not possible to develop typological information in the field, the category "unknown" was used in this analysis.

***Environment:***
Site setting for all sites was analyzed based on environmental information contained in the site forms. Approximately 50% of sites were located in exposed locations: thirty percent were located in level open areas, 10% were on ridges, and 10% were on benches. The remaining 50% were located in somewhat sheltered locations: 30% were in rock outcrops, 10% in alcoves, and 5% in rock shelters, and 5% in canyons.

The soils in the allotment are a complex mix of clay loams, sandy clay loams, and rock outcrops, supporting a patchwork of fourwing saltbush, shadscale, mat saltbush and blackbrush vegetation communities. Some soils present on the allotment (including the Myton family complex and the Nakai-Sheppard complex) are considered to be highly productive for native grasslands (Geib 1989:13).

*Condition, Significance:*
One site (5%) on the NRA portion of the Upper Warm Creek Allotment is considered to be in excellent condition. Twenty-five percent of sites are in good condition; 60% are in fair condition, and 10% are in poor condition.

All of the recorded sites had erosion impacts. In addition, 40% were impacted by cattle, and 10% had vandalism.

*Discussion:*
In the analysis of the Lower Glen Canyon Benches sample survey, a wide range of site densities was observed among different soil types (Geib 1989:59). Visual inspection of a map portraying projected average site densities based on soil types for the Lower Glen Canyon Benches shows that the majority the area within the Upper Warm Creek Allotment is either low (3 to 7 sites per section) or very low (less than one site per section). A small portion of the allotment (perhaps 20%) is shown with medium (12-15 sites per section) densities; this area is located primarily in the uplands above incised drainages.

Geib proposes a settlement model for the Benches suggesting two primary influences on site location (Geib 1989:58-60). First is the presence of certain deep sandy loam soil types capable of supporting dense stands of native grasses, second is the occurrence of a high ridge linking Grand Bench (a large mesa several miles east of Warm Creek) to the uplands of the Kaiparowits Plateau and Fiftymile Mountain where high densities of Formative period and Fremont sites are found. This model seems to explain the relatively low site densities found in the Upper Warm Creek Allotment despite the occurrence of soils productive for native grasses.

## Moody Allotment

The Moody Allotment within the NRA consists of two irregular parcels. The largest, northernmost parcel consists of the rocky terrain surrounding Choprock Bench, Fourmile Bench, the Purple Hills, and on its south boundary the Middle Moody Canyon. The southern parcel consists of a narrow east-west strip of land following East Moody Canyon and its uplands.

Survey work within the allotment is limited to a 1989 in-house NPS reconnaissance effort near the Purple Hills resulting in the identification of four sites, and a 1995 survey of an access road and well pad completed for Viking Exploration, Inc. (Horn 1995) which resulted in the identification of 32 sites. Altogether a total of 39 sites were used for this analysis, which included 3 additional previously recorded sites. Approximately three-fourths of these sites lie along the south bank of Middle Moody Canyon and its tributaries.

*Site Types and Features:*

Recorded sites in this allotment were primarily camps (56%), and lithic scatters (36%). One isolated drylaid structure, one isolated hearth, and an historic inscription were also found (3% each type).

Sixty-two percent of the sites had features or structures. Forty-one percent had hearths or hearths with middens; 3%had structures, 5% had granaries, 3% had fire cracked rock, 3% had historic inscriptions, and 3% had artifact concentrations. Sixty-nine percent were recorded as having subsurface remains present or probable. For most sites this was documented by an estimated of site depth to at least 20 cm.

A variety of artifacts were present on the surface; 54% had organic remains, 33% had milling stones, and 31% had projectile points.

*Cultural Affiliation:*

A total of 21% of the sites were considered to have cultural or chronological diagnostic artifacts present on the surface; more intensive investigation such as subsurface testing, dating of organic remains, and artifact collection and detailed analysis would undoubtedly increase that number and increase the precision with which cultural and temporal affiliation can be assigned.

An unusually high number of sites (13%) were recorded as having Archaic affiliation. None were recorded as Fremont, 3% were Formative, 8% were Paiute, 3% were Anglo, and another 43% were unknown. These categories were derived from a combination of ceramic and projectile point information contained on the site forms. Where it was not possible to develop typological information in the field, the category "unknown" was used in this analysis.

*Environment:*
In marked contrast to other allotments, the vast majority of sites (92%) were located in low-lying but open locations, primarily bench lands along major drainages. Only three sites (8%) were in sheltered locations.

The allotment is characterized by alternating east-west trending ribbons of Rizno rock outcrop soils with pinon-juniper cover, and Chilton family rock outcrop with blackbrush-shadscale vegetation. The former generally characterize the rocky mesas and high uplands; the latter follow major drainages and adjacent bench lands. Rizno soils are fine sandy loams considered productive for native grasses (Geib 1989:13); Chilton soils are gravely to rocky clay loams with limited productivity.Canyon settings are characterized by permanent and semi-permanent water in the form of springs and streams.

*Condition, Significance:*
A total of 74% of sites were considered eligible or probably eligible for the National Register. Twenty-six percent were considered in excellent condition, 51% were in good

condition, 21% were in fair condition, while 3% were in poor condition. Impacts caused by erosion were present at all sites. Cattle impacts were recorded 13% of the time, and human impacts 14% of the time.

***Discussion:***
The Moody Allotment differs from other areas in the NRA in the relative abundance of Archaic and protohistoric sites, and the relative lack of sites related to the Formative period. Clearly the relatively rugged terrain and minimal availability of arable soils did not favor agriculture-based subsistence. The relatively high number of camp sites with multiple hearths and projectile points suggests transient use of the area for hunting and some resource processing. Although a high percentage of sites are not datable at this time, the relatively abundant organic remains suggest that pursuing absolute dating of these sites would prove fruitful, especially in light of a relative scarcity of sites from the Archaic and protohistoric periods.

Systematic survey along the Middle Moody drainage suggests that site densities of over 16 sites per section may not be unusual in some parts of the study area. Additional survey is needed, especially along drainages, to determine site distributions and protection needs.

References Cited - Grazing V&P Cultural

Aikens, C.M.
    1963    Appendix II: Survey of Harris Wash. In 1961 Excavations, Harris Wash, Utah by Don D. Fowler. University of Utah Anthropological Papers No. 64, (Glen Canyon Series 19).

Bunker, Mike
    1974    Document on File. Office of Bureau of Land Management. Kanab, Utah.

Fowler, Don D. and C. Melvin Aikens
    1961    Excavations, Kaiparowits Plateau. University of Utah Anthropological Papers No. 64. University of Utah Press. Salt Lake City.

Fowler, Don D., J.H. Gunnerson, J.D. Jennings, R.H. Lister, D.A. Suhm, and T. Weller
    1959    The Glen Canyon Archeological Survey, Part I. University of Utah Anthropological Papers No. 39 (Glen Canyon Series 6).

Fowler, Don D.
    1963    1961 Excavations, Harris Wash, Utah. University of Utah Anthropological Papers No. 64 (Glen Canyon Series 6).
Geib, P.R.
    1989    Archeological Survey of Lower Glen Canyon Benches and a Descriptive Model of General Site Location. Northern Arizona University

Archeological Report No. 1011. MS. On file, Rocky Mountain Regional Office, National Park Service, Denver.

1994 Glen Canyon Revisited: Summary and Conclusions of Recent Archeological Investigations in the Glen Canyuon National Recreation Area. Northern Arizona University Archeological Report No. 1047.

Goetze, C.E.

1995 FY94 Cultural Resources Monitoring and Maintenance Program Summary Report. On file, Glen Canyon National Recreation Area, Branch of Cultural Resources.

1996 FY96 Cultural Resources FY94 Cultural Resources Monitoring and Maintenance Program Summary Report. On file, Glen Canyon National Recreation Area, Branch of Cultural Resources.

1997 FY97 Cultural Resources Monitoring and Maintenance Program Summary Report. On file, Glen Canyon National Recreation Area, Branch of Cultural Resources.

1998 FY98  Cultural Resources Monitoring and Maintenance Program Summary Report. On file, Glen Canyon National Recreation Area, Branch of Cultural Resources.

1999 FY99 Cultural Resources Monitoring and Maintenance Program Summary Report. On file, Glen Canyon National Recreation Area, Branch of Cultural Resources.

2001 FY01 Cultural Resources Monitoring and Maintenance Program Summary Report. On file, Glen Canyon National Recreation Area, Branch of Cultural Resources

Gunnerson, James H.

1959 Archeological Survey of the Kaiparowits Plateau. In, The Glen Canyon Archeological Survey, by D.D. Fowler, J.H. Gunnerson, J.D. Jennings, R.H. Lister, D.A.Suhm and T Weller, pp. 318-471. Anthropological Papers No. 43. University of Utah Press. Salt Lake City.

Horn, Jonathon C., James L. Firor, and Rand A. Gruebel.

1995 Archeological Survey of an Access Road and Proposed Well Pad in the Circle Cliffs, Glen Canyo National Recreation Area, Garfield County, Utah. Alpine Archaeological Consultants. Prepared for Viking Exploration, Inc. Littleton, CO.

McFadden, Douglas A.

2003    Tank Hollow Burn Inventory:  Settlement Patterns and Agricultural Strategies on Fiftymile Mountain.  (Draft) Bureau of Land Management, Grand Staircase-Escalante National Monument. Report No. U-00-BL048b

National Park Service
1998    Glen Canyon National Recreation Area Grazing Management Plan. Ms on at Glen Canyon National Recreation Area, Resource Management Division.  Page, Arizona.

Suhm, D.A.
1959    Extended Survey of the Right Bank of Glen Canyon.  In *The Glen Canyon Archaeological Survey,* by D.D. Fowler, J.H. Gunnerson, J.D. Jennings, R.H. Lister, D.A. Suhm, and T. Weller, pp. 163-284.  Anthropological Papers No. 39, Part 1.  University of Utah Press, Salt Lake City.

Tipps, Betsy L.
1991    The Burr Trail Archaeological Project:  Small Site Archaeology of the Escalante Plateau and Circle Cliffs, Garfield County, Utah.  Cultural Resources Report 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, Draft.  PIII Associates, Inc.  Submitted to the Bureau of Land Management, Utah Cultural Resource Series No. 20, Salt Lake City.