IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREAT OLD BROADS FOR WILDERNESS )
and CENTER FOR BIOLOGICAL DIVERSITY, )
)
Plaintiffs, )
)
v. ) Case No. 1:05cv01433 (ESH)
)
GALE NORTON, in her official capacity as )
Secretary of the Interior; NATIONAL PARK )
SERVICE; and BUREAU OF LAND )
MANAGEMENT )
)
Defendants. )
_____ )

### Declaration of Steven Bekedam

(1) I, Steve Bekedam, am employed by the National Park Service (NPS) in Page, AZ, as the Range Ecologist for Glen Canyon National Recreation Area (GLCA). I have been employed in this capacity from May 1st of 2004 to the present. I am the grazing coordinator for GLCA and my duties include coordinating stocking rates and movements of livestock across GLCA, monitoring park resources affected by livestock, and developing and enforcing planning documents associated with GLCA grazing management.

(2) It is hereby certified that, to the best of my knowledge and belief, the six documents annexed and described on the attached revised index as supplemental Administrative Record Documents Nos. 164, 165, 166, 167, 168, 169, and 170 constitute a true and correct copy of documents within the scope of, but that were inadvertently omitted from, the administrative record for the NPS.

(3)  It is hereby certified that, to the best of my knowledge and belief, the records described on the attached revised index collectively constitute the administrative record of the NPS's involvement in the allowance of grazing on the twenty-four allotments referred to in the Plaintiff's Complaint. Each document is a true and correct copy of a document located in NPS's files.

(4)  I swear under penalty of perjury that the foregoing is correct and true.

Dated this 28th day of March, 2006.

_____
Steven Bekedam