IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>GALE NORTON, in her official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT<br><br>Defendants. | Case No. 1:05cv01433 (ESH) |

## Notice of Lodging of Supplemental Administrative Documents by the Bureau of Land Management

PLEASE TAKE NOTICE that Counsel for Defendants, the U.S. Bureau of Land Management ("BLM"), hereby lodges with the Clerk the following:

- A revised Index to the administrative record of the BLM (Exhibit 1).

- Ten electronic files containing supplemental Administrative Record Documents Nos. 331, 332, 333, 334, 335, 336, 337, 338, 339, and 340 (Exhibits 2 though 11).

- An amended certification of the revised Index and supplemental record documents (Exhibit 12).

Federal Defendants further give notice that on the 30th day of March, 2006, Counsel for the BLM will lodge supplemental Administrative Record Document No. 341 with the Clerk in physical form. This exhibit will not be lodged via the Court's Electronic Case

Filing system pursuant to Local Civil Rule 5.4(e)(1)(B) because it is a CD-ROM. On March 30, 2006, Defendants will also serve counsel for the Plaintiffs with a copy of supplemental Administrative Record Document No. 341, sent via Federal Express to the following address:

>   Robin Cooley
>   Environmental Law Clinical Partnership
>   University of Denver College of Law
>   2255 East Evans Avenue
>   Room 365G
>   Denver, CO 80208
>   (303) 871-6039

March 29, 2006                           Respectfully submitted,

                                         Sue Ellen Wooldridge
                                         Assistant Attorney General
                                         United States Department of Justice
                                         Environment and Natural Resources Division


                                         /s/ Guillermo A. Montero
Of Counsel:                              GUILLERMO A. MONTERO
G. Kevin Jones                           Trial Attorney
Attorney-Advisor                         United States Department of Justice
Office of the Solicitor                  Environment and Natural Resources Division
U.S. Department of                       Natural Resources Section
  the Interior                           P.O. Box 663
                                         Washington, D.C. 20044-0663
                                         (202) 305-0443 (ph)
                                         (202) 305-0274 (fax)