# BLM's Index Of Exhibits

| Exhibit No. | Date | Document |
|---|---|---|
| | | **LAND USE PLANS** |
| CD - Exhibit A | February, 1991 | Arizona Strip District Resource Management Plan and Final Environmental Impact Statement (RMP/EIS) |
| CD - Exhibit B | March, 1979 | Vermillion Proposed Grazing Management Draft Environmental Statement |
| CD - Exhibit C | April, 1981 | Escalante Management Framework Plan |
| CD - Exhibit D | September, 1979 | Vermillion Proposed Grazing Management Final Environmental Statement |
| CD - Exhibit E | November, 1999 | Grand Staircase-Escalante National Monument Management Plan/Record of Decision |
| CD - Exhibit F | May, 1997 | Henry Mountain, Parker Mountain and Mountain Valley Management Framework Plans, Approved Amendments, and Decision Record |
| CD - Exhibit G | April, 1981 | Paria Management Framework Plan |
| CD - Exhibit H | March, 1991 | Resource Management Plan, Record of Decision, and Rangeland Program Summary for the San Juan Resource Area, Moab District, Utah |
| | | **SEWING MACHINE** |
| 1 | 6/20/1994 | Donald Wells (Operator #435904) for Grazing Permit for Sewing Machine (#0902) |
| 2 | 3/25/1999 | Four Sale Cattle Co. (Operator #435711) Grazing Permit for Sewing Machine |
| 3 | 4/13/2000 | Russell Wells (Operator #435712) Grazing Permit for Sewing Machine |
| 4 | 1/17/2001 | Letter from Leroy Smalley to Donald & Russ Wells |
| 5 | 7/24/2001 | Letter from Leroy Smalley to Donald Wells |
| 6 | 7/24/2001 | Letter from Leroy Smalley to Four Sale Cattle Company |
| 7 | 7/24/2001 | Letter from Leroy Smalley to Russell & Lisa Wells |
| 8 | 3/12/2002 | Letter from Leroy Smalley to Russell & Lisa Wells & Lance |
| 9 | 8/30/2002 | Letter from Leroy Smalley to Russell Wells |
| 10 | 2/6/2003 | Wells, Russell, Lisa B. and Lance (Operator #4305712) for Sewing Machine |
| 11 | 3/28/2003 | Letter from Aden L. Seidlitz to Joro Walker |
| 12 | 2/10/2004 | Letter from Leroy Smalley to Four Sale Cattle Co. |
| 13 | 2/25/2004 | Four Sale Cattle Co. (Operator # 4305711) Grazing Permit for Sewing Machine |
| 14 | 3/24/2005 | Donald & Russ Wells (Operator #4305904) Grazing Permit for Sewing Machine |
| 15 | 7/27/2005 | Patrick Tewell (Operator #4300421) Grazing Permit for Sewing Machine |
| 16 | Undated | 10 Year Land Health Assessment Schedule |
| | | **ROCKIES** |
| 17 | 8/1990 | Henry Mountains Desert Bighorn Habitat Management Plan |
| 18 | 3/29/1993 | Karl Don Taylor (Operator #435886) Grazing Permit for Rockies (#0110) |
| 19 | 11/7/1996 | Dyle and Ludeal Williams (Operator #435912) Grazing Permit for Rockies |
| 20 | 1/6/1998 | Security Ranches (Operator #435867) Grazing Permit for Rockies |
| 21 | 7/21/1999 | Ted R. Taylor (Operator #435890) Grazing Permit for Rockies |
| 22 | 7/21/1999 | Robert G. Williams (Operator #435914) Grazing Permit for Rockies |
| 23 | 7/24/2001 | Letter from Leroy Smalley to Ted & Ricky Taylor |
| 24 | 7/24/2001 | Letter from Leroy Smalley to Robert G. Williams |
| 25 | 7/24/2001 | Letter from Leroy Smalley to Security Ranches |
| 26 | 7/23/2001 | Draft Bureau of Land Management Environmental Assessment J-050-099-012 Renewal of Grazing Permits for Rockies Allotment |
| 27 | 8/7/2001 | Letter from Gary Hallows (Security Ranches) to Gary L. Hall |

| | | |
|---|---|---|
| 28 | 8/16/2001 | Letter from Gary L. Hall to Gary Hallows (Security Ranches) |
| 29 | 10/26/2001 | Letter from Gary Hallows (Security Ranches) |
| 30 | 3/28/2001 | Letter from Aden L. Seidlitz to Joro Walker |
| 31 | 3/15/2004 | Letter from Aden L. Seidlitz to Ted R. and Rick Taylor (3 copies) |
| 32 | 4/20/2004 | Letter from Joro Walker to Aden Seidlitz |
| 33 | 9/30/2004 | Security Ranches Grazing Permit for Rockies |
| 34 | 3/24/2005 | Robert G. Williams Grazing Permit for Rockies |
| 35 | 4/5/2005 | Ted R. Taylor Grazing Permit for Rockies |
| 36 | Undated | 10 Year Land Health Assessment Schedule |
| | | **WATERPOCKET** |
| 37 | 3/29/1993 | Karl Don Taylor (Operator #435886) Grazing Permit for Waterpocket (#0117) |
| 38 | 8/8/1997 | Boone Earl Taylor (Operator #435710) Grazing Permit for Waterpocket |
| 39 | 3/12/1998 | William C. Taylor (Operator #435898) Grazing Permit for Waterpocket |
| 40 | 7/22/1998 | Tercero Corporation (Operator #435897) Grazing Permit for Waterpocket |
| 41 | 6/23/1999 | Elvin Taft (Operator #435872) Grazing Permit for Waterpocket |
| 42 | 2/28/2002 | Elvin Taft Grazing Permit for Waterpocket |
| 43 | 3/12/2002 | Letter from Leroy Smalley to Tercero Corporation |
| 44 | 4/10/2002 | Letter from Leroy Smalley to Tercero Corporation |
| 45 | 4/10/2002 | Letter from Leroy Smalley to Karl Don Taylor |
| 46 | 4/10/2002 | Letter from Leroy Smalley to Elvin Taft |
| 47 | 4/10/2002 | Letter from Leroy Smalley to Boone Karl Taylor |
| 48 | 4/10/2002 | Letter from Leroy Smalley to William C. Taylor |
| 49 | 3/28/2003 | Letter from Aden L. Seidlitz to Joro Walker |
| 50 | 3/15/2004 | Letter from Leroy Smalley to Boone Karl Taylor |
| 51 | 3/22/2005 | Boone Karl Taylor Grazing Permit for Waterpocket |
| 52 | 4/5/2005 | Tercero Corporation Grazing Permit for Waterpocket |
| 53 | 7/25/2005 | Karl Don Taylor Grazing Permit for Waterpocket |
| 54 | Undated | 10 Year Land Health Assessment Schedule |
| | | **BULLFROG** |
| 55 | 3/29/1993 | Karl Don Taylor (Operator #435886) Grazing Permit for Bullfrog (#0101) |
| 56 | 4/01/1994 | Dwight Brinkerhoff (Operator #435707) Grazing Permit for Bullfrog |
| 57 | 10/20/2000 | Final Decision in Full Force and Effect to Dwight Brinkerhoff |
| 58 | 1/3/2001 | Bliss Brinkerhoff (Operator #435734) Grazing Permit for Bullfrog |
| 59 | 3/12/2002 and 8/30/2002 | Two Letters from Leroy Smalley to Dwight Brinkerhoff |
| 60 | 2/4/2003 | Dwight Brinkerhoff Grazing Permit for Bullfrog |
| 61 | 3/14/2003 | Letter from Gary L. Hall to Bliss Brinkerhoff with an Allotment Use Agreement for the Bullfrog Allotment attached |
| 62 | 11/3/2003 | Daniel Brinkerhoff (Operator #4300316) Grazing Permit for Bullfrog |
| 63 | 11/16/2005 | Bliss Brinkerhoff Grazing Permit for Bullfrog |
| 64 | 11/16/2005 | Daniel Brinkerhoff Grazing Permit for Bullfrog |
| 65 | Undated | 10 Year Land Health Assessment Schedule |
| | | **INDIAN CREEK** |
| 66 | 8/22/1991 | Dugout Ranch (Operator #436710) Grazing Permit for Indian Creek (#4815) |
| 67 | 10/2/1992 | Memo to file re: Grazing Preference, Indian Creek Allotment |
| 68 | 10/2/1992 | Agreement Exclusion of Livestock Grazing on Bridger Jack Mesa and Lavender Mesa in Indian Creek Allotment |
| 69 | 4/26/1995 | Letter from Heidi Redd to Brent Northrup |
| 70 | 5/9/1995 | Letter from Brent Northrup to Heidi Redd |
| 71 | 7/16/1997 | Memo from Kerry R. Green re: Chronology of the permit transfers for Dugout |
| 72 | 10/15/1997 | Transfer of 8518 AUMs active preference from Dugout Ranch (Heidi Redd, General Partner) to Dugout Ranch Partnership c/o Heidi Redd |
| 73 | 10/15/1997 | 4 Transfers of 8518 AUMs active preference from Dugout Ranch Partnership: 1) from |

| | | |
|---|---|---|
| | | Heidi Redd to Heidi Redd, Dugout Ranch Owner (38%); 2) from Robert Redd to Robert Redd, Dugout Ranch Owner (38%); 3) from Matthew Redd to Matthew Redd, Dugout Ranch Owner (12%); 4) from Adam Redd to Adam Redd, Dugout Ranch Owner (12%) |
| 74 | 10/15/1997 | 4 Transfers of 8518 AUMs active preference from all 4 owners of the Dugout Ranch (Heidi Redd, Robert Redd, Matthew Redd, and Adam Redd) to The Nature Conservancy of Utah |
| 75 | 10/15/1997 | Transfer of 8518 AUMs active preference from The Nature Conservancy of Utah to Heidi Redd |
| 76 | 10/15/1997 | Redd Grazing Permit for Indian Creek |
| 77 | 10/15/1997 | The Nature Conservancy (Operator #436710) Grazing Permit for Indian Creek |
| 78 | 6/13/2000 | Letter from Land and Water Fund of the Rockies to Kent Walter |
| 79 | 11/17/2000 | Letter from Kent Walter re: Application for Livestock Grazing Term Permit Renewal |
| 80 | 10/01/2000 | Application for Grazing Permit by Redd for Indian Creek |
| 81 | 6/19/2001 | Documentation from Robert Woyewodzic |
| 82 | 5/20/2002 | 10 Year Land Health Assessment Schedule |
| 83 | 8/16/2002 | Redd Grazing Permit for Indian Creek |
| 84 | 4/17/2003 | Letter from National Park Service to Land and Water Fund of the Rockies |
| | | **WHITE CANYON** |
| 85 | 3/6/1989 | White Canyon Cattle Co. (Operator #436622) Grazing Permit for White Canyon (#6837) |
| 86 | 9/23/1992 and 10/2/1992 | Letter from Edward R. Scherick to White Canyon Cattle Company and Grazing Application by Sandy Johnson for White Canyon |
| 87 | 2/13/2000 | Letter from Land and Water Fund of the Rockies to Kent Walter |
| 88 | 6/26/2000 | Letter from Nick Sandberg |
| 89 | 7/31/2000 | White Canyon Cattle Co. Grazing Permit for White Canyon |
| 90 | 4/6/2001 | Letter from Kent E. Walter to White Canyon Cattle Company (Sandy Johnson) |
| 91 | 4/27/2001 | Letter from State of Utah to Bureau of Land Management |
| 92 | 5/1/2001 | Memorandum from Fish and Wildlife Services to Bureau of Land Management re: White Canyon Grazing Allotment Permit Renewal |
| 93 | 5/10/2001 | Letter from Land and Water Fund of the Rockies to Kent Walter |
| 94 | 5/10/2001 | Letter from Utah Environmental Congress to Monticello Field Office |
| 95 | 6/15/2001 | Letter from Kent E. Walter to Mr. Henry Maddus |
| 96 | 6/19/2001 | Documentation from Robert Woyewodzic |
| 97 | 8/6/2001 | Letter from Kent E. Walter to Permittee |
| 98 | 8/21/2001 | Environmental Assessment No. UT-090-01-47 for Term Grazing Permit Renewal White Canyon Allotment |
| 99 | 8/31/2001 | Letter from Kent E. Walter to Mr. Henry Maddox |
| 100 | 9/18/2001 | Email from Ben Bobowski to Paul Curtis |
| 101 | 10/3/2001 | Notice of Proposed Grazing Decision and Environmental Assessment (EA) Decision Record EA #UT-090-01-47 |
| 102 | 10/18/2001 | Letter from State of Utah to Kent E. Walter |
| 103 | 10/20/2001 | Letter from Sandy and Gail Johnson, Permittees to Mr. Nick Sandberg |
| 104 | 10/24/2001 | Letter from Land and Water Fund of the Rockies to Kent E. Walter |
| 105 | 11/5/2001 | Memorandum from National Park Service to Monticello Field Office |
| 106 | 5/20/2002 | 10 Year Land Health Assessment Schedule |
| 107 | 4/17/2003 | Letter from National Park Service to Land and Water Fund of the Rockies |
| 108 | 11/24/2004 | Grazing Application package by White Canyon Cattle Co. for White Canyon |
| 109 | 1/27/2005 | White Canyon Cattle Co. Grazing Permit for White Canyon |
| | | **LAKE CANYON** |
| 110 | 3/11/1991 | Ty Cattle Co. (Operator #436639) Grazing Permit for Lake Canyon (#6833) |
| 111 | 2/13/2000 | Letter from Land and Water Fund of the Rockies to Kent Walter |
| 112 | 11/17/2000 | Letter from Kent Walter re: Application for Livestock Grazing Term Permit Renewal |
| 113 | 12/01/2000 | Application for Grazing Permit by Ty Cattle Co. for Lake Canyon |
| 114 | 6/15/2001 | Letter from Bureau of Land Management to Mr. Henry Maddox |

| | | |
|---|---|---|
| 115 | 6/19/2001 | Documentation from Robert Woyewodzic |
| 116 | 5/20/2002 | 10 Year Land Health Assessment Schedule |
| 117 | 8/16/2002 | Ty Cattle Co. Grazing Permit for Lake Canyon |
| 118 | 4/17/2003 | Letter from National Park Service to Land and Water Fund of the Rockies |
| 119 | 2/3/2005 | Ty Cattle Co. Grazing Permit for Lake Canyon |
| | | **SLICKHORN** |
| 120 | 2/24/1989 | Nielson (Operator #436626) Grazing Permit for Slickhorn (#6834); VOID |
| 121 | 2/13/2000 | Letter from Land and Water Fund of the Rockies to Kent Walter |
| 122 | 11/17/2000 | Letter from Kent Walter re: Application for Livestock Grazing Term Permit Renewal |
| 123 | 12/01/2000 | Application for Grazing Permit by Nielson for Slickhorn |
| 124 | 6/19/2001 | Documentation from Robert Woyewodzic |
| 125 | 5/20/2002 | 10 Year Land Health Assessment Schedule |
| 126 | 5/20/2002 | Black (Operator #4306626) Grazing Permit for Slickhorn |
| 127 | 4/17/2003 | Letter from National Park Service to Land and Water Fund of the Rockies |
| | | **PERKINS BROTHERS** |
| 128 | 8/16/1991 | Perkins (Operator #436631) Grazing Permit for Perkins Brothers (#6827) |
| 129 | 2/13/2000 | Letter from Land and Water Fund of the Rockies to Kent Walter |
| 130 | 11/17/2000 | Letter from Kent Walter re: Application for Livestock Grazing Term Permit Renewal |
| 131 | 12/01/2000 | Application for Grazing Permit by Perkins for Perkins Brothers |
| 132 | 6/19/2001 | Documentation from Robert Woyewodzic |
| 133 | 9/17/2001 | Plan Conformance/Categorical Exclusion Review Decision Record |
| 134 | 5/20/2002 | 10 Year Land Health Assessment Schedule |
| 135 | 8/16/2002 | Perkins Grazing Association, LLC Grazing Permit for Perkins Brothers |
| 136 | 4/17/2003 | Letter from National Park Service to Land and Water Fund of the Rockies |
| 137 | 2/18/2005 | James Ranch Agriprises, L.L.C. (Operator #4300470) Grazing Permit for Perkins Brothers |
| 138 | 12/6/2005 | Ebberts (Operator #4300680) Grazing Permit for Perkins Brothers |
| | | **TEXAS MULEY** |
| 139 | 7/24/1991 | Adams (Operator #436625) Grazing Permit for Texas-Muley (#6844) |
| 140 | 9/10/1992 | Letter from Scherick to Adams |
| 141 | 2/13/2000 | Letter from Land and Water Fund of the Rockies to Kent Walter |
| 142 | 2/16/2000 | Categorical Exclusion NEPA Compliance Record |
| 143 | 11/17/2000 and 12/01/2000 | Letter from Kent Walter re: Application for Livestock Grazing Term Permit Renewal and Application for Grazing Permit by Goodall (Operator #436625) for Texas-Muley |
| 144 | 12/11/2000 | Goodall Grazing Permit for Texas-Muley |
| 145 | 6/19/2001 | Documentation from Robert Woyewodzic |
| 146 | 5/20/2002 | 10 Year Land Health Assessment Schedule |
| 147 | 9/12/2002 | Goodall Grazing Permit for Texas-Muley |
| 148 | 4/17/2003 | Letter from National Park Service to Land and Water Fund of the Rockies |
| | | **UPPER CATTLE** |
| 149 | 1/7/1985 | Allotment Management Plan and Agreement Upper Cattle Allotment 6028 |
| 150 | 2/22/1996 | Turnabout Ranch, Inc. (operator #430665) Grazing Permit for Upper Cattle (#6028) |
| 151 | 4/26/2002 | Turnabout Ranch Grazing Permit for Upper Cattle |
| 152 | 10/28/1996 | D. Stephen Sorensen State of Utah Grazing Permit (#23006) and Case History |
| 153 | 7/14/2000 | D. Stephen Sorensen Grazing Permit for Upper Cattle |
| 154 | 12/15/2003 | Application for Grazing Permit Renewal by D. Stephen Sorenson Upper Cattle |
| 155 | 7/19/2005 | D. Stephen Sorensen Grazing Permit for Upper Cattle |
| 156 | Undated | Table re: combining D. Stephen Sorensen's State permits from the Utah Trust Lands Administration to his current BLM permit (permit #430664) |
| 157 | Undated | 10 Year Land Health Assessment Schedule |
| | | **LOWER CATTLE** |
| 158 | 5/15/1996 | Spencer (Operator #430642) Grazing Permit for Lower Cattle (#6017) |
| 159 | 8/30/2000 | Spencer Grazing Permit for Lower Cattle |
| 160 | 11/18/1991 | Randy Gleave & Family (Operator #430605) Grazing Permit for Lower Cattle |

| | | |
|---|---|---|
| 161 | 11/17/1999 | Grazing Application by Randy Gleave & Family for Lower Cattle |
| 162 | 1/10/2000 | Randy Gleave & Family Grazing Permit for Lower Cattle |
| 163 | 5/11/2001 | Phillips (Operator #430616) Grazing Permit for Lower Cattle |
| 164 | 6/24/2003 | Grazing Application by Phillips for Lower Cattle |
| 165 | 8/1/2003 | Phillips Grazing Permit for Lower Cattle |
| 166 | 11/26/1996 and 4/21/2005 and 5/13/2005 | Gary Allen & Family (Operator #430667) Grazing Permit for Lower Cattle, Application for Grazing Permit Renewal by Gary Allen & Family for Lower Cattle, and Gary & Family Grazing Permit for Lower Cattle |
| 167 | Undated | 10 Year Land Health Assessment Schedule |
| | | **FORTY MILE RIDGE** |
| 168 | 10/20/1987 | Allotment Management Plan and Agreement Forty-Mile Ridge Allotment |
| 169 | 5/13/1991 | State of Utah Grazing Permit (#GP 21744) for Arthur B. Evans |
| 170 | 7/11/1995 | State of Utah Grazing Permit (#GP 22955) for D. Stephen Sorensen |
| 171 | 12/16/1994 | Application for Approval of Assignment Surface for Grazing Permits GP 20260 and GP 20197 by D. Stephen Sorensen |
| 172 | Undated | Table re: combining D. Stephen Sorensen's State permits from the Utah Trust Lands Administration to his current BLM permit (permit #430664) |
| 173 | 6/27/1997 | Finding of No Significant Impact re: Environmental Assessment UT-049-97-020, Escalante Resource Area |
| 174 | 10/10/1998 | D. Stephen Sorensen Grazing Permit (Operator #4300664) for Forty Mile Ridge (#6012) |
| 175 | 7/14/2000 | D. Stephen Sorensen Grazing Permit for Forty Mile Ridge |
| 176 | 12/15/2003 | Application for Grazing Permit Renewal by D. Stephen Sorensen for Forty Mile Ridge |
| 177 | 7/19/2005 | D. Stephen Sorensen Grazing Permit for Forty Mile Ridge |
| 178 | Undated | 10 Year Land Health Assessment Schedule |
| | | **SODA** |
| 179 | 2/2/1981 | Allotment Management Plan and Agreement Soda Allotment |
| 180 | 2/1/1996 | Bobby Gene Griffin (Operator #430618) Grazing Permit for Soda (#6026) |
| 181 | 4/22/2004 | Bobby Gene Griffin Grazing Permit for Soda |
| 182 | 9/8/1998 | Quinn Griffin (Operator #430670) Grazing Permit for Soda |
| 183 | 8/14/2000 | Quinn Griffin Grazing Permit for Soda |
| 184 | 11/7/2003 | Application for Grazing Permit Renewal by Quinn Griffin for Soda (first page of document is missing) |
| 185 | 4/19/2004 | Quinn Griffin Grazing Permit for Soda |
| 186 | 7/19/2005 | D. Stephen Sorensen (Operator #4300664) Grazing Permit for Soda |
| 187 | 5/25/2004 | Grazing Application package by Steve Westhoff for Soda |
| 188 | 2/15/2005 | Steve Westhoff (Operator #4300426) Grazing Permit for Soda |
| 189 | Undated | 10 Year Land Health Assessment Schedule |
| | | **LAKE** |
| 190 | 7/17/1989 | Lake Allotment Multi-Resource Management Plan |
| 191 | 2/1/1996 | Bobby Gene Griffin (Operator #430618) Grazing Permit for Lake (#6015) |
| 192 | 4/22/2004 | Bobby Gene Griffin (Operator #430618) Grazing Permit for Lake (#6015) |
| 193 | 9/8/1998 | Quinn Griffin (Operator #430670) Grazing Permit for Lake |
| 194 | 8/14/2000 | Quinn Griffin Grazing Permit for Lake |
| 195 | 11/7/2003 | Application for Grazing Permit Renewal by Quinn Griffin for Lake (first page of document is missing) and Quinn Griffin Grazing Permit for Lake |
| 196 | 5/25/2004 | Grazing Application package by Steve Westhoff for Lake |
| 197 | 2/15/2005 | Steve Westhoff (Operator #4300426) Grazing Permit for Lake |
| 198 | Undated | 10 Year Land Health Assessment Schedule |
| | | **UPPER WARM CREEK** |
| 199 | 10/12/1999 | Grazing Application by Frandsen (Operator #430506) for Upper Warm Creek (#15024) |
| 200 | 9/29/2000 | Frandsen Grazing Permit for Upper Warm Creek |
| 201 | 12/16/2003 | Application for Permit Renewal by Frandsen for Upper Warm Creek |

| | | |
|---|---|---|
| 202 | 2/6/2004 | Frandsen Grazing Permit for Upper Warm Creek |
| 203 | Undated | 10 Year Land Health Assessment Schedule |
| | | **LOWER WARM CREEK** |
| 204 | 5/30/1978 | Grazing System Lower Warm Creek |
| 205 | 10/11/1999 | Grazing Application by Orton (Operator #430508) for Lower Warm Creek (#25015) |
| 206 | 9/29/2000 | Orton Grazing Permit for Lower Warm Creek |
| 207 | 1/15/2002 | Orton Grazing Permit for Lower Warm Creek |
| 208 | 11/10/2003 | Application for Grazing Permit Renewal by Gary Orton for Lower Warm Creek |
| 209 | 1/30/2004 | Orton Grazing Permit for Lower Warm Creek |
| 210 | Undated | 10 Year Land Health Assessment Schedule |
| | | **NIPPLE BENCH** |
| 211 | 1/7/1981 | Allotment Management Plan and Agreement Nipple Bench Allotment |
| 212 | 3/1/1999 | Bill to Mineer (Operator # 430105) for Nipple Bench (#25018) |
| 213 | 10/25/1999 | Grazing Application by Mineer for Nipple Bench |
| 214 | 8/22/2000 | Mineer Grazing Permit for Nipple Bench |
| 215 | 2/5/2004 | Mineer Grazing Permit for Nipple Bench |
| 216 | 10/14/1999 | Grazing Application by Dettamanti (Operator #430315) for Nipple Bench |
| 217 | 8/29/2000 | Dettamanti Grazing Permit for Nipple Bench |
| 218 | 9/21/2004 | Dettamanti Grazing Permit for Nipple Bench |
| 219 | Undated | 10 Year Land Health Assessment Schedule |
| | | **ROCK CREEK MUDHOLES** |
| 220 | 2/2/1981 | Allotment Management Plan and Agreement Rock Creek – Mudholes Allotment |
| 221 | Undated | Table re: combining D. Stephen Sorensen's State permits from the Utah Trust Lands Administration to his current BLM permit (permit #430664) |
| 222 | 5/25/1990 | Grazing Application package by Boyd & Mary Rucker for Rock-Creek Mudholes (#6020) |
| 223 | 8/16/2000 and 8/25/2005 | Bulloch Grazing Permit (Operator #430037) for Rock-Creek Mudholes (#6020); Rejected by BLM and Bulloch Grazing Permit for Rock Creek-Mudholes |
| 224 | Undated | 10 Year Land Health Assessment Schedule |
| | | **WIREGRASS** |
| 225 | 9/29/1982 | Clark Bench Allotment Management Plan and Agreement |
| 226 | 10/11/1999 | Grazing Application by Orton (Operator #430508) for Wiregrass (#4145) |
| 227 | 9/29/2000 | Orton Grazing Permit for Wiregrass |
| 228 | 11/15/2001 | Letter from Gregg Christensen to Gary Orton |
| 229 | 1/15/2002 | Orton Grazing Permit for Wiregrass |
| 230 | 11/10/2003 | Application for Grazing Permit Renewal by Gary Orton for Wiregrass |
| 231 | 1/30/2004 | Orton Grazing Permit for Wiregrass |
| 232 | Undated | 10 Year Land Health Assessment Schedule |
| | | **LEE'S FERRY (#5337)** |
| 233 | 12/1983 | Soap Creek Allotment Management Plan |
| 234 | 3/1997 | Transfer and Grazing Permit Application package by Gelbaum (operator # 21642) for Soap Creek Area Allotments (Buffalo Tank: #5335, Soap Creek: #5332, Cram: #5333, and Lee's Ferry: #5337) |
| 235 | 8/1997 | Gelbaum Grazing Permit for Soap Creek (#5332) |
| 236 | 3/1998 | Gelbaum Supplemental Grazing Application for Badger Creek Allotment (#5341) |
| 237 | 8/1999 | Transfer and Grazing Permit Application package by Gelbaum for Sand Hill Allotment (#5328) |
| 238 | 9/1999 | Categorical Exclusion on transfer of Soap Creek AMP area allotments and the Badger Creek Allotment to Gelbaum |
| 239 | 11/1999 | Grazing Application package by Gelbaum for Badger Creek Allotment |
| 240 | 11/1999 | Grazing Application package by Gelbaum for Soap Creek Area Allotments |
| 241 | 11/1999 | Gelbaum Grazing Permit for Soap Creek (#5332) and Badger Creek (#5341) |
| 242 | 5/2000 | Kane Ranch Allotment Management Environmental Assessment |
| 243 | 5/2000 | Categorical Exclusion on transfer of Sandhills Allotment (#5328) to Gelbaum |

| | | |
|---|---|---|
| 244 | 6/14/2000 | Grazing Application by Kane Ranch Land Stewardship & Cattle Company, LLC (Operator #021642) for Sand Hills (#5328), Soap Creek (#5332), Badger Creek (#5341) allotments, and Kane Ranch Land Stewardship & Cattle Company, LLC Grazing Permit for Sand Hills, Soap Creek, and Badger Creek |
| 245 | 7/21/2000 | Letter from Joseph M. Feller to Jill Leonard |
| 246 | 2/19/2002 | Letter from Joseph M. Feller to Field Manager, Arizona Strip Field Office |
| 247 | 5/9/2002 | Arizona Strip Field Office FONSI/Decision Record for Kane Ranch Allotment Management Plan |
| 248 | 5/16/2002 | Notice of Proposed Decision re: Kane Ranch AMP |
| 249 | 5/30/2002 | Notice of Proposed Decision re: Kane Ranch AMP (re-issued to add interested parties) |
| 250 | 6/3/2002 | Protest of the Kane Ranch Proposed Decision dated 5/16/2002 from Center for Biological Diversity |
| 251 | 6/4/2002 | Protest of the Proposed Decision dated 5/16/2002 from Joseph M. Feller |
| 252 | Undated | Joint FWS, NPS, and BLM Biological Evaluation on Kane Ranch Allotment Management Plan as it pertains to the Brady Pincushion Cactus |
| 253 | 9/24/2001 | FWS Biological Opinion on the Effects of the Kane Ranch Allotment Management Plan on Brady Pincushion Cactus |
| 254 | Undated | 10 Year Land Health Assessment Schedule |
| | | **FERRY SWALE** |
| 255 | 5/21/1980 | Letter from Billy R. Templeton to Valton E. Jackson re: sending agreement |
| 256 | 5/21/1980 | Letter from Billy R. Templeton to Valton E. Jackson re: adjusting permit |
| 257 | 9/25/1991 | Grazing Application package by Kanab Cattle Company (operator #21618) for Ferry Swale (#5336) |
| 258 | 11/24/1991 | Kanab Cattle Company Grazing Permit for Ferry Swale |
| 259 | 3/19/1992 | Ferry Swale AMP |
| 260 | 10/27/1992 | Kanab Cattle Company Grazing Permit for Ferry Swale |
| 261 | 6/26/1998 | Schoppmann Family Land Exchange Number UTU)74936 Grazing Cancellation Waiver |
| 262 | 6/26/1998 | Kanab Cattle Company Grazing Permit for Ferry Swale |
| 263 | 12/20/2001 | Letter from Robert W. Sandberg to Kanab Cattle Company re: permit renewal |
| 264 | 1/1/2002 and 2/08/2002 | Application for Grazing Permit Renewal by Kanab Cattle Company and Kanab Cattle Company Grazing Permit |
| 265 | Undated | 10 Year Land Health Assessment Schedule |
| | | **WAHWEAP** |
| 266 | 1/27/2003 | Letter from Robert Sandberg (BLM) to Mack McAllister re: Permit Renewal |
| 267 | 2/14/2003 | Application by Mack McAllister (operator # 201608) for Grazing Permit for Wahweap Allotment (#5340) |
| 268 | 3/17/2003 | McAllister Grazing Permit for Wahweap (#5340) |
| 269 | 7/21/1993 | Grazing Application package by McAllister for Wahweap Allotment |
| 270 | 10/18/1993 | McAllister Grazing Permit for Wahweap (#5340) |
| 271 | Undated | 10 Year Land Health Assessment Schedule |
| | | **BUNTING WELL** |
| 272 | 2/2/1977 | Draft Allotment Management Plan Bunting Well Allotment |
| 273 | 5/1981 | Final Draft Allotment Management Plan and Agreement Bunting Well Allotment |
| 274 | 2/2/1984 | Allotment Management Plan with Rangeland Management Agreement for Bunting Well Allotment |
| 275 | Undated | Preston Bunting & Sons, Inc. (operator #21548) Grazing Permit for Bunting Well (#4847) |
| 276 | 5/20/2002 | Grazing Application package by Little (operator #20030) for Bunting Well |
| 277 | 6/03/2002 | Little Livestock LLC Grazing Permit |
| 278 | Undated | 10 Year Land Health Assessment Schedule |
| | | **HENRY MOUNTAIN ALLOTMENTS** |
| 279 | May, 1983 | Final Henry Mountain Grazing Environmental Impact Statement |
| 280 | September, 1984 | Henry Mountain Grazing Rangeland Program Summary |
| 281 | September, | Henry Mountain Grazing Rangeland Program Summary Update |


| | | |
|---|---|---|
| | 1987 | |
| | | **MONTICELLO ALLOTMENTS** |
| 282 | August 30, 1973 | Indian Creek (Beef Basin) Management Framework Plan |
| 283 | February 11, 1974 | South San Juan Management Framework Plan |
| 284 | December, 1977 | Indian Creek-Dry Valley Management Framework Plan |
| | | **GSENM ALLOTMENTS** |
| 285 | 1980 | Draft Environmental Impact Statement on Grazing Management in the Kanab/Escalante Area Utah |
| 286 | 1980 | Kanab/Escalante Grazing Management Environmental Impact Statement Final |
| 287 | 1981 | Kanab/Escalante Rangeland Program Summary |
| 288 | 9/28/1984 | Rangeland Program Summary Kanab/Escalante Area |
| 289 | September, 1987 | Rangeland Program Summary Kanab/Escalante EIS Area |
| | | **GENERAL APPLICABILITY DOCUMENTS** |
| 290 | 12/31/1980 | IM No. 80: Rangeland Programmatic Memorandum of Agreement With the Advisory Council on Historic Places |
| 291 | Undated | Utah's Standards for Rangeland Health |
| 292 | 4/28/1997 | Arizona Standards for Rangeland Health and Guidelines for Grazing Administration |
| 293 | 11/13/1998 | IM 99-023: Permit or Lease Renewal Process and Promoting Land Health |
| 294 | 12/1/1998 | IM UT 99-018: Policy on Grazing Permit Renewals, FY99 |
| 295 | 12/23/1998 | IM 99-039: Issuance of Grazing Permits in Compliance with Applicable Laws, Regulations and Policy |
| 296 | 1/8/1999 | IM UT 99-018, Change 1: Policy on Grazing Permit Renewals, FY99, Change 1 |
| 297 | 1/22/1999 | IM UT 99-018, Change 2: Policy on Grazing Permit Renewals, FY99, Change 2 |
| 298 | Undated | IM UT 99-018, Change 3: Policy on Grazing Permit Renewals, FY, Change 3 (Additional Guidance Regarding Special Status Plant and Animal Species) (attachments not available) |
| 299 | Undated | Utah Action Plan FY 1999 and FY 2000 Grazing Permit Renewal |
| 300 | 1/28/1999 | Memorandum from State Director, Utah to George Ramey, WO 220 re: Grazing permit/NEPA Work Plan (IM99-039) |
| 301 | 9/9/1999 | IM 99-191: Information Concerning Threatened and Endangered (T&E) Species and Permit or Lease Renewals |
| 302 | 9/10/1999 | IM 99-194: Permittee Requests For Information on Grazing Renewal |
| 303 | 11/5/1999 | IM 2000-022: Compliance with the National Environmental Policy Act (NEPA) – Addressing Alternatives for Livestock Grazing Permit Renewals |
| 304 | 4/27/2000 | IM 2000-112: Issuing Grazing Permits/Leases DD: 05/21/2000 |
| 305 | 11/9/2000 | IM: 2001-031: Application Process for Livestock Grazing Permit/Lease Renewal |
| 306 | 6/29/2001 | IM UT 2001-078: FY00-00 Grazing Permit Renewals |
| 307 | 1/16/2003 | IM 2003-071: Eliminating Grazing Permit Renewal Backlog |
| 308 | 3/27/2003 | IM 2003-128: Grazing Permit Lease Renewal Under Public Law 108-7 |
| 309 | 3/2/2004 | IM 2004-126: Grazing Permit Lease Renewal In Accordance With Public Law 108-108 |
| | | **Other documents** |
| 310 | 10/19/2004 | Allotment Use Agreement - Rockies Alottment |
| 311 | 11/3/2003 | Allotment Use Agreement - Rockies Alottment |
| 312 | 11/6/2002 | Allotment Use Agreement - Henry Mountain |
| 313 | 10/4/2004 | Grazing Application of Robert G. Williams (Record No. 435914) and other documents |
| 314 | 11/3/2003 | Grazing Application of Patrick Tewell (Operator No. 4300421) and other documents |
| 315 | 12/19/1997 | Grazing Application of Ted R. or Rick Taylor (Operator No. 435890) and other documents |
| 316 | 9/16/2005 | Grazing Application of Daniel Brinkerhoff (Operator No. 4300316) and other documents |
| 317 | 5/30/2003 | Grazing Application of Daniel Brinkerhoff (Office No. 055) and other documents |
| 318 | 3/3/1998 | Administrative Determination of NEPA Complience, Number J-050-098-042-AD |

| | | |
|---|---|---|
| 319 | 9/27/2002 and 3/18/2002 | Two Applications for Grazing Permit Renewal, Tercero Corporation |
| 320 | 6/9/1995 | Grazing Priviledge Relinquishment, Karl Don Taylor |
| 321 | 1/2/2002 | Application for Grazing Permit Renewal, Karl Don Taylor |
| 322 | 3/18/2004 | Application for Grazing Permit Renewal, Karl Taylor Boon |
| 323 | 11/20/2001 | Application For Permit/Lease Renewal, Elvin Taft |
| 324 | 9/27/2002 | Application For Grazing Permit Renewal, Tercero Corporation |
| 325 | 8/17/2002 | Application For Grazing Permit Renewal, Russel, Lisa B. and Lance Wells |
| 326 | 2/19/2001 | Application For Permit/Lease Renewal, Donald and Russ Wells and/or Garth Noyes |
| 327 | 2/28/2003 | Application for Grazing Permit Renewal, Four Sale Cattle Co. |
| 328 | 11/26/2002 | Application for Grazing Permit Renewal, Four Sale Cattle Co. |
| 329 | 9/4/2002 | Application for Grazing Permit Renewal, Dwight Brinkerhoff |
| 330 | 4/16/2002 | Application for Grazing Permit Renewal, Dwight Brinkerhoff |
| | | **SUPPLEMENTAL ADMINISTRATIVE RECORD DOCUMENTS** |
| 331 | 1/28/1999 | Utah Grazing Permit/NEPA Work Plan (IM99-039) |
| 332 | 2/17/1999 | Draft Summary of Arizona Grazing Permit Renewal Workload, Arizona Strip Field Office |
| 333 | 5/21/2000 | Utah Proposed Grazing Permit and Lease Analysis and Assessment Schedule (IM 2000-112) |
| 334 | 5/24/2000 | GSCENM Utah Proposed Grazing Permit and Lease Analysis and Assessment Schedule (IM 2000-112) |
| 335 | 2/5/2003 | Utah Reply to IM 2003-071, Eliminating Grazing Permit Renewal Backlog |
| 336 | Undated | Arizona Strip Field Office, Grazing Permit Backlog Elimination Schedule (IM 2003-071) |
| 337 | 3/22/2000 | Robert G. Williams (Operator #435914) Grazing Permit for Rockies |
| 338 | 9/28/2000 | Dorothy Perkins (Operator #436633) Grazing Permit for Perkins Brothers |
| 339 | 9/13/1991 | Dorothy Perkins (Operator #436633) Grazing Permit for Perkins Brothers |
| 340 | 11/29/1989 | Dorothy Perkins (Operator #436633) Grazing Permit for Perkins Brothers |
| 341 (CD) | 7/1999 | Grand Staircase-Escalante National Monument Proposed Management Plan/Final Environmental Impact Statement |