

# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
### Utah State Office
P.O. Box 45155
Salt Lake City, UT  84145-0155

IN REPLY REFER TO:
4100 P (UT-933)

*1/28/99*

## Memorandum

To:     George Ramey, WO 220

From:   State Director, Utah

Subject:   Grazing permit/NEPA Work Plan (IM99-039)

Instruction Memorandum 99-039 directs the states to prepare a work plan for FY 1999 and FY 2000, including a rationale for the selection of priorities and our strategy for accomplishing the tasks.

The attached Work Plan is our "best effort" to complete permit renewals and standards and guidelines assessments in a timely manner.  This is an heroic effort considering we have only 30 range people in the field.  Much of the day to day work will not be accomplished while this effort is continuing.

Part A: Narrative
To accomplish this work, interdisciplinary teams have been set up in each field office.  Each team consists of personnel from the field office staff and will be organized with a core group representing rangeland management, wildlife, hydrology, ecology, and soils.  Other disciplines, including recreation, cultural resources, threatened and endangered species, natural resource specialists, and realty specialists, will assist the team as they are needed. Where a discipline is lacking (such as soils specialist) every effort will be made to obtain this expertise within the state, or from another agency such as NRCS.  Due to budget constraints, it is not feasible at this time to place people on details if this requires per diem expenses.

ESA consultation will be done on a field office basis, but coordinated through the state office.  Rangeland health assessments will be merged with this process to ensure we are in compliance with standards and guidelines.

An Environmental Assessment (EA) template has been developed in the state office and distributed to all field offices to ensure that all NEPA requirements are fully and consistently addressed in these allotments.

3633

Because so many permits expire in FY1999 and FY2000, the priority ranking for the allotments was established largely on the basis of when permits expire. However, consideration was also given to resources within the individual allotments, which potentially could be impacted by livestock grazing. The rationale in determining priorities was based in part on presence or absence of T&E issues, riparian resources, recreation, wildlife habitat, cultural, water quality, Wild and Scenic Rivers, wilderness, Colorado River salinity, etc. Also considered were the degree of public interest, management category, and operator compliance history. Where permit expiration dates were the same, or close together, those allotments with greater diversity of resources, or with potential concerns, were ranked higher on the ranking list.

Strategy

It was determined that 22 allotments have adequate compliance with NEPA and LUPs. These will be renewed by Administrative Determination, tiering to existing plans.

All other expired and expiring permits will be renewed to 9/30/99, as provided by P.L. 105-277, Sec. 124. Allotments will then be grouped where practical for NEPA analysis and rangeland health assessment. The interdisciplinary team will gather existing resource data, identify issues, make public contacts, and initiate NEPA analysis. Rangeland health assessments will be accomplished on high priority allotments and/or where additional site-specific data is needed.

The prototype Environmental Analysis (EA) in each office will be reviewed by the state office for consistency, technical adequacy, and quality control. After this first EA is approved, the field offices will continue to work on the others, using this as the model. Further state office review will not be required, unless requested by the field office.

Please be aware that we fully expect challenges on those allotments with WSAs or other proposed wilderness designations. Also T&E species will be an issue in some areas. These challenges will in all likelihood extend beyond the 9/30/99 expiration date. We expect further guidance on how to handle issuing permits while the NEPA documents are under appeal.

As we understand it, without Congressional relief, permittees with expired permits would not be authorized to graze livestock on the Public Lands after 9/30/99. It is our intent to make every effort to process this workload to the best of our capability. However, we estimate that some NEPA requirements will not be completed by that date, and will carry over into FY 2000. This will then increase the workload for that year. Carryover workload will be given top priority. We foresee some grazing turnout may be delayed until this work is complete, unless further Congressional relief is granted.

Another issue that must be addressed is how to handle transfers. Transfers of grazing preference or of base property require that a completed transfer application be filed with the authorized officer. Transfers are part of on-going daily business and must be worked into the above process. If the transfer of a permit or lease is only to change the name of the permit holder and terms and conditions for grazing use, and the term of the permit retains the

original expiration date, then we will assign the permit or lease to the new holder for the remainder of the term on the original lease. Required NEPA review would then be done on the original expiration date. If the transfer involves changes other than the name of the permittee or lessee, however, then the transfer must be reviewed for NEPA compliance and will be processed along with other expiring permits, as described above. This will have an impact on the attached workload plan and priority listing, and cause further delays in completing the work outlined in the attached document.

The required Monthly Progress Report will be sent under separate cover.


Attachment
  1. Combined Work Plans from individual Field offices



**United States**
**BUREAU OF LAND**
**Grand Staircase-**
337 South Main Street, Suite
Cedar City, Utah  84720

**Department of the Interior**
MANAGEMENT
Escalante National Monument
010

IN REPLY REFER TO: 4100

# MEMO

To:        Linda MacDonald

From:     Dennis Pope, Grand Staircase-Escalante National Monument

Subject:   Grazing Permit Renewal Work Plan

Enclosed is the Table of Specific Information regarding the livestock grazing permits that have expired or will expire in 1999.  These permits are broken out as those which the Monument has acquired from the former Escalante Resource Area and those acquired from the Kanab Resource Area.  Priority rankings have been assigned to each group.  There are a total of 46 grazing allotments affected.

The rationale in determining priorities was based in part on presence or absence of T&E issues; riparian resources present; degree of public interest; management category; and operator compliance history.

The tentative strategy the Monument proposes for accomplishing this workload is to devise a method to group similar allotments where practical for NEPA analysis and rangeland health assessment.  A team will be assembled that will gather existing resource data, identify issues, develop a grouping strategy, and initiate NEPA analysis.  Rangeland health assessments will be accomplished on high priority allotments this year.

If you have questions on the attached table or tentative strategy, please contact Dennis Pope, Assistant Monument Manager for Biological Sciences at the Monument office in Cedar City or at (435) 865-5111.

UT  Page  27  of  74

3636

UT Page 28 of 74

**Dennis Pope, Grand Staircase-Escalante National Monument**

<u>Example</u>  The following information is presented to provide an example what the work plans for permit renewals and rangeland health assessments should contain.

1. Work Plan.

<u>Part A Narrative.</u>  Enclosed is the Table of Specific Information regarding the livestock grazing permits that have expired or will expire in 1999.  These permits are broken out as those which the Monument has acquired from the former Escalante Resource Area and those acquired from the Kanab Resource Area.  Priority rankings have been assigned to each group.  There are a total of 46 grazing allotments affected.

The rationale in determining priorities was based in part on presence or absence of T&E issues; riparian resources present; degree of public interest; management category; and operator compliance history.

The tentative strategy the Monument proposes for accomplishing this workload is to devise a method to group similar allotments where practical for NEPA analysis and rangeland health assessment.  A team will be assembled that will gather existing resource data, identify issues, develop a grouping strategy, and initiate NEPA analysis.  Rangeland health assessments will be accomplished on high priority allotments this year.

If you have questions on the attached table or tentative strategy, please contact Dennis Pope, Assistant Monument Manager for Biological Sciences at the Monument office in Cedar City or at (435) 865-5111.

Due in State Office 1/28/99.   Due in W.O. 1/31/99

Part B.   Table of Specific Information   (for FY 1999 and for FY 2000)

Field Office:  Escalante Utah                    Fiscal Year  1999
Name of contact:  D. Pope

| Allotment/Watershed Name | Field Office Priority Rank | Formal assessment S&G's (Y or N) If N, date scheduled | ESA consultn required (Y or N) | Permit(s) expire date(s) | Grazing season (dates) | Date Work Scheduled or initiated | Number permits / leases in Allot. | Acres of public land | Rationale (where allotment or area priority fits in the overarching criteria used to set priorities.) |
|---|---|---|---|---|---|---|---|---|---|
| King Bench | 1 | N 1999 | Y | 09/30/99 | 11/01 - 03/31 | 10/01/98 | 1 | 52,063 | T&E plant, potential T&E animal Riparian Res., & high public Interest, WSA. |
| Lower Cattle | 2 | N 1999 | Y | 06/01/95 08/31/98 02/28/05 02/28/06 | 10/01 - 04/15 | 10/01/98 | 4 | 65,749 | Potential T&E Animal Habitat, WSA. |
| Cedar Wash | 3 | N 1999 | N | none 09/30/01 02/28/08 | 06/16 - 10/31 | 06/01/99 | 3 | 12,087 | Mostly seedings and little public interest |
| Pine Creek | 4 | N 2002 | Y | 06/15/00 | 06/15 - 06/22 10/01 - 10/07 | 2002 | 1 | 4,462 | only part of this allotment is in monument, Small allotment next to town, low public Interest. |

Priority set by the FO based upon work strategy and criteria for setting priorities detailed in Work Plan Part A.   Rational for priority would tie back to the criteria used to determine the priority rank.

The four allotments listed in the above table came into the Grand Staircase,Escalante National Monument from the old Escalante Resource Area.

3639

| Allotment/Watershed Name | Field Office Priority Rank | Formal assessment S&G's (Y or N) | ESA consultn required (Y or N) | Permit(s) expire date(s) | Grazing season (dates) | Date Work Scheduled or initiated | No. permits / leases in Allot. | Acres of public land | Rationale (where allotment or area priority fits in the overarching criteria used to set priorities.) |
|---|---|---|---|---|---|---|---|---|---|
| Boot | 24 | N 2003 | N | expired | 08/01 - 10/31 | 2003 | 1 | 2,491 | Low priority allotment, Low public interest |
| Bunting Well | 25 | N 2003 | N | expired expired expired | year-long | 2003 | 3 | 41,596 | |
| Calf Pasture | 22 | N 2002 | N | expired | 08/10 - 10/15 odd years 06/10 - 08/15 even years | 2002 | 1 | 2,291 | Maintain category allotment |
| Clark Bench | 5 | N 2000 | N | expired expired | 08/01 - 04/30 | 2000 | 2 | 33,962 | Needs AMP |
| Cockscomb | 23 | N 2003 | N | expired | 03/01 - 05/31 | 2003 | 1 | 1,961 | Needs AMP |
| Cottonwood | 3 | N 1999 | Y | expired expired expired expired expired expired expired | 11/01 - 05/31 | 1999 | 8 | 83,998 | Potential T&E Animal,. Improves category allotment. |

3640

Case 1:05-cv-01433-ESH   Document 23-3   Filed 03/29/2006   Page 9 of 23

| Allotment | No. | | Y/N | | Season | | | Acreage | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Coyote | 12 | N 2001 | N | expired expired expired expired | 11/01 - 05/31 | 2001 | 5 | 44,141 | Maintain category allotment |
| Black Rock | 41 | N 2005 | N | expired | year-long | 2005 | 1 | 9,418 | No AMP, Maintain category allotment |
| Deer Range | 18 | N 2002 | N | expired | 08/01 - 10/15 | 2002 | 1 | 10,294 | WSA, Improve category allotment |
| Deer Spring Point | 7 | N 2000 | N | expired | 06/10 - 10/07 | 2000 | 1 | 21,662 | T&E plant, land exchange, Trespass issues with State Lands. |
| Dry Valley | 8 | N 2000 | Y | expired | 07/01 - 10/31 | 2000 | 6 | 11,355 | Allotment trend is downward on seedings. |
| First Point | 19 | N 2002 | N | expired | Summer Use | 2002 | 1 | 6,216 | No AMP, Custodial category allotment |
| Five Mile Canyon | 26 | N 2003 | N | expired | 11/01 - 04/30 | 2003 | 1 | 15,837 | Paleontology, Archeology Resources |
| Flood Canyon | 22 | N 2002 | N | expired expired | 07/01 - 10/31 | 2002 | 2 | 13,618 | No AMP, custodial category allotment |
| Fordwell | 27 | N 2003 | N | expired expired | 06/10 - 10/09 | 2003 | 2 | 7,981 | Needs AMP, Custodial category allotment. |
| Granary Ranch | 33 | N 2004 | N | expired | 07/01 - 11/30 | 2004 | 1 | 1,809 | |

| Headwaters | 40 | N 2006 | Y | 2006 2006 2006 2006 2006 2006 2006 2006 2006 2006 2006 | 11/01 - 03/15 | 2006 | 12 | 249,059 | Maintain category allotment. |
|---|---|---|---|---|---|---|---|---|---|
| Hells Bellows | 30 | N 2004 | N | expired expired | 05/01 - 10/15 | 2004 | 2 | 2,019 | No AMP, custodial category allotment. |
| Johnson Canyon | 31 | N 2004 | N | expired | 06/10 - 11/15 | 2004 | 1 | 10,692 | No AMP, custodial category allotment. |
| Johnson Lakes | 28 | N 2003 | N | expired expired | 06/01 - 11/30 | 2003 | 2 | 10,150 | |
| Johnson Point | 29 | N 2003 | N | expired | 11/01 - 03/31 | 2003 | 1 | 2,277 | No AMP, Custodial category allotment. |
| Locke Ridge | 9 | N 2000 | Y | expired | 12/01 - 04/30 | 2000 | 1 | 4,232 | Potential T&E Animal, Improve category allotment. |
| Lower Hackberry | 2 | N 1999 | Y | expired | 11/01 - 03/31 | 1999 | 1 | 17,695 | Potential T&E Animal |
| Meadow Canyon | 16 | N 2001 | N | expired | 09/01 - 11/30 | 2001 | 1 | 4,715 | Improve category allotment. |
| Mill Creek | 34 | N 2004 | N | expired expired | 06/01 - 09/30 | 2004 | 2 | 13,479 | No AMP, custodial category allotment. |

3642

| Allotment | No. | | | | | Year | No. | Acreage | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Mollie's Nipple | 4 | N 2000 | N | expired | year-long | 2000 | 1 | 93,080 | some resource conflicts, maintain category allotment. |
| Neaf | 32 | N 2004 | N | expired | 03/01 - 11/30 | 2004 | 1 | 1,215 | No AMP. Custodial category allotment. |
| Nipple Bench | 17 | N 2002 | N | expired expired | 12/01 - 04/30 | 2002 | 2 | 26,942 | |
| Pine Point | 35 | N 2004 | N | expired | 06/16 - 10/15 | 2004 | 1 | 8,626 | |
| Rock Creek-Mudholes | 1 | N 1999 | N | expired | year-long | 1999 | 1 | 111,267 | AMP not being followed by permittee and some resource issues. |
| Round Valley | 14 | N 2001 | N | expired expired | 11/01 - 03/31 | 2001 | 2 | 89,741 | Improve category allotment. |
| Rushbeds | 21 | N 2002 | N | expired expired | 11/01 - 05/31 | 2002 | 2 | 16,525 | Maintain category allotment. |
| Second Point | 36 | N 2005 | N | expired | 07/01 - 03/31 | 2005 | 1 | 1,040 | Custodial category allotment. |
| Sink Holes | 37 | N 2005 | N | expired expired | 10/15 - 03/31 | 2005 | 2 | 6,667 | |
| Swallow Park | 10 | N 2000 | N | expired expired expired | 05/10 - 11/10 | 2000 | 3 | 15,120 | Improve category allotment. |
| Timber Mountain | 38 | N 2005 | N | expired | 06/15 - 10/15 | 2005 | 1 | 6,664 | No AMP. Maintain category allotment. |
| Upper Hackberry | 13 | N 2001 | N | expired expired | 11/01 - 06/15 | 2001 | 2 | 21,604 | Improve category allotment. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Upper Warm Creek | 6 | N 2000 | N | expired | 11/01 - 05/31 | 2000 | 1 | 68,265 | Improve category, allotment. |
| Vermillion | 15 | N 2001 | N | expired expired expired | year-long | 2001 | 3 | 38,755 | Maintain category allotment. |
| Wahweap | 11 | N 2001 | Y | expired | 12/01 - 04/30 | 2001 | 1 | 11,223 | Needs AMP, and is a maintain category allotment, Potential T&E animals. |
| Wiregrass | 40 | N 2005 | N | expired | | 2005 | 1 | 30,379 | |
| White Sage | 39 | N 2005 | N | expired expired | 05/06 - 06/05 | 2005 | 2 | 2,195 | No AMP and a small allotment. little public interest. |

Priority set by the FO based upon work strategy and criteria for setting priorities detailed in Work Plan Part A.  Rational for priority would tie back to the criteria used to determine the priority rank.

The Allotment that are listed in the above table came into the Grand Staircase,Escalante National Monument from the Kanab Resource Area.

Richfield Field Office
Response to IM-99-039

Part A:  Narrative

Rationale and criteria for selecting priorities

Based on original guidance, the criteria for setting priorities was primarily a function of management and conflicts within allotments. These criteria included issues regarding wilderness, T&E species, Colorado River salinity, wildlife, S&Gs, grazing management, Wild and Scenic Rivers, riparian, and adjacent NPS and USFS lands.  An ID Team was convened to screen each allotment against these criteria.  Based on these issues we grouped allotments in groups based on common issues or management attributes.  We then ranked the groups by high intensity/low intensity EAs or those that qualified for Administrative Determinations.  The order of EA preparation was based on the assumption at that time that some permits expiring in 1999 would be allowed to slip into 2000 and likewise into 2001 under the AML. As a result, in FY99 we proposed to write 4 high intensity and 4 low intensity EAs on 26 allotments to renew about 2/3 of our expiring 1999 term permits.  The workloads for 2000 and 2001 were about the same.  By 2002 our workload would average less than 10 term permits per year until the cycle started over again in 2009.

Under current policy, we have renewed all of our expiring 1999 term permits through 9/30/99.  We are assuming that all permits expiring in 1999 must be renewed by 9/30.  To that end we have approached the Table in Part B from the standpoint that all of the NEPA analysis for the 1999 permits would have to be completed by 9/30.  The criteria for ranking allotments was the same as above except that permit expiration date now becomes the driving force.  The same holds for priority for S&G assessment.  As a result of the priority demands for permit renewal, we have changed our schedule for S&G assessments.  We will be meeting in the next few days to schedule assessments out through the next 10 years.

Strategy for completing 1999 Term Permit renewal workload.

We currently have 25 allotments with term permits expiring by 9/30/99.  These allotments are scattered among 17 groups containing 54 allotments with random expiration dates.  Of the 17 groups, we project that we could complete NEPA analysis on the first 11 in order to have term permits renewed by 9/30/99.  Please be aware that we fully expect challenges on the 16 allotments with WSAs or other proposed wilderness designations.  These challenges will in all likelihood extend beyond the 9/30/99 expiration date.  NEPA analysis would not be completed on time for the remaining 6 groups containing 8 allotments with expiring permits in 1999 and 14 allotments with later expiring permits. Without Congressional relief, permittees with expired permits would not be authorized to graze livestock on the Public Lands after 9/30/99.  We would continue to process this workload to the best of our capability.  However, we estimate that it could take through December of 1999 to complete all of the required NEPA analysis for expired 1999 term permits.  Following that, the workload for 2000 would be within our capability to complete.

3645

| Richfield Field Office Allotment | Rank | S&G Assessment (Y/N), if not, When | ESA Consult Req? (Y/N) | Permits Expire Date(s) | SOU Date | Date Work Scheduled or Initiated | # of Permits in Allot. | Acres of Public Land | Rationale (How was Priority Set?) |
|---|---|---|---|---|---|---|---|---|---|
| Burr Point | 1 | Y, 9/98 | N | 10/98 3/00 | 11/1-4/30 | 2/99 | 4 | 63,646 | Multiple conflicts, high priority |
| Cedar Point | 1 | Not Scheduled | N | 10/98 | 8/16-5/14 | 2/99 | 3 | 53,102 | Multiple conflicts, high priority |
| Hanksville | 1 | N, 5/99 | Y | 2/99, 3/01 | 11/1-5/31 | 2/99 | 4 | 82,658 | Multiple conflicts, high priority |
| Blue Bench | 1 | N, 5/99 | Y | 2/00 12/00 4/02 2/05 4/05 | 9/1-5/20 | 2/99 | 5 | 96,943 | Multiple conflicts, high priority |
| Cathedral | 2 | Y, 8/98 | Y | 2/99 2/00 12/00 2/01 2/03 | 10/1-5/31 | 2/99 | 5 | 105,989 | Multiple conflicts, high priority |
| Wild Horse | 2 | Not Scheduled | Y | 10/99 | 9/1-6/30 | 2/99 | 1 | 80,136 | Multiple conflicts, high priority |
| Allotment | Rank | S&G Assessment (Y/N), if not, When | ESA Consult Req? (Y/N) | Permits Expire Date(s) | SOU Date | Date Work Scheduled or Initiated | # of Permits in Allot. | Acres of Public Land | Rationale (How was Priority Set?) |

3646

| Allotment | Rank | S&G Assessment (Y/N, if not, When) | ESA Consult Req? (Y/N) | Permits Expire Date(s) | SOU Date | Date Work Scheduled or Initiated | # of Permits in Allot. | Acres of Public Land | Rationale (How was Priority Set?) |
|---|---|---|---|---|---|---|---|---|---|
| Seven Mile | 3 | Not Scheduled | N | 2/99 2/00 2/01 2/05 2/06 4/06 11/06 2/07 4/07 | 5/11-6/14 | 1/99 | 14 | 17,333 | Limited conflict, high priority |
| Bicknell Spring | 4 | Not Scheduled | Y | 12/99 2/01 2/02 2/03 2/04 2/07 | 5/16-6/20 | 2/99 | 10 | 24,204 *See Footnote | Limited conflict, moderate priority |
| M&O | 5 | N, 6/99 | Y | 2/99 | 12/1-4/15 | 2/99 | 1 | 18,750 | Multiple conflicts, high priority |
| Willow Sp. | 5 | Y, 7/98 | Y | 2/99 | 12/1-4/15 | 2/99 | 1 | 6,700 | Multiple conflicts, high priority |
| Twist | 6 | Not scheduled | N | 2/99 2/02 | 4/20-6/10 | 2/99 | 2 | 5,307 | Limited conflict, moderate priority |

| Allotment | Rank | S&G Assessment (Y/N, if not, When) | ESA Consult Req? (Y/N) | Permits Expire Date(s) | SOU Date | Date Work Scheduled or Initiated | # of Permits in Allot. | Acres of Public Land | Rationale (How was Priority Set?) |
|---|---|---|---|---|---|---|---|---|---|
| Rocky Ford | 6 | Not scheduled | N | 2/99 2/02 | 3/1-5/31 | 2/99 | 3 | 11,447 | Limited conflict, moderate priority |
| Canal | 6 | Not scheduled | N | 2/99 2/05 2/06 | 10/16-4/30 | 2/99 | 3 | 4,051 | Limited Conflict, moderate priority |
| East Bench | 6 | Not scheduled | N | 2/00 2/02 2/03 | 10/15-12/31 4/16-5/31 | 2/99 | 4 | 15,558 | Limited conflict, moderate priority |
| Salls Meadow | 7 | Not scheduled | N | 2/99 2/07 | 4/15-6/25 | 2/99 | 2 | 6,100 | Limited conflict, moderate priority |
| Robbers Roost | 9 | N, 5/99 | N | 2/99 | year long | 6/99 | 1 | 159,786 | Multiple conflicts, high priority |
| Sewing Machine | 10 | Not scheduled | N | 11/99 2/01 2/03 10/03 | 11/1-4/30 | 8/99 | 4 | 55,549 | Multiple conflicts, high priority |
| Rockies | 10 | Not scheduled | N | 2/00 2/06 2/08 | 10/1-5/31 | 8/99 | 4 | 116,030 | Multiple conflicts, high priority |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sandy #1 | 11 | Not scheduled | Y | 12/99 2/02 2/04 11/07 2/08 | 11/1-4/15 | 9/99 | 5 | 24,670 | Multiple conflicts, high priority |
| Sandy #2 | 11 | Not scheduled | Y | 12/00 2/03 | 10/16-4/15 | 9/99 | 2 | 45,304 | Multiple conflicts, high priority |
| Neff Ranch | 12 | Not scheduled | Y | 2/99 4/06 | 1/7-2/28 | 6/99 | 2 | 1,602 | Limited conflict, moderate priority |
| Bicknell Winter | 13 | Not scheduled | Y | 2/99 12/99 2/01 11/01 2/02 2/03 2/04 2/07 11/07 2/08 | 10/15-5/15 | 6/99 | 12 | 25,447 | Limited conflict, moderate priority |
| | | | | | | | | *See Footnote | |
| Loa Winter | 13 | Not scheduled | Y | 12/99 2/04 | 11/20-1/5 | 6/99 | 2 | 15,094 *See Footnote | Limited conflict, moderate priority |

3649

| Allotment | Rank | S&G Assessment (Y/N), if not, When | ESA Consult Req? (Y/N) | Permits Expire Date(s) | SOU Date | Date Work Scheduled or Initiated | # of Permits in Allot. | Acres of Public Land | Rationale (How was Priority Set?) |
|---|---|---|---|---|---|---|---|---|---|
| River | 14 | Not scheduled | N | 12/99 | 10/16-4/15 | 1/99 Admin. Deter. | 2 | 2,029 | No conflicts identified |
| South Narrows | 15 | N, 7/99 | N | 2/99 2/01 2/08 | 12/1-3/10, 5/16-6/30 | 6/99 | 4 | 12,755 | Limited conflict, moderate priority |
| North Narrows | 15 | N, 7/99 | N | 2/00 2/01 2/05 2/08 | 12/1-5/31 | 6/99 | 8 | 13,713 | Limited conflict, moderate priority |
| Indian Hollow | 16 | Not scheduled | N | 4/99 | 5/1-6/15, 10/1-11/15 | 6/99 | 1 | 1,040 | Limited conflict, moderate priority |
| Uinta | 16 | Not scheduled | N | 4/99 | 5/1-6/30 | 6/99 | 1 | 566 | Limited conflict, moderate priority |
| West Fremont | | Not scheduled | N | 2/99 | 12/1-2/28 | 1/99 Admin. Deter. | 1 | 1,429 | No conflicts identified |
| Lyman | | Not scheduled | N | 2/98, 2/08 | 12/1-3/15 | 1/99 Admin. Deter. | 2 | 2,020 | No conflicts identified |
| Teasedale Ranch | | Not scheduled | N | 2/00 2/06 | 10/16-4/15 | 1/99 Admin. Deter. | 2 | 921 | No conflicts identified |

Case 1:05-cv-01433-ESH     Document 23-3     Filed 03/29/2006     Page 19 of 23

| Allotment | Rank | S&G Assessment (Y/N), if not, When | ESA Consult Req? (Y/N) | Permits Expire Date(s) | SOU Date | Date Work Scheduled or Initiated | # of Permits in Allot. | Acres of Public Land | Rationale (How was Priority Set?) |
|---|---|---|---|---|---|---|---|---|---|
| Cyclone CO-OP | 19 | Not scheduled | Y | 6/00 2/04 2/06 3/06 11/06 2/07 11/07 2/08 | 5/1-5/31 | 1/00 | 14 | *See Footnote | Limited conflict, moderate priority |
| Nasty Flat | 17 | Not scheduled | N | 12/00 | 6/1- 10/31 | 6/00 | 1 | 14,253 | Multiple conflicts, high priority |
| Pennell | 17 | Not scheduled | N | 12/00 2/03 | 6/1-10/31 | 6/00 | 2 | 56,272 | Multiple conflicts, high priority |
| Steele Butte | 17 | Not scheduled | N | 12/00 2/03 | 11/1-5/20 | 6/00 | 2 | 73,931 | Multiple conflicts, high priority |
| Gypsum | | Not scheduled | N | 2/99 2/00 2/01 2/05 | 11/1- 5/31 | 1/99 Admin. Deter. | 4 | 19,729 | No conflicts identified |
| Hodge Ranch | | Not scheduled | N | 2/99 | 5/16- 6/30, 9/16- 10/15 | 1/99 Admin. Deter. | 1 | 13,584 | No conflicts identified |

3651

| Allotment | Rank | S&G Assessment (Y/N), if not, When | ESA Consult Req? (Y/N) | Permits Expire Date(s) | SOU Date | Date Work Scheduled or Initiated | # of Permits in Allot. | Acres of Public Land | Rationale (How was Priority Set?) |
|---|---|---|---|---|---|---|---|---|---|
| Kingston Cyn | | Not scheduled | N | 2/99 2/00 | 11/16- 1/15 | 1/99 Admin. Deter | 2 | 2,323 | No conflicts identified |
| Denmark | | Not scheduled | N | 2/99 | 12/1-3/31 | 1/99 Admin. Deter. | 1 | 16,322 | No conflicts identified |
| Fayette Cattle | | Not scheduled | N | 2/99 2/00 2/02 2/06 2/08 | 5/1- 9/30 | 1/99 Admin. Deter. | 8 | 9,580 | No conflicts identified |
| River (SR) | | Not scheduled | N | 2/99 2/02 | 4/1- 10/15 | 1/99 Admin. Deter | 2 | 488 | No conflicts identified |
| Chicken Coop | 8 | Not scheduled | N | 2/99 2/02 | 4/1-5/31 | 2/99 | 2 | 7,088 | Limited conflict, moderate priority |
| East Fork | | Not scheduled | N | 3/99 2/03 | 5/1-7/31 | 1/99 Admin. Deter. | 2 | 3,242 | No conflicts identified |
| Burrville | 20 | Not scheduled | N | 2/00 2/06 | 6/1-7/30 | 10/99 | 2 | 3,300 | Limited conflict, moderate priority |

| Allotment | Rank | S&G Assessment (Y/N), if not, When | ESA Consult Req? (Y/N) | Permits Expire Date(s) | SOU Date | Date Work Scheduled or Initiated | # of Permits in Allot. | Acres of Public Land | Rationale (How was Priority Set?) |
|---|---|---|---|---|---|---|---|---|---|
| Ricks Pasture | | Not scheduled | N | 2/00 | 5/1-9/30 | 1/00 Admin. Deter. | 1 | 721 | No conflicts identified |
| Lost Creek | | Not scheduled | N | 2/00 | 5/1-5/31 | 1/00 Admin. Deter. | 1 | 2,164 | No conflicts identified |
| Sand Ledge | | Not scheduled | N | 2/00 | 5/1-6/30 | 1/00 Admin. Deter. | 1 | 1,716 | No conflicts identified |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*The Bicknell Spring Allotment also contains the Hare Lake and Smooth Knoll sheep allotments.  Bicknell Winter also contains the Flat Top and King Sheep permits for winter sheep grazing.  The Loa Winter Allotment contains the Long Hollow, Terza Flat, and Deleeuw winter sheep permits.

Term Permit Renewal Work Plan FY 99 & 00

Field Office: Monticello
Name of contact: Nick Sandberg

| Allotment | Field Office Priority Rank | Formal assessment of S&G's (Y or N) If N, date scheduled | ESA consultation required (Y or N) | Permit expiration date | Grazing season (dates) | Date work scheduled or initiated | Number of permits in allot. | Acres of public land | Rationale (where allotment priority fits in overarching criteria used to set priorities) |
|---|---|---|---|---|---|---|---|---|---|
| Comb Wash | 1 | N-Spr 99 | Y | 2-28-98 | 10/16-5/31 | in progress | 1 | 63,360 | Multiple use issues |
| Tank Draw | 2 | Y | Y | 2-28-98 | 12/1-4/30 | in progress | 1 | 8,645 | Permit exp., data collected, lack of controversy |
| Vega | 2 | Y | N | 2-28-98 | 10/1-10/31 | in progress | 1 | 440 | " |
| Sagegrouse | 2 | Y | Y | 2-28-98 | 5/1-5/31 | in progress | 1 | 320 | " |
| Peters Cyn | 3 | Y | N | 2-28-98 | 11/16-3/31 | 3-1-99 | 1 | 400 | Permit exp. |
| East Summit | 3 | Y | N | 2-28-98 | 4/1-12/31 | 3-1-99 | 1 | 155 | " |
| Brown Cyn | 3 | N-Spr 99 | N | 2-28-98 | 11/16-3/15 | 3-1-99 | 1 | 900 | " |
| Blue Mtn., Corral | 4 | N-Spr 99 | Y | 2-28-98 | 7/1-9/30 5/20-7/19 | 5-1-99 | 1 | 320 200 | Permit exp. possible conflict grouse |

3654

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Hart Point | 5 | N-Spr 99 | Y | 2-28-99 | 3/1-5/31 | 4-1-99 | 1 | 20,525 | Permit transfer, data collected |
| Big Indian | 6 | N-Spr 99 | N | 2-28-99 | 12/5-5/25 | 5-1-99 | 1 | 11,540 | Permit transfer, data collected |
| Hart Draw-Hurrah Pass | 7 | N-Spr 99 | Y | 2-28-99 | 10/16-6/15 | 6-1-99 | 1 | 94,530 | Permit expir., wildlife & rec. issues, data collected |
| Dry Valley-Deer Neck | 8 | N-Spr 99 | Y | 2-28-99 | 12/1-5/10 | 6-1-99 | 1 | 3,630 | Permit transfer |
| Montezuma Cyn | 9 | N-Sum 99 | Y | 2-28-99 | 11/1-5/31 | 6-1-99 | 1 | 29,440 | Riparian and wildlife issues |
| Lake Cyn | 10 | N-Sum 99 | Y | 2-28-01 | 10/6-6/5 | 7-1-99 | 1 | 610,800 | Multiple use issues, tier to Comb Wash Plan |
| Tank Bench-Brushy Basin | 11 | N-Sum 99 | N | 2-28-99 | 10/16-6/10 | 8-1-99 | 1 | 60,660 | Permit exp. |
| White Cyn | 12 | N-Sum 99 | Y | 2-28-99 | 3/1-2/28 | 9-1-99 | 1 | 225,970 | Permit exp. |