February 17, 1999

# DRAFT

## SUMMARY OF ARIZONA GRAZING PERMIT RENEWAL WORKLOAD

### AZ-010 ARIZONA STRIP FIELD OFFICE

**Strategy:**

The Arizona Strip Field Office (ASFO) has aggressively moved out with a comprehensive program implementing the Bureau's Healthy Rangelands and Standards and Guidelines initiatives plus coordination associated with the Southwest Strategy. An organization is already in place to implementing standards and guidelines (assessments have been completed on 16 allotments) and involves close coordination with the Arizona Resource Advisory Council. We work closely with the Fish and Wildlife Service and have section 7 consultation, biological opinions and an RMP amendment in effect ensuring compliance with the recovery plan for the endangered desert tortoise. Grazing decisions are prepared to be sent out shortly. These decisions will implement restrictions on grazing use on over 300,000 acres of Mojave Desert tortoise habitat involving 9 allotments.

We have 1 grazing permit expiring in FY 2000. The standards and guidelines assessment is completed on the allotment involved. Nineteen permits expire in FY 2001.

Two grazing permits expire in 2000 and the field work for the Standards and Guides assessment is completed. Nineteen permits expire in 2001. We have scheduled a full load of allotments for FY 1999 and FY 2000 in hopes of having the assessments completed and any resultant litigation resolved before the permit expires.

We have allotments scheduled in FY 1999 and 2000 with permits that are not among the first to expire. To optimize efficiency, we chose to combine allotments that are contiguous and have the same permittees to facilitate the process of NEPA analysis on a grazing system basis, rather than visit and area more than once simply because the permits expire in different years.

Nine allotments in the Mojave Desert area have a current biological opinion for Desert Tortoise, Southwest Willow Flycatcher, Woundfin and Virgin river chub. These allotments, and the grazing activity, have fully complied with NEPA. The associated permits expire after FY 2005.

The Parashant planning area contains six allotments that are part of an active Interdisciplinary Coordinated Management Plan (including the public). The grazing activity on these allotments fully complies with NEPA. All of the grazing permits expire after FY 2006.

The allotments in the Mojave Desert and the Parashant planning areas have been placed low on the priority list for implementation of standards and guidelines due to all the assessments, studies and NEPA compliance work that has already been done.

3656

Part B.  **Table of Specific Information**  (for FY 1999 and for FY 2000)

Field Office:  Arizona Strip                                                                                           Fiscal Year  1999
Name of contact: Linda Price

| Allotment/Watershed Name | Field Office Priority Rank | Formal assessment S&G's (Y or N) If N, date scheduled | ESA consultation required (Y or N) | Permit(s) expire date(s) | Grazing season (dates) | Date Work Scheduled or initiated | Number permits/leases in Allot. | Acres of public land | Rationale (where allotment or area priority fits in the overarching criteria used to set priorities.) |
|---|---|---|---|---|---|---|---|---|---|
| Sunshine | 1 | Y | N | 2/28/07 | 03/01-02/28 | 05/01/98 | 1 | 17,522 | Healthy Rangelands concerns |
| Little Wolf | 4 | Y | N | 2/28/01 | 06/01-11/30 | 06/01/98 | 1 | 7,662 | permit expiration date |
| Pocum Tank | 5 | Y | N | 2/28/02 | 05/16-09/17 | 06/01/98 | 1 | 8,212 | contiguous allotment |
| Sullivan Canyon | 2 | Y | N | 2/28/05 | 03/01-02/28 | 09/01/98 | 1 | 25,302 | Riparian and wildlife concerns |
| Black Rock | 3 | Y | N | 2/28/05 | 03/01-02/28 | 10/01/98 | 1 | 32,497 | Contiguous allotment Same permittees |
| Lost Spring Gap | 6 | N 1999 | N | 2/28/02 | 01/01-04/30 | 03/01/99 | 1 | 790 | expiration date |
| Brown/Shumway | 7 | N 1999 | N | 2/28/01 | 11/16-05/15 | 03/01/99 | 1 | 1,477 | expiration date |
| Cedar Ridge | 8 | N 1999 | N | 2/28/02 | 04/15-05/12 | 03/01/99 | 1 | 1,420 | contiguous allot. |
| Rider | 9 | N 1999 | N | 4/30/01 | 11/01-04/30 | 03/0199 | 1 | 2410 | expiration date |
| Valley Wash | 10 | N 1999 | N | 2/28/01 | 03/01-02/28 | 04/01/99 | 1 | 3835 | expiration date |
| Pipe Spring | 11 | N 1999 | N | 2/28/05 | 03/01-02/28 | 04/01/99 | 2 | 1,125 | contiguous allot. |
| Pipe Valley | 12 | N 1999 | N | 2/28/02 | 03/01-02/28 | 04/01/99 | 1 | 4,463 | expiration date |
| Clay Spring | 13 | N 1999 | N | 2/28/01 | 03/01-02/28 | 05/01/99 | 1 | 11,921 | expiration date |
| Hidden Spring | 14 | N 1999 | N | 2/28/02 | 03/01-02/28 | 06/01/99 | 1 | 18,642 | expiration date |
| Fuller Road | 15 | N 1999 | N | 2/28/01 | 03/01-02/28 | 07/01/99 | 1 | 24,333 | expiration date |

3657

| Tanks/Reservoir | | N 1999 | N | 2/28/01 | 11/15-02/15 | 01/01/99 | 1 | 6,565 | expiration date | |
|---|---|---|---|---|---|---|---|---|---|---|
| Mt Trumbull | 17 | N 2000 | N | 11/30/01 | 03/01-02/28 | 09/01/99 | 1 | 12,262 | expiration date | |
| Signature Rock | 18 | N 2000 | N | 2/28/01 | 03/01-02/28 | 10/01/99 | 1 | 3,840 | expiration date | |
| Pratt Tank | 19 | N 2000 | N | 2/28/04 | 11/01-06/30 | 10/01/99 | 1 | 21,905 | contiguous allot. | |
| Button | 20 | N 2000 | N | 2/28/02 | 11/15-05/31 | 11/01/99 | 1 | 4,500 | expiration date | |
| Muggins Flat | 21 | N 2000 | N | 2/28/02 | 12/01-03/31 | 11/01/99 | 1 | 11,088 | expiration date | |
| Gunsight | 22 | N 2000 | N | 2/28/02 | 10/15-04/30 | 02/01/00 | 1 | 7,230 | expiration date | |
| Cowboy Butte | 23 | N 2000 | N | 2/28/02 | 11/01-05/31 | 02/01/00 | 1 | 3,120 | expiration date | |
| Lambing | 24 | N 2000 | N | 2/28/02 | 11/16-05/15 | 03/01/00 | 1 | 10,913 | expiration date | |
| Mountain Sheep | 25 | N 2000 | N | 2/28/02 | 11/16-05/15 | 03/01/00 | 1 | 1,960 | expiration date | |
| Mustang Spring | 26 | N 2000 | N | 2/28/02 | 03/01-02/28 | 04/01/00 | 1 | 9,308 | expiration date | |
| Purgatory | 27 | N 2000 | N | 2/28/01 | 12/01-05/31 | 04/01/00 | 1 | 4,970 | expiration date | |
| Ferrin | 28 | N 2000 | N | 2/28/01 | 10/01-04/30 | 05/01/00 | 1 | 2,820 | expiration date | |
| Cove | 29 | N 2000 | N | 2/28/01 | 03/01-02/28 | 06/01/00 | 1 | 70 | expiration date | |
| Wells | 30 | N 2000 | N | 2/28/01 | 03/01-02/28 | 06/01/00 | 1 | 5,490 | expiration date | |
| State line | 31 | N 2000 | N | 2/28/01 | 03/01-02/28 | 06/01/00 | 1 | 605 | expiration date | |
| Black Canyon | 32 | N 2000 | N | 2/28/01 | 03/01-02/28 | 07/01/00 | 1 | 2,160 | expiration date | |
| Cottonwood | 33 | N 2000 | N | 2/28/01 | 03/01-02/28 | 07/01/00 | 1 | 3,520 | expiration date | |
| Antelope Spring | 34 | N 2000 | N | 2/28/01 | 03/01-02/28 | 09/01/00 | 1 | 14,940 | expiration date | |

Priority set by the FO based upon work strategy and criteria for setting priorities detailed in Work Plan Part A. Rational for priority would tie back to the criteria used to determine the priority rank.

3658