Con. Schedule 2000    D:\Con-Schld\Conschld-00.UTAH

UTAH    Proposed Grazing Permit and Lease Analysis and Assessment Schedule    May 21, 2000

| STATE and FIELD OFFICE | OPERATOR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY'00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| UT010 FILMORE | 433014 | 09/30/99 | MID | NO | YES | 09/00 | YES | 03105 04517 04519 |
| UT010 | 433032 | 10/31/00 | LOW | NO | YES | 09/00 | YES | 04321 04335 |
| UT010 | 433251 | 02/28/00 | HIGH | NO | YES | 09/00 | YES | 05748 05744 |
| UT010 | 433079 | 12/31/99 | MID | NO | YES | 09/00 | YES | 04402 |
| UT010 | 433291 | 04/01/00 | HIGH | YES? | YES | 09/00 | YES | 25011 25029 |
| UT020 SALT LAKE | 432002 | 9/30/00 | M | NO | NO - 2003 | 6/00 | NO - 2002 | 04025 04026 |
|  | 432006 | 9/30/00 | M | NO | NO - 2002 | 6/00 | NO - 2001 | 04027 04062 |
|  | 432010 | 9/30/00 | M | NO | NO - 2003 | 6/00 | NO - 2002 | 04031 |
|  | 432011 | 9/30/00 | M | NO | NO - 2002 | 6/00 | NO - 2001 | 04027 |
|  | 432013 | 9/30/00 | H | NO | YES | 7/00 | YES | 04032 |
|  | 432015 | 9/30/00 | M | NO | NO - 2008 | 6/00 | NO - 2007 | 04038 |
| STATE and FIELD OFFICE | OPERATOR OR | PERMIT OR LEASE | PRIORITY FOR NEPA | SECTION 7 ESA CONSULTATION | WILL PERMIT HAVE NEPA and OTHER REQUIRED | PROPOSED DATE FOR ISSUING | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR | ASSOCIATED ALLOTMENT |

| STATE and FIELD OFFICE | NUMBER (PERMIT or LEASE) | EXPIRATIO N DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY'00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| UT-020 SALT LAKE | 432018 | 9/30/00 | H M | NO | YES | 9/00 | YES | 04034 04062 |
| | 432058 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04001 |
| | 432061 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04006 O4013 |
| | 432063 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04002 04006 |
| | 432067 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04006 |
| | 432070 | 9/30/00 | H | NO | YES | 6/00 | YES | 04011 |
| | 432071 | 9/30/00 | H | NO | YES | 6/00 | YES | 04011 |
| | 432072 | 9/30/00 | H | NO | YES | 6/00 | YES NO - 2001 | 04011 04013 |
| | 432073 | 9/30/00 | H | NO | YES | 6/00 | YES | 04011 |
| | 432074 | 9/30/00 | H | NO | YES | 6/00 | YES | 04011 |
| | 432075 | 9/30/00 | H | NO | YES | 6/00 | YES | 04011 |
| | 432078 | 9/30/00 | H | NO | NO - 2001 | 6/00 | NO - 2000 | 04012 |
| | 432079 | 9/30/00 | H | NO | YES | 7/00 | YES | 04020 |
| | 432082 | 9/30/00 | H | NO | YES | 7/00 | YES | 04010 |
| | 432083 | 9/30/00 | H | NO | NO - 2001 | 6/00 | NO - 2000 | 04003 |
| | 432084 | 9/30/00 | H | NO | NO - 2001 | 6/00 | NO - 2000 | 04007 |
| | 432086 | 9/30/00 | M | NO | NO - 2001 | 6/00 | NO - 2000 | 04004 |
| | 432090 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04002 |
| | 432091 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04002 |

3660

| STATE and FIELD OFFICE | OPERAT OR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| UT-020 SALT LAKE | 432092 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04002 |
| | 432093 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04002 |
| | 432094 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04002 14022 |
| | 432096 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04002 14022 |
| | 432102 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04019 |
| | 432103 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04013 04016 |
| | 432104 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04013 |
| | 432106 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04013 |
| | 432110 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04013 |
| | 432115 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04002 04016 |
| | 432117 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04013 04016 |
| | 432125 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04013 |
| | 432126 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04013 |
| | 432155 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04013 |
| | 432156 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04013 |
| | 432157 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04013 |
| | 432158 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04002 04013 |

3661

| STATE and FIELD OFFICE | OPERATOR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY'00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| UT-020 SALT LAKE | 432159 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04013 |
| | 432178 | 9/30/00 | M H | NO | NO - 2002 | 6/00 | NO - 2000 NO - 2001 | 04012 14022 |
| | 432182 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 14022 |
| | 432183 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04017 |
| | 432184 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 14022 |
| | 432186 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2000 NO - 2001 | 04007 14022 |
| | 432187 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04017 14022 |
| | 432193 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 14022 |
| | 432194 | 9/30/00 | H | NO | YES | 6/00 | YES NO - 2002 | 04023 04042 |
| | 432200 | 9/30/00 | H | NO | NO - 2001 | 6/00 | NO - 2000 | 04018 |
| | 432206 | 9/30/00 | M | NO | NO - 2002 | 6/00 | NO - 2001 | 04033 |
| | 432357 | 9/30/00 | M | NO | YES | 6/00 | NO - 2005 NO - 2008 | 04094 05016 |
| | 432564 | 9/30/00 | H | NO | YES | 7/00 | YES | 05034 |
| | 432567 | 9/30/00 | M | NO | NO - 2006 | 6/00 | NO - 2005 | 05035 |
| | 432568 | 9/30/00 | M | NO | NO - 2006 | 6/00 | NO - 2005 | 05036 |
| | 432572 | 9/30/00 | M | NO | NO - 2006 | 6/00 | NO - 2005 | 05039 |
| UT-020 | 432573 | 9/30/00 | H | NO | NO - 2008 | 6/00 | NO - 2003 | 05040 |

3662

| STATE and FIELD OFFICE | OPERATOR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| SALT LAKE | | | H, H, H, M, M | | | | 2003, 2003, 2003, 2007, 2007 | 05041, 05042, 05047, 05057, 05058 |
| | 432576 | 9/30/00 | H, M | NO | NO - 2004 | 6/00 | NO - 2003 | 05041, 05046 |
| | 432097 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04002 |
| | 432101 | 9/30/00 | H | NO | YES | 7/00 | YES | 05034 |
| | 432101 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04002 |
| | 432578 | 9/30/00 | H, M, M | NO | NO - 2008 | 6/00 | NO - 2003, 2003, 2007 | 05041, 05047, 05057 |
| | 432582 | 9/30/00 | H | NO | NO - 2004 | 6/00 | NO - 2003 | 05040 |
| | 432591 | 9/30/00 | M | NO | NO - 2004 | 6/00 | NO - 2003 | 05043 |
| | 432592 | 9/30/00 | M | NO | NO - 2004 | 6/00 | NO - 2003 | 05044 |
| | 432594 | 9/30/00 | M | NO | NO - 2008 | 6/00 | NO - 2003, 2003, 2007 | 05044, 05047, 05057 |
| | 432597 | 9/30/00 | M | NO | NO - 2004 | 6/00 | NO - 2003 | 05044, 05047 |
| | 432600 | 9/30/00 | M | NO | NO - 2008 | 6/00 | NO - 2007, 2003, 2007, 2007 | 05045, 05046, 05057, 05058 |
| | 432601 | 9/30/00 | H, M, M | NO | NO - 2008 | 6/00 | NO - 2003, 2003, 2007 | 05041, 05046, 05057 |
| UT-020 SALT LAKE | 432602 | 9/30/00 | M | NO | NO - 2004 | 6/00 | NO - 2003 | 05047, 05048 |

| STATE and FIELD OFFICE | OPERAT OR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| | 432605 | 9/30/00 | H | NO | NO - 2001 | 6/00 | NO - 2000 | 05049 05053 |
| | 432607 | 9/30/00 | M | NO | NO - 2008 | 6/00 | NO - 2003 2007 2007 | 05047 05051 05057 |
| | 432608 | 9/30/00 | M | NO | NO - 2007 | 6/00 | NO - 2001 2006 | 05076 05083 |
| | 432607 | 9/30/00 | H | NO | NO - 2001 | 6/00 | NO - 2000 | 05053 |
| | 432610 | 9/30/00 | not rated | NO | NO - 2009 | 6/00 | NO - 2008 | 05055 |
| | 432614 | 9/30/00 | H M M | NO | NO - 2008 | 6/00 | NO - 2003 2003 2007 | 05041 05046 05057 |
| | 432615 | 9/30/00 | H | NO | NO - 2001 | 6/00 | NO - 2000 | 05062 |
| | 432616 | 9/30/00 | H | NO | NO - 2001 | 6/00 | NO - 2000 | 05062 |
| | 432619 | 9/30/00 | H | NO | NO - 2001 | 6/00 | NO - 2000 | 05062 |
| | 432620 | 9/30/00 | M | NO | NO - 2006 | 6/00 | NO - 2005 | 05060 |
| | 432623 | 9/30/00 | M | NO | NO - 2007 | 6/00 | NO - 2006 2001 | 05067 05077 |
| | 432628 | 9/30/00 | M | NO | NO - 2007 | 6/00 | NO - 2006 2006 2002 | 05070 05073 05088 |
| | 432631 | 9/30/00 | M | NO | NO - 2006 | 6/00 | NO - 2001 2005 | 05076 05084 |
| | 432632 | 9/30/00 | M | NO | NO - 2006 | 6/00 | NO - 2001 2005 | 05076 05084 |
| UT-020 SALT LAKE | 432633 | 9/30/00 | M | NO | NO - 2006 | 6/00 | NO - 2001 2005 | 05076 05084 |
| | | | | | | | NO - 2001 | 05076 |

| STATE and FIELD OFFICE | OPERATOR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| | 432635 | 9/30/00 | M | NO | NO - 2006 | 6/00 | 2005 | 05084 |
| | 432636 | 9/30/00 | M | NO | NO - 2002 | 6/00 | NO - 2001 | 05076 |
| | 432637 | 9/30/00 | M | NO | NO - 2009 | 6/00 | NO - 2008 | 05066 |
| | 432639 | 9/30/00 | M | NO | NO - 2007 | 6/00 | NO - 2006 2005 | 05078 05084 |
| | 432640 | 9/30/00 | M | NO | NO - 2007 | 6/00 | NO - 2006 2002 | 05078 05086 |
| | 432641 | 9/30/00 | M | NO | NO - 2007 | 6/00 | NO - 2006 | 05079 |
| | 432643 | 9/30/00 | M | NO | NO - 2007 | 6/00 | NO - 2006 2006 2002 | 05082 05083 05086 |
| | 432644 | | M | NO | NO - 2007 | 6/00 | NO - 2001 2006 | 05076 05083 |
| | 432648 | 9/30/00 | M | NO | NO - 2003 | 6/00 | NO - 2002 | 05088 |
| | 432649 | 9/30/00 | M | NO | NO - 2003 | 6/00 | NO - 2002 | 05088 |
| | 432650 | 9/30/00 | M | NO | NO - 2003 | 6/00 | NO - 2002 | 05088 |
| | 432651 | 9/30/00 | M | NO | NO - 2003 | 6/00 | NO - 2002 | 05088 |
| | 432652 | 9/30/00 | M | NO | NO - 2003 | 6/00 | NO - 2002 | 05088 |
| | 432653 | 9/30/00 | M | NO | NO - 2003 | 6/00 | NO - 2002 | 05088 |
| | 432654 | 9/30/00 | M | NO | NO - 2003 | 6/00 | NO - 2002 | 05088 |
| | 432655 | 9/30/00 | M | NO | NO - 2003 | 6/00 | NO - 2002 | 05088 |
| | 432656 | 9/30/00 | M | NO | NO - 2003 | 6/00 | NO - 2002 | 05088 |
| UT-020 SALT LAKE | 432670 | 9/30/00 | M | NO | NO - 2005 | 6/00 | NO - 2004 | 05092 05093 |
| | 432671 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2000 | 05062 |

NOTE; END OF PERMITS WHICH EXPIRED IN FY 99 AND WERE RENEWED UNDER APA THROUGH 9/30/00

START OF PERMITS WHICH EXPIRE IN FY 2000 AND ARE BEING RENEWED UNDER LANGUAGE OF FY 2000 APPROPRIATIONS ACT

| STATE and FIELD OFFICE | OPERAT OR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATIO N DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY'00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| SALT LAKE FO | 432672 | 9/30/00 | M | NO | NO - 2006 | 6/00 | NO - 2005 | 05064 05074 05094 |
| | 432681 | 9/30/00 | H | NO | YES | 6/00 | YES | 04029 |
| UT-020 SALT LAKE | 432001 | 9/30/00 | M | NO | NO - 2001 | 6/00 | NO - 2000 | 04066 |
| | 432008 | 9/30/00 | M | NO | NO - 2003 | 6/00 | NO - 2002 | 04030 05019 |
| | 432014 | 9/30/00 | M | NO | NO - 2008 | 6/00 | NO - 2007 | 04038 |
| | 432022 | 9/30/00 | M | NO | NO - 2009 | 6/00 | NO - 2008 | 04049 |
| | 432024 | 9/30/00 | M | NO | NO - 2009 | 6/00 | NO - 2008 | 04052 |
| | 432026 | 9/30/00 | M | NO | YES | 6/00 | NO - 2008 | 05014 |
| | 432030 | 9/30/00 | M | NO | NO - 2008 | 6/00 | NO - 2007 | 04040 |
| | 432038 | 9/30/00 | M | NO | NO - 2007 | 6/00 | NO - 2006 | 04067 |
| | 432041 | 9/30/00 | M | NO | NO - 2007 | 6/00 | NO - 2006 2005 | 04055 04058 |
| | 432068 | 9/30/00 | H | NO | NO - 2001 | 6/00 | NO - 2000 | 04007 |
| UT-020 SALT LAKE | 432085 | 9/30/00 | H | NO | NO - 2001 | 6/00 | NO - 2000 | 04007 |
| | 432098 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04002 |

| STATE and FIELD OFFICE | OPERAT OR NUMBER (PERMIT or LEASED) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
|  | 432099 | 9/30/00 | H | NO | NO - 2002 | 6/00 | NO - 2001 | 04002 |
|  | 432122 | 9/30/00 | M | NO | NO - 2001 | 6/00 | NO - 2000 | 04074 |
|  | 432123 | 9/30/00 | M | NO | NO - 2001 | 6/00 | NO - 2000 | 04074 |
|  | 432127 | 9/30/00 | M | NO | NO - 2001 | 6/00 | NO - 2000 | 04074 |
|  | 432129 | 9/30/00 | M | NO | NO - 2001 | 6/ 00 | NO - 2000 | 04074 |
|  | 432131 | 9/30/00 | M | NO | NO - 2001 | 6/00 | NO - 2000 | 04074 |
|  | 432132 | 9/30/00 | M | NO | NO - 2001 | 6/00 | NO - 2000 | 04074 |
|  | 432133 | 9/30/00 | M | NO | NO - 2001 | 6/00 | NO - 2000 | 04074 |
|  | 432135 | 9/30/00 | M | NO | NO - 2001 | 6/00 | NO - 2000 | 04074 |
|  | 432136 | 9/30/00 | M | NO | NO - 2009 | 6/00 | NO - 2008 | 04084 |
|  | 432197 | 9/30/00 | M | NO | NO - 2008 | 6/00 | NO - 2007 | 04061 |
|  | 432198 | 9/30/00 | M | NO | NO - 2009 | 6/00 | NO - 2008 | 04085 |
|  | 432199 | 9/30/00 | M | NO | NO - 2001 | 6/00 | NO - 2000 | 04074 |
|  | 432202 | 9/30/00 | M | NO | NO - 2006 | 6/00 | NO - 2005 | 04093 |
|  | 432207 | 9/30/00 | M | NO | NO - 2007 | 6/00 | NO - 2006 | 04050 |
|  | 432208 | 9/30/00 | M | NO | NO - 2009 | 6/00 | NO - 2008 | 04084 |
|  | 432303 | 9/30/00 | H | NO | NO - 2003 | 6/00 | NO - 2002 | 05001 |
|  | 432304 | 9/30/00 | H | NO | NO - 2003 | 6/00 | NO - 2002 | 05001 |
|  | 432308 | 9/30/00 | H | NO | NO - 2003 | 6/00 | NO - 2002 | 05001 |
| UT-020 SALT LAKE | 432539 | 9/30/00 | M | NO | NO - 2005 | 6/00 | NO - 2004 | 05090 |
|  | 432544 | 9/30/00 | M | NO | NO - 2006 | 6/00 | NO - 2004 2005 | 05019 05020 |

3667

Case 1:05-cv-01433-ESH   Document 23-5   Filed 03/29/2006   Page 10 of 25

**STATE and FIELD OFFICE: UT-030 GSCEM**

| OPERATOR OR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|
| 432545 | 9/30/00 | M | NO | NO - 2004 | 6/00 | 2004 / 2004 | 05021 / 05022 |
| 432549 | 9/30/00 | M | NO | NO - 2004 | 6/00 | NO - 2003 | 05025 / 05027 |
| 432550 | 9/30/00 | M | NO | NO - 2004 | 6/00 | NO - 2003 | 05005 |
| 432580 | 9/30/00 | M | NO | NO - 2004 | 6/00 | NO - 2003 | 05027 / 05028 |
| 432624 | 9/30/00 | M | NO | NO - 2007 | 6/00 | NO - 2003 | 05027 |
| 432647 | 9/30/00 | M | NO | NO - 2006 | 6/00 | NO - 2006 | 05068 |
| 432669 | 9/30/00 | M | NO | NO - 2004 | 6/00 | NO - 2001 / 2005 | 05076 / 05084 |
| 432675 | 9/30/00 | M | NO | NO - 2004 | 6/00 | NO - 2003 | 05027 |
| 432683 | 9/30/00 | H | NO | YES | 7/00 | YES | 04043 / 04034 |

3668

| STATE and FIELD OFFICE | OPERAT OR NUMBER (PERMIT or LEASED) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY00? IF NOT WHEN? | | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|---|
| UT044 CEDAR CITY | 434303 | 4/30/99 | high | yes | no | 05/01/01 | 06/30/00 | yes | 06107 |
| UT044 | 434523 | 9/30/99 | high | yes | no | 04/15/01 | 06/30/00 | yes | 06101 06104 06112 |
| UT044 | 434327 | 9/30/00 | low | no | no | 7/30/05 | 06/30/00 | yes | 06214 |
| UT044 | 434347 | 2/25/00 | high | yes | no | 4/30/02 | 06/30/00 | yes | 15042 15047 |
| UT044 | 434510 | 2/28/99 | low | no | no | 4/30/06 | 06/30/00 | yes | 15094 |
| UT044 | 434532 | 9/30/99 | low | no | yes | | 08/01/00 | yes | 05013 05109 05074 05086 |
| UT044 | 434536 | 2/28/99 | low | no | no | 5/1/10 | 06/30/00 | yes | 15026 |
| UT044 | 434538 | 4/15/99 | high | yes | no | 05/01/03 | 06/30/00 | yes | 05008 15001 15045 15062 |
| UT044 | 434557 | 9/30/99 | high | yes | no | 04/30/02 | 06/30/00 | yes | 06103 15042 15047 |
| UT044 | 434576 | 9/30/99 | low | yes | no | 3/01/03 | 06/30/00 | yes | 05120 05142 15039 |
| UT044 | 434614 | 9/30/99 | low | no | yes | | 9/30/00 | yes | 05129 15065 |
| UT044 | 434621 | 9/30/99 | high | yes | no | 3/1/03 | 06/30/00 | yes | 05132 |

3669

| STATE and FIELD OFFICE | OPERATOR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY00? IF NOT WHEN? | | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|---|
| UT044 | 434655 | 3/30/99 | high | yes | no | 3/30/02 | 06/30/00 | yes | 05009 15043 |
| UT044 | 434341 | 11/15/99 | low | no | no | 7/1/05 | 06/30/00 | yes | 05139 |
| UT044 | 434301 | 4/30/00 | high | yes | no | 5/1/01 | 06/30/00 | yes | 05004 06107 |
| UT044 | 434462 | 2/28/00 | high | yes | no | 5/1/01 | 06/30/00 | yes | 06224 |
| UT044 | 434547 | 9/29/00 | high | no | no | 5/1/02 | 06/30/00 | yes | 05159 15056 |
| | | | | | | | | | |
| UT-045 ST GEORGE | 434024 | 5/17/00 | High | No | Yes | | Sept. 2000 | Yes | 04088 |
| UT046 KANAB | 430127 430140 430341 430348 | 09/30/99 | LOW | NO | YES | | 08/00 | YES - Complete | 15031 |
| UT046 KANAB | 430020 | 09/30/99 | LOW | NO | YES | | 08/00 | NO-09/30/05 | 15029 |
| | 430095 | 09/30/99 | LOW | NO | YES | | 08/00 | NO-09/30/05 | 25028 |
| | 430185 | 09/30/99 | LOW | NO | YES | | 08/00 | NO-09/30/05 | 15030 |
| | 434670 434672 434673 | 09/30/99 | LOW | NO | YES | | 09/00 | NO-09/30/05 | 08810 |

| STATE and FIELD OFFICE | OPERAT OR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
|  | 434601 | 02/28/04 | LOW | NO | YES | 09/00 | NO-09/30/05 | 15005 |
|  | 434601 | 02/28/04 | LOW | NO | YES | 09/00 | NO-09/30/05 | 00809 |
|  | 434601 430371 | 02/28/04 09/30/99 | LOW | NO | YES | 09/00 | NO-09/30/05 | 05007 |
|  | 4 30601 | 02/28/04 | LOW | NO | YES | 09/00 | NO-09/30/05 | 15006 |
|  | 434658 434670 | 09/30/99 | HIGH | YES | NO-09/30/01 | 09/01 | YES | 00812 |
|  | 430177 | 09/30/99 | HIGH | NO | NO-09/30/01 | 09/01 | YES | 04156 |
|  | 430173 | 09/30/99 | HIGH | YES | NO-09/30/01 | 09/01 | YES | 24092 |
|  | 430015 430017 430019 430186 | 09/30/99 02/28/07 02/28/07 02/28/07 | HIGH | NO | NO-09/30/01 | 09/01 | YES | 14098 |
|  | 430173 | 09/30/99 | HIGH | NO | NO-09/30/01 | 09/01 | YES | 04154 |
|  | 430177 | 09/30/99 | HIGH | YES | NO-09/30/02 | 09/02 | YES | 04157 |
|  | 430056 | 09/30/99 | HIGH | YES | NO-09/30/02 | 09/02 | YES | 24090 |
|  | 430179 | 09/30/07 | HIGH | YES | NO-09/30/01 | 09/01 | YES | 04155 |
|  | 430174 | 09/30/07 | HIGH | YES | NO-09/30/01 | 09/01 | YES | 04101 |
| UT046 KANAB | 430171 | 09/30/07 | HIGH | YES | NO-09/30/01 | 09/01 | YES | 04160 |
|  | 430178 | 09/30/07 | HIGH | YES | NO-09/30/01 | 09/01 | YES | 04158 |
|  | 430175 | 09/30/07 | HIGH | YES | NO-09/30/01 | 09/01 | YES | 04104 |
|  | 430001 | 09/30/09 | HIGH | YES | NO-09/30/03 | 09/03 | YES | 24005 |
|  | 430068 | 09/30/07 | HIGH | YES | NO-09/30/02 | 09/02 | YES | 14069 |

3671

| STATE and FIELD OFFICE | OPERATOR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| | 430070 430187 430190 | 09/30/07 | HIGH | YES | NO-09/30/02 | 09/02 | YES | 24087 |
| | 430074 | 09/30/07 | HIGH | YES | NO-09/30/02 | 09/02 | YES | 14089 |
| | 430039 | 09/30/07 | HIGH | YES | NO-09/30/02 | 09/02 | YES | 34022 |
| | 430033 | 09/30/07 | HIGH | YES | NO-09/30/03 | 09/03 | YES | 24045 |
| | 430002 430031 430040 | 09/30/07 | HIGH | YES | NO-09/30/03 | 09/03 | YES | 24058 |
| | 430082 | | HIGH | YES | NO-09/30/03 | 09/03 | YES | 14126 |
| | 430029 | 09/30/07 | HIGH | YES | NO-09/30/03 | 09/03 | YES | 24093 |
| | 430045 | 09/30/99 | HIGH | YES | NO-09/30/02 | 09/02 | YES | 04125 |
| | Unalloted | N/A | LOW | NO | NO-09/30/02 | N/A | N/A | 04132 |
| | 430028 | 09/30/99 | HIGH | YES | NO-09/30/03 | 09/03 | YES | 04137 |
| | 430080 | 09/30/99 | HIGH | YES | NO-09/30/03 | 09/03 | YES | 04131 |
| | 430049 | 09/30/00 | HIGH | YES | NO-09/30/02 | 09/02 | YES | 24003 |
| | 430064 | 09/30/99 | HIGH | YES | NO-09/30/03 | 09/03 | YES | 24013 |
| | 430307 | 09/30/99 | HIGH | YES | NO-09/30/03 | 09/02 | YES | 14014 |
| UT046 KANAB | 430371 | 09/30/99 | HIGH | YES | NO-09/30/03 | 09/03 | YES | 24023 |
| | 430025 | 09/30/99 | HIGH | YES | NO-09/30/03 | 09/03 | YES | 24025 |
| | 430069 | 09/30/99 | HIGH | YES | NO-09/30/02 | 09/02 | YES | 24028 |
| | 430009 430080 | 09/30/99 | HIGH | YES | NO-09/30/03 | 09/03 | YES | 24038 |

3672

| STATE and FIELD OFFICE | OPERATOR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| | 430069 | 09/30/99 | HIGH | YES | NO-09/30/02 | 09/02 | YES | 24040 |
| | 430009 430061 | 09/30/99 | HIGH | YES | NO-09/30/03 | 09/03 | YES | 24068 |
| | 430072 | 09/30/99 | HIGH | YES | NO-09/30/03 | 09/03 | YES | 04162 |
| | 430025 | 09/30/99 | HIGH | YES | NO-09/30/03 | 09/03 | YES | 24094 |
| | 430079 | 09/30/99 | HIGH | YES | NO-09/30/04 | 09/03 | YES | 04108 |
| | 430022 430067 | 09/30/99 | HIGH | NO | NO-09/30/04 | 09/04 | YES | 24095 |
| | 430020 | 09/30/99 | HIGH | NO | NO-09/30/04 | 09/04 | YES | 24011 |
| | 430020 | 09/30/99 | HIGH | NO | NO-09/30/04 | 09/04 | YES | 24063 |
| | 43020 | 09/30/99 | HIGH | NO | NO-09/30/04 | 09/04 | YES | 24015 |
| | 430012 | 09/30/99 | HIGH | NO | NO-09/30/04 | 09/04 | YES | 24033 |
| | 430371 | 09/30/99 | HIGH | NO | NO-09/30/04 | 09/04 | YES | 04117 |
| | 430077 | 09/30/99 | HIGH | NO | NO-09/30/04 | 09/04 | YES | 14088 |
| | 430010 | 09/30/07 | LOW | NO | NO-09/30/04 | 09/04 | YES | 24046 |
| | 430018 | 09/30/07 | LOW | NO | NO-09/30/04 | 09/04 | YES | 24027 |
| | 430030 | 09/30/07 | LOW | NO | NO-09/30/04 | 09/04 | YES | 24021 |
| | 430008 | 09/30/07 | LOW | NO | NO-09/30/04 | 09/04 | YES | 24051 |
| UT046 KANAB | 430084 | 09/30/07 | LOW | YES | NO-09/30/04 | 09/04 | YES | 24074 |
| | 430076 | 09/30/08 | LOW | NO | NO-09/30/04 | 09/04 | YES | 14096 |
| | 430004 | 09/30/07 | LOW | YES | NO-09/30/04 | 09/04 | YES | 14097 |
| | 430008 | 09/30/07 | LOW | YES | NO-09/30/04 | 09/04 | YES | 14100 |

| STATE and FIELD OFFICE | OPERATOR OR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY'00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| | 430008 | 09/30/07 | LOW | YES | NO-09/30/04 | 09/04 | YES | 04151 |
| | 430093 | 09/30/07 | LOW | YES | NO-09/30/04 | 09/04 | YES | 04118 |
| | 430073 | 09/30/07 | LOW | YES | NO-09/30/04 | 09/04 | YES | 04164 |
| | 430047 | 09/30/07 | LOW | YES | NO-09/30/04 | 09/04 | YES | 04128 |
| | 430050 430111 430131 | | LOW | NO | NO-09/30/04 | 09/05 | YES | 04142 |
| | 430318 | 09/30/99 | LOW | NO | NO-09/30/05 | 09/05 | YES | 04165 |
| | 430036 | 09/30/99 | LOW | NO | NO-09/30/05 | 09/05 | YES | 24029 |
| | 430012 | 09/30/99 | LOW | NO | NO-09/30/04 | 09/04 | YES | 24035 |
| | 430079 | 09/30/99 | LOW | NO | NO-09/30/05 | 09/05 | YES | 24037 |
| | 430022 | 09/30/99 | LOW | YES | NO-09/30/04 | 09/04 | YES | 24042 |
| | 430050 | 09/30/99 | LOW | NO | NO-09/30/04 | 09/04 | YES | 24066 |
| | 430020 | 09/30/99 | LOW | YES | NO-09/30/04 | 09/04 | YES | 24067 |
| | 430307 | 09/30/99 | LOW | YES | NO-09/30/04 | 09/04 | YES | 14075 |
| | 430089 | 09/30/99 | LOW | NO | NO-09/30/04 | 09/04 | YES | 14107 |
| | 430092 | 09/30/99 | LOW | NO | NO-09/30/04 | 09/04 | YES | 04123 |
| | 430085 | 09/30/99 | LOW | NO | NO-09/30/05 | 09/05 | YES | 04163 |
| UT046 KANAB | 430024 | 09/30/99 | LOW | NO | NO-09/30/04 | 09/04 | YES | 04143 |
| | 430125 430126 | 09/30/99 | LOW | NO | NO-09/30/06 | 09/06 | YES | 25052 |
| | 430137 | 09/30/99 | LOW | NO | NO-09/30/05 | 09/05 | YES | 25044 |
| | 430164 | 09/30/99 | LOW | NO | NO-09/30/06 | 09/06 | YES | 25053 |

3674

| STATE and FIELD OFFICE | OPERAT OR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY'00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| | 430165 | | | | | | | |
| | 430128 | 09/30/99 | LOW | NO | NO-09/30/06 | 09/06 | YES | 25051 |
| | 430098 430183 430122 | 09/30/99 | LOW | NO | NO-09/30/05 | 09/05 | YES | 25046 |
| | 430164 | 09/30/99 | LOW | NO | NO-09/30/05 | 09/05 | YES | 25045 |
| | 430124 430156 | 09/30/99 | LOW | NO | NO-09/30/05 | 09/05 | YES | 25048 |
| | 430158 | 09/30/99 | LOW | NO | NO-09/30/05 | 09/05 | YES | 25047 |
| | 430034 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 04112 |
| | 430061 | 09/30/05 | LOW | NO | NO-09/30/05 | 09/05 | YES | 24002 |
| | 430062 430091 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 24004 |
| | 430005 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 24007 |
| | 430081 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 24012 |
| | 430087 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 24016 |
| | 430005 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 24024 |
| | 430060 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 24034 |
| | 430118 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 24032 |
| UT046 KANAB | 430024 | 09/30/99 | LOW | NO | NO-09/30/04 | 09/04 | YES | 04143 |
| | 430035 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 24049 |
| | 430034 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 14062 |
| | 430024 | 09/30/99 | LOW | NO | NO-09/30/04 | 09/04 | YES | 04143 |

| STATE and FIELD OFFICE | OPERAT OR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| | 430018 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 24077 |
| | 430078 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 24080 |
| | 430051 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 14099 |
| | 430081 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 04113 |
| | 430053 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 04122 |
| | 430054 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 04129 |
| | 430030 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 04138 |
| | 430086 | 09/30/07 | LOW | NO | NO-09/30/05 | 09/05 | YES | 14070 |
| | 430112 | 09/30/99 | LOW | NO | NO-09/30/05 | 09/05 | YES | 25049 |
| UT050 RICHFIELD | 430633 | 8/31/99 | low | no | yes | 2/9/00 | no | 06051 06052 |
| UT050 | 435020 | 9/30/99 | low | no | yes | 3/13/00 | no | 00802 00824 |
| UT050 | 435021 | 9/30/99 | low | no | yes | 2/9/00 | no | 01711 01729 |
| UT050 | 435024 | 9/30/99 | low | no | yes | 7/31/00 | yes | 00843 |
| UT050 RICHFIELD | 435044 | 9/30/99 | low | no | yes | 2/8/00 | no | 00215 |
| UT050 | 435092 | 9/30/99 | high | yes | yes | 9/9/99 | yes | 00607 00612 |
| UT050 | 435156 | 9/30/99 | low | no | yes | 2/8/00 | no | 00223 |
| UT050 | 435169 | 9/30/99 | low | no | yes | 7/1/00 | no | 00842 |

3676

| STATE and FIELD OFFICE | OPERATOR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY'00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| UT050 | 435241 | 9/30/99 | low | no | yes | 2/8/00 | no | 00219 |
| UT050 | 435373 | 9/30/99 | low | no | yes | 2/8/00 | no | 00203 |
| UT050 | 435749 | 9/30/99 | low | no | yes | 7/1/00 | no | 00725 |
| UT050 | 435777 | 9/30/99 | high | no | yes | 7/1/00 | yes | 00102 |
| UT050 | 435778 | 9/30/99 | high | no | yes | 7/1/00 | yes | 00102 00103 |
| UT050 | 435818 | 9/30/99 | low | yes | yes | 2/1/00 | no | 00731 00742 |
| UT050 | 435846 | 9/30/99 | high | yes | yes | 7/1/00 | yes | 00107 00702 |
| UT050 | 435925 | 9/30/99 | high | yes | yes | 7/1/00 | yes | 00107 00723 |
| UT050 | 435930 | 9/30/99 | high | no | yes | 7/1/00 | yes | 00901 |
| UT050 | 435011 | 2/28/00 | low | no | yes | 7/1/00 | yes | 00832 |
| UT050 | 435026 | 2/28/00 | low | no | yes | 6/1/00 | no | 01705 |
| UT050 | 435027 | 2/28/00 | low | no | yes | 6/1/00 | no | 01705 |
| UT050 | 435041 | 2/28/00 | low | no | yes | 2/8/00 | no | 00202 |
| UT050 | 435097 | 2/28/00 | low | no | yes | 7/1/00 | no | 00827 |
| UT050 RICHFIELD | 435214 | 2/28/00 | low | no | yes | 7/1/00 | no | 00205 00209 00216 |
| UT050 | 435708 | 11/1/99 | high | no | yes | 7/1/00 | no | 00902 |
| UT050 | 435768 | 12/31/99 | low | no | yes | 7/1/00 | no | 00729 |
| UT050 | 435780 | 3/1/00 | high | no | yes | 7/1/00 | yes | 00102 00111 |

| STATE and FIELD OFFICE | OPERATOR OR NUMBER (PERMIT or LEASED) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| UT050 | 435817 | 12/31/99 | high | yes | yes | 7/1/00 | no | 00701 00702 00721 |
| UT050 | 435824 | 12/31/99 | low | no | yes | 7/1/00 | no | 00729 |
| UT050 | 435841 | 10/27/99 | high | yes | yes | 7/1/00 | yes | 00613 |
| UT050 | 435901 | 6/19/00 | low | no | yes | 7/1/00 | no | 00740 |
| UT050 | 435914 | 2/28/00 | high | no | yes | 7/1/00 | yes | 00110 00737 |
| UT050 | 435916 | 2/28/00 | high | no | yes | 7/1/00 | yes | 00100 00731 |
| UT060 MOAB | Note: Moab Field Office has nothing to report as all of our permits that have expired in FY1999 and FY2000 have been reissued with the benefit of appropriate consultation, standards and guidelines assessment, and full NEPA. | | | | | | | |
| UT070 PRICE | 437039 | 09/30/99 | HIGH HIGH HIGH HIGH HIGH | YES YES NO NO NO | YES YES YES YES YES | 09/24/99 09/28/99 02/18/00 01/26/00 07/01/00 | YES YES YES YES YES | 14101 Rock Creek 14125 Price River South 14128 Kyune I 24056 Icelander 24062 Kyune II |
| | 437006 | 02/28/00 | LOW LOW HIGH | NO NO YES | NO 06/01/07 YES YES | 06/01/08 03/13/00 12/15/99 | NO 06/01/07 YES YES | 24069 Lucky Lemon Flat 24071 |

3678

| STATE and FIELD OFFICE | OPERATOR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Marsing 34055 Humbug |
| | 437051 | 12/31/99 | HIGH | YES | YES | 07/01/00 | YES | 34049 Green River |
| | 437052 | 11/10/99 | LOW | YES | YES | 09/01/00 | YES | 14110 Summerville |
| | | | LOW | YES | YES | 09/01/00 | YES | 24031 Cove |
| | | | LOW | YES | YES | 09/01/00 | YES | 34029 Coon Spring |
| | | | LOW | NO | YES | 06/01/00 | YES | 34081 North Olsen Lake |
| | | | LOW | NO | YES | 06/01/00 | YES | 34095 Price River North |
| | 437012 | 02/28/00 | LOW | YES | YES | 07/01/00 | YES | 34029 Coon Spring |
| | | | LOW | YES | YES | 05/15/00 | YES | 35039 Little Holes |
| UT-070 PRICE | 437117 | 12/31/99 | LOW | NO | YES | 06/10/99 | NO 06/01/09 | 14113 Trail Springs |
| | | | LOW | NO | YES | 06/01/00 | YES | 34090 Pinnacle Bench |
| | | | LOW | NO | YES | 06/01/00 | YES | 34093 Porphyry Bench |
| | | | LOW | NO | YES | 06/01/00 | YES | 34074 Miller Creek |
| | | | LOW | NO | YES | 09/01/00 | YES | 24053 Hayes Wash |
| | | | LOW | NO | YES | 09/01/00 | YES | 24086 Price Canyon - East |
| | 437119 | 11/30/99 | LOW | NO | YES | 07/01/00 | YES | 14073 Max Canyon |
| | | | HIGH | NO | YES | 07/01/00 | YES | 34038 Dry |

3679

| STATE and FIELD OFFICE | OPERATOR OR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY'00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) Canyon |
|---|---|---|---|---|---|---|---|---|
| UT-060 VERNAL | 438069 | 10/17/98 | DNA | NO | YES | 6/00 | NO-09/30/01 | 04879 |
| | 438091 | 08/07/99 | DNA | NO | YES | 6/00 | NO-09/30/01 | 04878 |
| | 438100 | 05/27/99 | DNA | NO | YES | 6/00 | NO-09/30/01 | 04873 04875 |
| | 438163 | 01/28/99 | LOW | YES | NO | 8/01 | YES | 15878 |
| | 438206* | 02/28/99 | LOW | YES | NO | 12/00 | YES | 08809 08810 08811 |
| | 438208 | 02/28/99 | HIGH | YES | NO | 12/01 | YES | 08825 08826 08827 08833 |
| UT080 VERNAL | 438216 | 02/28/99 | HIGH | YES | NO | 12/01 | YES | 08814 08827 08828 |
| | 438219 | 11/01/92 | HIGH | YES | YES | 9/00 | NO-09/30/06 | 08821 |
| | 438042 | 01/03/00 | HIGH | YES | YES | 9/00 | YES | 04854 |
| | 438065 | 02/28/00 | DNA | NO | YES | 6/00 | NO-09/30/01 | 04874 04875 |
| | 048066 | 02/28/00 | DNA | NO | YES | 6/00 | NO-09/30/01 | 04876 |
| | 438229 | 9/27/00 | HIGH | YES | NO | 12/01 | YES | 08803 08804 08805 08806 08812 08814 |

| STATE and FIELD OFFICE | OPERATOR OR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY'00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| | 438250 | 10/31/99 | HIGH | YES | NO | 12/01 | YES | 08818 08822 08823 08824 08831 |
| | 438024 | 2/28/01 | LOW | NO | NO | Permit Cancelled | | 04880 |
| | 438224 | 09/30/99 | HIGH | YES | YES | 9/00 | YES | 15824 15838 15862 |
| | 438025 | 02/28/01 | LOW | YES | NO | 01/15/01 | YES | 14833 |
| | 438026 | 02/28/01 | LOW | YES | NO | 01/15/01 | YES | 04834 |
| | 438045 | 02/28/01 | LOW | YES | NO | 01/15/01 | YES | 04857 |
| UT080 VERNAL | 438083 | 02/28/01 | LOW | YES | NO* | 01/15/01 | YES | 14826 |
| | 438215 | 11/12/01 | HIGH | NO | NO | 12/31/00 | YES | 15863 |
| | 438224 | 09/30/99 | HIGH | YES | YES | 9/00 | YES | 15824 15838 15862 |
| UT-080 VERNAL | Note: * 2 of these allotments are involved with the NOSR2 situation with DOE, due to historic nonuse on the part of the Tribe (over 15 years), BLM is proposing to cancel this permit. | | | | | | | |
| UT090 MONTICELLO | 436607 | 09/30/99 | Low | Yes | Yes | 06/00 | Yes | 06805 |
| UT090 | 436609 | 09/30/99 | High | Yes | No  09/30/02 | 06/00 | No  09/30/02 | 06823 |
| UT090 | 436615 | 09/30/99 | Low | Yes | No  09/30/03 | 06/00 | No  09/30/03 | 06840 |

3681

| STATE and FIELD OFFICE | OPERAT OR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| UT090 | 436621 | 09/30/99 | Low | Yes | Yes | 06/00 | Yes | 06839 |
| UT090 | 436622 | 09/30/99 | Low | Yes | No 09/30/04 | 06/00 | No 09/30/04 | 06837 |
| UT090 | 436642 | 09/30/99 | Low / Low | Yes | Yes / No 09/30/03 | 09/00 / 06/00 | No 09/30/02 / No 09/30/03 | 06836 / 06849 |
| UT090 | 436646 | 09/30/99 | Low | Yes | Yes | 09/00 | Yes | 04830 |
| UT090 | 436647 | 09/30/99 | Low | Yes | No 09/30/02 | 06/00 | No 09/30/02 | 06831 |
| UT090 | 436650 | 09/30/99 | Low | Yes | Yes | 06/00 | Yes | 06803 |
| UT090 | 436701 | 09/30/99 | Low | Yes | No 09/30/04 | 06/00 | No 09/30/04 | 04826 |
| UT090 | 436704 | 09/30/99 | Low | Yes | Yes | 06/00 | Yes | 04807 |
| UT090 | 436705 | 09/30/99 | Low | Yes | No 09/30/04 | 06/00 | No 09/30/04 | 04806 |
| UT090 MONTICELLO | 436708 | 09/30/99 | High / High / High / Low | Yes / Yes / Yes / Yes | No / No / No / No | 06/00 / 06/00 / 06/00 / 06/00 | No 09/30/02 / No 09/30/02 / No 09/30/02 / No 09/30/02 | 04811 / 04812 / 04813 / 04824 |
| UT090 | 436725 | 09/30/99 | Low | Yes | Yes | 09/00 | Yes | 06852 |
| UT090 | 436633 | 09/30/99 | Low | Yes | No 09/30/03 | 06/00 | No 09/30/03 | 06827 |
| UT090 | 436707 | 09/30/99 | Low | Yes | Yes | 09/00 | Yes | 04810 |
| UT090 | 436712 | 09/30/99 | Low / Low | Yes | Yes / Yes | 09/00 / 09/00 | Yes / Yes | 04817 / 04833 |
| UT090 | 436652 | 09/30/99 | Low / Low | Yes | Yes / Yes | 06/00 / 06/00 | Yes / Yes | 06835 / 06838 |
| UT090 | 436603 | 09/30/99 | Low | Yes | Yes | 09/00 | Yes | 08038 |
| UT090 | 436717 | 09/30/99 | Low / Low / Low | Yes | Yes / Yes / Yes | 06/00 / 06/00 / 06/00 | Yes / Yes / Yes | 04802 / 04803 / 04832 |
| UT090 | 436621 | 09/30/99 | Low | Yes | Yes | 06/00 | Yes | 06803 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UT090 | 436616 | 09/30/99 | Low | Yes | Yes | 09/00 | Yes | | 06814 |
| UT090 | 436628 | 09/30/99 | Low | Yes | Yes | 09/00 | Yes | | 06813 |
| UT090 | 436714 | 09/30/99 | Low | Yes | Yes | 09/00 | Yes | | 04818 |
| UT090 | 436601 | 09/30/99 | Low | Yes | Yes | 06/00 | Yes | | 06816 |
| UT090 | 436640 | 09/30/99 | Low | Yes | Yes | 06/00 | Yes | | 06818 |
| UT090 | 436641 | 09/30/99 | Low | Yes | No 09/30/04 | 06/00 | No 09/30/04 | | 06830 |
| UT090 | 436721 | 09/30/99 | Low<br>Low | Yes | No 09/30/04<br>Yes | 09/00<br>06/00 | No 09/30/05<br>Yes | | 04825<br>04827 |
| UT090 | 436714 | 09/30/99 | Low | Yes | Yes | 06/00 | Yes | | 04831 |