GSCENM  Utah  Proposed Grazing Permit and Lease Analysis and Assessment Schedule  5/24/00

| STATE and FIELD OFFICE | OPERATOR NUMBER (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY'00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| UT030 MONUMENT | 430501 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 04134 14105 |
| | 430006 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 24082 |
| | 430007 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 14120 |
| | 430011 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 04130 |
| | 430343 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15011 25014 |
| | 430500 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 04102 |
| | 430014 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 04121 24055 |
| | 430507 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25002 25026 |
| | 430013 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 04161 14009 |
| | 430016 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 24044 24064 |
| | 430308 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15004 25005 25006 25020 |
| | 430511 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15004 |
| | 430378 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15004 25006 |
| STATE and FIELD OFFICE | OPERATOR NUMBER | PERMIT OR LEASE EXPIRATION | PRIORITY FOR NEPA ANALYSIS | SECTION 7 ESA CONSULTATION REQUIRED | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN | PROPOSED DATE FOR ISSUING GRAZING PERMIT or | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? | ASSOCIATED ALLOTMENT |

3684

| STATE and FIELD OFFICE | OPERAT OR NUMBER | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY'00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| UT030 MONUMENT | 430379 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15004 25006 |
| | 430107 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15011 |
| | 430310 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 14004 25006 |
| | 430306 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25034 |
| | 430021 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 24030 |
| | 430315 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25018 |
| | 430313 | 09/30/00 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15004 15011 |
| | 430314 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 06033 |
| | 430506 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15024 |
| | 430635 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25016 |
| | 430320 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25006 |
| | 430026 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15004 25021 |
| | 430027 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25021 |
| | 430505 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 14120 |
| | 430100 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15011 |
| | 430180 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 04111 |
| | 430071 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15004 |
| | 430044 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 24083 |
| | 430182 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 24008 24041 |

| STATE and FIELD OFFICE | OPERATOR NUMBER | (PERMIT or LEASE) | PERMIT OR LEASE EXPIRATION DATE | PRIORITY FOR NEPA ANALYSIS (HIGH or LOW) | SECTION 7 ESA CONSULTATION REQUIRED (YES or NO) | WILL PERMIT HAVE NEPA and OTHER REQUIRED REVIEWS COMPLETED IN FY'00? IF NOT WHEN? | PROPOSED DATE FOR ISSUING GRAZING PERMIT or LEASE DECISION | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR RANGELAND HEALTH STANDARDS? IF NOT WHEN? | ASSOCIATED ALLOTMENT NUMBER(s) |
|---|---|---|---|---|---|---|---|---|---|
| UT030 MONUMENT | 430046 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 14071 24081 |
| | 430330 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25034 |
| | 430510 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25034 |
| | 430055 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 14120 |
| | 430502 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 04124 25034 |
| | 430318 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 04135 |
| | 430058 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 24065 |
| | 430345 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 06033 |
| | 430105 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25018 |
| | 430043 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 24060 |
| | 430666 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15011 |
| | 430508 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 04145 25015 |
| | 430342 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 24018 |
| | 430373 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25020 |
| | 430347 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25023 |
| | 430346 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25023 |
| | 430509 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25025 |
| | 430101 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15011 |
| | 430352 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25034 |
| | 430181 | | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 04161 |

3686

| STATE and FIELD | (PERMIT or LEASE) | N DATE | (HIGH or LOW) | (YES or NO) | FY'00? IF NOT WHEN? | LEASE DECISION | IF NOT WHEN? | |
|---|---|---|---|---|---|---|---|---|
| UT030 MONUMENT | 430355 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25006 |
| | 430072 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15003 24027 |
| | 430627 | 10/31/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 06014 |
| | 430189 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 24043 |
| | 430083 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25055 |
| | 430103 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15011 |
| | 430099 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15011 |
| | 430370 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 25006 |
| | 430109 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15011 |
| | 430042 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 14086 |
| | 430504 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 04134 |
| | 430106 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15011 |
| | 430108 | 09/30/99 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 15011 |
| | 430539 | 04/30/00 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 05927 |
| | 430037 | 01/01/00 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 06020 |
| | 430543 | 04/30/00 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 05931 |
| | 430542 | 04/30/00 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 05930 |
| | 430537 | 04/30/00 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 05926 |
| | 430540 | 04/30/00 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 05928 |
| | 430614 | 9/30/00 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 06005 |
| | 430541 | 04/30/00 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 05929 |
| | OPERATOR | PERMIT OR LEASE | PRIORITY FOR NEPA | SECTION 7 ESA CONSULTATION | WILL PERMIT HAVE NEPA and OTHER REQUIRED | PROPOSED DATE FOR ISSUING | WILL ASSOCIATED ALLOTMENT BE CONCURRENTLY ASSESSED FOR | ASSOCIATED ALLOTMENT |

3687

| OFFICE | NUMBER (PERMIT or LEASE) | EXPIRATION DATE | ANALYSIS (HIGH or LOW) | REQUIRED (YES or NO) | REVIEWS COMPLETED IN FY'00? IF NOT WHEN? | GRAZING PERMIT or LEASE DECISION | RANGELAND HEALTH STANDARDS? IF NOT WHEN? | NUMBER(s) |
|---|---|---|---|---|---|---|---|---|
| UT030 MONUMENT | 430608 | 06/15/00 | High | Yes | No - 12/31/02 | 01/01/03 | Yes | 06023 |

3688