

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Utah State Office
P.O. Box 45155
Salt Lake City, UT 84145-0155
www.ut.blm.gov

IN REPLY REFER TO:
4130
(UT- 933)

FEB 0 5 2003

Memorandum

To:        Assistant Director, Renewable Resources and Planning (WO-200, 5650 MIB)
Through:   Richard Mayberry (WO-220, 314 LS)

From:      State Director

Subject:   Reply to IM 2003-071, Eliminating Grazing Permit Renewal Backlog.

In response to IM 2003-071 Utah is submitting two 10-year schedules (tables) for the renewal of grazing permits. The first table shows what Utah can reasonably accomplish with current staffing and funding. The second table identifies a schedule to eliminate the grazing permit renewal as required in the IM, but with the limitation that additional resources are necessary to accomplish it. Details about each schedule and table are presented in following paragraphs.

The first table, dated July of 2002 was submitted at the request of the Washington Office Range staff. At that time, Field Office input was obtained regarding their permit renewal schedule, Standards Assessment schedule and current staffing capabilities. As a result of the data call, this table was developed and is Utah's best estimate of our capabilities for permit renewals for the next seven years. This table was consistent with the RAS data supplied by Leon Pack at that time. The table is also believed to be consistent with the renewal of all 1999 and 2000 permits under the rider. The 5 permits shown in 2005 are permits that have expired due to shortened permit lengths resulting from base property leases or other management issues or concerns as provided for in the grazing regulations.

It should be noted that due to the 12 year time period covered by the table, it tracks not only permits that were renewed under the rider but also those that have been "fully processed" and have once again expired. As a result, although Utah is scheduled to "fully process" all of its permits by 2012, the table will not balance to zero in 2012 as permits renewed in the past again expire and result in a permit renewal workload that is unattainable under current funding conditions.

In the past two years the Utah State Office, in compliance with the Washington Office Technical Program Review of 1999 and subsequent follow up reviews, has been very active in working with the Field Offices to improve our NEPA and decision making processes. This work emphasizes a consistent approach across that State to produce quality NEPA documents and decisions that are legally defensible. We do not believe it would be wise to try and meet an unrealistic schedule

when the litigative and political stakes are so high for both Utah and the BLM. Utah is being challenged on nearly every grazing permit renewal EA and decision. Even the simplest EAs and decisions, such as was the case with an isolated custodial allotment in the Monticello Field Office, are being appealed. The appeal and litigation of 149 permits in the Salt Lake Field Office is a strong indicator of the need to do quality and defensible EAs and decisions upfront and of the additional workload and impacts associated with grazing permit renewals in Utah. With competing workloads such as drought, Standards Assessment, Oil and Gas development, court hearings, and the complexity of NEPA documents due to WSA, T&E species and intense public scrutiny, it is not realistic to increase the workload above that proposed in this July permit renewal table.

The second permit renewal table, dated February 2002, balances the permit renewals by the beginning of FY 2009 as required in IM 2003-071. To meet that objective the number of permit renewals was increased by 20 permits each year in years 2004 through 2008. As identified earlier, this can only be accomplished with additional funding and resources. This is approximately a 20% increase in permit renewals in years 2004, 2006, 2007 and 2008. The increase in 2005 is only 7% due to the increased number of scheduled permit renewals resulting from the completion of the Grazing EIS in the GSENM. As previously mentioned, to balance the table after 2008 is not realistic as the "fully processed" permits from previous years are expiring and add to the workload.

Both tables are based on the assumption that at least the current levels of funding will be maintained, including an inflation allowance, and also include the one time add on funds that the State has received the past couple of years. In addition, table two is only realistic with increased funding to support the 20% increase in permit renewal workload, which includes some additional data collection and compilation and conducting defensible NEPA analysis and EA development with a complete interdisciplinary team.

Utah believes that there is a better option than the required table to track "fully processed" permits. The RAS system currently contains an entry that identifies the type of authorization under which a permit is issued. This established tracking system should be implemented over the next two to three months. Using the RAS system, the number of "fully processed" permits can be tracked and an accurate assessment of each State's ability to complete this workload can be made. With this data the BLM should be able to make a very strong statement to Congress on the huge amount of work that is being completed in this area. By providing adequate time for this process to be completed, BLM can provide the type of resource management and public involvement that is being expected of them.

Please contact Larry Lichthardt (801) 539-4168 with any questions about grazing permit renewals in Utah.

Enclosure: Utah Grazing Permit Tracking Table, July 2002
    Utah Grazing Permit Backlog Elimination Schedule, February 2003

**WO Budget Tracking File of:**
**Grazing Permits**
**Utah (7-22-02)**

### Grazing Permit Tracking

#### Sec. 1: Grazing Permits Expiring/Processed

| Fiscal Year | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Permits Expiring | 405 | 139 | 96 | 114 | 74 | 146 | 70 | 86 | 220 | 126 | 168 | 196 |
| Permits Fully Processed | 129 | 88 | 259 | 58 | 124 | 104 | 278 | 104 | 110 | 137 | 173 | 150 |

#### Sec. 2: Grazing Permits/Leases Issued Under Expiration Schedule

##### Annual Permits Issued

| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999 permits | 279 | | | | | | | | | | | |
| 2000 permits | | 256 | 96 | | | | | | | | | |
| 2001 permits | | | 55 | 51 | 15 | | | | | | | |
| 2002 permits | | | 47 | 44 | 40 | 31 | | | | | | |
| 2003 permits | | | | 83 | 63 | 32 | 17 | 17 | 17 | 17 | 17 | 17 |
| 2004 permits | | | | | 47 | 33 | 23 | 18 | 15 | 13 | 11 | 11 |
| 2005 permits | | | | | | 93 | 9 | 4 | 4 | 4 | 2 | 7 |
| 2006 permits | | | | | | | 16 | 10 | 7 | 7 | 5 | 1 |

##### Forecasted Permits Issued

| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|
| 2005 permits | 5 | 0 | 0 | 0 | 0 | 0 |
| 2006 permits | 0 | 0 | 0 | 0 | 0 | 0 |
| 2007 permits | | 29 | 23 | 19 | 19 | 14 |
| 2008 permits | | | 111 | 71 | 32 | 6 |
| 2009 permits | | | | 46 | 37 | 34 |
| 2010 permits | | | | | 36 | 16 |
| | | | | | | 80 |

Bureau Strategy: Over the next 7 years, about 1300 - 1500 grazing permits will expire annually. The Bureau, permittees, and other interested parties have recognized the need to have sound data to make decisions. In order to better utilize its resources, the BLM is refocusing its efforts on gathering and analyzing data in high-priority areas (watersheds), those with significant resource conflicts) and completing administrative processes on grazing permits that expire in those areas. Those permits in low-priority areas which are at a low risk of challenge are being renewed using appropriation language, and the BLM is planning to complete administrative processes on those permits when the high-priority watersheds are completed. This strategy will allow the Bureau to issue sound decisions in areas with significant resource use conflicts.

Coupling grazing permit renewals with high-priority land health evaluations ensures that those expiring permits linked to priority watersheds receive first attention on an annual basis. Issuing grazing permits in high-priority watersheds will include a full evaluation of rangeland health standards, analysis of environmental impacts, and consultation regarding effects on threatened and endangered species. Gathering monitoring data and evaluating rangeland health standards on lower-priority watersheds will be deferred until high-priority areas are completed. Reviewing some non-expiring permits in priority watersheds will also eliminate renewal "spikes".

The BLM plans to use resources to gather adequate data in high-priority watersheds now in order to avoid using scarce resources (BLM and Department of Justice) for responding to appeals and litigation. Using resources to complete administrative processes on expiring permits in low-priority areas increases probability of litigation and using an even greater amount of resources to respond to appeals and litigation.

Key Point: For FY 2003, the Bureau continues to issue grazing permits either with all administrative processes complete, or using appropriation language to renew expiring permits untill all processes can be completed. Having adequate information to complete environmental analysis and making sound, defensible decisions is a priority. Appeals of grazing decisions have primarily been based on whether or not the Bureau used appropriate data and completed adequate NEPA documentation. Recognizing the need to base decisions on good information, Congress has directed the Secretary of Agriculture and the Secretary of the Interior to develop a strategy and budget proposal for completing soil surveys and range inventories over the next 10 years. This report will be coordinated between the Departments, and will include consultation with professional organizations and others.

## Grazing Permit Backlog Elimination Schedule
### Utah (2/5/03)

#### Sec 1. Grazing Permit Renewal Tracking

| Fiscal Year | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Permits Expiring | 405 | 139 | 96 | 114 | 60 | 144 | 67 | 91 | 217 | 123 | 169 | 200 |
| Permits Fully Processed | 129 | 88 | 259 | 58 | 124 | 124 | 298 | 124 | 131 | 158 | 169 | 200 |

#### Sec 2. Grazing Permit Leases Issued Under Authorization Language

| Actual Carryover | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999 permits | 279 | 256 | 96 | 79 | 53 | 44 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000 permits | | 96 | 55 | 51 | 15 | 15 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2001 permits | | | 47 | 44 | 40 | 16 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2002 permits | | | | 83 | 63 | 32 | 4 | 1 | 0 | 0 | 0 | 0 |
| 2003 permits | | | | | 22 | 8 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2004 permits | | | | | | 133 | 42 | 17 | 5 | 0 | 0 | 0 |
| 2005 permits | | | | | | | 13 | 2 | 2 | 0 | 0 | 0 |
| 2006 permits | | | | | | | | 29 | 13 | 0 | 0 | 0 |
| 2007 permits | | | | | | | | | 15 | 0 | 0 | 0 |
| 2008 permits | | | | | | | | | | | 0 | 0 |
| 2009 permits | | | | | | | | | | | | 0 |
| 2010 permits | | | | | | | | | | | | |
| Sum | 279 | 352 | 198 | 257 | 193 | 248 | 59 | 49 | 35 | 0 | 0 | 0 |

As directed this table has been balanced by 2009. Beginning in 2009 fully processed permits once again come up for renewal making any additional tracking inappropriate. The only way to accurately track fully processed permits is within RAS where the permit authorization entry provides this information. This table has been changed in two ways from the original FY 2002 submission. First, the new RAS numbers have been used and secondly 20 additional permits per year have been shown as fully processed in 2004 through 2008. This was necessary so that the table would "zero out" by FY 2009 as required by IM # 2003-071. To accomplish this workload, the one time funding of received the past several years would be required. In addition, the additional 20 permits per year represents a 20% increase in the permit renewal workload and would require additional funds to accomplish. ~~require additional funds to accomplish.~~

3692