# Grazing Permit Backlog Elimination Schedule

## Arizona Strip F.O.

### Sec. 1 Grazing Permit Renewal Tracking
### Grazing Permit/Lease Expiration Schedule

| Fiscal Year | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Permits Expir | 2 | 15 | 16 | 29 | 8 | 12 | 18 | 3 | 12 | 4 | 2 | 15 |
| Permits Fully Processed | | 13 | 4 | 2 | 16 | 15 | 15 | 15 | 15 | 15 | 11 | 15 |

### Sec. 2 Grazing Permits/Leases issued under authorization language

| | Annual carry-over | | | | | | Forecasted Carry-over | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
| 1999 permits | 2 | 2 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000 permits | | 2 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2001 permits | | | 12 | 12 | 9 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2002 permits | | | | 27 | 16 | 11 | 11 | 0 | 0 | 0 | 0 | 0 |
| 2003 permits | | | | | 6 | 6 | 6 | 6 | 0 | 0 | 0 | 0 |
| 2004 permits | | | | | | 10 | 8 | 8 | 6 | 6 | 0 | 0 |
| 2005 permits | | | | | | | 10 | 9 | 8 | 0 | 0 | 0 |
| 2006 permits | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| 2007 permits | | | | | | | | | 6 | 3 | 0 | 0 |
| 2008 permits | | | | | | | | | | 0 | 0 | 0 |
| 2009 permits | | | | | | | | | | | 0 | 0 |
| 2010 permits | | | | | | | | | | | | 0 |
| sum | 2 | 4 | 16 | 43 | 35 | 32 | 35 | 23 | 20 | 9 | 0 | 0 |

Instructions for completing table:   **Section 1:**
Complete the "Permits Expiring" row using actual numbers for 1999-2002, and RAS projections for 2003-2010

Complete the "Permits Fully Processed" row using actual numbers for 1999-2002, and projections for FY2003 through FY2010. Fully processed is defined as having completed adequate environmental impact analysis and appropriate Section 7 ESA consultation.

**Section 2:**

Complete each row showing the permits that expired during that year which are carried over (not fully processed) into the year in each column. For example, if 10 permits that expired in 1999 are not fully processed until 2003, you will show the number 10 in the **row** labeled "1999 permits" in the columns labeled "1999", "2000", "2001", and "2002". You will then include those 10 permits in the "Permits Fully Processed" row of section 1, (column labeled "2003"), and show a 0 for "1999 permits" in the columns labeled "2003" through "2010"

3693