```
Form 4130-2a                UNITED  ATES              | STATE              UT
(September 1987)        DEPARTMENT OF  HE INTERIOR    | OFFIC..             050
                        BUREAU OF LAND MANAGEMENT     | OPERATOR NUMBER    435914
                                                      | PREFERENCE CODE    03
                          GRAZING PERMIT              | DATE PRINTED       02/28/00
                                                      | TERM    03/01/2000 TO 02/28/2010
```

**RECEIVED**

WILLIAMS, ROBERT G.           MAR 13 2000       BUREAU OF LAND MANAGEMENT
                                                RICHFIELD FIELD OFF.
                           HENRY MOUNTAIN 150 EAST 900 NORTH
P.O. BOX 34                                     RICHFIELD, UT 84701
TEASDALE, UT 84773 RESOURCE AREA

---

THIS GRAZING PERMIT IS OFFERED TO YOU BASED ON YOUR RECOGNIZED GRAZING PREFERENCE ON THE PUBLIC LANDS AND/OR OTHER LANDS ADMINISTERED BY THE BLM. YOU ARE AUTHORIZED TO MAKE GRAZING USE TO THE EXTENT OF YOUR ACTIVE GRAZING PREFERENCE AS SHOWN BELOW UPON YOUR ACCEPTANCE OF THE TERMS AND CONDITIONS INCORPORATED HEREIN AND YOUR PAYMENT OF GRAZING FEES.

---

| ALLOT PASTURE | LIVESTOCK NUMBER | KIND | GRAZING PERIOD BEGIN | END | %PL | TYPE USE | AUM"S |
|---|---|---|---|---|---|---|---|
| 00110 ROCKIES | | | | | | | |
| | 55 | CATTLE | 11/01 | 05/31 | 100 | ACTIVE | 383 |
| 00737 TEASDALE RANCH | | | | | | | |
| | 28 | CATTLE | 11/16 | 12/15 | 100 | ACTIVE | 28 |

---

TERMS AND CONDITIONS:

"THIS PERMIT IS RENEWED PURSUANT TO THE PROVISIONS OF SECTION 123 OF PUBLIC LAW 106-113 (ENACTED ON NOVEMBER 29, 1999). THE TERMS AND CONDITIONS OF GRAZING USE ARE THE SAME AS THOSE OF YOUR EXPIRING PERMIT, OR TO THAT OF THE TRANSFEROR'S TERMINATED PERMIT.
THE TERMS AND CONDITIONS CONTAINED IN THIS PERMIT CONTINUE IN EFFECT UNTIL SUCH TIME AS THE BUREAU OF LAND MANAGEMENT COMPLETES THE PROCESSING OF THIS PERMIT IN COMPLIANCE WITH ALL APPLICABLE LAWS AND REGULATIONS, AT WHICH TIME THIS PERMIT MAY BE CANCELED, SUSPENDED OR MODIFIED, IN WHOLE OR IN PART, TO MEET THE REQUIREMENTS OF SUCH APPLICABLE LAWS AND REGULATIONS."

YOU WILL BE ASSESSED A LATE FEE OF 10% OF THE BILL AMOUNT (NOT LESS THAN $25 OR MORE THAN $250) IF YOU DON'T PAY YOUR BILL WITHIN 15 DAYS OF THE DUE DATE.

MAINTENANCE OF RANGE IMPROVEMENTS (AS ASSIGNED) MUST BE COMPLETED BEFORE LIVESTOCK TURNOUT.

HAY PROVIDED FOR HORSES USED IN LIVESTOCK MANAGEMENT MUST BE CERTIFIED

CASE FILE

3694

Form 4130-2a
(September 1987)

OPERATOR NUMBER: 2435914

WEED FREE.

```
ALLOTMENT SUMMARY (AUM'S)
                           P R E F E R E N C E
ALLOT                      ACTIVE   SUSP    TOTAL
-----                      ------   ----    -----
00110 ROCKIES               384              384
00737 TEASDALE RANCH         28               28
```

THIS PERMIT ; 1. CONVEYS NO RIGHT, TITLE OR INTEREST HELD BY THE UNITED STATES IN ANY LANDS OR RESOURCES AND 2. IS SUBJECT TO (A) MODIFICATION, SUSPENSION OR CANCELLATION AS REQUIRED BY LAND PLANS AND APPLICABLE LAW; (B) ANNUAL REVIEW AND TO MODIFICATION OF TERMS AND CONDITIONS AS APPROPRIATE; AND (C) THE TAYLOR GRAZING ACT, AS AMENDED, THE FEDERAL LAND POLICY AND MANAGEMENT ACT, AS AMENDED, THE PUBLIC RANGELANDS IMPROVEMENT ACT, AND THE RULES AND REGULATIONS NOW OR HEREAFTER PROMULGATED THEREUNDER BY THE SECRETARY OF THE INTERIOR.

ACCEPTED:
SIGNATURE OF PERMITTEE: _[signature: Robert A. W___]_    DATE 3/10/2000

AREA MANAGER: _[signature: Gary L. Hall]_                DATE 3/23/2000

CASE FILE

3695