```
              UNITED STATES                      ½  STATE              UT
           DEPARTMENT OF THE INTERIOR            ½  OFFICE             090
           BUREAU OF LAND MANAGEMENT             ½  OPERATOR NUMBER    436633
                                                 ½  PREFERENCE CODE    03
              GRAZING PERMIT                     ½  DATE PRINTED       09/27/00
                                                 ½  TERM  03/01/2000 TO 02/28/2010
                                                 ½
                                                 ½


       PERKINS, DOROTHY                          BUREAU OF LAND MANAGEMENT
                                                 MONTICELLO FIELD OFF
       1092 E BROWNS CNY RD                      435 N MAIN--BOX 7
       (103-18)                                  MONTICELLO, UT 84535
       BLANDING, UT 84511
```

---

THIS GRAZING PERMIT IS OFFERED TO YOU BASED ON YOUR RECOGNIZED GRAZING
PREFERENCE ON THE PUBLIC LANDS AND/OR OTHER LANDS ADMINISTERED BY THE BLM.
YOU ARE AUTHORIZED TO MAKE GRAZING USE TO THE EXTENT OF YOUR ACTIVE GRAZING
PREFERENCE AS SHOWN BELOW UPON YOUR ACCEPTANCE OF THE TERMS AND CONDITIONS
INCORPORATED HEREIN AND YOUR PAYMENT OF GRAZING FEES.

---

```
ALLOT
-----                   LIVESTOCK         GRAZING PERIOD          TYPE
  PASTURE             NUMBER    KIND      BEGIN    END    %PL     USE              AUM"S
-------              -------------        ------  ------  ---     ----             -----
06827 PERKINS BROTHERS
                       30   HORSE         03/01   05/31   100    ACTIVE               91
                       30   HORSE         11/01   02/28   100    ACTIVE              118
```

---

TERMS AND CONDITIONS:

   THIS PERMIT IS RENEWED PURSUANT TO THE PROVISIONS OF SECTION 123 OF
   PUBLIC LAW 106-113 (ENACTED ON NOVEMBER 29, 1999). THE TERMS AND
   CONDITIONS OF GRAZING USE ARE THE SAME AS THOSE OF YOUR EXPIRING PER-
   MIT, OR TO THAT OF THE TRANSFEROR'S TERMINATED PERMIT.

   THE TERMS AND CONDITIONS CONTAINED IN THE PERMIT CONTINUE IN EFFECT
   UNTIL SUCH TIME AS THE BUREAU OF LAND MANAGEMENT COMPLETES THE PRO-
   CESSING OF THIS PERMIT IN COMPLIANCE WITH ALL APPLICABLE LAWS AND
   REGULATIONS, AT WHICH TIME THIS PERMIT MAY BE CANCELED, SUSPENDED OR
   MODIFIED, IN WHOLE OR IN PART, TO MEET THE REQUIREMENTS OF SUCH APPLI-
   CABLE LAWS AND REGULATIONS.
   GRAZING MANAGEMENT PRACTICES WILL COMPLY WITH STANDARDS FOR RANGELAND
   HEALTH AND GUIDELINES FOR GRAZING MANAGEMENT FOR BLM LANDS IN UTAH
   (1997)

   YOU MUST PAY YOUR BILL WITHIN 15 DAYS OF THE DUE DATE OR YOU WILL BE
   CHARGED A LATE FEE OF 10% OF THE BILL AMOUNT (NOT LESS THAN $25 OR
   MORE THAN $250). TRESPASS ACTION MAY BE TAKEN IF YOU DON'T PAY THE
   BILL WITHIN 30 DAYS OF THE DUE DATE.

CASE FILE

3696

YOU MAY NOT FEED PROTEIN SUPPLEMENTS, SALT-GRAIN MIXTURES, HAY, AND/OR OTHER ROUGHAGE ON THE PUBLIC LANDS UNLESS YOU HAVE THE AUTHORIZATION OF THE FIELD MANAGER.

YOU MUST SUBMIT AN ACTUAL USE GRAZING REPORT TO THE BLM WITHIN 15 DAYS AFTER THE END OF THE GRAZING USE PERIOD.

RANGE IMPROVEMENTS ASSIGNED IN COOPEATIVE AGREEMENTS AND RANGE IMPROVEMENT PERMITS MUST BE MAINTAINED IN USABLE CONDITION PRIOR TO LIVESTOCK USE EACH YEAR. CONSTRUCTION OF NEW RANGE IMPROVEMENTS ON BLM LANDS IS PROHIBITED WITHOUT APPROVAL FROM THE FIELD MANAGER.

UTILIZATION OF KEY FORAGE SPECIES WILL NOT EXCEED 50% OF CURRENT YEAR'S PRODUCTION.

---

ALLOTMENT SUMMARY (AUM'S)

| ALLOT | PREFERENCE | | |
|---|---|---|---|
| | ACTIVE | SUSP | TOTAL |
| 06827 PERKINS BROTHERS | 210 | | 210 |

---

THIS PERMIT ; 1. CONVEYS NO RIGHT, TITLE OR INTEREST HELD BY THE UNITED STATES IN ANY LANDS OR RESOURCES AND 2. IS SUBJECT TO (A) MODIFICATION, SUSPENSION OR CANCELLATION AS REQUIRED BY LAND PLANS AND APPLICABLE LAW; (B) ANNUAL REVIEW AND TO MODIFICATION OF TERMS AND CONDITIONS AS APPROPRIATE; AND (C) THE TAYLOR GRAZING ACT, AS AMENDED, THE FEDERAL LAND POLICY AND MANAGEMENT ACT, AS AMENDED, THE PUBLIC RANGELANDS IMPROVEMENT ACT, AND THE RULES AND REGULATIONS NOW OR HEREAFTER PROMULGATED THEREUNDER BY THE SECRETARY OF THE INTERIOR.

ACCEPTED:
SIGNATURE OF PERMITTEE: _Dorothy Perkins BLM Agent_ / _Jerold Perkins_    DATE 9-28-00

AREA MANAGER: _Sherwin N. Sandberg_ _acting_    DATE 9-28-00

CASE FILE

3697