Form 4130-2a
(September 1982)

UNITED STATES
BUREAU OF LAND MANAGEMENT

GRAZING PERMIT
SAN JUAN AREA

RECEIVED
SAN JUAN R.A.
91 SEP -5 AM 8:31
BUREAU OF LAND MANAGEMENT

OPERATOR NUMBER    436693
PREFERENCE CODE    03
DATE PRINTED       09/14/91
TERM    11/01/1991 TO 02/28/1992

PERKINS, DOROTHY

104-6 BROWN CANYON RD
BLANDING, UT 84511

BUREAU OF LAND MANAGEMENT
SAN JUAN R.A.
435 N. MAIN, BOX 7
MONTICELLO, UT 84535

---

THIS GRAZING PERMIT IS OFFERED TO YOU BASED ON YOUR RECOGNIZED GRAZING PREFERENCE ON THE PUBLIC LANDS AND/OR OTHER LANDS ADMINISTERED BY THE BLM. YOU ARE AUTHORIZED TO MAKE GRAZING USE TO THE EXTENT OF YOUR ACTIVE GRAZING PREFERENCE AS SHOWN BELOW UPON YOUR ACCEPTANCE OF THE TERMS AND CONDITIONS INCORPORATED HEREIN AND YOUR PAYMENT OF GRAZING FEES.

---

| ALLOT PASTURE | LIVESTOCK NUMBER | KIND | GRAZING PERIOD BEGIN | END | %PL | TYPE USE | AUM'S |
|---|---|---|---|---|---|---|---|
| 06827 PERKINS BROTHERS | | | | | | | |
| | 30 | HORSE | 03/01 | 05/31 | 100 | ACTIVE | 91 |
| | 30 | HORSE | 11/01 | 02/28 | 100 | ACTIVE | 119 |

---

TERMS AND CONDITIONS:

THAT PORTION OF THE GRAZING ALLOTMENT LOCATED IN GLEN CANYON NATIONAL RECREATION AREA IS SUBJECT TO CANCELLATION OR MODIFICATION OF THOSE GRAZING PRIVILEGES WHEN SUCH LANDS ARE REQUIRED FOR RECREATIONAL DEVELOPMENT. CANCELLATION AND MODIFICATION WILL OCCUR AS SPECIFIED IN BLM REGULATIONS 43 CFR 4100.

THIS PERMIT DOES NOT EXEMPT THE HOLDER FROM COMPLIANCE WITH ALL LAWS, REGULATIONS AND MANAGEMENT PLANS GOVERNING THE PUBLIC USE AND ADMINISTRATION OF GLEN CANYON NATIONAL RECREATION AREA.

USE OF ALL MOTORIZED EQUIPMENT IN NONDESIGNATED AREAS IS NOT AUTHORIZED WITHOUT PRIOR APPROVAL.

SUPPLEMENTAL FEEDING OF PROTEIN SUPPLEMENTS, SALT-GRAIN MIXTURES, HAY, AND/OR OTHER ROUGHAGE ON NATIONAL RESOURCE LANDS IS PROHIBITED WITHOUT WRITTEN AUTHORIZATION FROM THE AREA MANAGER. AN ACTUAL GRAZING USE REPORT MUST BE SUBMITTED TO THE BLM WITHIN 15 DAYS AFTER THE END OF THE GRAZING USE PERIOD. PERMITTEE WILL MAINTAIN ASSIGNED IMPROVEMENTS. THE REQUIREMENT TO MAINTAIN THESE IMPROVEMENTS IN CURRENT USABLE CONDITION IS A CONDITION OF THIS LICENSE.

---

CASE FILE

3698

OPERATOR NUMBER:    43669

ALLOTMENT SUMMARY (AUM'S)

| ALLOT | PREFERENCE | | |
|---|---|---|---|
| | ACTIVE | SUSP | TOTAL |
| 06927 PERKINS BROTHERS | 210 | | 210 |

---

THIS PERMIT ; 1. CONVEYS NO RIGHT, TITLE OR INTEREST HELD BY THE UNITED STATES IN ANY LANDS OR RESOURCES AND 2. IS SUBJECT TO (A) MODIFICATION, SUSPENSION OR CANCELLATION AS REQUIRED BY LAND PLANS AND APPLICABLE LAW; (B) ANNUAL REVIEW AND TO MODIFICATION OF TERMS AND CONDITIONS AS APPROPRIATE; AND (C) THE TAYLOR GRAZING ACT, AS AMENDED, THE FEDERAL LAND POLICY AND MANAGEMENT ACT, AS AMENDED, THE PUBLIC RANGELANDS IMPROVEMENT ACT, AND THE RULES AND REGULATIONS NOW OR HEREAFTER PROMULGATED THEREUNDER BY THE SECRETARY OF THE INTERIOR.

ACCEPTED:
SIGNATURE OF PERMITTEE: _Dorothy Perkins_    DATE _Sept. 1991_
AREA MANAGER: _Edward P. Schwich_    DATE _9/13/91_

CASE FILE

3699