UNITED STATES
DEPARTMENT OF T. INTERIOR
BUREAU OF LAND MANAGEMENT

GRAZING PERMIT

```
STATE                    UT
OFFI                     069
OPERATOR NUMBER       436633
PREFERENCE CODE           03
DATE PRINTED        11/20/89
TERM    11/01/1989 TO 02/28/1998
```

PERKINS, DOROTHY

104-6 BROWN CANYON RD
BLANDING, UT 84511

BUREAU OF LAND MANAGEMENT
SAN JUAN R.A.
435 N. MAIN; BOX 7
MONTICELLO, UT 84535

---

THIS GRAZING PERMIT IS OFFERED TO YOU BASED ON YOUR RECOGNIZED GRAZING PREFERENCE ON THE PUBLIC LANDS AND/OR OTHER LANDS ADMINISTERED BY THE BLM. YOU ARE AUTHORIZED TO MAKE GRAZING USE TO THE EXTENT OF YOUR ACTIVE GRAZING PREFERENCE AS SHOWN BELOW UPON YOUR ACCEPTANCE OF THE TERMS AND CONDITIONS INCORPORATED HEREIN AND YOUR PAYMENT OF GRAZING FEES.

---

| ALLOT PASTURE | LIVESTOCK NUMBER | KIND | GRAZING BEGIN | PERIOD END | %PL | TYPE USE | AUM"S |
|---|---|---|---|---|---|---|---|
| 6827 PERKINS BROTHERS | | | | | | | |
| | 30 | HORSE | 03/01 | 05/31 | 100 | ACTIVE | 91 |
| | 30 | HORSE | 11/01 | 02/28 | 100 | ACTIVE | 118 |
| 8034 WILLOW CREEK | | | | | | | |
| | 61 | CATTLE | 05/20 | 06/30 | 100 | ACTIVE | 84 |

---

TERMS AND CONDITIONS:

SUPPLEMENTAL FEEDING OF PROTEIN SUPPLEMENTS, SALT-GRAIN MIXTURES, HAY, AND/OR OTHER ROUGHAGE ON NATIONAL RESOURCE LANDS IS PROHIBITED WITHOUT WRITTEN AUTHORIZATION FROM THE AREA MANAGER. AN ACTUAL GRAZING USE REPORT MUST BE SUBMITTED TO THE BLM WITHIN 15 DAYS AFTER THE END OF THE GRAZING USE PERIOD. PERMITTEE WILL MAINTAIN ASSIGNED IMPROVEMENTS. THE REQUIREMENT TO MAINTAIN THESE IMPROVEMENTS IN CURRENT USABLE CONDITION IS A CONDITION OF THIS LICENSE.

---

ALLOTMENT SUMMARY (AUM'S)

| ALLOT | PREFERENCE ACTIVE | SUSP | TOTAL |
|---|---|---|---|
| 6827 PERKINS BROTHERS | 210 | | 210 |
| 8034 WILLOW CREEK | 84 | | 84 |

*no longer has Willow Creek 8-16-91*

---

THIS PERMIT ; 1. CONVEYS NO RIGHT, TITLE OR INTEREST HELD BY THE UNITED STATES IN ANY LANDS OR RESOURCES AND 2. IS SUBJECT TO (A) MODIFICATION, SUSPENSION OR

CASE FILE

3700

OPERATOR NUMBER:   436633

ANCELLATION AS REQUIRED BY LAND PLANS AND APPLICABLE LAW; (B) ANNUAL REVIEW
ND TO MODIFICATION OF TERMS AND CONDITIONS AS APPROPRIATE; AND (C) THE TAYLOR
RAZING ACT, AS AMENDED, THE FEDERAL LAND POLICY AND MANAGEMENT ACT, AS
MENDED, THE PUBLIC RANGELANDS IMPROVEMENT ACT, AND THE RULES AND REGULATIONS
OW OR HEREAFTER PROMULGATED THEREUNDER BY THE SECRETARY OF THE INTERIOR.

CCEPTED:
IGNATURE OF PERMITTEE: _Dorothy Lehine_ DATE _Nov. 29-89_
REA MANAGER: _Edward K. Shewel_ DATE _11-29-89_

CASE FILE

3701