IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS<br>and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>GALE NORTON, in her official capacity as<br>Secretary of the Interior; NATIONAL PARK<br>SERVICE; and BUREAU OF LAND<br>MANAGEMENT<br><br>Defendants. | Case No. 1:05cv01433 (ESH) |

### Declaration of Sandra Dowdy

(1) I, Sandra Dowdy, am employed by the Bureau of Land Management ("BLM") in Salt Lake City, Utah, as the Litigation Coordinator involving the BLM's Utah State and field offices. I have been employed in this capacity from June, 2004 to present. My duties include: tracking current Federal litigation, except civil rights, criminal, and tort cases; coordinating BLM support to the Interior Department's Office of the Solicitor and Department of Justice staff assigned to BLM litigation; preparing the administrative record and exhibits; coordinating BLM employees' availability for testifying, depositions, meetings, etc.; and keeping the BLM Washington, D.C. office informed as to the status of selected cases.

(2)     It is hereby certified that, to the best of my knowledge and belief, the eleven documents annexed and described on the attached revised index as supplemental Administrative Record Documents Nos. 331, 332, 333, 334, 335, 336, 337, 338, 339, 340, and 341 constitute a true and correct copy of documents within the scope of, but that were inadvertently omitted from, the administrative record for the BLM.

(3)     It is hereby certified that, to the best of my knowledge and belief, the records described on the attached revised index collectively constitute the administrative record of the BLM's involvement in the allowance of grazing on the twenty-four allotments referred to in the Plaintiff's Complaint. Each document is a true and correct copy of a document located in BLM's files.

(4)     I swear under penalty of perjury that the foregoing is correct and true.

Dated this 27th day of March, 2006.

_____
Sandra Dowdy