IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>P. LYNN SCARLETT, in her official capacity as Acting Secretary of the Department of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | Civ. No.: 05-1433 (ESH) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

P. Lynn Scarlett, in her official capacity as Acting Secretary of the Department of the Interior,[1] the National Park Service, and the Bureau of Land Management (collectively referred to as the "Federal Defendants"), hereby give notice that Ann Navaro of the United States Department of Justice has withdrawn as counsel for the Federal Defendants. The Federal Defendants continue to be represented by Guillermo A. Montero, who has previously appeared before the Court in this matter.

---

[1] Gail Norton was Secretary of the Department of the Interior when this Complaint was filed. Since that time, Ms. Norton has resigned and P. Lynn Scarlett has been serving as Acting Secretary so that she now replaces Ms. Norton as Defendant by operation of F.R.Civ.P. 25(d).

1

Respectfully submitted this 26th day of April, 2006.

                                            SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

  s/ Guillermo A. Montero
GUILLERMO A. MONTERO
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0443; Fax: (202) 305-0274
Email: guillermo.montero@usdoj.gov

Attorney for the United States