UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREAT OLD BROADS )
FOR WILDERNESS et al., )   No. 01:05CV01433 (ESH)
 )
        Plaintiffs, )   **DECLARTION OF**
 )   **JOSEPH "BUD" EVANS**
    v. )
 )
GALE NORTON et al., )
 )
        Defendants. )

## DECLARATION OF JOSHEPH "BUD" EVANS

I, Joseph "Bud" Evans, declare as follows:

1. The facts set forth in this declaration are based upon my personal knowledge. If called as a witness, I could and would testify to these facts. As to those matters which reflect an opinion, they reflect my personal opinion and judgment on the matter.

2. I am an adult citizen of the United States and reside in Cambridge, Massachusetts.

3. I am submitting this declaration on behalf of Appellant, Great Old Broads for Wilderness ("Great Old Broads"), a non-profit organization of good standing in the State of Utah. I authorize Great Old Broads to represent me in this proceeding and otherwise act in this proceeding on my behalf.

4. I am currently a member of Great Old Broads. I have been a member for three years.

5.  I joined Great Old Broads because it is one of the few organizations working to bring livestock grazing in the Southwest to an appropriate level. In particular, I joined Great Old Broads in order to support their work on livestock grazing issues in the Glen Canyon National Recreation Area ("Glen Canyon").

6.  I have visited Glen Canyon more than 15 times, often for a week or more each trip. Most recently, I visited Glen Canyon in April 2005. I try to visit Glen Canyon at least once each year. I plan to return to Glen Canyon in April 2006 and 2007. Also, I plan to visit Glen Canyon, including the areas encompassed by the allotments identified below, as often as I can throughout my life.

7.  I derive environmental, scientific, aesthetic, recreational, educational, health, and spiritual value from the use and enjoyment of the public lands, including lands encompassed by grazing allotments in Glen Canyon. While visiting Glen Canyon, I use and enjoy the public land for scenic driving, backpacking, hiking, photography, birdwatching, plant and wildlife viewing, identifying geological formations, archeological exploration, rock climbing, and contemplation. I thoroughly enjoy the expansive vistas of Glen Canyon, which provide a stark contrast from the places where I live and work. While visiting Glen Canyon, I seek out natural areas that appear, as much as possible, to be untouched or impacted by human presence.

8.  On most of my trips to Glen Canyon, I kept track of my location by using topographical maps and compass. For more recent trips, I use a Global Positioning System (GPS), as well as a compass and maps to keep track of my location. I have reviewed topographical

maps depicting the grazing allotments at issue in this lawsuit to determine the portions of the allotments within Glen Canyon that I have visited.

9. I have pursued my environmental, scientific, aesthetic, recreational, health, and spiritual interests in the following areas of Glen Canyon that are encompassed by livestock grazing allotments: the lower end of Dark Canyon, Imperial Valley, Spencer Point, Navajo Point, Moqui Canyon, North Gulch, Cedar Canyon, Crystal Creek Canyon, Knowles Canyon, Forgotten Canyon, Navajo Canyon (south of Nokai Dome), Paria Canyon (coming out at Lee's Ferry), areas west and north of Warm Creek Bay, access routes to trailheads for Rock Creek/Kaiparowits Plateau hiking routes, Johns Canyon, Slickhorn Canyon (including the lower portion), Lower Rock Creek Canyon, along the Dirty Devil River, along the San Juan River, White Canyon, Hite, areas immediately east of Glen Canyon City (Big Water), Wiregrass Canyon, access routes to Wahweap Creek, Last Chance Creek, Stevens Canyon, Lower Trachyte, Swett Canyon, Lower South Fork Canyon, Ticaboo Canyon, Peshliki Canyons, and all along Route 89.

10. Although I have identified many landmarks within the allotments that I have visited and enjoyed during my backpacking and camping trips, these places are not the only areas I have visited and enjoyed that lie within the Glen Canyon allotments. Actually, I spend a majority of the time I am in Glen Canyon getting to and leaving these landmarks. This means that I spend a great deal of time on the benches and rims of these canyons, or traversing across vast upland areas to access these springs, canyons, and viewpoints.

11. Based on my review of maps depicting the allotments at issue in this lawsuit and the

boundaries of Glen Canyon, I have visited the following allotments: Bunting Well, Ferry Swale, Forty Mile Ridge, Indian Creek, Lake, Lake Canyon, Lee's Ferry (Soap Creek), Perkins Brothers, Rock Creek-Mudholes, Rockies, Sewing Machine, Slickhorn, Upper Cattle, Upper Warm Creek, White Canyon, and Wiregrass.

12. While visiting Glen Canyon I have personally observed the detrimental impacts of livestock grazing. These adverse impacts impair my use and enjoyment of Glen Canyon. For example, I have observed degraded riparian conditions, polluted waterways, damaged uplands including areas with little native vegetation, loss of wildlife habitat, severely eroded soils, trampled living soil crusts, permanently damaged cultural sites, marred scenic vistas and other impacts. Often it is impossible to find a place to set up my tent or bivy because the ground is covered with cow dung.

13. When I visit streams and creeks in grazed areas of Glen Canyon, there is always damage to riparian areas and the stream environment that is clearly caused by livestock grazing. It is common to observe a great deal of feces that has been deposited directly into the stream. In addition, vegetation on stream banks is usually eaten to the nub. Also, stream bank stability has been clearly degraded due to loss of vegetation. Erosion on stream banks sets off a chain reaction where more and more areas collapse into the water causing the banks to become steeper.

14. These impacts to the stream environment harm me personally for several reasons. First, while backpacking in Glen Canyon, I generally rely on natural sources of water. Out of necessity, I sometimes have no choice but to drink from water sources that have clearly

4

been polluted by cow feces. Sometime, I forego drinking from polluted sources in the hopes that another stream might be cleaner, which increase my risk of dehydration. Second, the loss of stream banks diminishes my opportunity to observe aquatic life. In addition, the loss of stream banks impairs my ability to observe other wildlife as often stream banks become so steep that access to the stream for water is cut off and riparian vegetation dries out because it is above the water table.

15. One particular frustration I have concerning livestock grazing in Glen Canyon is the complete destruction of alcoves that I visit for shade, to observe ruins, or to simply check out the geological formation. Generally, these alcoves are full of cattle feces making it nearly impossible to remain for any length of time. I find this particularly disturbing considering that these alcoves would be one of the natural places for a person to rest in the shade in this harsh environment.

16. I tremendously enjoy exploring cultural sites while visiting Glen Canyon. In fact, I believe that the concentration of cultural sites within Glen Canyon is a unique and fascinating aspect of the area and one of my primary reasons for returning each year. I enjoy studying how structures were constructed and contemplating the historical aspects of how humans adapted to the Glen Canyon environment.

17. However, nearly all of the cultural sites I visit in Glen Canyon exhibit substantial damage caused by livestock grazing. Most of the standing walls have been knocked over by cows. In addition, cultural sites are covered with feces. The only intact cultural sites are those inaccessible to cattle. If cattle are able to access a cultural sites, then the time to

study and observe these sites are short because in time they will be ground into dust. These impacts to cultural sites severely diminish my enjoyment of Glen Canyon as I am less able to explore, study, and contemplate these irreplaceable resources.

18. Also, while enjoying the scenic vistas of Glen Canyon, it is clear that presence of native plant species and biological soil crusts has been substantially reduced by livestock grazing. Often, areas subject to livestock grazing are dominated by non-native invasive plant species or bare ground. Generally, cows eat the most palpable species, leaving an uninteresting landscaped dominated by few species. In addition, bare ground is evident throughout Glen Canyon as cattle often trample biotic soil crusts. As a result, the landscape becomes visually bland reducing my enjoyment of the aesthetic appeal of Glen Canyon.

19. Having personally observed the adverse affects of livestock grazing on public lands for more than two decades, I purposefully seek out places in Glen Canyon that exhibit, to the maximum extent possible, natural characteristics, such as clean water sources, undamaged cultural sites, greater plant diversity, healthy wildlife habitat, and contrasting landscapes. If livestock grazing did not occur, or occurred at a suitable level on these allotments, I would visit the grazed areas of the allotments more often or with more pleasure.

20. Unless BLM implements changes to livestock grazing practices in Glen Canyon, I will continue to be harmed during future visits to Glen Canyon. This lawsuit is an avenue to protect my interests in Glen Canyon by compelling the appropriate agencies to examine

the harm caused by grazing and implement management decisions and policies to guarantee protection of natural and cultural resources.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18 day of April 2006 in Cambridge, Massachusetts.

*Joseph Evans*
Joseph "Bud" Evans