UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS<br>FOR WILDERNESS et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GALE NORTON et al.,<br><br>    Defendants. | No. 01:05CV01433 (ESH)<br><br>DECLARTION OF<br>ELIZABETH "GINGER"<br>HARMON |

**DECLARATION OF ELIZABETH "GINGER" HARMON**

I, Elizabeth "Ginger" Harmon, declare as follows:

1. The facts set forth in this declaration are based upon my personal knowledge. If called as a witness, I could and would testify to these facts. As to those matters which reflect an opinion, they reflect my personal opinion and judgment on the matter.

2. I am an adult citizen of the United States and currently reside in Ketchum, Idaho.

3. I am a founding member of the Great Old Broads for Wilderness ("Great Old Broads") and currently sit on its Board of Directors. I have been an active member of Great Old Broads since the organization was founded in 1989.

4. I am submitting this declaration on behalf of Appellant Great Old Broads, a non-profit organization of good standing in the State of Colorado. I authorize Great Old Broads to represent me in this proceeding and otherwise act in this proceeding on my behalf.

5. Great Old Broads for Wilderness is dedicated to public land protection, including advocacy for the designation of wilderness. Membership includes women and men who are committed to protecting public lands. Preventing livestock grazing from causing irreparable damage to water quality, vegetation, wildlife habitat, cultural resources, and recreational opportunities is one Great Old Broads' primary projects.

6. I support Great Old Broads' objective to ensure that public agency decision-making be guided by sound scientific principles. Agencies must base management plans and environmental analyses on evidence and knowledge of past, current, and foreseeable conditions of the natural and cultural resources. In addition, public land agencies must be held accountable for enforcing their management plans and legal obligations in a timely manner.

7. Great Old Broads furthers these objectives by involving the organization and its members in management planning and decision-making, including involvement in livestock grazing decisions and planning in the Glen Canyon National Recreation Area ("Glen Canyon"). Great Old Broads has been involved in Glen Canyon livestock grazing planning and decision-making in

    several ways. First, when any issue involving livestock grazing in Glen Canyon arises, Great Old Broads studies the issues by examining existing evidence related to the grazing impacts, the public land at issue and the anticipated agency action, prior to taking a position on that issue. Most importantly, Great Old Broads uses agency and other information to participate in and make informed comments on agency decision making. Upon taking a position on the anticipated agency action and/or plan, Great Old Broads also seeks media attention for the issue, often by leading hikes with members and the public to the area. In addition, Great Old Broads participates in rallies and protests, assists members' testimony at public hearings, conducts on-the-ground monitoring in the area of concern, writes letters to the agencies, media, and legislators on the issue, informs the membership of the issue through our newsletter *Broadsides*, and seeks additional information through the Freedom of Information Act.

8.     In several ways, Great Old Broads disseminates to the public the information it has gathered and analyzed. For example, the organization maintains a detailed website containing this information, as well as copies of its newsletters. Great Old Broads also uses traditional media as a means of disseminating the information, as the group and the information it has to offer are often featured in local and national newspapers.

9. I have been visiting Glen Canyon since the mid-1980's. In that time, I have done everything from short day hikes to multi-day backpacking trips of up to twelve days or longer. I have hiked approximately three thousand miles in Glen Canyon and estimate that I have spent over 300 days in the backcountry of Glen Canyon.

10. I derive environmental, scientific, aesthetic, recreational, health, and spiritual value from the use and enjoyment of Glen Canyon, including the exact lands encompassed by grazing allotments in Glen Canyon. While visiting Glen Canyon, including lands encompassed by the livestock grazing allotments identified below, I have hiked, backpacked, rafted, kayaked, climbed, rappelled, watched wildlife and birds, photographed, searched for ancient puebloan sites, botanized, taken scenic drives, as well as visited and contemplated archaeological sites in all of these places. In particular, I thoroughly enjoy the unmatched scenic views and vistas of Glen Canyon. I believe that I have driven all roads contiguous to Glen Canyon and I thoroughly enjoy the scenic beauty during these drives. Glen Canyon is a spiritual place as we are continually reminded by the many petroglyphs and pictographs. I find great contentment and happiness in the red rock and slickrock of Glen Canyon.

11. As discussed above, I regularly visit Glen Canyon. I will continue to return to Glen Canyon yearly, if not more frequently, for the rest of my life. Currently,

I have at least one backcountry trip in Glen Canyon scheduled for the fall of 2006. However, it is likely that I will visit Glen Canyon for shorter trips prior to the fall.

12. Over the years, I have primarily used topographical maps and compass to determine my location. In recent years, I have started to use a Global Positioning System (GPS) to record my locations.

13. I have reviewed maps depicting the grazing allotments at issue in this lawsuit superimposed with the boundaries of Glen Canyon. Based on my review of these maps, I have visited, with only a few minor exceptions, each of the Glen Canyon allotments, including portions of each allotment that lie within the National Recreation Area. Because my trips are too numerous to describe, I focus below on my visits to the Upper Cattle, Lower Cattle, Fortymile Ridge, Lake, Soda, White Canyon and Sewing Machine allotments. However, I could and would, if necessary, provide details of my trips to and through the many other places in the Glen Canyon portions of the Glen Canyon allotments that I have visited.

14. For simplicity sake, I have named certain areas within or around the allotments that I have visited. However, in actuality, I have thoroughly traversed and explored each of the allotments, including uplands areas where grazing damage can be the most extensive and long lasting.

15. The following descriptions are indicative of the time I've spent in Glen Canyon, including lands encompassed by the identified allotments. In the Upper Cattle Allotment, I have hike Harris Wash and environs many, many times, as I am attracted by the huge alcoves, wonderful stream, and great camping. In lower Harris Wash, I have hiked north out of the canyon on the Emigrant Steps and then followed the rim of the canyon back to the Harris Wash Trailhead. On another trip, I exited via the Emigrant Steps and crossed the area called The "V" on my way to both the Upper Sand Slide to visit the Sheffield Cabin site (chimney) and areas to the east of the river. On another occasion, I exited via the Emigrant Steps and followed the rim of Harris Wash to its confluence with the Escalante River and then north to the Lower Sand Slide, where I followed the old pioneer trail down to the Escalante River. Along the way, I observed a Llewellyn Harris inscription and some amazing rock art. I have also explored the area immediately south of Harris Wash. I have driven the road out onto Allen Dump and hiked down the cliffs north to Harris Wash. And, I have hiked across Egypt Bench several times in order to get to the stock trail that enters Escalante Canyon about a mile downriver from the mouth of Harris Wash (the trail behind the Rincon). One time, I did this hike from the Egypt Trailhead, which meant skirting the top of Fence Canyon and crossing a very long stretch of flats before reaching the top of the trail.

16. Within the Lower Cattle Allotment, I have hiked from the Early Weed Bench Trailhead across Scorpion Flats on the south side of Twentyfive Mile Wash in order to reach the stock trail that is about a mile south of the mouth of Twentyfive Mile Wash. This trail goes to the Escalante River. Along this route, I found a nice granary and many lithic scatters. Also, I have hiked up Scorpion Gulch and then back to the Early Weed Bench Trailhead, again crossing Scorpion Flats. On another trip, I traveled up the Scorpion Horse Trail Sand Dune, across Scorpion Gulch, and then back to the Early Weed Trailhead. In addition, I have hike across Ezra MC Bench several times. Coming from the Stevens Bench area, I have hiked up the Bobway stock trail, across the bench, and into Fools Canyon on the poor stock trail. Then I exited Fools Canyon to the south by way of a good stock trail and crossed Les Georges Point (with its several prominent domes), King Mesa (and its many slot canyons), and back to the trailhead at Red Well.

17. Within the Fortymile Ridge, Lake and Soda allotments, I have visited Chimney Rock and used it as a trailhead for entering Coyote Gulch. I have spent a fair amount of time on Fortymile Ridge because it provides access to Coyote Gulch. I have camped many times at the water tank and at the Fortymile Ridge Trailhead (prior to regulations restricting camping). I have descended Fortymile Ridge on the way to Crack-in-the-Wall. I have also explored the rim of the Escalante River towards Lake Powell going south as

far down as Explorer Canyon. This area, known as Bawling Bull, has excellent slickrock. One of my favorite areas is Fortymile/Willow. I have done the "loop" many times by myself and with friends. I normally start at Sooner Rocks, then down Fortymile, past the big arch with the rock art under it, over the drop at the waterfall, through the narrows, and up Willow, past Broken Bow, then take a short detour to look at several excellent rock art panels, and up and out of the canyon and across the flats back to the Sooner Rocks. Also, I have used the Willow Gulch Trailhead, not only to visit Broken Bow, but also to explore the flats between Willow Gulch and Fiftymile Creek where there is more excellent slickrock near the Escalante River. This is a great camping point. In addition, I have hike onto Fiftymile Point to visit Hole-in-the-Rock Arch and have hiked all the way out Sixtymile Point, passing the old airstrip, and dry camping at the very southern end of Sixtymile. Once, I hiked up the Lower Trail onto the Kaiparowits Plateau, crossed Corral Ridge, picked up water at a seep called Moqui Springs, and camped at Panorama Point. Along the way, there was a very large cave full of pottery, lithics, and dead cows. From there I tried to follow the stock trail to the south end of Navajo Point and East End Spring, but the trail was too overgrown with sagebrush, so I gave up.

18. Within the Sewing Machine Allotment, I have hiked up the Dirty Devil River and all the way around the Sewing Machine formation, a trip that took me into

and through Glen Canyon. Within the White Canyon allotment, I have explored around Hite on several occasions.

19. During my hikes and scenic drives in Glen Canyon, including the lands encompassed by the identified allotments, I have observed the detrimental impacts of livestock grazing to the natural environmental as well as to irreplaceable cultural resources. I have been a student of grazing abuse ever since I first came to canyon country. I am now acutely aware of it and can see it immediately in the riparian areas and uplands of Glen Canyon. Often, riparian areas are choked with non-native species detracting from the areas natural beauty and accessibility. The uplands also lack native species completely or lack a diversity of species. Instead, grazed areas become homogeneous with only a few or just one plant species. I also see vast areas of bare ground where cattle have trampled biotic crusts into dust and grazed areas where erosion has removed soils leaving only small pedestals or mounds of sand covered with vegetation. The plants on these pedestals lack surrounding soil in such a way that they are unable to thrive.

20. These native plant and biotic crust conditions diminish my experience in Glen Canyon as I thoroughly enjoy searching for and identifying the unique, native plant species that have evolved in this harsh environment. Yet, as a result of livestock grazing, my ability to observe native plant species is reduced.

Moreover, the bare ground left in areas that should exhibit a substantial amount of biotic crusts completely changes the landscape for the worse.

21. In addition, the lack of plant diversity and presence of livestock results in the loss of habitat for wildlife in Glen Canyon. Again, because I enjoy observing wildlife while visiting Glen Canyon, the degradation of habitat as well as presence of cattle diminishes my enjoyment of Glen Canyon.

22. I have observed archeological sites damaged by livestock grazing throughout Glen Canyon, including the allotments at issue in this case. Often, cattle feces are deposited directly on the archeological sites. Also, standing walls and structures have been knocked over by cattle. Virtually every surface archeological site I have observed in grazed areas of Glen Canyon exhibits some damage resulting from livestock grazing. This damage to archeological sites reduces my enjoyment of Glen Canyon because these artifacts are essential to our understanding of the past, especially regarding humans relationship with the natural world. However, essential information is lost and our human legacy degraded by ill conceived grazing practices that allow such important artifacts to be damaged and lost forever.

23. Moreover, grazing damage to resources such as riparian areas, native plant populations, soils and wildlife habitat has a clearly observable negative impact on the beauty of canyon country. I find I am resentful that this damage has

been allowed to happen. I try not to let anger be part of my hiking day, but am not always successful.

24. Having regularly visited Glen Canyon over the last two decades, I believe this lawsuit provides a mechanism to bring about meaningful changes to the poorly managed grazing practices occurring in Glen Canyon. If the appropriate agencies properly analyze the impacts of continued livestock grazing and adhere to the relevant laws, regulations, and policies, livestock grazing would likely be curtailed to a less damaging level. As a result, I will be more able to enjoy the amazing places of Glen Canyon. However, if livestock grazing continues as currently authorized, I will continue to be harmed and my experiences diminished by the readily observable damage livestock grazing is causing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19 day of April 2006 in SEDONA, AZ.

_____
Elizabeth "Ginger" Harmon