UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREAT OLD BROADS )
FOR WILDERNESS et al., )      No. 01:05CV01433 (ESH)
                              )
        Plaintiffs,           )      **DECLARTION OF**
                              )      **THOMAS ROBERT**
v.                            )      **SIMPSON**
                              )
GALE NORTON et al.,           )
                              )
        Defendants.           )
_____ )

### AFFIDAVIT OF THOMAS ROBERT SIMPSON

I, Thomas Robert Simpson, declare as follows:

1. The facts set forth in this declaration are based upon my personal knowledge. If called as a witness, I could and would testify to these facts. As to those matters which reflect an opinion, they reflect my personal opinion and judgment on the matter.

2. I am fifty-five years old and have lived in the four corners area since August of 1977. I am the Librarian at Kayenta Middle School, and as such my job is to manage the facilities and materials of the library. I also teach classes in library science, help students with their projects, and research and assist students in finding appropriate reading materials.

3. I am a member of the Center for Biological Diversity and have been since July 2004. I joined the Center because I was concerned that federal environmental policy was swinging in the direction of rampant abuse of the environment, especially in the Four Corners

area. By abuse, I mean that I was concerned about excessive grazing, mining, drilling, and other uncontrolled resource exploration. With those activities, which can be damaging in themselves, there also comes the building of roads for access, the dumping of trash, and increased traffic in environmentally fragile areas. I admired the work of the Center for many years, so when I was able to contribute to a couple of organizations, the Center was one of my first choices. I am also a member of the Sierra Club and the Southern Utah Wilderness Alliance.

    4.    By joining the Center, I hoped to contribute to the Center's ability to fight for environmental protection of the Four Corners region, specifically, and the West in general. I wholeheartedly agree with the Center's stated purpose and goals, and I believe they eloquently state my feelings on the subject:

> Combining conservation biology with litigation, policy advocacy, and an innovative strategic vision, the Center for Biological Diversity is working to secure a future for animals and plants hovering on the brink of extinction, for the wildness they need to survive, and by extension for the spiritual welfare of generations to come.

I am a member of the Center because the Center's interests are analogous to my own.

    5.    I am a life-long outdoor enthusiast. I enjoy hiking, camping, backpacking, canoeing, biking, and otherwise enjoy many of the wild places in this great country. As soon as I moved into the Four Corners area, I began exploring the area and soon the magic of the canyons and mesas of the Glen Canyon National Recreation Area ("Glen Canyon") began to work their magic on me. It did not take very long before I rarely went anywhere else, and I can attribute my decision to continue to live in this same area for twenty-nine years to my love of the topography and secluded places.

6.  I consider this area to be special and it is difficult to put into words, but the wide spaces, the narrow shaded canyons, and the grand vistas are all essential to my vitality. Whenever I feel stressed or unhappy, I know that it is time for me to get back out into natural places, including Glen Canyon, again to find my center. I can easily spend weeks walking a quiet canyon, canoeing Lake Powell or just sitting atop Muley Point (and I do). I never see another person and I am never lonely or bored.

7.  A month does not go by that I am not off somewhere in the Glen Canyon region for a weekend. Since I live fairly close to the area, many times it is just for a day hike, but time permitting, I will camp for longer periods. The more free time I have, the more time I get to spend on recreation, so I use Glen Canyon frequently. I canoe in Lake Powell, as it is the only body of water nearby large enough to canoe. I hike through the canyons, where it is possible. I bike the dirt roads, where that is permitted and I camp in areas where it is allowed.

8.  Although once in a while I travel to the mountains of Colorado or New Mexico, almost all of my outdoor activities are centered in the Four Corners. I am not the first person to feel that the rock there has power. I read it time and time again in books written by authors mesmerized by the Colorado Plateau. I believe we, as a people, need this land to keep a sense of who we are and where we have come from. I feel that the history of this country is intimately tied up in having access to open, wild land that remains in its natural state. I do not mean that we should have access to the land to move into it and plow it, but rather to be able to lose ourselves in its seclusion to renew ourselves spiritually and physically.

9. I feel very close to Glen Canyon. Actually, at times I feel as though I am a part of this land and seeing harm come to it is painful to me. I have personally visited several of the allotments at issue in this litigation. I visit these allotments at least six times a year and intend to return repeatedly (6 or more times each year) in the future.

10. I have reviewed a map of the boundaries of the Slickhorn, Texas Muley, and Perkins Brothers allotments that indicates the location of the boundary of Glen Canyon. I have personally visited these three allotments while hiking, camping, mountain bike riding, bird and wildlife viewing, searching and identifying native plant species, and resting during spiritual contemplation. I have personally hiked and pursued other recreational activities on and around Muley's Point, the Goosenecks, and throughout Slickhorn Canyon.

11. While visiting Glen Canyon, I have personally observed the damage livestock grazing has or is causing in the Slickhorn, Texas Muley, and Perkins Brothers allotments. This damage diminishes my use and enjoyment of these allotments.

12. Specifically, I am adversely affected by the water sources being polluted. I am not referring to Lake Powell, but the numerous springs and seeps in the area, including areas of the three allotments. I know where there are springs and other water sources in Glen Canyon, but I know I cannot expect to use them for drinking water because they have been so degraded by cattle that they are beyond human use.

13. In addition, throughout Glen Canyon there are these little dams that are built in drainages to collect runoff for cattle. We call these "stock tanks," but I do not know what they are actually called. They are churned into smelly, excrement covered swamps. Frequently,

equipment is just abandoned to lie where it is. These disgusting "stock tanks" and abandoned equipments detract from the natural beauty of Glen Canyon and diminish my aesthetic enjoyment of the areas encompassed by the three allotments.

14. Also, I have frequently observed cattle lounging in Native American ruins or stomping through site's midden areas. This damage to cultural resource sites caused by livestock reduces my ability to observe, study and contemplate these irreplaceable resources. These cultural sites should be protected from continued damage by livestock grazing to ensure future generations benefit from the information they can provide on past cultures.

15. Moreover, I wince when I am hiking and I see cattle tracks through cryptogamic soil or biotic crusts. I know it will take decades, if ever, for the land to recover, but there is little I can do, but get involved in a suit like this and let my voice be heard. I am well aware that cryptogamic soils are essential to the preservation of ecological system functioning in Glen Canyon.

16. Last summer, while hiking in the heat of midday in the Cedar Mesa area, I came across a Pinyon of sufficient height and girth that it would have offered me a cool respite. I could not use it. Beneath the tree, at its base and in the shade, there was cattle excrement which had been so churned and trampled it was just smelly, fly-infested goo. This condition is common across the areas of the allotments where previously deposited cattle dung covers the landscape. Again, the constant presence and odor of livestock excrement diminishes my experiences in Glen Canyon.

17. I am no expert, but there are many areas I have seen that appear to be overgrazed. I have seen areas where all of the trees have been cut down so that ranchers can open up the land to grow more non-native grasses for their cattle. I thoroughly enjoy viewing and identifying native plant species while visiting Glen Canyon. However, grazed areas exhibit a monoculture of non-native grass species, most often cheatgrass. I feel that livestock grazing is the predominant use of much of Glen Canyon and that I am only allowed to use the recreation area as long as my use does not interfere with the cattle grazing.

18. The success of this litigation is important to me because I feel that if Glen Canyon is continued to be grazed or grazed more in the future, I will be harmed because of the previously discussed diminishment of my experiences resulting from grazing. In contrast, if livestock grazing in Glen Canyon is properly managed it will provide more enjoyable hiking, camping, mountain biking, bird and wildlife viewing, as well as spiritual experiences during my imminent future visits to Glen Canyon. Cryptogamic soil that is undestroyed will foster the increase in plant life that will benefit not only my use of the area recreationally, but also the resident wildlife and native flora. Success of this litigation will insure that the land of the Colorado Plateau will be healthy and beautiful for many years. After hiking, biking, or canoeing all day, there is nothing quite as beautiful or peaceful as a spring that has not been churned into disgusting muck by cattle. Someday, I would like to take my nieces and nephews to experience the same sense of peace and beauty that I sometimes find in this beautiful land. That will not happen unless the cattle grazing in Glen Canyon is properly controlled.

19.    I believe that the material provided in this statement clearly demonstrates my interest in, my past investment in, my future plans to revisit Glen Canyon, and my sincere concern for the proper conservation of the Glen Canyon Recreation Area.

In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Thomas Robert Simpson