UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Great Old Broads for Wilderness, et al., )
)
       Plaintiffs, )
)
v. )   No. 01:05CV01433 (ESH)
)
P. Lynn Scarlett, et al., )
)
       Defendants. )
)

**NOTICE OF WITHDRAWAL**

The undersigned attorney Matt Kenna hereby withdraws from this case pursuant to LCvR 83.6(b). The plaintiffs have provided Mr. Kenna with written authorization to withdraw, and have approved their digital signatures below.

Dated: May 9, 2006            Respectfully Submitted,

/s/ Matt Kenna
Matt Kenna (CO0028)
Western Environmental Law Center
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
Telephone: 970-385-6941
Fax: 970-385-6804
mattkenna@gmail.com

Approved:

   /s/ Veronica Egan
Great Old Broads for Wilderness

   /s/ Greta Anderson
Center for Biological Diversity