IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>P. LYNN SCARLETT, in her official capacity as Acting Secretary of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT<br><br>Defendants. | Case No. 1:05cv01433 (ESH) |

**UNOPPOSED MOTION TO MODIFY THE COURT'S
SCHEDULING ORDER OF MARCH 2, 2006**

Pursuant to Federal Rule of Civil Procedure 6(b), P. Lynn Scarlett, in her official capacity as Acting Secretary of the Department of Interior, the U.S. National Park Service, and the U.S. Bureau of Land Management (collectively Federal Defendants), hereby request that the Court modify its Scheduling Order of March 2, 2006, as follows:

(1)    By **Friday, June 9, 2006,** Federal Defendants shall file their cross-motion for summary judgment and opposition to plaintiffs' motion for summary judgment.

(2)    By **Friday, June 30, 2006,** Plaintiffs shall file their opposition and reply briefs.

(3)    By **Friday, July 21, 2006,** Federal Defendants shall file their reply brief.

In support of this request, Federal Defendants state as follows:

(1) The Court's scheduling order of March 2, 2006 requires that Federal Defendants file their cross motion/opposition and reply briefs on May 26 and June 23, respectively.

(2) The undersigned counsel will be on official travel for the entire week of June 12 attending a training seminar in Columbia, South Carolina. He will return to the office on Monday, June 19.

(3) G. Kevin Jones, the agency counsel in Salt Lake City, Utah, will be on official travel from May 24 through May 31, and on vacation from June 21 through July 5.

(4) Accordingly, more time is necessary to prepare the Federal Defendants' cross motion for summary judgment and reply brief.

(5) Defendant has contacted Plaintiff's counsel of record regarding this request and counsel for the Plaintiffs has indicated that she does not oppose the motion.

WHEREFORE, Defendant respectfully requests that the Court modify its Scheduling Order as set out above.

May 9, 2006                         Respectfully submitted,

                                    SUE ELLEN WOOLDRIDGE
                                    Assistant Attorney General
                                    Environment and Natural Resources Division

Of Counsel:                         /s/
G. Kevin Jones                      GUILLERMO A. MONTERO
Office of the Solicitor             Trial Attorney
U.S. Department of                  United States Department of Justice
  the Interior                      Environment and Natural Resources Division
                                    Natural Resources Section
                                    P.O. Box 663
                                    Washington, D.C. 20044-0663
                                    (ph)(202) 305-0443/(fax)(202) 305-0274