**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:05cv01433 (ESH) |
| P. LYNN SCARLETT, in her official capacity as Acting Secretary of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT | ) ) ) ) ) ) | **[PROPOSED] ORDER** |
| Defendants. | ) ) | |

**THIS MATTER** comes before the Court on the Federal Defendants' unopposed motion to modify the Court's scheduling order of March 2, 2006, filed pursuant to Federal Rule of Civil Procedure 6(b). This Court, having been fully advised, hereby **ORDERS** that the scheduling order of March 2, 2006 is revised as follows:

(1) By **Friday, June 9, 2006,** Federal Defendants shall file their cross-motion for summary judgment and opposition to plaintiffs' motion for summary judgment.

(2) By **Friday, June 30, 2006,** Plaintiffs shall file their opposition and reply briefs.

(3) By **Friday, July 21, 2006,** Federal Defendants shall file their reply brief.

SIGNED, this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE