IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS<br>and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>P. LYNN SCARLETT, in her official capacity as<br>Secretary of the Interior; NATIONAL PARK<br>SERVICE; and BUREAU OF LAND<br>MANAGEMENT<br><br>Defendants. | Case No. 1:05cv01433 (ESH) |

**FEDERAL DEFENDANTS' RESPONSE
TO PLAINTIFFS' STATEMENT OF MATERIAL FACTS**

As Defendants explain in "Federal Defendants' Statement of Material Facts as to Which There is no Genuine Issue," filed concurrently with this pleading, there are no material facts for the Court to resolve in the first instance here. Rather, the Court's role is limited to applying "the appropriate APA standard of review, 5 U.S.C. § 706, to the agency decision based on the record the agency presents to the reviewing court." Florida Power & Light Co., 470 U.S. at 743-44. Thus, a Statement of Material Facts and Statement of Genuine Issues as contemplated by LCvR 7(h) and 56.1 are inapposite here. However, because Plaintiffs have submitted a Statement of Material Facts, and to ensure strict compliance with the local rules, Federal Defendants submit the following Federal Defendants' Response to Plaintiffs' Statement of Material Facts.

With respect to the factual allegations in each numbered paragraph in Plaintiffs' Statements, Federal Defendants respond that all material facts in this action are contained in the certified administrative record, and that the documents in the administrative record speak for themselves. The material facts should be identified by the parties through citations to the administrative record in the parties' summary judgment and other moving papers. To the extent Plaintiffs' Statement of Material Facts mischaracterizes the record, it is controverted by Federal Defendants. To the extent Plaintiffs' Statement of Material Facts refers to matters outside the record, it should be disregarded by the Court.

June 9, 2006                                  Respectfully submitted,

                                              SUE ELLEN WOOLDRIDGE
                                              Assistant Attorney General
                                              Environment and Natural Resources Division

Of Counsel:                                   /s/
G. Kevin Jones                                GUILLERMO A. MONTERO
Intermountain Office of the Solicitor         Trial Attorney
U.S. Department of the Interior               United States Department of Justice
                                              Environment and Natural Resources Division
                                              Natural Resources Section
                                              P.O. Box 663
                                              Washington, D.C. 20044-0663
                                              (ph)(202) 305-0443/(fax)(202) 305-0274