IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY, ) ) ) ) Plaintiffs, ) ) v. ) ) P. LYNN SCARLETT, in her official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT ) ) ) ) ) ) Defendants. ) ) | Case No. 1:05cv01433 (ESH) **(PROPOSED) ORDER** |

**THIS MATTER** comes before the Court on Plaintiffs' motion for summary judgment and Federal Defendants' cross-motion for summary judgment. This Court, having been fully advised, hereby **ORDERS** that Plaintiffs' motion for summary judgment is denied, and Federal Defendants' motion for summary judgment is granted.

SIGNED, this _____ day of _____, 2006

_____
UNITED STATES DISTRICT COURT JUDGE