IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS ) <br> and CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> P. LYNN SCARLETT, in her official capacity as ) <br> Secretary of the Interior; NATIONAL PARK ) <br> SERVICE; and BUREAU OF LAND ) <br> MANAGEMENT ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:05cv01433 (ESH) |

**FEDERAL DEFENDANTS' NOTICE OF FILING**
**OF OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that on June 9, 2006, Counsel for Defendants, the U.S. Bureau of Land Management ("BLM"), the U.S. National Park Service ("NPS"), and P. Lynn Scarlett, in her official capacity as Secretary of the Interior, filed with the Clerk an Opposition to Plaintiffs' motion for summary judgment in the form of a combined cross-motion for summary judgment and opposition brief. That Opposition appears as Docket No. 28.

\\

\\

\\

| | |
|---|---|
| June 12, 2006 | Respectfully submitted, |
| | SUE ELLEN WOOLDRIDGE<br>Assistant Attorney General<br>Environment and Natural Resources Division |
| Of Counsel:<br>G. Kevin Jones<br>Intermountain Office of the Solicitor<br>U.S. Department of the Interior | /s/_____<br>GUILLERMO A. MONTERO<br>Trial Attorney<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>P.O. Box 663<br>Washington, D.C. 20044-0663<br>(ph)(202) 305-0443/(fax)(202) 305-0274 |