# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GREAT OLD BROADS FOR WILDERNESS )
and CENTER FOR BIOLOGICAL DIVERSITY, )
                                       )
            Plaintiffs, )
                                       )
      v.                        )     Civ. No.: 05-1433 (ESH)
                                       )
                                       )
DIRK KEMPTHORNE, in his official capacity )
as Secretary of the Department of the Interior; )
NATIONAL PARK SERVICE; and BUREAU )
OF LAND MANAGEMENT, )
                                       )
            Defendants. )
                                       )
_____)

### <u>Declaration of Sandra Dowdy</u>

I, Sandra Dowdy, make the following declaration:

(1)    I, Sandra Dowdy, am employed by the Bureau of Land Management (BLM) in Salt Lake

City, Utah, as the Litigation Coordinator involving the BLM's Utah State and field

offices. I have been employed in this capacity from June, 2004 to the present. My duties

include: tracking current Federal litigation, except civil rights, criminal, and tort cases;

coordinating BLM support to the Interior Department's Office of the Solicitor and

Department of Justice staff assigned to BLM litigation; preparing the administrative

record and exhibits; coordinating BLM employees' availability for testifying, depositions,

meetings, etc.; and keeping the BLM Washington, D.C. office informed as to the status of

selected cases.

1

(2)    To the best of my knowledge, the documents listed on the attached revised index as
documents number 1 through 341 constitute the administrative record of the BLM's
consideration of whether to allow grazing on the twenty-four allotments referred to in
Plaintiffs' Complaint. Each document is a true and correct copy of a document located in
BLM's files.

(3)    To the best of my knowledge, the remaining documents listed on the attached revised
index, beginning with document number 342, constitute representative samples of fully
processed permits and formal or informal management actions taken by BLM in
furtherance of its duties under the Park Service Organic Act, National Historic
Preservation Act, and National Environmental Policy Act, and are offered in response to
claims presented by the Plaintiffs pursuant to 5 U.S.C. Section 706(1). Each document is
a true and correct copy of a document located in BLM's files.

(4)    I swear under penalty of perjury that the foregoing is correct and true.

Dated this 20th day of July, 2006.

_Sandra Dowdy_
Sandra Dowdy

2

# Exhibit 2

# BLM's Index Of Exhibits

| Exhibit No. | Date | Document |
|---|---|---|
| | | **LAND USE PLANS** |
| CD - Exhibit A | February, 1991 | Arizona Strip District Resource Management Plan and Final Environmental Impact Statement (RMP/EIS) |
| CD - Exhibit B | March, 1979 | Vermillion Proposed Grazing Management Draft Environmental Statement |
| CD - Exhibit C | April, 1981 | Escalante Management Framework Plan |
| CD - Exhibit D | September, 1979 | Vermillion Proposed Grazing Management Final Environmental Statement |
| CD - Exhibit E | November, 1999 | Grand Staircase-Escalante National Monument Management Plan/Record of Decision |
| CD - Exhibit F | May, 1997 | Henry Mountain, Parker Mountain and Mountain Valley Management Framework Plans, Approved Amendments, and Decision Record |
| CD - Exhibit G | April, 1981 | Paria Management Framework Plan |
| CD - Exhibit H | March, 1991 | Resource Management Plan, Record of Decision, and Rangeland Program Summary for the San Juan Resource Area, Moab District, Utah |
| | | **SEWING MACHINE** |
| 1 | 6/20/1994 | Donald Wells (Operator #435904) for Grazing Permit for Sewing Machine (#0902) |
| 2 | 3/25/1999 | Four Sale Cattle Co. (Operator #435711) Grazing Permit for Sewing Machine |
| 3 | 4/13/2000 | Russell Wells (Operator #435712) Grazing Permit for Sewing Machine |
| 4 | 1/17/2001 | Letter from Leroy Smalley to Donald & Russ Wells |
| 5 | 7/24/2001 | Letter from Leroy Smalley to Donald Wells |
| 6 | 7/24/2001 | Letter from Leroy Smalley to Four Sale Cattle Company |
| 7 | 7/24/2001 | Letter from Leroy Smalley to Russell & Lisa Wells |
| 8 | 3/12/2002 | Letter from Leroy Smalley to Russell & Lisa Wells & Lance |
| 9 | 8/30/2002 | Letter from Leroy Smalley to Russell Wells |
| 10 | 2/6/2003 | Wells, Russell, Lisa B. and Lance (Operator #4305712) for Sewing Machine |
| 11 | 3/28/2003 | Letter from Aden L. Seidlitz to Joro Walker |
| 12 | 2/10/2004 | Letter from Leroy Smalley to Four Sale Cattle Co. |
| 13 | 2/25/2004 | Four Sale Cattle Co. (Operator # 4305711) Grazing Permit for Sewing Machine |
| 14 | 3/24/2005 | Donald & Russ Wells (Operator #4305904) Grazing Permit for Sewing Machine |
| 15 | 7/27/2005 | Patrick Tewell (Operator #4300421) Grazing Permit for Sewing Machine |
| 16 | Undated | 10 Year Land Health Assessment Schedule |
| | | **ROCKIES** |
| 17 | 8/1990 | Henry Mountains Desert Bighorn Habitat Management Plan |
| 18 | 3/29/1993 | Karl Don Taylor (Operator #435886) Grazing Permit for Rockies (#0110) |
| 19 | 11/7/1996 | Dyle and Ludeal Williams (Operator #435912) Grazing Permit for Rockies |
| 20 | 1/6/1998 | Security Ranches (Operator #435867) Grazing Permit for Rockies |
| 21 | 7/21/1999 | Ted R. Taylor (Operator #435890) Grazing Permit for Rockies |
| 22 | 7/21/1999 | Robert G. Williams (Operator #435914) Grazing Permit for Rockies |
| 23 | 7/24/2001 | Letter from Leroy Smalley to Ted & Ricky Taylor |
| 24 | 7/24/2001 | Letter from Leroy Smalley to Robert G. Williams |
| 25 | 7/24/2001 | Letter from Leroy Smalley to Security Ranches |
| 26 | 7/23/2001 | Draft Bureau of Land Management Environmental Assessment J-050-099-012 Renewal of Grazing Permits for Rockies Allotment |
| 27 | 8/7/2001 | Letter from Gary Hallows (Security Ranches) to Gary L. Hall |

| 28 | 8/16/2001 | Letter from Gary L. Hall to Gary Hallows (Security Ranches) |
|----|-----------|-------------------------------------------------------------|
| 29 | 10/26/2001 | Letter from Gary Hallows (Security Ranches) |
| 30 | 3/28/2001 | Letter from Aden L. Seidlitz to Joro Walker |
| 31 | 3/15/2004 | Letter from Aden L. Seidlitz to Ted R. and Rick Taylor (3 copies) |
| 32 | 4/20/2004 | Letter from Joro Walker to Aden Seidlitz |
| 33 | 9/30/2004 | Security Ranches Grazing Permit for Rockies |
| 34 | 3/24/2005 | Robert G. Williams Grazing Permit for Rockies |
| 35 | 4/5/2005 | Ted R. Taylor Grazing Permit for Rockies |
| 36 | Undated | 10 Year Land Health Assessment Schedule |
| | | **WATERPOCKET** |
| 37 | 3/29/1993 | Karl Don Taylor (Operator #435886) Grazing Permit for Waterpocket (#0117) |
| 38 | 8/8/1997 | Boone Earl Taylor (Operator #435710) Grazing Permit for Waterpocket |
| 39 | 3/12/1998 | William C. Taylor (Operator #435898) Grazing Permit for Waterpocket |
| 40 | 7/22/1998 | Tercero Corporation (Operator #435897) Grazing Permit for Waterpocket |
| 41 | 6/23/1999 | Elvin Taft (Operator #435872) Grazing Permit for Waterpocket |
| 42 | 2/28/2002 | Elvin Taft Grazing Permit for Waterpocket |
| 43 | 3/12/2002 | Letter from Leroy Smalley to Tercero Corporation |
| 44 | 4/10/2002 | Letter from Leroy Smalley to Tercero Corporation |
| 45 | 4/10/2002 | Letter from Leroy Smalley to Karl Don Taylor |
| 46 | 4/10/2002 | Letter from Leroy Smalley to Elvin Taft |
| 47 | 4/10/2002 | Letter from Leroy Smalley to Boone Karl Taylor |
| 48 | 4/10/2002 | Letter from Leroy Smalley to William C. Taylor |
| 49 | 3/28/2003 | Letter from Aden L. Seidlitz to Joro Walker |
| 50 | 3/15/2004 | Letter from Leroy Smalley to Boone Karl Taylor |
| 51 | 3/22/2005 | Boone Karl Taylor Grazing Permit for Waterpocket |
| 52 | 4/5/2005 | Tercero Corporation Grazing Permit for Waterpocket |
| 53 | 7/25/2005 | Karl Don Taylor Grazing Permit for Waterpocket |
| 54 | Undated | 10 Year Land Health Assessment Schedule |
| | | **BULLFROG** |
| 55 | 3/29/1993 | Karl Don Taylor (Operator #435886) Grazing Permit for Bullfrog (#0101) |
| 56 | 4/01/1994 | Dwight Brinkerhoff (Operator #435707) Grazing Permit for Bullfrog |
| 57 | 10/20/2000 | Final Decision in Full Force and Effect to Dwight Brinkerhoff |
| 58 | 1/3/2001 | Bliss Brinkerhoff (Operator #435734) Grazing Permit for Bullfrog |
| 59 | 3/12/2002 and 8/30/2002 | Two Letters from Leroy Smalley to Dwight Brinkerhoff |
| 60 | 2/4/2003 | Dwight Brinkerhoff Grazing Permit for Bullfrog |
| 61 | 3/14/2003 | Letter from Gary L. Hall to Bliss Brinkerhoff with an Allotment Use Agreement for the Bullfrog Allotment attached |
| 62 | 11/3/2003 | Daniel Brinkerhoff (Operator #4300316) Grazing Permit for Bullfrog |
| 63 | 11/16/2005 | Bliss Brinkerhoff Grazing Permit for Bullfrog |
| 64 | 11/16/2005 | Daniel Brinkerhoff Grazing Permit for Bullfrog |
| 65 | Undated | 10 Year Land Health Assessment Schedule |
| | | **INDIAN CREEK** |
| 66 | 8/22/1991 | Dugout Ranch (Operator #436710) Grazing Permit for Indian Creek (#4815) |
| 67 | 10/2/1992 | Memo to file re: Grazing Preference, Indian Creek Allotment |
| 68 | 10/2/1992 | Agreement Exclusion of Livestock Grazing on Bridger Jack Mesa and Lavender Mesa in Indian Creek Allotment |
| 69 | 4/26/1995 | Letter from Heidi Redd to Brent Northrup |
| 70 | 5/9/1995 | Letter from Brent Northrup to Heidi Redd |
| 71 | 7/16/1997 | Memo from Kerry R. Green re: Chronology of the permit transfers for Dugout |
| 72 | 10/15/1997 | Transfer of 8518 AUMs active preference from Dugout Ranch (Heidi Redd, General Partner) to Dugout Ranch Partnership c/o Heidi Redd |
| 73 | 10/15/1997 | 4 Transfers of 8518 AUMs active preference from Dugout Ranch Partnership: 1) from |

|    |    | Heidi Redd to Heidi Redd, Dugout Ranch Owner (38%); 2) from Robert Redd to Robert Redd, Dugout Ranch Owner (38%); 3) from Matthew Redd to Matthew Redd, Dugout Ranch Owner (12%); 4) from Adam Redd to Adam Redd, Dugout Ranch Owner (12%) |
|----|----|----|
| 74 | 10/15/1997 | 4 Transfers of 8518 AUMs active preference from all 4 owners of the Dugout Ranch (Heidi Redd, Robert Redd, Matthew Redd, and Adam Redd) to The Nature Conservancy of Utah |
| 75 | 10/15/1997 | Transfer of 8518 AUMs active preference from The Nature Conservancy of Utah to Heidi Redd |
| 76 | 10/15/1997 | Redd Grazing Permit for Indian Creek |
| 77 | 10/15/1997 | The Nature Conservancy (Operator #436710) Grazing Permit for Indian Creek |
| 78 | 6/13/2000 | Letter from Land and Water Fund of the Rockies to Kent Walter |
| 79 | 11/17/2000 | Letter from Kent Walter re: Application for Livestock Grazing Term Permit Renewal |
| 80 | 10/01/2000 | Application for Grazing Permit by Redd for Indian Creek |
| 81 | 6/19/2001 | Documentation from Robert Woyewodzic |
| 82 | 5/20/2002 | 10 Year Land Health Assessment Schedule |
| 83 | 8/16/2002 | Redd Grazing Permit for Indian Creek |
| 84 | 4/17/2003 | Letter from National Park Service to Land and Water Fund of the Rockies |
|    |    | **WHITE CANYON** |
| 85 | 3/6/1989 | White Canyon Cattle Co. (Operator #436622) Grazing Permit for White Canyon (#6837) |
| 86 | 9/23/1992 and 10/2/1992 | Letter from Edward R. Scherick to White Canyon Cattle Company and Grazing Application by Sandy Johnson for White Canyon |
| 87 | 2/13/2000 | Letter from Land and Water Fund of the Rockies to Kent Walter |
| 88 | 6/26/2000 | Letter from Nick Sandberg |
| 89 | 7/31/2000 | White Canyon Cattle Co. Grazing Permit for White Canyon |
| 90 | 4/6/2001 | Letter from Kent E. Walter to White Canyon Cattle Company (Sandy Johnson) |
| 91 | 4/27/2001 | Letter from State of Utah to Bureau of Land Management |
| 92 | 5/1/2001 | Memorandum from Fish and Wildlife Services to Bureau of Land Management re: White Canyon Grazing Allotment Permit Renewal |
| 93 | 5/10/2001 | Letter from Land and Water Fund of the Rockies to Kent Walter |
| 94 | 5/10/2001 | Letter from Utah Environmental Congress to Monticello Field Office |
| 95 | 6/15/2001 | Letter from Kent E. Walter to Mr. Henry Maddus |
| 96 | 6/19/2001 | Documentation from Robert Woyewodzic |
| 97 | 8/6/2001 | Letter from Kent E. Walter to Permittee |
| 98 | 8/21/2001 | Environmental Assessment No. UT-090-01-47 for Term Grazing Permit Renewal White Canyon Allotment |
| 99 | 8/31/2001 | Letter from Kent E. Walter to Mr. Henry Maddox |
| 100 | 9/18/2001 | Email from Ben Bobowski to Paul Curtis |
| 101 | 10/3/2001 | Notice of Proposed Grazing Decision and Environmental Assessment (EA) Decision Record EA #UT-090-01-47 |
| 102 | 10/18/2001 | Letter from State of Utah to Kent E. Walter |
| 103 | 10/20/2001 | Letter from Sandy and Gail Johnson, Permittees to Mr. Nick Sandberg |
| 104 | 10/24/2001 | Letter from Land and Water Fund of the Rockies to Kent E. Walter |
| 105 | 11/5/2001 | Memorandum from National Park Service to Monticello Field Office |
| 106 | 5/20/2002 | 10 Year Land Health Assessment Schedule |
| 107 | 4/17/2003 | Letter from National Park Service to Land and Water Fund of the Rockies |
| 108 | 11/24/2004 | Grazing Application package by White Canyon Cattle Co. for White Canyon |
| 109 | 1/27/2005 | White Canyon Cattle Co. Grazing Permit for White Canyon |
|    |    | **LAKE CANYON** |
| 110 | 3/11/1991 | Ty Cattle Co. (Operator #436639) Grazing Permit for Lake Canyon (#6833) |
| 111 | 2/13/2000 | Letter from Land and Water Fund of the Rockies to Kent Walter |
| 112 | 11/17/2000 | Letter from Kent Walter re: Application for Livestock Grazing Term Permit Renewal |
| 113 | 12/01/2000 | Application for Grazing Permit by Ty Cattle Co. for Lake Canyon |
| 114 | 6/15/2001 | Letter from Bureau of Land Management to Mr. Henry Maddox |

| 115 | 6/19/2001 | Documentation from Robert Woyewodzic |
|---|---|---|
| 116 | 5/20/2002 | 10 Year Land Health Assessment Schedule |
| 117 | 8/16/2002 | Ty Cattle Co. Grazing Permit for Lake Canyon |
| 118 | 4/17/2003 | Letter from National Park Service to Land and Water Fund of the Rockies |
| 119 | 2/3/2005 | Ty Cattle Co. Grazing Permit for Lake Canyon |
| | | **SLICKHORN** |
| 120 | 2/24/1989 | Nielson (Operator #436626) Grazing Permit for Slickhorn (#6834); VOID |
| 121 | 2/13/2000 | Letter from Land and Water Fund of the Rockies to Kent Walter |
| 122 | 11/17/2000 | Letter from Kent Walter re: Application for Livestock Grazing Term Permit Renewal |
| 123 | 12/01/2000 | Application for Grazing Permit by Nielson for Slickhorn |
| 124 | 6/19/2001 | Documentation from Robert Woyewodzic |
| 125 | 5/20/2002 | 10 Year Land Health Assessment Schedule |
| 126 | 5/20/2002 | Black (Operator #4306626) Grazing Permit for Slickhorn |
| 127 | 4/17/2003 | Letter from National Park Service to Land and Water Fund of the Rockies |
| | | **PERKINS BROTHERS** |
| 128 | 8/16/1991 | Perkins (Operator #436631) Grazing Permit for Perkins Brothers (#6827) |
| 129 | 2/13/2000 | Letter from Land and Water Fund of the Rockies to Kent Walter |
| 130 | 11/17/2000 | Letter from Kent Walter re: Application for Livestock Grazing Term Permit Renewal |
| 131 | 12/01/2000 | Application for Grazing Permit by Perkins for Perkins Brothers |
| 132 | 6/19/2001 | Documentation from Robert Woyewodzic |
| 133 | 9/17/2001 | Plan Conformance/Categorical Exclusion Review Decision Record |
| 134 | 5/20/2002 | 10 Year Land Health Assessment Schedule |
| 135 | 8/16/2002 | Perkins Grazing Association, LLC Grazing Permit for Perkins Brothers |
| 136 | 4/17/2003 | Letter from National Park Service to Land and Water Fund of the Rockies |
| 137 | 2/18/2005 | James Ranch Agriprises, L.L.C. (Operator #4300470) Grazing Permit for Perkins Brothers |
| 138 | 12/6/2005 | Ebberts (Operator #4300680) Grazing Permit for Perkins Brothers |
| | | **TEXAS MULEY** |
| 139 | 7/24/1991 | Adams (Operator #436625) Grazing Permit for Texas-Muley (#6844) |
| 140 | 9/10/1992 | Letter from Scherick to Adams |
| 141 | 2/13/2000 | Letter from Land and Water Fund of the Rockies to Kent Walter |
| 142 | 2/16/2000 | Categorical Exclusion NEPA Compliance Record |
| 143 | 11/17/2000 and 12/01/2000 | Letter from Kent Walter re: Application for Livestock Grazing Term Permit Renewal and Application for Grazing Permit by Goodall (Operator #436625) for Texas-Muley |
| 144 | 12/11/2000 | Goodall Grazing Permit for Texas-Muley |
| 145 | 6/19/2001 | Documentation from Robert Woyewodzic |
| 146 | 5/20/2002 | 10 Year Land Health Assessment Schedule |
| 147 | 9/12/2002 | Goodall Grazing Permit for Texas-Muley |
| 148 | 4/17/2003 | Letter from National Park Service to Land and Water Fund of the Rockies |
| | | **UPPER CATTLE** |
| 149 | 1/7/1985 | Allotment Management Plan and Agreement Upper Cattle Allotment 6028 |
| 150 | 2/22/1996 | Turnabout Ranch, Inc. (operator #430665) Grazing Permit for Upper Cattle (#6028) |
| 151 | 4/26/2002 | Turnabout Ranch Grazing Permit for Upper Cattle |
| 152 | 10/28/1996 | D. Stephen Sorensen State of Utah Grazing Permit (#23006) and Case History |
| 153 | 7/14/2000 | D. Stephen Sorensen Grazing Permit for Upper Cattle |
| 154 | 12/15/2003 | Application for Grazing Permit Renewal by D. Stephen Sorenson Upper Cattle |
| 155 | 7/19/2005 | D. Stephen Sorensen Grazing Permit for Upper Cattle |
| 156 | Undated | Table re: combining D. Stephen Sorensen's State permits from the Utah Trust Lands Administration to his current BLM permit (permit #430664) |
| 157 | Undated | 10 Year Land Health Assessment Schedule |
| | | **LOWER CATTLE** |
| 158 | 5/15/1996 | Spencer (Operator #430642) Grazing Permit for Lower Cattle (#6017) |
| 159 | 8/30/2000 | Spencer Grazing Permit for Lower Cattle |
| 160 | 11/18/1991 | Randy Gleave & Family (Operator #430605) Grazing Permit for Lower Cattle |

| 161 | 11/17/1999 | Grazing Application by Randy Gleave & Family for Lower Cattle |
| 162 | 1/10/2000 | Randy Gleave & Family Grazing Permit for Lower Cattle |
| 163 | 5/11/2001 | Phillips (Operator #430616) Grazing Permit for Lower Cattle |
| 164 | 6/24/2003 | Grazing Application by Phillips for Lower Cattle |
| 165 | 8/1/2003 | Phillips Grazing Permit for Lower Cattle |
| 166 | 11/26/1996 and 4/21/2005 and 5/13/2005 | Gary Allen & Family (Operator #430667) Grazing Permit for Lower Cattle, Application for Grazing Permit Renewal by Gary Allen & Family for Lower Cattle, and Gary & Family Grazing Permit for Lower Cattle |
| 167 | Undated | 10 Year Land Health Assessment Schedule |
| | | **FORTY MILE RIDGE** |
| 168 | 10/20/1987 | Allotment Management Plan and Agreement Forty-Mile Ridge Allotment |
| 169 | 5/13/1991 | State of Utah Grazing Permit (#GP 21744) for Arthur B. Evans |
| 170 | 7/11/1995 | State of Utah Grazing Permit (#GP 22955) for D. Stephen Sorensen |
| 171 | 12/16/1994 | Application for Approval of Assignment Surface for Grazing Permits GP 20260 and GP 20197 by D. Stephen Sorensen |
| 172 | Undated | Table re: combining D. Stephen Sorensen's State permits from the Utah Trust Lands Administration to his current BLM permit (permit #430664) |
| 173 | 6/27/1997 | Finding of No Significant Impact re: Environmental Assessment UT-049-97-020, Escalante Resource Area |
| 174 | 10/10/1998 | D. Stephen Sorensen Grazing Permit (Operator #4300664) for Forty Mile Ridge (#6012) |
| 175 | 7/14/2000 | D. Stephen Sorensen Grazing Permit for Forty Mile Ridge |
| 176 | 12/15/2003 | Application for Grazing Permit Renewal by D. Stephen Sorensen for Forty Mile Ridge |
| 177 | 7/19/2005 | D. Stephen Sorensen Grazing Permit for Forty Mile Ridge |
| 178 | Undated | 10 Year Land Health Assessment Schedule |
| | | **SODA** |
| 179 | 2/2/1981 | Allotment Management Plan and Agreement Soda Allotment |
| 180 | 2/1/1996 | Bobby Gene Griffin (Operator #430618) Grazing Permit for Soda (#6026) |
| 181 | 4/22/2004 | Bobby Gene Griffin Grazing Permit for Soda |
| 182 | 9/8/1998 | Quinn Griffin (Operator #430670) Grazing Permit for Soda |
| 183 | 8/14/2000 | Quinn Griffin Grazing Permit for Soda |
| 184 | 11/7/2003 | Application for Grazing Permit Renewal by Quinn Griffin for Soda (first page of document is missing) |
| 185 | 4/19/2004 | Quinn Griffin Grazing Permit for Soda |
| 186 | 7/19/2005 | D. Stephen Sorensen (Operator #4300664) Grazing Permit for Soda |
| 187 | 5/25/2004 | Grazing Application package by Steve Westhoff for Soda |
| 188 | 2/15/2005 | Steve Westhoff (Operator #4300426) Grazing Permit for Soda |
| 189 | Undated | 10 Year Land Health Assessment Schedule |
| | | **LAKE** |
| 190 | 7/17/1989 | Lake Allotment Multi-Resource Management Plan |
| 191 | 2/1/1996 | Bobby Gene Griffin (Operator #430618) Grazing Permit for Lake (#6015) |
| 192 | 4/22/2004 | Bobby Gene Griffin (Operator #430618) Grazing Permit for Lake (#6015) |
| 193 | 9/8/1998 | Quinn Griffin (Operator #430670) Grazing Permit for Lake |
| 194 | 8/14/2000 | Quinn Griffin Grazing Permit for Lake |
| 195 | 11/7/2003 | Application for Grazing Permit Renewal by Quinn Griffin for Lake (first page of document is missing) and Quinn Griffin Grazing Permit for Lake |
| 196 | 5/25/2004 | Grazing Application package by Steve Westhoff for Lake |
| 197 | 2/15/2005 | Steve Westhoff (Operator #4300426) Grazing Permit for Lake |
| 198 | Undated | 10 Year Land Health Assessment Schedule |
| | | **UPPER WARM CREEK** |
| 199 | 10/12/1999 | Grazing Application by Frandsen (Operator #430506) for Upper Warm Creek (#15024) |
| 200 | 9/29/2000 | Frandsen Grazing Permit for Upper Warm Creek |
| 201 | 12/16/2003 | Application for Permit Renewal by Frandsen for Upper Warm Creek |

| 202 | 2/6/2004 | Frandsen Grazing Permit for Upper Warm Creek |
|---|---|---|
| 203 | Undated | 10 Year Land Health Assessment Schedule |
| | | **LOWER WARM CREEK** |
| 204 | 5/30/1978 | Grazing System Lower Warm Creek |
| 205 | 10/11/1999 | Grazing Application by Orton (Operator #430508) for Lower Warm Creek (#25015) |
| 206 | 9/29/2000 | Orton Grazing Permit for Lower Warm Creek |
| 207 | 1/15/2002 | Orton Grazing Permit for Lower Warm Creek |
| 208 | 11/10/2003 | Application for Grazing Permit Renewal by Gary Orton for Lower Warm Creek |
| 209 | 1/30/2004 | Orton Grazing Permit for Lower Warm Creek |
| 210 | Undated | 10 Year Land Health Assessment Schedule |
| | | **NIPPLE BENCH** |
| 211 | 1/7/1981 | Allotment Management Plan and Agreement Nipple Bench Allotment |
| 212 | 3/1/1999 | Bill to Mineer (Operator # 430105) for Nipple Bench (#25018) |
| 213 | 10/25/1999 | Grazing Application by Mineer for Nipple Bench |
| 214 | 8/22/2000 | Mineer Grazing Permit for Nipple Bench |
| 215 | 2/5/2004 | Mineer Grazing Permit for Nipple Bench |
| 216 | 10/14/1999 | Grazing Application by Dettamanti (Operator #430315) for Nipple Bench |
| 217 | 8/29/2000 | Dettamanti Grazing Permit for Nipple Bench |
| 218 | 9/21/2004 | Dettamanti Grazing Permit for Nipple Bench |
| 219 | Undated | 10 Year Land Health Assessment Schedule |
| | | **ROCK CREEK MUDHOLES** |
| 220 | 2/2/1981 | Allotment Management Plan and Agreement Rock Creek – Mudholes Allotment |
| 221 | Undated | Table re: combining D. Stephen Sorensen's State permits from the Utah Trust Lands Administration to his current BLM permit (permit #430664) |
| 222 | 5/25/1990 | Grazing Application package by Boyd & Mary Rucker for Rock-Creek Mudholes (#6020) |
| 223 | 8/16/2000 and 8/25/2005 | Bulloch Grazing Permit (Operator #430037) for Rock-Creek Mudholes (#6020); Rejected by BLM and Bulloch Grazing Permit for Rock Creek-Mudholes |
| 224 | Undated | 10 Year Land Health Assessment Schedule |
| | | **WIREGRASS** |
| 225 | 9/29/1982 | Clark Bench Allotment Management Plan and Agreement |
| 226 | 10/11/1999 | Grazing Application by Orton (Operator #430508) for Wiregrass (#4145) |
| 227 | 9/29/2000 | Orton Grazing Permit for Wiregrass |
| 228 | 11/15/2001 | Letter from Gregg Christensen to Gary Orton |
| 229 | 1/15/2002 | Orton Grazing Permit for Wiregrass |
| 230 | 11/10/2003 | Application for Grazing Permit Renewal by Gary Orton for Wiregrass |
| 231 | 1/30/2004 | Orton Grazing Permit for Wiregrass |
| 232 | Undated | 10 Year Land Health Assessment Schedule |
| | | **LEE'S FERRY (#5337)** |
| 233 | 12/1983 | Soap Creek Allotment Management Plan |
| 234 | 3/1997 | Transfer and Grazing Permit Application package by Gelbaum (operator # 21642) for Soap Creek Area Allotments (Buffalo Tank: #5335, Soap Creek: #5332, Cram: #5333, and Lee's Ferry: #5337) |
| 235 | 8/1997 | Gelbaum Grazing Permit for Soap Creek (#5332) |
| 236 | 3/1998 | Gelbaum Supplemental Grazing Application for Badger Creek Allotment (#5341) |
| 237 | 8/1999 | Transfer and Grazing Permit Application package by Gelbaum for Sand Hill Allotment (#5328) |
| 238 | 9/1999 | Categorical Exclusion on transfer of Soap Creek AMP area allotments and the Badger Creek Allotment to Gelbaum |
| 239 | 11/1999 | Grazing Application package by Gelbaum for Badger Creek Allotment |
| 240 | 11/1999 | Grazing Application package by Gelbaum for Soap Creek Area Allotments |
| 241 | 11/1999 | Gelbaum Grazing Permit for Soap Creek (#5332) and Badger Creek (#5341) |
| 242 | 5/2000 | Kane Ranch Allotment Management Environmental Assessment |
| 243 | 5/2000 | Categorical Exclusion on transfer of Sandhills Allotment (#5328) to Gelbaum |

| 244 | 6/14/2000 | Grazing Application by Kane Ranch Land Stewardship & Cattle Company, LLC (Operator #021642) for Sand Hills (#5328), Soap Creek (#5332), Badger Creek (#5341) allotments, and Kane Ranch Land Stewardship & Cattle Company, LLC Grazing Permit for Sand Hills, Soap Creek, and Badger Creek |
|---|---|---|
| 245 | 7/21/2000 | Letter from Joseph M. Feller to Jill Leonard |
| 246 | 2/19/2002 | Letter from Joseph M. Feller to Field Manager, Arizona Strip Field Office |
| 247 | 5/9/2002 | Arizona Strip Field Office FONSI/Decision Record for Kane Ranch Allotment Management Plan |
| 248 | 5/16/2002 | Notice of Proposed Decision re: Kane Ranch AMP |
| 249 | 5/30/2002 | Notice of Proposed Decision re: Kane Ranch AMP (re-issued to add interested parties) |
| 250 | 6/3/2002 | Protest of the Kane Ranch Proposed Decision dated 5/16/2002 from Center for Biological Diversity |
| 251 | 6/4/2002 | Protest of the Proposed Decision dated 5/16/2002 from Joseph M. Feller |
| 252 | Undated | Joint FWS, NPS, and BLM Biological Evaluation on Kane Ranch Allotment Management Plan as it pertains to the Brady Pincushion Cactus |
| 253 | 9/24/2001 | FWS Biological Opinion on the Effects of the Kane Ranch Allotment Management Plan on Brady Pincushion Cactus |
| 254 | Undated | 10 Year Land Health Assessment Schedule |
| | | **FERRY SWALE** |
| 255 | 5/21/1980 | Letter from Billy R. Templeton to Valton E. Jackson re: sending agreement |
| 256 | 5/21/1980 | Letter from Billy R. Templeton to Valton E. Jackson re: adjusting permit |
| 257 | 9/25/1991 | Grazing Application package by Kanab Cattle Company (operator #21618) for Ferry Swale (#5336) |
| 258 | 11/24/1991 | Kanab Cattle Company Grazing Permit for Ferry Swale |
| 259 | 3/19/1992 | Ferry Swale AMP |
| 260 | 10/27/1992 | Kanab Cattle Company Grazing Permit for Ferry Swale |
| 261 | 6/26/1998 | Schoppmann Family Land Exchange Number UTU)74936 Grazing Cancellation Waiver |
| 262 | 6/26/1998 | Kanab Cattle Company Grazing Permit for Ferry Swale |
| 263 | 12/20/2001 | Letter from Robert W. Sandberg to Kanab Cattle Company re: permit renewal |
| 264 | 1/1/2002 and 2/08/2002 | Application for Grazing Permit Renewal by Kanab Cattle Company and Kanab Cattle Company Grazing Permit |
| 265 | Undated | 10 Year Land Health Assessment Schedule |
| | | **WAHWEAP** |
| 266 | 1/27/2003 | Letter from Robert Sandberg (BLM) to Mack McAllister re: Permit Renewal |
| 267 | 2/14/2003 | Application by Mack McAllister (operator # 201608) for Grazing Permit for Wahweap Allotment (#5340) |
| 268 | 3/17/2003 | McAllister Grazing Permit for Wahweap (#5340) |
| 269 | 7/21/1993 | Grazing Application package by McAllister for Wahweap Allotment |
| 270 | 10/18/1993 | McAllister Grazing Permit for Wahweap (#5340) |
| 271 | Undated | 10 Year Land Health Assessment Schedule |
| | | **BUNTING WELL** |
| 272 | 2/2/1977 | Draft Allotment Management Plan Bunting Well Allotment |
| 273 | 5/1981 | Final Draft Allotment Management Plan and Agreement Bunting Well Allotment |
| 274 | 2/2/1984 | Allotment Management Plan with Rangeland Management Agreement for Bunting Well Allotment |
| 275 | Undated | Preston Bunting & Sons, Inc. (operator #21548) Grazing Permit for Bunting Well (#4847) |
| 276 | 5/20/2002 | Grazing Application package by Little (operator #20030) for Bunting Well |
| 277 | 6/03/2002 | Little Livestock LLC Grazing Permit |
| 278 | Undated | 10 Year Land Health Assessment Schedule |
| | | **HENRY MOUNTAIN ALLOTMENTS** |
| 279 | May, 1983 | Final Henry Mountain Grazing Environmental Impact Statement |
| 280 | September, 1984 | Henry Mountain Grazing Rangeland Program Summary |
| 281 | September, | Henry Mountain Grazing Rangeland Program Summary Update |

| | 1987 | |
|---|---|---|
| | | **MONTICELLO ALLOTMENTS** |
| 282 | August 30, 1973 | Indian Creek (Beef Basin) Management Framework Plan |
| 283 | February 11, 1974 | South San Juan Management Framework Plan |
| 284 | December, 1977 | Indian Creek-Dry Valley Management Framework Plan |
| | | **GSENM ALLOTMENTS** |
| 285 | 1980 | Draft Environmental Impact Statement on Grazing Management in the Kanab/Escalante Area Utah |
| 286 | 1980 | Kanab/Escalante Grazing Management Environmental Impact Statement Final |
| 287 | 1981 | Kanab/Escalante Rangeland Program Summary |
| 288 | 9/28/1984 | Rangeland Program Summary Kanab/Escalante Area |
| 289 | September, 1987 | Rangeland Program Summary Kanab/Escalante EIS Area |
| | | **GENERAL APPLICABILITY DOCUMENTS** |
| 290 | 12/31/1980 | IM No. 80: Rangeland Programmatic Memorandum of Agreement With the Advisory Council on Historic Places |
| 291 | Undated | Utah's Standards for Rangeland Health |
| 292 | 4/28/1997 | Arizona Standards for Rangeland Health and Guidelines for Grazing Administration |
| 293 | 11/13/1998 | IM 99-023: Permit or Lease Renewal Process and Promoting Land Health |
| 294 | 12/1/1998 | IM UT 99-018: Policy on Grazing Permit Renewals, FY99 |
| 295 | 12/23/1998 | IM 99-039: Issuance of Grazing Permits in Compliance with Applicable Laws, Regulations and Policy |
| 296 | 1/8/1999 | IM UT 99-018, Change 1: Policy on Grazing Permit Renewals, FY99, Change 1 |
| 297 | 1/22/1999 | IM UT 99-018, Change 2: Policy on Grazing Permit Renewals, FY99, Change 2 |
| 298 | Undated | IM UT 99-018, Change 3: Policy on Grazing Permit Renewals, FY, Change 3 (Additional Guidance Regarding Special Status Plant and Animal Species) (attachments not available) |
| 299 | Undated | Utah Action Plan FY 1999 and FY 2000 Grazing Permit Renewal |
| 300 | 1/28/1999 | Memorandum from State Director, Utah to George Ramey, WO 220 re: Grazing permit/NEPA Work Plan (IM99-039) |
| 301 | 9/9/1999 | IM 99-191: Information Concerning Threatened and Endangered (T&E) Species and Permit or Lease Renewals |
| 302 | 9/10/1999 | IM 99-194: Permittee Requests For Information on Grazing Renewal |
| 303 | 11/5/1999 | IM 2000-022: Compliance with the National Environmental Policy Act (NEPA) – Addressing Alternatives for Livestock Grazing Permit Renewals |
| 304 | 4/27/2000 | IM 2000-112: Issuing Grazing Permits/Leases DD: 05/21/2000 |
| 305 | 11/9/2000 | IM: 2001-031: Application Process for Livestock Grazing Permit/Lease Renewal |
| 306 | 6/29/2001 | IM UT 2001-078: FY00-00 Grazing Permit Renewals |
| 307 | 1/16/2003 | IM 2003-071: Eliminating Grazing Permit Renewal Backlog |
| 308 | 3/27/2003 | IM 2003-128: Grazing Permit Lease Renewal Under Public Law 108-7 |
| 309 | 3/2/2004 | IM 2004-126: Grazing Permit Lease Renewal In Accordance With Public Law 108-108 |
| | | **Other documents** |
| 310 | 10/19/2004 | Allotment Use Agreement - Rockies Alottment |
| 311 | 11/3/2003 | Allotment Use Agreement - Rockies Alottment |
| 312 | 11/6/2002 | Allotment Use Agreement - Henry Mountain |
| 313 | 10/4/2004 | Grazing Application of Robert G. Williams (Record No. 435914) and other documents |
| 314 | 11/3/2003 | Grazing Application of Patrick Tewell (Operator No. 4300421) and other documents |
| 315 | 12/19/1997 | Grazing Application of Ted R. or Rick Taylor (Operator No. 435890) and other documents |
| 316 | 9/16/2005 | Grazing Application of Daniel Brinkerhoff (Operator No. 4300316) and other documents |
| 317 | 5/30/2003 | Grazing Application of Daniel Brinkerhoff (Office No. 055) and other documents |
| 318 | 3/3/1998 | Administrative Determination of NEPA Compliance, Number J-050-098-042-AD |

| 319 | 9/27/2002 and 3/18/2002 | Two Applications for Grazing Permit Renewal, Tercero Corporation |
|---|---|---|
| 320 | 6/9/1995 | Grazing Priviledge Relinquishment, Karl Don Taylor |
| 321 | 1/2/2002 | Application for Grazing Permit Renewal, Karl Don Taylor |
| 322 | 3/18/2004 | Application for Grazing Permit Renewal, Karl Taylor Boon |
| 323 | 11/20/2001 | Application For Permit/Lease Renewal, Elvin Taft |
| 324 | 9/27/2002 | Application For Grazing Permit Renewal, Tercero Corporation |
| 325 | 8/17/2002 | Application For Grazing Permit Renewal, Russel, Lisa B. and Lance Wells |
| 326 | 2/19/2001 | Application For Permit/Lease Renewal, Donald and Russ Wells and/or Garth Noyes |
| 327 | 2/28/2003 | Application for Grazing Permit Renewal, Four Sale Cattle Co. |
| 328 | 11/26/2002 | Application for Grazing Permit Renewal, Four Sale Cattle Co. |
| 329 | 9/4/2002 | Application for Grazing Permit Renewal, Dwight Brinkerhoff |
| 330 | 4/16/2002 | Application for Grazing Permit Renewal, Dwight Brinkerhoff |

### SUPPLEMENTAL ADMINISTRATIVE RECORD DOCUMENTS

| 331 | 1/28/1999 | Utah Grazing Permit/NEPA Work Plan (IM99-039) |
|---|---|---|
| 332 | 2/17/1999 | Draft Summary of Arizona Grazing Permit Renewal Workload, Arizona Strip Field Office |
| 333 | 5/21/2000 | Utah Proposed Grazing Permit and Lease Analysis and Assessment Schedule (IM 2000-112) |
| 334 | 5/24/2000 | GSCENM Utah Proposed Grazing Permit and Lease Analysis and Assessment Schedule (IM 2000-112) |
| 335 | 2/5/2003 | Utah Reply to IM 2003-071, Eliminating Grazing Permit Renewal Backlog |
| 336 | Undated | Arizona Strip Field Office, Grazing Permit Backlog Elimination Schedule (IM 2003-071) |
| 337 | 3/22/2000 | Robert G. Williams (Operator #435914) Grazing Permit for Rockies |
| 338 | 9/28/2000 | Dorothy Perkins (Operator #436633) Grazing Permit for Perkins Brothers |
| 339 | 9/13/1991 | Dorothy Perkins (Operator #436633) Grazing Permit for Perkins Brothers |
| 340 | 11/29/1989 | Dorothy Perkins (Operator #436633) Grazing Permit for Perkins Brothers |
| 341 (CD) | 7/1999 | Grand Staircase-Escalante National Monument Proposed Management Plan/Final Environmental Impact Statement |

### SECOND SET OF SUPPLEMENTAL ADMINISTRATIVE RECORD DOCUMENTS

**Representative samples of final decisions by the Richfield Field Office**

| 342 | 2/3/2000 | Notice of Proposed Grazing Decision, FONSI, and Environmental Assessment #J-050-099-015. |
|---|---|---|
| 343 | 3/5/2004 | Notice of Proposed Grazing Decision, FONSI, and Environmental Assessment #J-050-099-045. |
| 344 | 8/30/2005 | Notice of Proposed Grazing Decision, FONSI, and Environmental Assessment UT-050-05-077EA and UT-050-05-078EA. |
| 345 | 8/30/2005 | Notice of Proposed Grazing Decision, FONSI, and Environmental Assessment UT-050-05-26EA. |

**Representative samples of final decisions by the Monticello Field Office**

| 346 | 8/29/2000 | Notice of Final Grazing Decision, FONSI, and Environmental Assessment UT-090-00-10. |
|---|---|---|
| 347 | 9/8/2000 | Notice of Final Grazing Decision, FONSI, and Environmental Assessment UT-090-00-18. |
| 348 | 11/2/2001 | Notice of Final Grazing Decision, FONSI, and Environmental Assessment UT-090-01-39. |

**Representative samples of final decisions by the Arizona Strip Field Office**

| 349 | 6/7/2005 | Notice of Proposed Decision, FONSI, and Environmental Assessment EA-AZ-110-2005-0049. |
|---|---|---|
| 350 | 11/17/2005 | Notice of Proposed Decision, FONSI, and Environmental Assessment EA-AZ-110-2006-0003. |
| 351 | 2/28/2006 | Notice of Proposed Decision, FONSI, and Environmental Assessment EA-AZ-110-2006-0009. |
| 352 | 2/16/2006 | Notice of Proposed Decision, FONSI, and Environmental Assessment EA-AZ-110-2006- |

| | | 0019. |
|---|---|---|
|  | **Representative samples of final decisions by other Miscellaneous Utah Field Offices** | |
|  | **(Salt Lake, St. George, Cedar City, and Kanab Field Offices)** | |
| 353 | 6/16/2000 | Notice of Final Decision, FONSI, and Environmental Assessment EA UT-020-99-18. |
| 354 | 4/30/2001 | Proposed Decision, FONSI, and Environmental Assessment EA UT-020-2001-084. |
| 355 | 8/24/2001 | Notice of Final Decision, FONSI, and Environmental Assessment EA UT-020-01-38. |
| 356 | 8/24/2001 | Notice of Final Decision, FONSI, and Environmental Assessment EA UT-020-01-37. |
| 357 | 8/24/2001 | Notice of Final Decision, FONSI, and Environmental Assessment EA UT-020-00-12. |
| 358 | 8/29/2001 | Notice of Final Decision, FONSI, and Environmental Assessment EA UT-020-01-72. |
| 359 | 9/18/2001 | Notice of Final Decision, FONSI, and Environmental Assessment EA UT-020-01-112. |
| 360 | 9/4/2001 | Notice of Final Decision, FONSI, and Environmental Assessment EA UT-020-2001-0073. |
| 361 | 11/26/2001 | FONSI, Decision Record, and Environmental Assessment EA UT-045-01-EA-06. |
| 362 | 10/28/2002 | FONSI, Decision Record, and Environmental Assessment EA UT-100-02-EA-10. |
| 363 | 10/15/2004 | FONSI, Notice of Proposed Decision, and Environmental Assessment EA UT-044-01-38. |
| 364 | 12/8/2004 | FONSI, Notice of Final Decision, and Environmental Assessment EA UT-040-02-47. |
| 365 | 10/1/2001 | FONSI, Notice of Final Decision, and Environmental Assessment EA UT-046-99-031. |
| 366 | 10/2/2001 | FONSI, Notice of Final Decision, and Environmental Assessment EA UT-046-99-027. |
| 367 | 10/22/2003 | FONSI, Notice of Final Decision, and Environmental Assessment EA UT-046-01-024. |

| | | |
|---|---|---|
| **Representative samples of management actions taken by the Richfield, Monticello, Arizona Strip, and** | | |
| **Grand Staircase-Escalante National Monument Offices to prevent or reduce adverse impacts** | | |
| **to Glen Canyon NRA resources** | | |
| 368 | 8/17/2000 through 2/6/2004 | Correspeondence between Richfield Field Office and permittees |
| 369 | 10/30/2002 through 10/14/2004 | Allotment Use Agreements re: Rockies, Water Pocket, and Bullfrog Allotments, Richfield Field Office |
| 370 | 3/15/2004 | Final Decision in Full Force and Effect Rockies Allotment |
| 371 | 2/4/2005 | Richfield Field Office: Categorical Exclusion Review and Approval |
| 372 | 8/23/2005 | Evironmental Assessment, FONSI, and Decision Record re: Riparian Protection Projects, Waterpocket Allotment |
| 373 | 7/25/2000 through 2/5/2003 | Correspeondence between Monticello Field Office and permittees |
| 374 | 2/12/2003 through 9/6/2005 | Conversation Confirmation Reports, Monticello Field Office |
| 375 | 7/11/97 | Evironmental Assessment, FONSI, and Decision Record re: Moki Canyon Fence, Monticello Field Office |
| 376 | 8/18/99 | Evironmental Assessment, FONSI, and Decision Record re: Lake Canyon Fences and Cattleguards, Monticello Field Office |
| 377 | 4/26/2000 through 6/18/2004 | Correspeondence between GSENM Office and permittees |
| 378 | 7/20/2000 through 8/5/2000 | Communication Records re: Lake Allotment, GSENM Office |
| 379 | 10/11/2000 through 7/20/2001 | Letters, Trespass Notice, and Notice of Public Sale of Impounded Livestock re: Lake and Soda Allotments |
| 380 | 8/18/2000 | Notice of Full Force and Effect Decision re: Rock Creek/Mudholes Allotment |
| 381 | 10/11/2000 through 10/31/2000 | Letter, Trespass Notice, and Notice of Public Sale of Impounded Livestock re: Rock Creek/Mudholes Allotment |

| 382 | 10/20/1999 through 2/7/2003 | Correspeondence between Arizona Strip Field Office and permittees |
|-----|------------------------------|------------------------------------------------------------------|
| **Miscellaneous Documents** | | |
| 383 | 1/11/2006 | Letter from State Historic Preservation Officer, Utah to BLM re: GSENM Grazing EIS CRM Protocol |
| 384 | 12/15/2005 | Letter from BLM Utah State Office to the Office of the Federal Register re: GSENM Draft Grazing EIS Notice of Availability w/ enclosure |
| 385 | 6/1/2000 | Approved Amendment and Decision Record for the Henry Mountain Managemnt Framework Plan Regarding ther Partial Reliquishment of Grazing Privileges in the Robber's Roost Allotment and Construction of Associated Fences and Cattleguard |

# Exhibit 3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 1:05cv01433 (ESH) |
| DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT | ) ) ) ) ) | |
| Defendants. | ) ) | |

ADMINISTRATIVE RECORD

(BUREAU OF LAND MANAGEMENT)

VOLUME 8

(SUPPLEMENTAL ADMINISTRATIVE RECORD DOCUMENTS)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GREAT OLD BROADS FOR WILDERNESS )
and CENTER FOR BIOLOGICAL DIVERSITY, )
                                   )
         Plaintiffs,               )
                                     )
         v.                       )        Case No. 1:05cv01433 (ESH)
                                     )
DIRK KEMPTHORNE, in his official capacity as )
Secretary of the Interior; NATIONAL PARK )
SERVICE; and BUREAU OF LAND )
MANAGEMENT )
                                     )
         Defendants.            )

ADMINISTRATIVE RECORD

(BUREAU OF LAND MANAGEMENT)

VOLUME 9

(SUPPLEMENTAL ADMINISTRATIVE RECORD DOCUMENTS)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT <br><br> Defendants. | Case No. 1:05cv01433 (ESH) |

ADMINISTRATIVE RECORD

(BUREAU OF LAND MANAGEMENT)

VOLUME 10

(SUPPLEMENTAL ADMINISTRATIVE RECORD DOCUMENTS)