**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 1:05cv01433 (ESH) |
| DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**FEDERAL DEFENDANTS' NOTICE OF ERRATA**

Federal Defendants hereby give notice that Defendants' *Motion for Leave to Supplement the Administrative Record*, filed July 21, 2006, contained three typographical errors. A corrected copy, which contains no substantive changes, is attached hereto as Exhibit 1.

Specifically, the first paragraph on page two of the original motion states that the undersigned counsel attempted to confer with counsel for the Plaintiffs pursuant to LCvR 7(m) on July 21, 2006. The corrected date is July 20, 2006. The third paragraph on that same page states "[t]his Supplement will be lodged with the Office of the Clerk on July 7, 2006, and will be served on the Plaintiffs by overnight courier for delivery on July 10, 2006." The corrected dates for that sentence are July 21 and July 24, 2006, respectively.

Respectfully submitted this 24th day of July, 2006.


                                        SUE ELLEN WOOLDRIDGE
                                        Assistant Attorney General
                                        Environment and Natural Resources Division

Of Counsel:                             /s/_____
G. Kevin Jones                          GUILLERMO A. MONTERO
Intermountain Office of the Solicitor   Trial Attorney
U.S. Department of the Interior         United States Department of Justice
                                        Environment and Natural Resources Division
                                        Natural Resources Section
                                        P.O. Box 663
                                        Washington, D.C. 20044-0663
                                        (ph)(202) 305-0443/(fax)(202) 305-0274