UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREAT OLD BROADS FOR WILDERNESS, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil No. 05-1433 (ESH) |
| DIRK KEMPTHORNE, Secretary of the Interior, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion for Summary Judgment [# 25] is **GRANTED IN PART** and **DENIED IN PART**, and judgment is entered for plaintiffs on their NEPA claim insofar as the National Park Service acted arbitrarily, capriciously and contrary to law by failing to consider cumulative impacts in its Grazing Management Plan EA; it is

**FURTHER ORDERED** that this matter is remanded to NPS for reconsideration of its EA and FONSI in light of the Court's Memorandum Opinion; and it is

**FURTHER ORDERED** that defendants' Cross-Motion for Summary Judgment [# 28] is **GRANTED** with the exception of the NEPA claim regarding the Grazing Management Plan.

**SO ORDERED**.

                                                                                                                  s/
                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

Date:  September 20, 2006