UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   No. 01:05CV01433 (ESH) ) |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) |
| Defendants. | ) ) ) |

**[PROPOSED] ORDER**

Having reviewed Plaintiffs' Motion to Alter or Amend Judgment and for good cause shown, it is hereby ORDERED:

Federal Defendants shall complete a draft of their Grazing Plan EA (or EIS), including consideration of cumulative impacts under the National Environmental Policy Act ("NEPA") and an explanation of the agency's application of the National Historic Preservation Act ("NHPA"), no later than six months from the date of this Order.  Federal Defendants shall make the Grazing Plan EA (or EIS) and analysis available to the public and accept and consider public comment.  Federal Defendants shall finalize the Grazing Plan EA (or EIS) no later than one year from the date of this Order.

Dated:

_____
Judge Ellen Segal Huvelle
U.S. District Court Judge