# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS ) <br> and CENTER FOR BIOLOGICAL DIVERSITY, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> DIRK KEMPTHORNE, in his official capacity as ) <br> Secretary of the Interior; NATIONAL PARK ) <br> SERVICE; and BUREAU OF LAND ) <br> MANAGEMENT ) <br>  ) <br> Defendants. ) <br>  ) | Case No. 1:05cv01433 (ESH) |

## NOTICE OF APPEAL

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, notice is hereby given that the Federal Defendants, Dirk Kempthorne, Secretary of the Department of the Interior, the National Park Service, and the Bureau of Land Management, in the above-captioned case, appeal to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered in this action on the 20th day of September, 2006 [Dkt. # 36].

This notice of appeal is timely filed pursuant to Rule 4(a)(1), (4) of the Federal Rules of Appellate Procedure because it is filed within 60 days of this Court's November 27, 2006 order denying the plaintiffs' motion to alter or amend the judgment [Dkt. # 40].

January 24, 2007   Respectfully submitted,

Matthew J. McKeown
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ Guillermo A. Montero
GUILLERMO A. MONTERO
Trial Attorney

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0443 (ph)
(202) 305-0274 (fax)

-2-