# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Great Old Broads for Wilderness, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 01:05-CV-01433 (ESH) |
| ) | |
| Dirk Kempthorne, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

Please take notice that Robin Cooley, attorney for Plaintiff Center for Biological Diversity, has changed her firm and address to:

    Earthjustice
    1400 Glenarm Place, #300
    Denver, CO 80202
    Phone: (303) 623-9466
    Fax: (303) 623-8083
    E-mail: rcooley@earthjustice.org

Dated: June 18, 2007

    Respectfully submitted,

    /s/ Robin Cooley
    Robin Cooley
    D.C. Bar No. CO0040
    Earthjustice
    1400 Glenarm Place, #300
    Denver, CO 80202

    Attorney for Plaintiff Center for Biological Diversity

2

**CERTIFICATE OF SERVICE**

      I certify that on June 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record.


/s/ Robin Cooley