UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Great Old Broads for Wilderness, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 01:05-CV-01433 (ESH) |
| ) | |
| Dirk Kempthorne, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' MOTION FOR ATTORNEY FEES**

Pursuant to Fed. R. Civ. P. 54(d)(2), Plaintiffs Great Old Broads for Wilderness and the Center for Biological Diversity move this Court to award them attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A). On September 20, 2006, the Court held Defendants the National Park Service violated the National Environmental Policy Act ("NEPA") by failing to consider the cumulative impacts of the Glen Canyon National Recreation Area Grazing Management Plan. Great Old Broads for Wilderness v. Kempthorne, 452 F. Supp. 2d 71, 82-85 (D.D.C. 2006). The Court also ordered the Park Service to reconsider its analysis under the National Historic Preservation Act. Id. at 87. As prevailing parties, Plaintiffs are seeking $39,889 in fees under EAJA. Plaintiffs also intend to seek additional fees for time required to litigate the fees issue, and will detail that time in their Reply.

In accordance with the LCvR 7(m), undersigned counsel has conferred with Defendants' attorney. The parties have agreed to request the Court stay briefing of Plaintiff's Motion for 60 days to allow for a good faith attempt to resolve the issue without the assistance of the Court.

Dated: June 18, 2007                                  Respectfully Submitted,

/s/ Robin Cooley
Robin Cooley (CO0040)
Earthjustice
1400 Glenarm Place, #300
Denver, CO 80202
Phone: 303-623-9466
Fax: 303-623-8083

Joro Walker
Western Resource Advocates
1473 South 1100 East, Suite F
Salt Lake City, UT 84109
Phone: (801) 487-9911
Fax: (801) 486-4233

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on June 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record.

/s/ Robin Cooley

2