UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Great Old Broads for Wilderness, <u>et al.</u>,    ) | |
| ) | |
| Plaintiffs,    ) | |
| ) | |
| v.    ) | No. 01:05-CV-01433 (ESH) |
| ) | |
| Dirk Kempthorne, <u>et al.</u>,    ) | |
| ) | |
| Defendants.    ) | |
| _____) | |

**DECLARATION OF ROBIN COOLEY**

  Pursuant to 28 U.S.C. § 1746 (2), I, Robin Cooley, declare under penalty of perjury that the foregoing is correct:

  1. I am counsel for plaintiff Center for Biological Diversity. My Attorney Registration Number in the U.S. District Court for the District of Columbia is CO0040. I have been admitted to practice before the state and federal courts in Colorado and New Mexico, as well as the U.S. District Court for the District of Columbia and the U.S. Court of Appeals for the Fifth, Tenth, and D.C. Circuits. I have been a practicing attorney in good standing since 2000.

  2. I have specialized in environmental law since I graduated from law school in May 1999. I have worked for the Solicitor's Office at the Department of the Interior, the Western Environmental Law Center, Earthjustice, and the Environmental Law Clinical Partnership at the University of Denver Sturm College of Law (which is where I worked during the course of this litigation).

  3. I have attached a spreadsheet that documents the hours I devoted to the above captioned matter. I recorded these hours as I completed the work, documenting hours contemporaneously with the work I performed. I declare that the entries on the attachment

1

represent, to the best of my recollection, the dates and time I devoted to this matter, as well as a detailed description of the substance of how my time was spent.

    4. I have also attached spreadsheets documenting the time spent by two law students, Katy Micka and Kathy Schaeffer, that participated in the Environmental Law Clinical Partnership at the University of Denver Sturm College of Law during the spring semester 2006. These students performed work on this litigation, and were required to keep time contemporaneously, and turn in their timesheets to me each week. These are their final timesheets for the semester. I have edited them to remove any duplicative or unnecessary time.

Dated: June 18, 2007

    /s/ Robin Cooley
    Robin Cooley (CO0040)
    Earthjustice
    1400 Glenarm Place, #300
    Denver, CO 80202
    Phone: 303-623-9466
    Fax: 303-623-8083
    rcooley@earthjustice.org

# Great Old Broads for Wilderness v. Kempthorne
**No. 01:05CV01433 (ESH) (D.D.C.)**

**Attorney:**     Robin Cooley

| Date | Description of Work | Hours |
|---|---|---|
| 5/4/04 | Conference call with Attorneys Walker and Feller re: information needs, legal strategy | 1.6 |
| 5/6/04 | Legal research re: legal claims under NEPA and Organic Act | 5.4 |
| 5/7/04 | Legal research re: legal claims under NEPA, Organic Act, FLPMA; drafting FOIA to Henry Mountains re: AMPs | 4.2 |
| 5/11/04 | Conference call with Joro and Joe re: information needs, legal strategy | 2.1 |
| 5/13/04 | Drafting/editing complaint | 2.5 |
| 5/14/04 | Drafting/editing complaint | 1.8 |
| 5/18/04 | Drafting FOIAs to Henry Mts. and San Juan Resource area regarding implementation of RMPs and development of AMPs | 1.4 |
| 5/22/04 | Conference call with Joro and Joe re: information needs, legal strategy | 1.5 |
| 8/13/04 | Drafting/editing complaint | 3.2 |
| 8/16/04 | Drafting/editing complaint | 6.2 |
| 8/23/04 | Reviewing grazing files on priority allotments | 2.5 |
| 8/24/04 | Conference call with Joro and Joe re: information needs, legal strategy | 2.6 |
| 8/24/04 | Revisions to complaint | 1.7 |
| 8/31/04 | Conference call with Joro re: information needs and legal strategy; status of permits and documents showing impairment | 1.5 |
| 6/3/05 | Call with Attorney Walker re: complaint; information needed; timing; litigation strategy | 0.5 |
| 6/6/05 | Drafting complaint; reviewing file | 4.2 |
| 6/7/05 | Drafting complaint; reviewing Grazing Plan and EA | 4.5 |
| 6/14/05 | Reviewing permits from Henries and AZ Strip; drafting follow up FOIA requests | 4.7 |
| 6/15/05 | Reviewing permits from GSENM; drafting follow-up FOIA request | 2.5 |
| 6/16/05 | Reviewing permits from Monticello; drafting follow-up FOIA request | 2.2 |
| 6/17/05 | Revising complaint | 2.5 |
| 7/11/05 | Call with Attorney Walker re: complaint; information needed; timing; litigation strategy | 0.3 |
| 7/12/05 | Communication with Attorney Walker; incorporating revisions to complaint | 1.5 |
| 7/18/05 | Final filing preparations; communication with clients | 1.5 |
| 7/19/05 | Final filing preparations; communication with clients | 1.7 |
| 8/9/05 | Communication with co-counsel Walker re: litigation strategy | 0.1 |
| 8/10/05 | Communication with co-counsel Walker re: litigation strategy | 0.1 |
| 9/7/05 | Reviewing BLM responses to FOIA; updating files on permits | 4.5 |
| 9/12/05 | Communication with co-counsel Walker re: standing | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 9/20/05 | Communication with co-counsel Walker re: NPS's failure to conduct purposes and values determinations | 0.1 |
| 9/22/05 | Communication with co-counsel re: extension of time to answer | 0.1 |
| 10/18/05 | Communication with co-counsel Walker re: past FOIAs and documents showing damage to cultural resources | 0.5 |
| 10/20/05 | Communication with co-counsel Walker re: GSENM grazing EIS | 0.2 |
| 10/26/05 | Reviewing files; documenting permit dates and evidence of cultural resources damage | 8 |
| 10/26/05 | Communciation with co-counsel Walker re: agenda for conference call | 0.3 |
| 10/27/05 | Conference call re: litigation strategy, standing declarants | 0.9 |
| 11/1/05 | Communication with co-counsel and clients re: filing of answer | 0.2 |
| 11/2/05 | Reviewing Answer; communication with co-counsel Walker | 0.8 |
| 11/2/05 | Reviewing draft standing declaration of Tom Simpson; providing edits | 0.5 |
| 11/3/05 | Call with Court re: scheduling, and prep for call | 0.75 |
| 11/3/05 | Communication with co-counsel Walker re: GSENM grazing permit renewals; timinig for MSJ | 0.1 |
| 11/8/05 | Communication with DOJ attorney Blackwell re: court's scheduling order | 0.1 |
| 11/10/06 | Communication with co-counsel Walker re: litigation strategy | 0.4 |
| 11/11/05 | Communication with co-counsel Walker re: dividing work load for MSJ | 0.2 |
| 11/18/05 | Communication with co-counsel Walker re: permit dates | 0.2 |
| 12/13/05 | Communication with law clerk Roane re: files | 0.2 |
| 12/13/05 | Reviewing draft of Organic Act section of MSJ from law clerk Roane | 1.2 |
| 12/28/05 | Editing Organic Action section of MSJ, reviewing files | 3.2 |
| 12/29/05 | Editing Organic Action section of MSJ, reviewing files | 8.2 |
| 1/4/06 | Reviewing draft of Grazing Plan EA sections of MSJ | 0.5 |
| 1/5/06 | Editing Organic Action section of MSJ, reviewing files | 1.2 |
| 1/5/06 | Communication with co-counsel re: drafting MSJ; standing affidavits | 0.2 |
| 1/9/06 | Meeting with law clerks Micka and Schaeffer re: review of administrative record and MSJ | 0.4 |
| 1/9/06 | Call with DOJ attorney Blackwell re: administrative record | 0.1 |
| 1/9/06 | Call with co-counsel Walker re: timing and litigation strategy | 0.3 |
| 1/9/06 | Communication with standing declarant and co-counsel Walker re: declaration | 0.4 |
| 1/10/06 | Call with DOJ attorney Blackwell re: extension of time | 0.1 |
| 1/10/06 | Communication with Attorney Walker re: extension of time | 0.1 |
| 1/11/06 | Communication with co-counsel and law clerks re: reviewing administrative record | 0.2 |
| 1/11/06 | Reviewing Unopposed Motion for Extension of Time; Filing | 0.4 |
| 1/15/06 | Communication with co-counsel Walker re: standing declarations | 0.1 |
| 1/17/06 | Communication with law clerk Schaeffer re: Grazing Plan EA and cumulative impacts | 0.5 |

| | | |
|---|---|---|
| 1/18/06 | Drafting list of materials for clerks to look for in the adminsitartive record | 0.7 |
| 1/19/06 | Reviewing Wilderness Society v. Norton (D.C. Cir.); communication with co-counsel Walker | 2.7 |
| 1/19/06 | Reviewing law clerk Micka's draft MSJ, NEPA section | 0.8 |
| 1/19/06 | Communication with Attorney Walker re: MSJ NEPA section | 0.1 |
| 1/20/06 | Communication with outside attorney re: analyzing site-specific impacts under NEPA; reviewing memo on same topic; communication with law clerk Micka | 0.6 |
| 1/20/06 | Communication with law clerks Micka and Schaefer re: reviewing administrative record | 0.1 |
| 1/23/06 | Communcation with law clerks Micka and Schaeffer re: reviewing administrative record | 0.1 |
| 1/31/06 | Communication with law clerk Schaeffer re: administrative record review | 0.2 |
| 2/2/06 | Reviewing law clerk Schaeffer's review of the NPS administrative record; identifying documents to be copied; communication with Schaeffer. | 3.2 |
| 2/3/06 | Communication with Attorney Walker re: purposes and values determination for GSENM | 0.2 |
| 2/3/06 | Communication with Attorney Walker re: Forty Mile Ridge draft EA | 0.1 |
| 2/6/06 | Reviewing law clerk Micka's grazing permit information obtained from the administrative record | 1.75 |
| 2/6/06 | Communication with law clerk Micka re: organization of Grazing Permit information | 0.2 |
| 2/6/06 | Reviewing law clerk Micka's and Schaeffer's assessment of documents missing from the administrative record; adding additional documents to the list; communication with law clerks | 3.5 |
| 2/6/06 | Call with Attorney Walker re: documents missing from administrative record | 0.5 |
| 2/6/06 | Communication with Attorney Walker re: status of MSJ and administrative record | 0.4 |
| 2/7/06 | Reviewing schedules for Rangeland Health/Standard and Guidelines Assessments in administrative record; compiling list of assessments that should have been completed by now, but are not in the administrative record | 1.1 |
| 2/7/06 | Reviewing and finalizing letter to DOJ re: documents missing from administrative record; communication with Attorney Walker and law clerks re: letter to DOJ. | 0.5 |
| 2/7/06 | Reviewing law clerk Micka's review of BLM's administrative record; identifying documents for further review. | 3.5 |
| 2/8/06 | Reviewing BLM administrative record documents; finalizing letter to DOJ re: missing documents; communication with attorney Blackwell | 3.7 |
| 2/13/06 | Communication with co-counsel Walker re: administrative record; faxing and mailing requested documents | 0.5 |
| 2/14/06 | Communication with co-counsel Walker re: timing MSJ drafts | 0.1 |
| 2/16/06 | Communication with co-counsel Walker re: EAs for White Ranch and Forty-Mile Ridge | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 2/17/06 | Communication with DOJ attorney Blackwell re: documents missing from administrative record | 0.1 |
| 2/19/06 | Drafting MSJ Organic Act section; reviewing administrative record; reviewing compiled permit information | 4.5 |
| 2/19/06 | Communication with co-counsel Walker re: Statement of Facts | 0.1 |
| 2/20/06 | Drafting MSJ Organic Act section; reviewing administrative record; reviewing compiled permit information; communication with co-counsels and law clerks; drafting relevant sections of statement of facts | 6.5 |
| 2/21/06 | Drafting NEPA section; reviewing adminsitrative record; compiled permit information; drafting relevant sections of statement of facts | 3.5 |
| 2/21/06 | Call with Def. counsel Blackwell re: extension of time and documents missing from adminsitrative record | 0.2 |
| 2/23/06 | Communication with co-counsel Walker re: extension of time | 0.1 |
| 2/24/06 | Communication with DOJ attorney Blackwell re: documents missing from administrative record | 0.1 |
| 2/24/06 | Communication with co-counsel Walker re: extension of time and documents missing from adminsitrative record | 0.2 |
| 2/24/06 | Drafting NEPA section; reviewing adminsitrative record; compiled permit information; drafting relevant sections of statement of facts; reviewing Rider info. | 2.5 |
| 2/28/06 | Reviewing draft MSJ sections re: Grazing Plan EA NEPA violations; communication with law clerk Schaeffer | 2.1 |
| 2/28/06 | Communication with co-counsel Walker re: MSJ Grazing Plan EA section and NEPA seciton | 0.1 |
| 3/1/06 | Reviewing information from Defs. re: supplementing the record; Drafting and filing Second Motion for Extension of Time to give Defs. time to supplement adminsitrative record | 1.8 |
| 3/1/06 | Communication with law clerk Micka re: faxing disputed permits to Defs. | 0.1 |
| 3/1/06 | Meeting with law clerks Micka and Schaeffer re: review of administrative record and MSJ | 0.2 |
| 3/13/06 | Drafting NEPA section MSJ | 3.2 |
| 3/14/06 | Drafting NEPA section MSJ | 2.8 |
| 3/15/06 | Call with DOJ attorney Montero re: supplementing the record; communication with co-counsel Walker | 0.2 |
| 3/16/06 | Drafting NEPA section MSJ; reviewing administrative record documents | 5.2 |
| 3/22/06 | Communication with clients and co-counsel re: Center standing declarations | 0.3 |
| 3/20/06 | Reviewing BLM record documents--old grazing plans, MFPs, and RMPs; drafting NEPA section of MSJ | 6.2 |
| 3/27/06 | Reviewing administrative record documents; revising Organic Act section MSJ; reviewing Grazing Plan NEPA section | 2.5 |
| 4/7/06 | Communication with co-counsel and law clerks re: standing declarations | 0.2 |
| 4/17/06 | Communication with law clerks re: standing declarations | 0.2 |
| 4/17/06 | Communication with client Greta Anderson re: standing declaration | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 4/18/06 | Communication with co-counsel and Defs. re: briefing schedule | 0.1 |
| 4/18/06 | Meeting with law clerks re: final revisions to MSJ and Statement of Facts | 0.5 |
| 4/18/06 | Reviewing draft statement of facts; revising; revision NEPA section of MSJ; communication with co-counsel Walker | 3.5 |
| 4/19/06 | Communication with co-counsel Walker re: Grazing Plan EA argument | 0.1 |
| 4/20/06 | Reviewing draft NHPA section from co-counsel Walker | 1.1 |
| 4/21/06 | Communication with law clerk Micka re: NEPA arguments/tiering | 0.1 |
| 4/22/06 | Reviewing law clerk Micka's additions to NEPA section; assigning additional tasks; Reviewing draft Grazing Plan EA MSJ; drafting revisions | 3.2 |
| 4/24/06 | Revising/drafing MSJ and Statement of Facts | 7.5 |
| 4/25/06 | Revising/drafing MSJ and Statement of Facts | 6.3 |
| 4/26/06 | Revising/drafing MSJ and Statement of Facts | 5.4 |
| 4/27/06 | Revising/drafing MSJ and Statement of Facts | 7.9 |
| 4/28/06 | Reviewing draft standing declaration of Greta Anderson; finalizing for filing; communication with Greta. | 1.7 |
| 4/28/06 | Finalizing MSJ, Statement of Facts, and standing declarations; preparing for filing; filing | 9.2 |
| 5/12/06 | Communication with co-counsel Walker re: filing | 0.1 |
| 5/5/06 | Communication with attorney Montero and co-counsel Walker re: modifying briefing schedule | 0.3 |
| 5/5/06 | Call with co-counsel Walker re: modifying briefing schedule | 0.3 |
| 5/8/06 | Communication with attorney Montero re: modifying briefing schedule | 0.1 |
| 5/9/06 | Communication with attorney Montero re: modifying briefing schedule | 0.1 |
| 5/11/06 | Communication with co-counsel Walker re: briefing schedule | 0.1 |
| 6/12/06 | Reviewing Defs. Cross-Motion and Opposition | 3.2 |
| 6/26/06 | Drafting Opposition/Reply; legal research | 7.8 |
| 6/27/06 | Drafting Opposition/Reply; legal research | 8.2 |
| 6/28/06 | Drafting Opposition/Reply; legal research | 6.8 |
| 6/28/06 | Communication with co-counsel Walker re: Opposition and Reply | 0.4 |
| 6/29/06 | Call with attorney Joseph Feller re: grazing riders | 0.5 |
| 6/29/06 | Drafting Opposition/Reply; legal research | 8.5 |
| 6/30/06 | Finalizing and filing Opposition/Reply | 6.3 |
| 7/23/06 | Communication with attorney Jay Tutchton re: Motion to Supplement the Record and need to call clerk's office back | 0.1 |
| 7/27/06 | Reviewing Fed. Defs. Motion to Supplement the Administrative Record and Opposition/Reply | 2.5 |
| 7/27/06 | Communication with co-counsel Walker re: Motion to Supplement the Administrative Record | 0.5 |
| 7/31/06 | Drafting Opposition to Motion to Supplement Adminstrative Record | 7.5 |
| 7/31/06 | Communication with co-counsel Walker re: Opposition to Motion to Supplement Adminsitrative Record | 0.4 |
| 8/1/06 | Finalizing and filing Opposition to Motion to Supplement Adminstrative Record | 5.6 |

| Date | Description | Hours |
|---|---|---|
| 8/1/06 | Communication with co-counsel Walker re: Opposition | 0.2 |
| 8/11/06 | Reviewing Defs. Reply in Support of Motion to Supplement Administrative Record | 2.1 |
| 8/14/06 | Call with court clerk re: scheduling hearing for Motion to Supplement | 0.1 |
| 8/14/06 | Call with Def. counsel Montero re: scheduling hearing for Motion to Supplement; possiblity of settlement | 0.4 |
| 8/14/06 | Reviewing briefing on Motion to Supplement; preparing for hearing | 2.5 |
| 8/15/06 | Reviewing breifing on Motion to Supplement and merits; preparing for hearing | 1.75 |
| 8/15/06 | Hearing on Motion to Supplement (conference call with Judge Huvelle) | 0.75 |
| 8/22/06 | Call with co-counsel Walker re: hearing on Motion to Supplement | 0.4 |
| | **Total Hours:** | 281.9 |

# Enviromental Law Clinic Timesheet

**Semester:** Spring 2006

**Student Name:** Katy Micka

**Case:** Great Old Broads for Wilderness v. Kempthorne, Civ. No. 05-1433 (D.D.C.)

| Date | Description of Work | Hours |
|---|---|---|
| 1/16/06 | Standing - worked on standing declarations of members of plaintiff organizations and sent them to counsel for Great Old Broads for review | 1.4 |
| 1/19/06 | Read over Robin Cooley's notes on what documents to search for in the administrative record, prepared to review administrative record sent by BLM and NPS | 1 |
| 1/21/06 | Met with another student to begin reviewing the administrative record, specifically cataloging what was included in the Record, what documents were left out. | 7.2 |
| 1/23/06 | Emailed counsel for Great Old Broads regarding standing declarations | 0.2 |
| 1/28/06 | Reviewed more of the administrative record, especially the grazing permits, and began building a database of what grazing permits were included and the details of those permits | 5.9 |
| 1/31/06 | Continued administrative record review and compilation of grazing permit database | 6.2 |
| 2/2/06 | Synergized my database of record review documents with that of the other student conducting record review on the Glen Canyon case | 0.6 |
| 2/2/06 | Emailed record review database to Robin | 0.1 |
| 2/3/06 | Incorporated Robin Cooley's list of documents missing from the administrative record into the list that the other student and I had already compiled | 0.5 |
| 2/3/06 | Researched NPS policies with regards to grazing permit renewal | 0.3 |
| 2/5/06 | Reviewed the administrative record, specifically the final three binders from the Bureau of Land Management | 3.2 |
| 2/5/06 | Drafted a list for opposing counsel of documents that we expected to find in the administrative record that were not included | 1.4 |
| 2/7/06 | Continued to draft the list of documents missing from the administrative record for opposing counsel | 1.1 |
| 2/8/06 | Created separate Microsoft Word and Excel documents indicating which grazing permits were contained in the administrative record, as well as the terms and conditions of those permits | 2.7 |

| Date | Description | Hours |
|---|---|---|
| 3/2/06 | Made photocopies for opposing counsel of the grazing permits that we had obtained copies of via FOIA requests but that were not included in the administrative record | 1.6 |
| 3/21/06 | Read and reviewed the Statement of Facts, compared it against the administrative record to ensure that no important facts found in the Record were left out of the Statement of Facts | 3.1 |
| 3/28/06 | Reviewed drafts of standing declarations sent by counsel for Great Old Broads | 3.5 |
| 3/29/06 | Reviewed the Administrative record and made changes to the Statement of Facts to reflect the record page numbers | 3.1 |
| 4/3/06 | Updated the Statement of Facts with information about the Appropriations Riders that the Defendant Agencies claim prevent them from having to comply with NEPA | 4.1 |
| 4/4/06 | Met with another student to review the supplemental administrative record | 2.5 |
| 4/4/06 | Met with Robin Cooley and another student to discuss our progress with the administrative record and what still needed to be done | 0.5 |
| 4/4/06 | Reviewed further the supplemental administrative record | 1.3 |
| 4/11/06 | Made changes to standing declarations and sent them to the counsel for Great Old Broads | 2.6 |
| 4/14/06 | Reviewed one standing declaration and sent it to the standing declarant along with comments | 1 |
| 4/18/06 | Commented on Statement of Facts and sent it to Robin Cooley | 0.7 |
| 4/18/06 | Met with Robin Cooley and another student to discuss Statemeng of Facts, Table of Contents, and other sections of summary judgment motion | 0.6 |
| 4/19/06 | Worked on summary judgment motion, specifically the NEPA section regarding site-specific analysis | 2.8 |
| 4/20/06 | Worked on site-specific NEPA section | 4.1 |
| 4/25/06 | Worked on EIS NEPA section | 2.4 |
| 4/25/06 | Updated the citations in the NHPA section to ensure that they were still good law | 3.6 |
| 4/26/06 | Updated the citations in the NEPA section to ensure that they were still good law | 0.9 |
| 4/27/06 | Searched for copies of the NHPA programmatic agreements online | 1.2 |
| 4/27/06 | Proofread summary judgment motion | 2.3 |
| 4/28/06 | Worked on table of contents for the summary judgment motion, and identified the correct page numbers for each section | 1.8 |
| 4/28/06 | Proofread the statement of facts | 1.5 |
| | **Total Hours:** | 77 |

# Enviromental Law Clinic Timesheet
**Semester:** Spring 2006

**Student Name:** Kathy Schaeffer
**Case:** Glen Canyon

| Date | Description of Work | Hours |
|---|---|---|
| 12.7.05 | Reviewing clinic materials re work done by prior students, research binder, complaint, grazing plan | 4.5 |
| 1.9.06 | Reviewed clinic materials and read the Grazing Plan and EA | 2 |
| 1.10.06 | Drafted Unopposed Motion for Extension of Time | 1.1 |
| 1.11.06 | e-filed Unopposed Motion for Extension of Time and Proposed Order | 0.2 |
| 1.15.06 | Researched NEPA - Grazing Plan EA cumulative impacts issue. Reviewed file re cumulative impact and looked for more case law on point | 3.6 |
| 1.17.06 | Researched NEPA issues, wrote email to Attorney R. Cooley for clarification of issues | 4.2 |
| 1.19.06 | Researched NEPA - cumulative impacts issue. Met with Attorney R. Cooley to discuss legal arguments. Worked on draft of NEPA argument for Motion for Summary Judgment. | 6 |
| 1.19.06 | Researched NEPA cumulative impacts issue. Read case law re cumulative issues. Read over and prepared for review of the administrative record. | 2.2 |
| 1.21.06 | Reviewed the administrative record for Glen Canyon case | 5.5 |
| 1.22.06 | Drafted cumulative impacts section for Motion for Summary Judgment brief | 2 |
| 1.25.06 | Reviewed the Administrative Record for the Glen Canyon Case - Volume I from the National Park Service | 2.2 |
| 1.26.06 | Reviewed the Administrative Record for the Glen Canyon Case - Volume 2 from the National Park Service | 2.5 |
| 1.31.06 | Reviewed the Administrative Record for the Glen Canyon Case - Volumes 3 & 4 from the National Park Service | 6.2 |
| 1.31.06 | Drafted letter to opposing counsel re: missing pages and enclosures in the administrative record. Worked on the spreadsheet we will send with the letter to demonstrate what is missing from the record | 0.6 |
| 2.5.06 | Reviewed the Administrative Record for the Glen Canyon Case - Volumes 6 & 7 from the Bureau of Land Management. | 4.5 |
| 2.5.06 | Organized administrative record, made photocopies, reviewed notes, drafted letter re missing documents to send to opposing counsel. | 3.5 |
| 2.5.06 | Drafted cumulative impacts section for Motion for Summary Judgment brief, reviewed administrative record to find factual support for legal arguments. | 2 |
| 2.7.06 | Drafted missing documents letter re the administrative record to send to the DOJ, reviewed the administrative record | 2 |

| Date | Description | Hours |
|---|---|---|
| 2.7.06 | Researched and Drafted cumulative impacts section of Motion for Summary Judgment brief | 2.2 |
| 2.11.06 | Researched and Drafted Grazing Plan EA sections for the Motion for Summary Judgment | 10 |
| 2.12.06 | Researched and Drafted Grazing Plan EA sections for the Motion for Summary Judgment | 12 |
| 2.14.06 | Researched and Revised Grazing Plan EA sections for the Motion for Summary Judgment | 2 |
| 2.16.06 | Researched and Revised Grazing Plan EA sections for the Motion for Summary Judgment | 4 |
| 2.19.06 | Researched and Revised Grazing Plan EA sections for the Motion for Summary Judgment | 4 |
| 3.1.06 | Reviewed Attorney R. Cooley's comments on NEPA section in Motion for Summary Judgment; Revised draft. | 1.5 |
| 3.12.06 | Researched and Revised Grazing Plan NEPA sections re cumulative impacts and necessary scientific research for the Motion for Summary Judgment | 2.5 |
| 3.14.06 | Drafted NEPA argument; Researched case law to complete a few of the arguments; edited | 7.5 |
| 3.14.06 | Edited Attorney R. Cooley's Organic Act argument | 0.5 |
| 3.15.06 | Edited Grazing Plan NEPA section of Motion for Summary Judgment; Wrote overview section | 2.5 |
| 3.30.06 | Reviewed Attorney R. Cooley's comments on NEPA section; Researched case law re requirement for agency to utilize available data | 1.3 |
| 4.1.06 | Revised Grazing Plan EA NEPA section; Researched and drafted new argument re the Park Service's failure to utilize and obtain available scientific information; Reviewed record to determine what studies and information the Park Service ignored | 11.5 |
| 4.2.06 | Rewrote Grazing Plan EA NEPA sub-section on the requirement that the Park Service use information available to it in its environmental analysis; Edited Organic Act section and researched case law to supplement the argument; Edited Attorney R. Cooley's NEPA section and researched to supplement the argument | 10.7 |
| 4.4.06 | Copied senate report cited to in our brief from microfiche in library; Reviewed supplementary administrative record documents from BLM and NPS; Meet with Attorney R. Cooley regarding Grazing Plan EA NEPA argument and discussed future revisions; Edited and revised Organic Act section and answered Attorney R. Cooley's questions regarding research. | 3.8 |
| 4.9.06 | Read and edited standing declarations; Incorporated Attorney R. Cooley's changes into drafts; Emailed Law Clerk K. Micka regarding standing declarations; Drafted portions of G. Anderson's standing declaration. | 1.2 |
| 4.11.06 | Researched S. Rep. No. 95-528 and attempted to find USCCAN citation | 0.5 |
| 4.17.06 | Researched 9th Circuit cases regarding significance factors and NEPA analysis, ie. whether an EIS is required | 1.8 |

| Date | Description | Hours |
|---|---|---|
| 4.19.06 | Researched local rules for DC District Court regarding formatting and requirements for filing a Motion for Summary Judgment; Emailed Attorney R. Cooley the relevant information. | 0.5 |
| 4.27.06 | Finalizing the Summary Judgment brief; Editing; Research | 7.2 |
| 4.28.06 | Learned how to use a program to create a table of authorities and compiled the table of authorities for the Motion for Summary Judgment | 0.6 |
| | **Total Hours:** | 142.6 |