UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Great Old Broads for Wilderness, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | No. 01:05-CV-01433 (ESH) |
| ) | |
| Dirk Kempthorne, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DECLARATION OF JORO WALKER**

Pursuant to 28 U.S.C. § 1746 (2), I, Joro Walker, declare under penalty of perjury that the foregoing is correct:

1. I am counsel for plaintiff Great Old Broads for Wilderness. My Attorney Registration Number in Utah is 6676. I have been admitted to practice before the state and federal courts in Utah, and have been a practicing attorney in good standing since 1993. I have directed the Utah Office of Western Resource Advocates since 1998, and have specialized in environmental law for 10 years. Previously, I had specialized in civil rights litigation.

2. In the past, I have been asked for and received attorneys' fees under the Equal Access to Justice Act at the rate of 200 dollars per hour.

3. I have attached a spreadsheet that documents the hours I devoted to the above captioned matter. I kept record of these hours as I completed the work, documenting hours contemporaneously with the work I performed.

4. I submit this Affidavit in support of Plaintiffs' Motion for Attorneys' Fees. I declare that the entries on the attachment represent, to the best of my recollection, the dates and time I

devoted to this matter, as well as a detailed description of the substance of how my time was spent.

I declare under penalty of perjury that the foregoing is true and correct.


\_\_/s/\_JORO WALKER\_\_\_\_
JORO WALKER
Western Resources Advocates
425 East 100 South
Salt Lake City, Utah 84111
(801)487-9911

| 2004 | Date | Description of Work | Hours |
|---|---|---|---|
| | 2-Jan | organize files from previous FOIAs for copying | 3.2 |
| | 14-Jan | organize FOIA documents for copying and filing | 1.2 |
| | 14-Jan | discuss case with attorney Joe Feller, emails to joe, clients, fax documents | 1.2 |
| | 23-Jan | mark files for copying, filing | 0.8 |
| | 27-Jan | talk to attorney Robin Cooley, organize files, research APA, failure to act | 1.2 |
| | 8-Mar | deal with copying | 0.5 |
| | 12-Mar | organize files for copying | 0.8 |
| | 22-Mar | draft FOIAs to update previous requests, including updating the Center's info | 1.3 |
| | 7-Apr | draft Henries FOIA, research new grazing regulations | 1.9 |
| | 15-Apr | deal with copying and filing | 1.4 |
| | 19-Apr | draft, copy, mail Monument FOIA update | 2.1 |
| | 19-Apr | pack up files for mailing, go thru files | 1.1 |
| | 21-Apr | letter re reductions in AUMs due to drought | 0.5 |
| | 21-Apr | Draft, mail, copy Monticello FOIA update | 1 |
| | 27-Apr | work on files, emails re phone call, follow up on FOIAs | 1.2 |
| | 4-May | conference call with Joe Feller and Robin Cooley re strategy and factual basis for claims | 1.6 |
| | 7-May | Read legal memo re claims, do research on claims, talk to Joe Feller | 1.5 |
| | 7-May | Work on organizing files | 2.6 |
| | 11-May | conference call with Joe Feller and Robin Cooley re strategy and factual basis for claims | 2.1 |
| | 10-Jun | based on FOIA documents, create database on permit info for each allotment | 0.9 |
| | 11-Jun | based on FOIA documents, create database on permit info for each allotment | 1.2 |
| | 18-Jun | based on FOIA documents, create database on permit info for each allotment | 1.9 |
| | 21-Jun | based on FOIA documents, create database on permit info for each allotment | 2 |
| | 22-Jun | conference call with Joe Feller and Robin Cooley re strategy and factual basis for claims | 1.4 |
| | 22-Jun | based on FOIA documents, create database on permit info for each allotment | 1 |

| | | | |
|---|---|---|---|
| | 9-Jul | based on FOIA documents, create database on permit info for each allotment | 0.8 |
| | 12-Jul | based on FOIA documents, create database on permit info for each allotment | 1.5 |
| | 14-Jul | based on FOIA documents, create database on permit info for each allotment | 0.8 |
| | 19-Aug | respond to emails, draft emails, review complaint | 0.8 |
| | 24-Aug | conference call with Joe Feller and Robin Cooley re: complaint, work on complaint, back ground materials | 3.5 |
| | 27-Aug | based on FOIA documents, create database on permit info for each allotment, determine high priority allotments | 2.5 |
| | 30-Aug | based on FOIA documents, create database on permit info for each allotment | 0.7 |
| | 30-Aug | based on FOIA documents, create database on permit info for each allotment | 1.9 |
| | 31-Aug | conference call with Robin Cooley re status of database, content of database and high priority allotments | 2.3 |
| | 8-Sep | conference call with Robin Cooley re status of database, content of database and high priority allotments | 1 |
| **2005** | | | |
| | 14-Jan | communicate with Robin Cooley, research regarding archeological sites | 0.9 |
| | 14-Jan | emails gathering information on archeological sites | 0.7 |
| | 21-Jan | emails gathering information on archeological sites, review allotment maps | 1.2 |
| | 25-Jan | research re NPS policy, answer questions | 0.5 |
| | 2-Feb | review FOIA documents | 1.4 |
| | 8-Mar | effort to find archeologist | 0.5 |
| | 1-Apr | meet with archaeologist | 2 |
| | 25-Apr | review FOIA documents | 1 |
| | 12-May | review FOIA documents | 1 |
| | 13-May | review FOIA documents | 2 |
| | 24-May | review FOIA documents | 2 |
| | 3-Jun | conference call with Robin Cooley re complaint, strategy, research, causes of action | 0.6 |
| | 6-Jun | review work preformed by intern, communicate with Robin Cooley, read student memos, research cited cases | 4.5 |

|  |  |  |  |
|---|---|---|---|
|  | 16-Jun | review and present information on permit dates, organize files, research | 2 |
|  | 17-Jun | read and edit draft complaint | 1 |
|  | 21-Jun | review documents regarding allotments and existing EAs | 1.5 |
|  | 5-Jul | work on complaint | 2 |
|  | 7-Jul | client memo for great old broads | 3.1 |
|  | 8-Jul | more research, review EAs | 1.3 |
|  | 11-Jul | work on complaint, communicate with Robin Cooley | 2.5 |
|  | 12-Jul | work on complaint, research re NHPA, communicate with Robin Cooley | 1 |
|  | 18-Jul | final complaint details, make decisions regarding specific allotments, communicate with clients | 3 |
|  | 27-Jul | pro hac vice | 0.7 |
|  | 15-Aug | work on standing declarations, emails to declarants | 2 |
|  | 16-Aug | work on preparing declarations, speak with GIS expert regarding allotment/topography maps | 2 |
|  | 12-Sep | research re standing, communicate with Robin Cooley | 0.6 |
|  | 15-Sep | discuss standing with intern, forward emails, organize info, communicate with declarants, review maps | 2.8 |
|  | 26-Sep | issue of granting extension to US | 0.2 |
|  | 18-Oct | issue of standing declarations and FOIAs, communicate with Robin Cooley, review of docs | 3.2 |
|  | 20-Oct | review, summarize Park Service FOIA documents | 2 |
|  | 24-Oct | work with standing declarants' emails regarding use and visitation | 1.5 |
|  | 27-Oct | conference call with Robin Cooley regarding next steps for standing declarations | 1.8 |
|  | 1-Nov | Read answer, follow up on questions raised by answer, communicate with Robin Cooley | 1.8 |
|  | 10-Nov | Communicate with Robin Cooley, respond to issues raised by answer | 1.1 |
|  | 23-Dec | work on standing declarations, review maps, determine landmarks, communicate with individuals aware of landmarks | 2 |
| **2006** |  |  |  |
|  | 5-Jan | emails with declarants re standing declarations | 0.4 |
|  | 3-Jan | emails to declarants, follow up on emails | 0.8 |

| Date | Description | Hours |
|---|---|---|
| 9-Jan | call with Robin Cooley, work out deadlines of timing and strategy | 0.8 |
| 26-Jan | review draft declarations | 1 |
| 3-Feb | talk to Robin Cooley, work on declarations, read maps, talk to GIS expert re maps, review Egan declaration, email, review FOIA and administrative record documents | 3.2 |
| 6-Feb | research re grazing riders, talk to Robin Cooley, read draft MSJ, review records | 3.5 |
| 8-Feb | review documents in record | 2.7 |
| 9-Feb | research, review administrative record documents, organize, review purpose and value determinations, review EA | 3.3 |
| 10-Feb | research re NHPA in the DC Cir, read cases, review cultural resource FOIA responses NPS | 5.5 |
| 13-Feb | review drafts of MSJ, emails re record, continue research NHPA | 2.3 |
| 14-Feb | discuss standing maps with GIS expert | 0.5 |
| 16-Feb | research re NHPA in the DC Cir, read cases, review cultural resource FOIA responses NPS | 2 |
| 23-Feb | draft MSJ section re NHPA | 6 |
| 3-Mar | emails, phone call | 0.8 |
| 17-Mar | update clients, work on declarations, communicate with declarants, scan maps | 1.2 |
| 22-Mar | emails with declarants, communicate with co-counsel | 0.7 |
| 27-Mar | emails re declarations, review maps | 2 |
| 31-Mar | draft NHPA section, review others | 2 |
| 1-Apr | draft NHPA section | 4.5 |
| 2-Apr | draft NHPA section | 5 |
| 7-Apr | call with Robin Cooley regarding standing declarations | 1 |
| 12-Apr | work with maps, review declarations, talk to declarants, edit declarations | 3.5 |
| 13-Apr | work with maps, review declarations, talk to declarants, edit declarations | 2 |
| 14-Apr | redraft declarations | 1 |
| 17-Apr | help finalize declarations, make arrangements with declarants regarding signatures | 4 |
| 18-Apr | research re NHPA and NEPA, talk to Robin Cooley re briefing schedule | 1.5 |
| 18-Apr | work on NHPA section of MSJ brief, including statement of fact | 4.5 |

| | | | |
|---|---|---|---|
| | 19-Apr | work on NHPA section, research, draft, read cases | 9.5 |
| | 20-Apr | final draft on NHPA | 4 |
| | 20-Apr | review organic act, NEPA sections, comments, research | 6.5 |
| | 16-May | emails with clients updating on status of case | 0.5 |
| | 28-Jun | work on reply, communicate with Robin Cooley | 0.5 |
| | 29-Jun | work on reply, read draft sections, draft NHPA section | 6.8 |
| | 30-Jun | finalize reply re NHPA, other sections | 2.2 |
| | 27-Jul | communicate with co-counsel re fed's motion to supplement administrative record | 0.5 |
| | 28-Jul | draft, finalize motion and memo re supplementing the record | 6.3 |
| | 26-Sep | read opinion, discuss strategy | 1.5 |
| | 29-Sep | discuss strategy, look up rules, update to client, communicate with Robin Cooley | 1 |
| | 2-Oct | communicate with co-counsel re: opinion | 0.4 |
| | 3-Oct | work on proposed order, talk to Robin Cooley | 2.5 |
| | 28-Nov | read opinion, discuss with colleagues | 0.5 |
| **2007** | | | |
| | 10-Jan | communications, preliminary research re EAJA fees | 0.8 |
| | 18-Jan | collate hours, research re prevailing party, call to DOJ attorney | 2 |
| | 30-Mar | research regarding fees, review other's petitions | 1.5 |
| | 2-Apr | read cases regarding EAJA fees, draft petition | 1.7 |
| | 31-May | talk to intern re fees petition | 0.5 |
| | 13-jun | work on petition for EAJA fees, research re CPI, reformat hours, review hours, communicate with Robin Cooley | 5.8 |
| | 14-jun | finalize memo, petition, affidavits regarding EAJA fees | 3.3 |

| | |
|---|---|
| | **228.6** |