UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Great Old Broads for Wilderness, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 01:05-CV-01433 (ESH) |
| ) | |
| Dirk Kempthorne, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**JOINT MOTION TO STAY BRIEFING ON PLAINTIFFS' MOTION FOR ATTORNEY FEES**

The parties jointly request the Court stay briefing on Plaintiffs' Motion for Attorney Fees for 60 days. Although Plaintiffs needed to file their Motion to comply with the timeline established under the Equal Access to Justice Act, the parties would like additional time to explore the possibility of settlement. If the parties are not able to reach settlement within 60 days of this Joint Motion, Defendants will file a Response to Plaintiffs' Motion for Attorney Fees.

Dated: June 18, 2006               Respectfully submitted,

/s/ Robin Cooley
Robin Cooley (CO0040)
Earthjustice
1400 Glenarm Place, #300
Denver, CO 80202
Phone: 303-623-9466
Fax: 303-623-8083

Joro Walker
Western Resource Advocates
1473 South 1100 East, Suite F
Salt Lake City, UT 84109
Phone: (801) 487-9911
Fax: (801) 486-4233

Attorneys for Plaintiffs

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ Guillermo A. Montero
GUILLERMO A. MONTERO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663, Washington, D.C.  20044
Tele: (202) 305-0443
Fax:  (202) 305-0247

Attorneys for Defendants