UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Great Old Broads for Wilderness, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 01:05-CV-01433 (ESH) |
| ) | |
| Dirk Kempthorne, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## [Proposed] ORDER

Having considered the parties' Joint Motion to Stay Briefing on Plaintiffs' Motion for Attorney Fees, and for good cause shown, it is hereby ordered that briefing on Plaintiffs' Motion for Attorney Fees is stayed for 60 days. If the parties are unable to settle, Defendants will file a Response on or before August 17, 2007.

Dated:

_____
Judge Ellen Segal Huvelle
U.S. District Court Judge

1