# United States Court of Appeals
### For The District Of Columbia Circuit

**No. 07-5032**             **September Term, 2006**

FILED
MAY 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05cv01433

**Filed On:**

Great Old Broads for Wilderness and Center for Biological Diversity,
        Appellees

v.

Dirk Kempthorne, Secretary of the Interior, et al.,
        Appellants



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAY 17 2007

CLERK

**ORDER**

    Upon consideration of federal defendants/appellants' motion to dismiss appeal, it is

    **ORDERED** that the motion be granted, and this case is hereby dismissed.

    The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY: *[signature]*
                              Nancy G. Dunn
                              Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: *[signature]* Deputy Clerk