IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT<br><br>Defendants. | Case No. 1:05cv01433 (ESH) |

**STIPULATION OF DISMISSAL OF PLAINTIFFS' MOTION
FOR FEES, COSTS AND EXPENSES**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendants in the above captioned case hereby stipulate to the dismissal with prejudice of the Plaintiffs' claim for fees, costs and expenses, filed on June 18, 2007 (Dkt. 43), consistent with the terms of the *Settlement Agreement as to Attorney's Fees, Costs and Expenses*, submitted herewith. Counsel for the Plaintiffs has reviewed the foregoing and has authorized the undersigned counsel to sign on behalf of all parties.

Respectfully submitted this 16th day of August, 2007.

RONALD J. TENPAS
Acting Assistant Attorney General

/s/ Guillermo A. Montero
GUILLERMO A. MONTERO
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division

Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: (202) 305-0443
Fax: (202) 305-0274

Attorneys for Federal Defendants