IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GREET OLD BROADS FOR WILDERNESS<br>and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as<br>Secretary of the Interior; NATIONAL PARK<br>SERVICE; and BUREAU OF LAND<br>MANAGEMENT<br><br>Defendants. | Case No. 1:05cv01433 (ESH) |

**SETTLEMENT AGREEMENT
AS TO ATTORNEY'S FEES, COSTS AND EXPENSES**

WHEREAS, Plaintiffs Great Old Broads for Wilderness and Center for Biological Diversity challenged the Defendant Bureau of Land Management's issuance of 42 grazing permits under the National Environmental Policy Act ("NEPA"), the National Historic Preservation Act ("NHPA"), and the National Park Service Organic Act, and also challenged the Defendant National Park Service's ("NPS") issuance of a Grazing Management Plan under NEPA and the NHPA;

WHEREAS, the Court in its Memorandum and Order dated September 20, 2006, granted the Plaintiffs' motion for summary in judgment in part, held that the environmental assessment ("EA") for the Grazing Management Plan did not comply with NEPA because it did not contain an adequate analysis of cumulative impacts, and remanded the EA to the agency for further consideration;

WHEREAS, the Court denied the Plaintiffs' motion for summary judgment with respect to all other claims, and granted the Defendants' motion for summary judgment on all counts other than the NEPA claim regarding the Grazing Management Plan;

WHEREAS, on June 18, 2007, Plaintiffs filed a motion for attorney fees by which they sought $39,889.00 for their prosecution of this litigation, and Defendants indicated they would oppose that motion;

WHEREAS, Plaintiffs and Defendants (collectively, "the Parties") believe that it is in the interests of judicial economy to avoid litigating a request for attorneys' fees and costs and to avoid diverting Agency resources;

THEREFORE, in the interests of the public, the Parties, and judicial economy, the Parties hereby stipulate and agree to the following:

1. Defendant National Park Service agrees to pay the lump sum total of twenty seven thousand, eight hundred and eighty three dollars ($27,883.00) in full and complete satisfaction of any and all claims, demands, rights, and causes of action pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and/or any other statute and/or common law theory, for all attorneys' fees and costs incurred by Plaintiffs, individually and/or severally, in this litigation.

2. Plaintiffs agree that receipt of this payment from Defendants shall operate as a release of any and all claims for attorneys' fees and costs that Plaintiffs may seek to pursue with respect to any aspect of this litigation. This settlement agreement does not preclude plaintiffs from seeking attorney's fees with respect to future litigation, including any new challenge to agency action that may result from the Court's remand order in the instant litigation, nor does it preclude Defendants from asserting all available defenses in such future litigation.

3. Nothing in the terms of this Settlement Agreement shall be construed to limit or deny the power of a federal official to promulgate or amend regulations.

4. Nothing in this Settlement Agreement relieves the Defendants of any obligation to act in a manner consistent with applicable federal, state or local law, or the Court's September 20, 2006 Order in the above captioned case. No provision of this Agreement shall be interpreted as or

constitute a commitment or requirement that the Defendants obligate or pay funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other law or regulation.

5. This Settlement Agreement does not represent an admission by any Party to any fact, claim, or defense in any issue in this lawsuit. This Agreement has no precedential value and shall not be used as evidence of such in any litigation.

6. This Agreement shall apply to and be binding upon the Parties, their members, delegates and assigns. The undersigned representatives of the Parties certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Stipulated Agreement and to legally bind the Parties to it.

IT IS HEREBY AGREED.

Date: August 15, 2007

Joro Walker
Western Resource Advocates
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 487-9911
Fax: (801) 486-4233

Attorney for Plaintiffs

Date: August 15, 2007

RONALD J. TENPAS
Acting Assistant Attorney General

GUILLERMO A. MONTERO
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: (202) 305-0443
Fax: (202) 305-0274

Attorneys for Federal Defendants

- 3 -