## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT OLD BROADS FOR WILDERNESS and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; and BUREAU OF LAND MANAGEMENT<br><br>Defendants. | Case No. 1:05cv01433 (ESH) |

### [PROPOSED] ORDER

**THIS MATTER** comes before the Court on the Parties' Stipulation of Dismissal of Plaintiffs' Motion for Fees, Costs and Expenses. This Court, having been fully advised, hereby **ORDERS** that the Plaintiffs' motion for fees under the Equal Access to Justice Act (Dkt. 43) is dismissed with prejudice consistent with the terms of the Parties' settlement agreement.

SIGNED, this _____ day of August, 2007.

_____
HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE