IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREAT OLD BROADS FOR WILDERNESS )
and CENTER FOR BIOLOGICAL DIVERSITY, )
)
Plaintiffs, )
)
v. ) Case No. 1:05cv01433 (ESH)
)
DIRK KEMPTHORNE, in his official capacity as )
Secretary of the Interior; NATIONAL PARK )
SERVICE; and BUREAU OF LAND )
MANAGEMENT )
)
Defendants. )
)

[PROPOSED] ORDER

**THIS MATTER** comes before the Court on the Parties' Stipulation of Dismissal of Plaintiffs' Motion for Fees, Costs and Expenses. This Court, having been fully advised, hereby **ORDERS** that the Plaintiffs' motion for fees under the Equal Access to Justice Act (Dkt. 43) is dismissed with prejudice consistent with the terms of the Parties' settlement agreement.

SIGNED, this 16th day of August, 2007.

HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE